IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GALDERMA LABORATORIES L.P., | ) | |
| GALDERMA S.A., and NESTLÉ SKIN | ) | |
| HEALTH S.A., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1783 (RGA) |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs GALDERMA LABORATORIES, L.P., GALDERMA S.A., and NESTLÉ SKIN HEALTH S.A. (collectively, "Galderma" or "Plaintiffs") file this Second Amended Complaint for patent infringement against Defendant TEVA PHARMACEUTICALS USA, INC. ("Teva USA" or "Defendant") and allege as follows:

## PARTIES

1.     Galderma Laboratories, L.P. ("GLP") is a Texas limited partnership with its principal place of business at 14501 North Freeway, Fort Worth, Texas 76177. GLP holds the exclusive right to use, manufacture, and sell Galderma's patented products in the United States, including Soolantra® (ivermectin) Cream 1%, under FDA approval of New Drug Application ("NDA") No. 206255, approved December 19, 2014. Moreover, GLP is responsible for seeking regulatory approvals of Galderma's products in the United States, and is the sole owner of NDA No. 206255.

2.     Galderma S.A. ("GSA") is a Swiss company with its principal place of business at Avenue Gratta-Paille 2, CH-1018 Lausanne, Switzerland. GSA is an exclusive licensee of the Asserted Patents. GSA has granted GLP exclusive rights under the Asserted Patents to GLP.

3.      Nestlé Skin Health S.A. ("Nestle") is a Swiss company with its principal place of business at Avenue Gratta-Paille 2, CH-1018 Lausanne, Switzerland. Nestle is the owner of the Asserted Patents.

4.      Galderma owns U.S. Patent No. 8,362,069 (the "'069 Patent"), U.S. Patent No. 8,815,816 (the "'816 Patent"), U.S. Patent No. 9,089,587 (the "'587 Patent"), U.S. Patent No. 9,233,117 (the "'117 Patent"), U.S. Patent No. 9,233,118 (the "'118 Patent"), and U.S. Patent No. 9,782,425 (the "'425 Patent") (collectively, the "Asserted Patents"). A copy of the '069 Patent is attached as "A." A copy of the '816 Patent is attached as Exhibit "B." A copy of the '587 Patent is attached as Exhibit "C." A copy of the '117 Patent is attached as Exhibit "D." A copy of the '118 Patent is attached as Exhibit "E." A copy of the '425 Patent is attached as Exhibit "F."

5.      Soolantra® (ivermectin) Cream, 1% is indicated for the treatment of inflammatory lesions of rosacea.

6.      Teva USA is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 1090 Horsham Road, North Wales, Pennsylvania 19454. Teva USA may be served with process by and through its registered agent for service of process, Corporate Creations Network Inc., at 3411 Silverside Road, #104 Tatnall Building, Wilmington, Delaware 19810 or through its attorneys of record.

## JURISDICTION

7.      This is a complaint for patent infringement. This Court has jurisdiction over the subject matter of the claims asserted pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8.      This Court has personal jurisdiction over Teva USA because Teva USA is a Delaware corporation.

9. This Court also has personal jurisdiction over Teva USA because it (1) filed Abbreviated New Drug Application ANDA No. 210019 (the "ANDA") for the purpose of manufacturing, importing, offering for sale, selling, and distributing the accused infringing product throughout the United States, including this district; (2) has substantial, continuous, and systematic contacts within this district; (3) maintains a broad distribution network within this district; and (4) enjoys substantial income from sales of generic pharmaceutical products in this district.

10. Teva USA submitted the ANDA (an act of infringement under 35 U.S.C. § 271(e)(2)) for the infringing product and issued a certification under 21 U.S.C. § 355(j)(2)(B) (the "Paragraph IV Certification")—the acts which give rise to the instant litigation—with knowledge that GLP would be injured by such acts, and delivered its Paragraph IV Certification to GLP.. Teva USA intends to market and sell the infringing product in or for distribution in this district upon approval by the FDA before the expiration of the Asserted Patents, with the reasonable expectation, knowledge and intent that such product will be purchased and used by consumers in this district. Teva USA has thus purposefully targeted its conduct to cause harm in the State of Delaware, and in this district.

## VENUE

11. Venue in this Court is proper under 28 U.S.C. § 1400(b) because Teva USA is a Delaware corporation.

## BACKGROUND FACTS

A. The '069 Patent

12. On January 29, 2013, the USPTO issued the '069 Patent, entitled "Compositions Comprising At Least One Aqueous Phase and At Least One Fatty Phase Which Comprises Avermectin Compounds," to GSA.

13.     The '069 Patent is valid, enforceable, and has not expired.

**B.     The '816 Patent**

14.     On August 26, 2014, the USPTO issued the '816 Patent, entitled "Topical Application of Ivermectin for the Treatment of Dermatological Conditions/Afflictions," to GSA.

15.     The '816 Patent is valid, enforceable, and has not expired.

**C.     The '587 Patent**

16.     On July 28, 2015, the USPTO issued the '587 Patent, entitled "Treatment of Papulopustular Rosacea With Ivermectin," to GSA.

17.     The '587 Patent is valid, enforceable, and has not expired.

**D.     The '117 Patent**

18.     On January 12, 2016, the USPTO issued the '117 Patent, entitled "Treatment of Inflammatory Lesions of Rosacea With Ivermectin," to GSA.

19.     The '117 Patent is valid, enforceable, and has not expired.

**E.     The '118 Patent**

20.     On January 12, 2016, the USPTO issued the '118 Patent, entitled "Treatment of Papulopustular Rosacea With Ivermectin," to GSA.

21.     The '118 Patent is valid, enforceable, and has not expired.

**F.     The '425 Patent**

22.     On October 10, 2017, the USPTO issued U.S. Patent No. 9,782,425, entitled "Treatment of Papulopustular Rosacea With Ivermectin," to GSA.

23.     The '425 Patent is valid, enforceable, and has not expired.

**G.      Soolantra® (Ivermectin) Cream, 1%**

24.     GLP is the exclusive owner of NDA No. 206255, giving it sole permission to market and sell Soolantra® (ivermectin) Cream, 1% in the United States. On December 19, 2014, GLP obtained FDA approval to market Soolantra® (ivermectin) Cream, 1%. The '816 Patent, '587 Patent, '117 Patent, and '118 Patent are listed in the FDA publication entitled, "Approved Drug Products With Therapeutic Equivalence Evaluations" (known as the "Orange Book") as covering Soolantra® (ivermectin) Cream, 1%.

**H.      Teva USA's Infringement**

25.     Teva USA filed ANDA No. 210019 on December 30, 2016.

26.     On or about March 10, 2017, Teva USA sent the Paragraph IV Certification to GLP and GSA. Through the Paragraph IV Certification, Teva USA first notified Plaintiffs that Teva USA had filed the ANDA with the FDA relating to the Accused Product, and that the ANDA includes a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) that, in Teva USA's opinion, the claims of the '816 Patent, '587 Patent, '117 Patent, and '118 Patent are invalid, unenforceable, and/or will not be infringed by the commercial manufacture, use, offer for sale, sale, or importation of the Accused Product.

27.     Teva USA was aware of at least the '816 Patent, '587 Patent, '117 Patent, and '118 Patent when it filed the ANDA and sent the Paragraph IV Certification.

28.     The Accused Product that is the subject of the ANDA will directly and indirectly infringe one or more claims of the Asserted Patents, either literally or under the doctrine of equivalents.

29.     Plaintiffs commenced this action within 45 days of the date that they received the Paragraph IV Certification.

30.     Teva USA intends to continue seeking approval of the ANDA from the FDA and to engage in the commercial manufacture, marketing, and sale of the Accused Product (including commercial marketing and sale of the Accused Product in the State of Delaware and this district), in the event that the FDA approves the ANDA.

## COUNT I:
### INFRINGEMENT OF U.S. PATENT NO. 8,362,069

31.     Plaintiffs incorporate paragraphs 1 through 30 above by reference as if fully set forth herein.

32.     The '069 Patent is valid, enforceable, and has not expired.

33.     The Accused Product and/or its use as directed infringes one or more of the claims of the '069 Patent, including at least claim 1, either literally or under the doctrine of equivalents. As such, under 35 U.S.C. § 271(e)(2)(A), Teva USA infringed the '069 Patent by submitting the ANDA seeking permission to commercially manufacture, use, or sell the Accused Product prior to the expiration of the '069 Patent.

34.     In addition, pursuant to the Drug Price Competition and Patent Term Restoration Act, 21 U.S.C. § 355 *et seq.*, Teva USA's ANDA must include information showing that the Accused Product (1) contains the same active ingredients as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(II)]; (2) has the same route of administration, dosage form, and strength as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(iii)]; and (3) is bioequivalent and/or has the same therapeutic effect as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(iv)].

35.     As such, under 35 U.S.C. § 271(e)(2)(A), Teva USA has infringed the '069 Patent by submitting the ANDA seeking permission to commercially manufacture, use, or sell the Accused Product prior to the expiration of the '069 Patent.

36.     As a result of Teva USA's infringement, Plaintiffs are entitled to a declaration that the Accused Product infringes the '069 Patent if made, used as directed, sold, offered for sale, or imported during the term of the '069 Patent.

37.     Plaintiffs will be substantially and irreparably harmed by Teva USA's infringing activities unless those activities are enjoined by this Court. Plaintiffs have no adequate remedy at law.

38.     As a result of Teva USA's infringement, Plaintiffs are entitled to permanent injunctive relief, restraining and enjoining Teva USA and all those in privity or acting in concert with Teva USA from manufacturing, selling, offering to sell, or importing the Accused Product during the term of the '069 Patent, or from otherwise infringing or inducing the infringement of the '069 Patent.

## COUNT II:
### INFRINGEMENT OF U.S. PATENT NO. 8,815,816

39.     Plaintiffs incorporate paragraphs 1 through 38 above by reference as if fully set forth herein.

40.     The '816 Patent is valid, enforceable, and has not expired.

41.     The Accused Product and/or its use as directed infringes one or more of the claims of the '816 Patent, including at least claim 1, either literally or under the doctrine of equivalents. As such, under 35 U.S.C. § 271(e)(2)(A), Teva USA infringed the '816 Patent by submitting the ANDA seeking permission to commercially manufacture, use, or sell the Accused Product prior to the expiration of the '816 Patent.

42.     Teva USA will induce infringement of one or more claims of the '816 Patent—in violation of Plaintiffs' patent rights—if the FDA approves the sale of the Accused Product with

instructions and labeling that will result in direct infringement of one or more claims of the '816

Patent, including at least claim 1, by users of the Accused Product.

43.     Teva USA seeks approval of at least one indication for the Accused Product that

is claimed in the '816 Patent.

44.     Teva USA intends that physicians will prescribe, and patients will use, the

Accused Product in accordance with the indication(s) sought by Teva USA and will therefore

infringe one or more claims of the '816 Patent under 35 U.S.C. § 271(b).

45.     In addition, pursuant to the Drug Price Competition and Patent Term Restoration

Act, 21 U.S.C. § 355 *et seq.*, Teva USA's ANDA must include information showing that the

Accused Product (1) contains the same active ingredients as Soolantra® (ivermectin) Cream, 1%

[21 U.S.C. § 355(j)(2)(A)(II)]; (2) has the same route of administration, dosage form, and

strength as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(iii)]; and (3) is

bioequivalent and/or has the same therapeutic effect as Soolantra® (ivermectin) Cream, 1%

[21 U.S.C. § 355(j)(2)(A)(iv)].

46.     As such, under 35 U.S.C. § 271(e)(2)(A), Teva USA has infringed the '816 Patent

by submitting the ANDA seeking permission to commercially manufacture, use, or sell the

Accused Product prior to the expiration of the '816 Patent.

47.     As a result of Teva USA's infringement, Plaintiffs are entitled to a declaration

that the Accused Product infringes the '816 Patent if made, used as directed, sold, offered for

sale, or imported during the term of the '816 Patent.

48.     Plaintiffs will be substantially and irreparably harmed by Teva USA's infringing

activities unless those activities are enjoined by this Court. Plaintiffs have no adequate remedy at

law.

49.     As a result of Teva USA's infringement, Plaintiffs are entitled to permanent injunctive relief, restraining and enjoining Teva USA and all those in privity or acting in concert with Teva USA from manufacturing, selling, offering to sell, or importing the Accused Product during the term of the '816 Patent, or from otherwise infringing or inducing the infringement of the '816 Patent.

## COUNT III:
### INFRINGEMENT OF U.S. PATENT NO. 9,089,587

50.     Plaintiffs incorporate paragraphs 1 through 49 above by reference as if fully set forth herein.

51.     The '587 Patent is valid, enforceable, and has not expired.

52.     The Accused Product and/or its use as directed infringes one or more of the claims of the '587 Patent, including at least claim 1, either literally or under the doctrine of equivalents. As such, under 35 U.S.C. § 271(e)(2)(A), Teva USA infringed the '587 Patent by submitting the ANDA seeking permission to commercially manufacture, use, or sell the Accused Product prior to the expiration of the '587 Patent.

53.     Teva USA will induce infringement of one or more claims of the '587 Patent—in violation of Plaintiffs' patent rights—if the FDA approves the sale of the Accused Product with instructions and labeling that will result in direct infringement of one or more claims of the '587 Patent, including at least claim 1, by users of the Accused Product.

54.     Teva USA seeks approval of at least one indication for the Accused Product that is claimed in the '587 Patent.

55.     Teva USA intends that physicians will prescribe, and patients will use, the Accused Product in accordance with the indication(s) sought by Teva USA and will therefore infringe one or more claims of the '587 Patent under 35 U.S.C. § 271(b).

56.     In addition, pursuant to the Drug Price Competition and Patent Term Restoration Act, 21 U.S.C. § 355 *et seq.*, Teva USA's ANDA must include information showing that the Accused Product (1) contains the same active ingredients as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(II)]; (2) has the same route of administration, dosage form, and strength as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(iii)]; and (3) is bioequivalent and/or has the same therapeutic effect as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(iv)].

57.     As such, under 35 U.S.C. § 271(e)(2)(A), Teva USA has infringed the '587 Patent by submitting the ANDA seeking permission to commercially manufacture, use, or sell the Accused Product prior to the expiration of the '587 Patent.

58.     As a result of Teva USA's infringement, Plaintiffs are entitled to a declaration that the Accused Product infringes the '587 Patent if made, used as directed, sold, offered for sale, or imported during the term of the '587 Patent.

59.     Plaintiffs will be substantially and irreparably harmed by Teva USA's infringing activities unless those activities are enjoined by this Court. Plaintiffs have no adequate remedy at law.

60.     As a result of Teva USA's infringement, Plaintiffs are entitled to permanent injunctive relief, restraining and enjoining Teva USA and all those in privity or acting in concert with Teva USA from manufacturing, selling, offering to sell, or importing the Accused Product during the term of the '587 Patent, or from otherwise infringing or inducing the infringement of the '587 Patent.

## COUNT IV:
### INFRINGEMENT OF U.S. PATENT NO. 9,233,117

61.     Plaintiffs incorporate paragraphs 1 through 60 above by reference as if fully set forth herein.

62.     The '117 Patent is valid, enforceable, and has not expired.

63.     The Accused Product and/or its use as directed infringes one or more of the claims of the '117 Patent, including at least claim 1, either literally or under the doctrine of equivalents. As such, under 35 U.S.C. § 271(e)(2)(A), Teva USA infringed the '117 Patent by submitting the ANDA seeking permission to commercially manufacture, use, or sell the Accused Product prior to the expiration of the '117 Patent.

64.     Teva USA will induce infringement of one or more claims of the '117 Patent—in violation of Plaintiffs' patent rights—if the FDA approves the sale of the Accused Product with instructions and labeling that will result in direct infringement of one or more claims of the '117 Patent, including at least claim 1, by users of the Accused Product.

65.     Teva USA seeks approval of at least one indication for the Accused Product that is claimed in the '117 Patent.

66.     Teva USA intends that physicians will prescribe, and patients will use, the Accused Product in accordance with the indication(s) sought by Teva USA and will therefore infringe one or more claims of the '117 Patent under 35 U.S.C. § 271(b).

67.     In addition, pursuant to the Drug Price Competition and Patent Term Restoration Act, 21 U.S.C. § 355 *et seq.*, Teva USA's ANDA must include information showing that the Accused Product (1) contains the same active ingredients as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(II)]; (2) has the same route of administration, dosage form, and strength as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(iii)]; and (3) is

bioequivalent and/or has the same therapeutic effect as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(iv)].

68.    As such, under 35 U.S.C. § 271(e)(2)(A), Teva USA has infringed the '117 Patent by submitting the ANDA seeking permission to commercially manufacture, use, or sell the Accused Product prior to the expiration of the '117 Patent.

69.    As a result of Teva USA's infringement, Plaintiffs are entitled to a declaration that the Accused Product infringes the '117 Patent if made, used as directed, sold, offered for sale, or imported during the term of the '117 Patent.

70.    Plaintiffs will be substantially and irreparably harmed by Teva USA's infringing activities unless those activities are enjoined by this Court. Plaintiffs have no adequate remedy at law.

71.    As a result of Teva USA's infringement, Plaintiffs are entitled to permanent injunctive relief, restraining and enjoining Teva USA and all those in privity or acting in concert with Teva USA from manufacturing, selling, offering to sell, or importing the Accused Product during the term of the '117 Patent, or from otherwise infringing or inducing the infringement of the '117 Patent.

## COUNT V:
### INFRINGEMENT OF U.S. PATENT NO. 9,233,118

72.    Plaintiffs incorporate paragraphs 1 through 71 above by reference as if fully set forth herein.

73.    The '118 Patent is valid, enforceable, and has not expired.

74.    The Accused Product and/or its use as directed infringes one or more of the claims of the '118 Patent, including at least claim 1, either literally or under the doctrine of equivalents. As such, under 35 U.S.C. § 271(e)(2)(A), Teva USA infringed the '118 Patent by

submitting the ANDA seeking permission to commercially manufacture, use, or sell the Accused Product prior to the expiration of the '118 Patent.

75.     Teva USA will induce infringement of one or more claims of the '118 Patent—in violation of Plaintiffs' patent rights—if the FDA approves the sale of the Accused Product with instructions and labeling that will result in direct infringement, including at least claim 1, of one or more claims of the '118 Patent by users of the Accused Product.

76.     Teva USA seeks approval of at least one indication for the Accused Product that is claimed in the '118 Patent.

77.     Teva USA intends that physicians will prescribe, and patients will use, the Accused Product in accordance with the indication(s) sought by Teva USA and will therefore infringe one or more claims of the '118 Patent under 35 U.S.C. § 271(b).

78.     In addition, pursuant to the Drug Price Competition and Patent Term Restoration Act, 21 U.S.C. § 355 *et seq.*, Teva USA's ANDA must include information showing that the Accused Product (1) contains the same active ingredients as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(II)]; (2) has the same route of administration, dosage form, and strength as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(iii)]; and (3) is bioequivalent and/or has the same therapeutic effect as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(iv)].

79.     As such, under 35 U.S.C. § 271(e)(2)(A), Teva USA has infringed the '118 Patent by submitting the ANDA seeking permission to commercially manufacture, use, or sell the Accused Product prior to the expiration of the '118 Patent.

80.     As a result of Teva USA's infringement, Plaintiffs are entitled to a declaration that the Accused Product infringes the '118 Patent if made, used as directed, sold, offered for sale, or imported during the term of the '118 Patent.

81.     Plaintiffs will be substantially and irreparably harmed by Teva USA's infringing activities unless those activities are enjoined by this Court. Plaintiffs have no adequate remedy at law.

82.     As a result of Teva USA's infringement, Plaintiffs are entitled to permanent injunctive relief, restraining and enjoining Teva USA and all those in privity or acting in concert with Teva USA from manufacturing, selling, offering to sell, or importing the Accused Product during the term of the '118 Patent, or from otherwise infringing or inducing the infringement of the '118 Patent.

<u>COUNT VI:</u>
INFRINGEMENT OF U.S. PATENT NO. 9,782,425

83.     Plaintiffs incorporate paragraphs 1 through 82 above by reference as if fully set forth herein.

84.     The '425 Patent is valid, enforceable, and has not expired.

85.     The Accused Product and/or its use as directed infringes one or more of the claims of the '425 Patent, including at least claim 1, either literally or under the doctrine of equivalents. As such, under 35 U.S.C. § 271(e)(2)(A), Teva USA infringed the '425 Patent by submitting the ANDA seeking permission to commercially manufacture, use, or sell the Accused Product prior to the expiration of the '425 Patent.

86.     Teva USA will induce infringement of one or more claims of the '425 Patent—in violation of Plaintiffs' patent rights—if the FDA approves the sale of the Accused Product with

instructions and labeling that will result in direct infringement, including at least claim 1, of one or more claims of the '425 Patent by users of the Accused Product.

87.     Teva USA seeks approval of at least one indication for the Accused Product that is claimed in the '425 Patent.

88.     Teva USA intends that physicians will prescribe, and patients will use, the Accused Product in accordance with the indication(s) sought by Teva USA and will therefore infringe one or more claims of the '425 Patent under 35 U.S.C. § 271(b).

89.     In addition, pursuant to the Drug Price Competition and Patent Term Restoration Act, 21 U.S.C. § 355 *et seq.*, Teva USA's ANDA must include information showing that the Accused Product (1) contains the same active ingredients as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(II)]; (2) has the same route of administration, dosage form, and strength as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(iii)]; and (3) is bioequivalent and/or has the same therapeutic effect as Soolantra® (ivermectin) Cream, 1% [21 U.S.C. § 355(j)(2)(A)(iv)].

90.     As such, under 35 U.S.C. § 271(e)(2)(A), Teva USA has infringed the '425 Patent by submitting the ANDA seeking permission to commercially manufacture, use, or sell the Accused Product prior to the expiration of the '425 Patent.

91.     As a result of Teva USA's infringement, Plaintiffs are entitled to a declaration that the Accused Product infringes the '425 Patent if made, used as directed, sold, offered for sale, or imported during the term of the '425 Patent.

92.     Plaintiffs will be substantially and irreparably harmed by Teva USA's infringing activities unless those activities are enjoined by this Court. Plaintiffs have no adequate remedy at law.

93.     As a result of Teva USA's infringement, Plaintiffs are entitled to permanent injunctive relief, restraining and enjoining Teva USA and all those in privity or acting in concert with Teva USA from manufacturing, selling, offering to sell, or importing the Accused Product during the term of the '425 Patent, or from otherwise infringing or inducing the infringement of the '425 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for the following relief:

(A)     A declaration that Teva USA's commercial manufacture, use, offer for sale, or sale in, or importation into the United States of the Accused Product prior to the date of the expiration of the Asserted Patents, including any patent extensions and any additional periods of exclusivity, would constitute infringement of such patents in violation of Plaintiffs' patent rights;

(B)     A declaration, pursuant to 35 U.S.C. § 271(e)(2)(A), that Teva USA has infringed the Asserted Patents by submitting the ANDA to the FDA to obtain approval to commercially manufacture, use, offer for sale, sell in, or import into the United States the Accused Product prior to the expiration of such patents, including any patent extensions and any additional periods of exclusivity, and that the Accused Product infringes such patents;

(C)     An order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of any approval of the Accused Product described in the ANDA is not to be earlier than the date of the expiration of the Asserted Patents, including any patent extensions and any additional periods of exclusivity;

(D)     A permanent injunction, pursuant to 35 U.S.C. §§ 271(e)(4)(B) and (D), and 35 U.S.C. § 283, enjoining Teva USA and its officers, agents, servants, employees, privies, and others acting for, on behalf of, or in concert with any of them, from commercially manufacturing, using, selling, or offering to sell the Accused Product within the United States;

importing the Accused Product into the United States; or otherwise infringing or inducing the infringement of the Asserted Patents, prior to the date of the expiration of such patents, including any patent extensions and any additional periods of exclusivity;

(E)     An award to Plaintiffs, pursuant to 35 U.S.C. § 271(e)(4)(C), of damages and other monetary relief, as a result of Teva USA's infringement, to the extent there has been any commercial manufacture, use, offer to sell, or sale within the United States or importation into the United States of the Accused Product prior to the date of the expiration of the Asserted Patents, including any patent extensions and any additional periods of exclusivity; and

(F)     Such other and further relief as this Court may deem just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
   *Attorneys for Plaintiffs Galderma*
   *Laboratories, L.P., Galderma S.A.,*
   *and Nestlé Skin Health S.A.*

OF COUNSEL:

Jamil N. Alibhai
Michael C. Wilson
Daniel E. Venglarik
Kelly P. Chen
Jordan C. Strauss
MUNCK WILSON MANDALA, LLP
600 Banner Place Tower
12770 Coit Road
Dallas, TX 75251
(972) 628-3600

December 22, 2017
11529362

# EXHIBIT A

US008362069B2

(12) **United States Patent**  
Diaz-Astruc et al.

(10) Patent No.: **US 8,362,069 B2**  
(45) Date of Patent: **Jan. 29, 2013**

(54) **COMPOSITIONS COMPRISING AT LEAST ONE AQUEOUS PHASE AND AT LEAST ONE FATTY PHASE WHICH COMPRISES AVERMECTIN COMPOUNDS**

(75) Inventors: **Fanny Diaz-Astruc**, Houston, TX (US); **Nathalie Barthez**, Nice (FR); **Sandrine Segura-Orsoni**, Mandelieu (FR)

(73) Assignee: **Galderma S.A.**, Cham (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 574 days.

(21) Appl. No.: **12/253,509**

(22) Filed: **Oct. 17, 2008**

(65) **Prior Publication Data**

US 2009/0136574 A1    May 28, 2009

**Related U.S. Application Data**

(63) Continuation of application No. PCT/FR2007/051128, filed on Apr. 18, 2007.

(30) **Foreign Application Priority Data**

Apr. 19, 2006    (FR) ...................................... 06 03452

(51) **Int. Cl.**  
*A01N 43/02*    (2006.01)  
*A01N 45/00*    (2006.01)  
*A01N 31/08*    (2006.01)  
(52) **U.S. Cl.** ......................... **514/450**; 514/176; 514/731  
(58) **Field of Classification Search** ................... 424/400  
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2006/0100165 A1 *    5/2006    Manetta et al. .................. 514/28

FOREIGN PATENT DOCUMENTS

| EP | 2 374 449 | A3 | 2/2012 |
|----|-----------|----|--------|
| GB | 2310801 | A | 9/1997 |
| WO | WO 00/42990 | A1 | 7/2000 |
| WO | WO 00/74489 | A1 | 12/2000 |
| WO | WO 02/09764 | A1 | 2/2002 |
| WO | WO 2004/093886 | A1 | 11/2004 |
| WO | WO 2005/089806 | A1 | 9/2005 |
| WO | WO 2006/069580 | A1 | 7/2006 |
| WO | WO 2007/119028 | A3 | 10/2007 |

OTHER PUBLICATIONS

European Search Report with attached European Search Opinion dated Jan. 26, 2012 for EP counterpart of parent application, EP 1113086, 10 pages, in French.

* cited by examiner

*Primary Examiner* — Sreeni Padmanabhan  
*Assistant Examiner* — Timothy E Betton  
(74) *Attorney, Agent, or Firm* — SNR Denton US LLP

(57) **ABSTRACT**

Pharmaceutical/dermatological emulsions containing at least one avermectin compound, notably ivermectin, include at least one fatty phase and at least one aqueous phase, the at least one avermectin compound being solubilized in the fatty phase, which emulsions are useful for the treatment of a variety of dermatological conditions/afflictions, in particular rosacea.

**22 Claims, No Drawings**

US 8,362,069 B2

1

# COMPOSITIONS COMPRISING AT LEAST ONE AQUEOUS PHASE AND AT LEAST ONE FATTY PHASE WHICH COMPRISES AVERMECTIN COMPOUNDS

## CROSS-REFERENCE TO PRIORITY/PCT APPLICATIONS

This application claims priority under 35 U.S.C. §119 of FR 0603452, filed Apr. 19, 2006, and is a continuation of PCT/FR2007/051128, filed Apr. 18, 2007 and designating the United States (published in the French language on Oct. 25, 2007 as WO 2007/119028 A2; the title and abstract were also published in English), each hereby expressly incorporated by reference in its entirety and each assigned to the assignee hereof.

## BACKGROUND OF THE INVENTION

1. Technical Field of the Invention

The present invention relates to pharmaceutical compositions based on a compound of the avermectin family comprising at least one fatty phase and at least one aqueous phase, said compound of the avermectin family being solubilized in said fatty phase.

The present invention relates more particularly to ivermectin-based pharmaceutical compositions comprising at least one fatty phase and at least one aqueous phase, the ivermectin being solubilized in said fatty phase.

This invention also relates to the formulation thereof and to the administration of such pharmaceutical compositions for the treatment of dermatological conditions, in particular rosacea.

2. Description of Background and/or Related and/or Prior Art

Ivermectin is a mixture of two compounds belonging to the class of avermectins, 5-O-demethyl-22,23-dihydroavermectin $A_{1a}$ and 5-O-demethyl-22,23-dihydroavermectin $A_{1b}$. They are also known under the trademarks 22,23-dihydroavermectin $B_{1a}$ and 22,23-dihydroavermectin $B_{1b}$. Ivermectin contains at least 80% of 22,23-dihydroavermectin $B_{1a}$ and less than 20% of 22,23-dihydroavermectin $B_{1b}$. This active agent forms part of the class of avermectins, a group of macrocyclic lactones produced by the bacterium *Streptomyces avermitilis* (Reynolds J E F (Ed) (1993) Martindale, The extra pharmacopoeia. 29th Edition. Pharmaceutical Press, London). Avermectins include in particular ivermectin, invermectin, avermectin, abamectin, doramectin, eprinomectin and selamectin.

Ivermectin is more particularly an anthelmintic. It has been administered in humans in the treatment of onchocerciasis caused by onchocerca volvulus, of gastrointestinal strongyloidiasis (anguillulosis) (product Stomectol®) and of human scabies (Meinking T L et al., *N. Engl. J. Med.*, 1995 Jul. 6; 333(1): 26-30 The treatment of scabies with ivermectin) and also in the treatment of microfilaremia diagnosed or suspected in individuals suffering from lymphatic filariosis due to *Wuchereria bancrofti*.

Dermatological conditions are often associated with increased sensitivity of the skin, particularly in the case of rosacea, which is an inflammatory dermatosis that affects mainly the central part of the face and is characterized, inter alia, by reddening of the face, hot flashes and facial erythemia. This type of pathology requires in particular the application of pharmaceutical formulations that are easy to spread and give the user a pleasant feeling of well-being.

2

Need therefore exists for topical pharmaceutical compositions containing at least one compound of the avermectin family, and more particularly ivermectin, which is completely suited to the pathological condition and specifically to sensitive skin, which is industrially acceptable, i.e., the formulation of which is physically stable (without phase separation) and chemically stable (without modification of the stability of the active agent) and which optimizes the penetration of ivermectin into the skin.

Ivermectin is a compound that is chemically unstable on contact with water. In order to stabilize it, various solutions have been provided in the prior art: EP 0,045,655 proposes forming micelles of surfactants which surround the ivermectin in order to protect it against water; other applications, such as WO 01/60380 or WO 97/26895, propose using aqueous solvents for active agents, such as N-methyl-2-pyrrolidone. Finally, WO 2004/093886 and WO 2005/089806 describe emulsions comprising an oily phase and an aqueous phase, said aqueous phase comprising a micellar active phase containing ivermectin. Unfortunately, these concepts do not allow optimum stability of the ivermectin.

## SUMMARY OF THE INVENTION

Ivermectin-based compositions have now been developed, in particular in the form of oil-in-water emulsions, which entirely meet these expectations, comprising a fatty phase dispersed in an aqueous phase, the ivermectin being solubilized in said fatty phase.

These formulations are emulsions which preferably comprise a high percentage of water.

In the compositions according to the invention, the ivermectin is entirely solubilized in the internal oily phase of the emulsion, and this solubilization in the oil globules of the emulsion makes it possible to limit the contact of the ivermectin and the aqueous phase, which those skilled in the art will take care to formulate free of ivermectin solvents. Such compositions are, moreover, very well-tolerated. This advantageously makes it possible to maintain a high percentage of water in order to conserve an aqueous product suitable for the pathological conditions/afflictions targeted.

The present invention therefore features pharmaceutical compositions comprising at least one fatty phase, at least one aqueous phase and at least one compound of the avermectin family, said compound of the avermectin family being solubilized in said fatty phase. The fatty phase is therefore the solvent phase for the active agent.

## DETAILED DESCRIPTION OF BEST MODE AND SPECIFIC/PREFERRED EMBODIMENTS OF THE INVENTION

The term "pharmaceutical composition" means a composition which comprises compounds compatible with application to the skin, the mucous membranes and/or the appendages.

The compounds of the avermectin family that are useful according to the invention are selected from among ivermectin, invermectin, avermectin, abamectin, doramectin, eprinomectin and selamectin. Preferably, the compound of the avermectin family is ivermectin.

Preferably, the compositions according to the invention comprise a single aqueous phase and a single fatty phase and is in the form of an oil-in-water emulsion, i.e., the fatty phase being dispersed in the aqueous phase. According to the invention, the term "oil-in-water emulsion" means a system being constituted of a liquid (in this case the fatty phase) which is

US 8,362,069 B2

3

dispersed in the form of fine droplets in another liquid (in this case the aqueous phase), the two liquids being considered to be insoluble or barely soluble in one another. The particle size is in the region of 1,000 nm (1 µm).

The compositions according to the invention are described as stable emulsions in that these show good physical and chemical stability over time, even at a temperature above ambient temperature (for example, 40° C.), as shown in the examples hereinafter.

In the compositions according to the invention, the iver-mectin is present in an amount of from 0.001% to 10%, preferably from 0.001% to 5% by weight relative to the total weight of the composition, and preferably from 0.003% to 2%.

In the compositions according to the invention, the aqueous phase is present in an amount of from 30% to 95% by weight relative to the total weight of the composition.

The fatty phase of the compositions according to the invention comprise at least one fatty phase which is a solvent for the active agent, or oily phase which is a solvent for the active agent, or active phase. The active agent is here understood to be the compound of the avermectin family, preferably iver-mectin.

The oily phase which is a solvent for the active agent preferably comprises at least one oily solvent for the active agent different from plant and mineral oils. Thus, the oily phase which is a solvent for the active agent preferably comprises at least one oily solvent for the active agent selected from synthetic oils.

This is because, on the one hand, the active ingredient, and particularly ivermectin, is more successfully solubilized in synthetic oils than in mineral or plant oils, and on the other hand, the compositions obtained with this type of solvent have improved stability.

The oily phase which is the solvent for the active agent thus comprises at least one oily solvent for the active agent, selected in particular from the diisopropyl adipate marketed under the trademark Crodamol DA by Croda, the PPG 15 stearyl ether marketed under the trademark Arlamol E by Uniqema, the octyl dodecanol marketed under the trademark Eutanol G by Cognis and the $C_{12}$-$C_{15}$ alkyl benzoate marketed under the trademark Tegosoft TN by Degussa, and mixtures thereof.

Even more preferably, diisopropyl adipate or PPG-15 stearyl ether, or a mixture of these two compounds, will be used.

Preferably, the active phase of the compositions according to the invention does not comprise any solvent distinct from the oily solvents described above, nor any emulsifier. In particular, it does not comprise any solvent of alcohol or glycol type. This is because the oily solvent(s) described above is (are) sufficient by itself (themselves) to solubilize the active ingredient.

Preferably, the active phase according to the invention contains only at least one oily solvent described above and at least one compound of the avermectin family.

Preferably, the fatty phase comprises at least one oily phase which is a solvent for the active agent (or fatty phase which is a solvent for the active agent). It may also comprise at least one fatty phase which is not a solvent for the active agent. Preferably, the fatty phase comprises an oily phase which is a solvent for the active agent and a fatty phase which is not a solvent for the active agent; alternatively, the fatty phase preferably comprises only an oily phase which is a solvent for the active agent.

The expression "fatty phase which is not a solvent for the active agent" means a lipophilic phase which comprises one

4

or more lipophilic compounds which are not solvents for the active agent, i.e., in which the compounds of the avermectin family have a solubility of less than or equal to 1% by weight relative to the total weight of the non-solvent fatty phase.

The fatty phase which is not a solvent for the active agent comprises at least one lipophilic compound which is not a solvent for the active agent, selected in particular from non-solvent oils, fatty substances, thickeners of the oily phase, and mixtures thereof.

Among the non-solvent oils, exemplary are silicone oils, including cyclomethicone, dimethicone with a viscosity from 20 to 350 cst; mineral oils, including Primol 352 and Marcol 152, manufactured by Esso, and mixtures thereof.

Among the thickening fatty substances, exemplary are the stearyl alcohol marketed under the trademark Speziol C18 by Cognis or the cetyl alcohol marketed under the trademark Speziol C16 by Cognis, waxes, butters and mixtures thereof.

The compositions according to the invention also comprise at least one emulsifier, in order to stabilize the emulsion.

These emulsifiers are amphiphilic compounds which have a hydrophobic part that has an affinity for oil and a hydro-philic part that has an affinity for water, thus creating a link from the two phases. Ionic or non-ionic emulsifiers therefore stabilize oil/water emulsions by adsorbing at the interface and forming lamellar layers of liquid crystals. Their emulsifying capacity is closely linked to the polarity of the molecule. This polarity is defined by the HLB (Hydrophilic/Lipophilic Bal-ance).

These emulsions are in particular selected from the mac-rogol 21 stearyl ether marketed under the trademark Brij 721 by Uniqema, the macrogol 2 stearyl ether marketed under the trademark Brij 72P by Uniqema, the glyceryl/PEG 100 stear-ate marketed under the trademark Arlacel 165FL by Uniqema, the ceteareth 20 marketed under the trademark Eumulgin B2 by Cognis, the PEG-6 and PEG 32 palmito-stearate marketed under the trademark Tefose 1500 by Gat-tefossé, the PEG 20 methyl glucose sesquistearate marketed under the trademark Glucamate SSE 20 by Amerchol, poly-oxyethylenated fatty acid esters such as the nonionic Arlatone 983 by ICI or the methyl glucose sesquistearate marketed under the trademark Glucate SS by Amerchol.

This type of emulsifier is used at a concentration of from 0.1% to 8% by weight, preferably at a concentration of from 1% to 8% by weight, relative to the total weight of the com-position.

The emulsions according to the invention may also com-prise coemulsifiers. Among these compounds are, in particu-lar, nonionic sorbitan esters, such as the sorbitan oleate mar-keted under the trademark Arlacel 80 by ICI or marketed under the trademark Crill 4 by Croda, the sorbitan sesqui-oleate marketed under the trademark Arlacel 83 by ICI or under the trademark Montane 83 by Seppic, or else sorbitan isostearate; nonionic fatty alcohol ethers having a high HLB, i.e., an HLB greater than or equal to 7, such as ceteareth-20 or ceteareth-12, or fatty alcohol ethers having a low HLB, i.e., an HLB of less than 7, such as steareth-2.

The compositions according to the invention may also comprise a gelling agent.

As gelling agents that can be used, exemplary are the carbomers marketed under the trademark Carbopol 980 NF and Carbopol 981 NF by Noveon, the C10-C30 alkyl acrylate crosspolymer marketed under the trademark Pemulen TR1 by Noveon, the acrylamide gel marketed under the trademark Simulgel 600 by Seppic, the modified celluloses marketed under the trademark Natrosol by Hercules-Aqualon or

US 8,362,069 B2

5

Methocel by Dow Chemical Company, or else the saccharide biopolymers marketed under the trademark Xantural by SPCI.

Preferably, the compositions according to the invention comprise:

0.01% to 25% of fatty phase which is a solvent for the active agent;

0 to 20% of fatty phase which is not a solvent for the active agent;

1% to 8% of emulsifier;

0 to 5% of a gelling agent;

0.001% to 5% of ivermectin; and

50% to 75% of aqueous phase.

Even more preferably, the compositions according to the invention comprise:

5% to 20% of fatty phase which is a solvent for the active agent;

0 to 10% of fatty phase which is not a solvent for the active agent;

2% to 5% of emulsifier;

0 to 3% of a gelling agent;

0.001% to 2% of ivermectin; and

55% to 70% of aqueous phase.

The compositions according to the invention may also contain additives normally employed in the cosmetics or pharmaceutical field, such as:

humectants such as glycerol, sorbitol or propylene glycol;

preservatives such as methyl para-hydroxybenzoate, propyl para-hydroxybenzoate, butyl para-hydroxybenzoate, phenoxyethanol, benzalkonium chloride, benzyl alcohol, phenylethyl alcohol, chlorhexidine digluconate or chlorephenesin;

anti-irritants, such as allantoin, 18β-glycyrrhetinic acid or DL-alpha-tocopheryl acetate;

moisture regulators;

pH regulators, such as citric acid or sodium hydroxide;

osmotic pressure modifiers;

UV-A and UV-B screens; and

antioxidants, such as α-tocopherol, butylhydroxyanisole (BHA) or butylhydroxytoluene (BHT), vitamin E, propyl gallate or citric acid.

Of course, one skilled in this art will take care to adapt the choice of the additives or the optional compounds to be added to these compositions and also the procedure in such a way that the advantageous properties intrinsically associated with the present invention are not or are not substantially impaired by the addition envisaged.

These additives may be present in the composition at from 0.001% to 20% by weight relative to the total weight of the composition.

The present invention also features a method for preparing the subject compositions, which comprises the following steps:

a) mixing ivermectin with at least one oily solvent, until the ivermectin is solubilized, in order to form the fatty phase;

b) mixing the constituents of the aqueous phase, to homogeneity;

c) incorporating the fatty phase into the aqueous phase so as to form an emulsion.

The fatty phase may comprise an oily phase which is the solvent for the active agent and a fatty phase which is not a solvent for the active agent. In this case, the method comprises, from steps a) and b) above, a step of mixing the oily phase obtained in a) with at least one (supplementary) lipophilic compound which is not a solvent for the active agent, said compound being in particular as described above.

6

This invention also features administration of the subject compositions for treating dermatological conditions.

The term "dermatological conditions" means more particularly rosacea, acne vulgaris, seborrhoeic dermatitis, perioral dermatitis, acneiform eruptions, transient acantholytic dermatitis and acne miliaris necrotica.

The compositions according to the invention are particularly suitable for the treatment of rosacea, whether regime or regimen.

In order to further illustrate the present invention and the advantages thereof, the following specific examples are given, it being understood that same are intended only as illustrative and in nowise limitative. In said examples to follow, all parts and percentages are given by weight, unless otherwise indicated.

EXAMPLES

Example 1

Study of Active Agent Solubility/Stability

Maximum solubility of ivermectin at T1 hour at ambient temperature (AT) in various oily-phase excipients and 1 month stability at AT and T40° C.

| | % (w/w) | 1-month stability at AT | 1-month stability at 40° C. |
|---|---|---|---|
| Diisopropyl adipate | 10.4 | Stable | Stable |
| PPG 15 stearyl ether | 3.3 | Stable | Stable |
| Guerbet alcohol | 2.5 | Not tested | Not tested |
| $C_{12}$-$C_{15}$ alkyl benzoate | 1.6 | Not tested | Not tested |

Example 2

Composition 1

| Phases | INCI Name | % of formula |
|---|---|---|
| A | Purified water | qs 100% |
| A | Glycerol | 7.00 |
| A | Methyl para-hydroxybenzoate | 0.20 |
| A | Disodium edetate | 0.10 |
| A | Allantoin | 0.20 |
| A | Carbomer | 0.15 |
| B | Macrogol 21 stearyl ether | 3.00 |
| B | Glyceryl/PEG 100 stearate | 3.00 |
| B | Propyl para-hydroxybenzoate | 0.10 |
| B | Stearyl alcohol | 2.00 |
| B | Butylhydroxytoluene | 0.10 |
| C | Diisopropyl adipate | 15.00 |
| C | Ivermectin | 1.00 |
| D | Cyclopentasiloxane | 6.00 |
| E | Acrylamide/sodium acryloyldimethyl taurate copolymer & isohexadecane & Polysorbate 80 | 1.00 |
| F | Sodium hydroxide (sol at 10%) | qs pH 6.3 |

Procedure of Composition 1.

Production Under Inactinic Light.

Phase Preparation:

Phase A:

The starting materials of phase A are incorporated in a beaker and heated to 75° C.

US 8,362,069 B2

7

Phase B:

The starting materials of phase B are incorporated and then heated to 75° C.

Active Phase C:

The active agent is solubilized in the solvent oil and active phase C is added to phase B.

Emulsification and Neutralization:

Emulsification is carried out by introducing phase B into phase A with Rayneri stirring.

Phases D and then E are introduced at 50° C.

At ambient temperature, neutralization is carried out with sodium hydroxide solution in order to obtain a pH of 6.3, followed by homogenization.

Example 3

Composition 2

| Phases | INCI Name | % of formula |
| --- | --- | --- |
| A | Purified water | qs 100% |
| A | Methyl para-hydroxybenzoate | 0.15 |
| A | Glycerol | 7.00 |
| A | Sodium edetate | 0.10 |
| A | Allantoin | 0.20 |
| A | Carbomer | 0.30 |
| B | Macrogol 2 stearyl ether | 2.50 |
| B | Macrogol 21 stearyl ether | 2.50 |
| B | PPG 15 stearyl ether | 4.00 |
| B | Propyl para-hydroxybenzoate | 0.05 |
| B | Butylhydroxyltoluene | 0.10 |
| C | Diisopropyl adipate | 16.00 |
| C | Ivermectin | 1.00 |
| D | Dimethicone | 1.00 |
| E | Sodium hydroxide (sol at 10%) | qs pH 6.3 |

The procedure of composition 2 is identical to that of composition 1 (Example 3).

Example 4

Composition 3

| Phases | INCI Name | % of formula |
| --- | --- | --- |
| A | Purified water | qs 100% |
| A | Methyl paraben | 0.20 |
| A | Glycerol | 7.00 |
| A | Disodium edetate | 0.10 |
| A | Allantoin | 0.20 |
| A | Carbomer | 0.30 |
| B | Macrogol 2 stearyl ether | 2.50 |
| B | Macrogol 21 stearyl ether | 2.50 |
| B | PPG 15 stearyl ether | 4.00 |
| B | Propyl paraben | 0.10 |
| B | Butylhydroxyltoluene | 0.10 |
| C | Diisopropyl adipate | 16.00 |
| C | Ivermectin | 1.00 |
| D | Dimethicone 200 | 1.00 |
| E | Benzalkonium chloride | 0.05 |
| E | Purified water | 5.00 |
| F | Sodium hydroxide (sol at 10%) | qs pH 6.3 |

8

The procedure of composition 3 is identical to that of composition 2 (Example 3).

Example 5

Composition 4

| Phases | INCI Name | % of formula |
| --- | --- | --- |
| A | Purified water | qs 100% |
| A | Methyl paraben | 0.20 |
| A | Glycerol | 7.00 |
| A | Disodium edetate | 0.10 |
| A | Allantoin | 0.20 |
| A | Carbomer | 0.30 |
| B | Macrogol 2 stearyl ether | 2.50 |
| B | Ceteareth 20 | 2.50 |
| B | Propyl paraben | 0.10 |
| C | Diisopropyl adipate | 16.00 |
| C | Ivermectin | 1.00 |
| D | Dimethicone 200 | 1.00 |
| E | Benzalkonium chloride | 0.020 |
| F | Sodium hydroxide (sol at 10%) | qs pH 6.3 |

The procedure of composition 4 is identical to that of composition 3 (Example 4).

Example 6

Composition 5

| Phases | INCI Name | % of formula |
| --- | --- | --- |
| A | Purified water | qs 100% |
| A | Glycerol | 7.00 |
| A | Disodium edetate | 0.10 |
| A | Phenoxyethanol | 1.00 |
| A | Natrosol | 0.50 |
| B | Glyceryl/PEG 100 stearate | 5.00 |
| C | octyldodecanol | 20.00 |
| C | $C_{12}$-$C_{15}$ alkyl benzoate | 5.00 |
| C | Ivermectin | 0.50 |
| F | Sodium hydroxide (sol at 10%) | qs pH 6.3 |

The procedure of composition 5 is identical to that of composition 4 (Example 5).

Example 7

Composition 6

| Phases | INCI Name | % of formula |
| --- | --- | --- |
| A | Purified water | qs 100% |
| A | Methyl paraben | 0.20 |
| A | Glycerol | 7.00 |
| A | Disodium edetate | 0.10 |
| A | Allantoin | 0.20 |
| A | Carbomer | 0.30 |
| A | Phenoxyethanol | 1.00 |
| B | Macrogol 2 stearyl ether | 2.50 |
| B | Macrogol 21 stearyl ether | 2.50 |
| B | Propyl paraben | 0.10 |
| B | Butylhydroxyltoluene | 0.10 |
| B | PPG-15 stearyl ether | 4.00 |

US 8,362,069 B2

| 9 | | 10 |

**-continued**

| Phases | INCI Name | % of formula |
|--------|-----------|--------------|
| C | Diisopropyl adipate | 16.00 |
| C | Ivermectin | 1.00 |
| D | Dimethicone 200 | 1.00 |
| F | Sodium hydroxide (sol at 10%) | qs pH 6.3 |

The procedure of Example 6 is identical to that of composition 5 (Example 6).

## Example 8

### Physical and Chemical Stabilities

The physical stability of the formulations according to the invention is measured by macroscopic and microscopic observation of the formulation at ambient temperature (AT) (20-30° C.), 40° C. and 4° C. at T1 month, T2 months, T3 months and T6 months.

At AT, the macroscopic observation makes it possible to guarantee the physical integrity of the products.

The characterization of the finished product is completed by a measurement of the flow point.

A Haake VT550 rheometer with an SVDIN measuring sensor is used.

The rheograms are produced at 25° C. and at the shear rate of 4 s$^{-1}$ ($\gamma$), and by measuring the shear stress. The term "flow point" ($\tau$0 expressed in Pascals) means the force necessary (minimum shear stress) to overcome the Van der Waals-type cohesion forces and bring about flow. The flow point is comparable to the value found at the shear rate of 4 s$^{-1}$.

These measurements are carried out at T24 h, and at T1 month, T2 months, T3 months and T6 months.

The chemical stability of the compositions is also measured by assaying the ivermectin active agent by HPLC at AT and 40° C. at T0, T1 month, T2 months, T3 months and T6 months. It is compared to that obtained with the cream formulations derived from WO 2004/093886 and the cream-gel formulation derived from WO 2005/089806, below:

Result obtained: R as %.

Composition 1:

| | Analytical T0: assay 101.7% | Macroscopic appearance pH 24 h: 6.3 Viscosity: $\tau_{(4\,s}{}^{-1}{}_)$ in Pa · s$^{-1}$ | | Milk 28 |
|---|---|---|---|---|
| | | T1 month | T2 months | T3 months | T6 months |

| | | T1 month | T2 months | T3 months | T6 months |
|---|---|---|---|---|---|
| AT | Viscosity: $\tau_{(4\,s}{}^{-1}{}_)$, in Pa · s$^{-1}$ | 35 | 39 | 42 | 51 |
| | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | pH | 6.1 | 6.1 | 6.1 | 6.0 |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Analytical assay | 99.8% | 100.1% | 100.8% | 102.3% |
| 4° C. | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| 40° C. | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Analytical assay | 101% | 99.7% | 100.8% | 104.7% |

Composition 2:

| | Analytical T0: assay 93.6% | Macroscopic appearance pH 24 h: 6.1 Viscosity: $\tau_{(4\,s}{}^{-1}{}_)$ in Pa · s$^{-1}$ | | Soft cream 56 |
|---|---|---|---|---|

| | | T1 month | T2 months | T3 months | T6 months |
|---|---|---|---|---|---|
| AT | Viscosity: $\tau_{(4\,s}{}^{-1}{}_)$, in Pa · s$^{-1}$ | 65 | 70 | 64 | 63 |
| | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | pH | 6.1 | 6.1 | 6.1 | 6.0 |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Analytical assay | 93.6% | 93.9% | 93.9% | 94.4% |
| 4° C. | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| 40° C. | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Analytical assay | 92.7% | 94.8% | 91.9% | 94.5% |

US 8,362,069 B2

| 11 | | | | | 12 |
|---|---|---|---|---|---|

Composition 3:

| | | Analytical T0: assay 99.8% | Macroscopic appearance pH 24 h: 6.2 Viscosity: $\tau_{(4\,s}{}^{-1}{}_)$ in Pa · s$^{-1}$ | Thick milk 66 | |
|---|---|---|---|---|---|
| | | **T1 month** | **T2 months** | **T3 months** | **T6 months** |
| AT | Viscosity: $\tau_{(4\,s}{}^{-1}{}_)$ in Pa · s$^{-1}$ | 58 | 69 | 72 | 61 |
| | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | pH | 6.1 | 6.0 | 6.0 | 6.0 |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Analytical assay | 102.0% | 102.4% | 102.8% | 102.7% |
| 4° C. | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| 40° C. | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Analytical assay | 102.4% | 101.7% | 104.2% | 100.5% |

Composition 4:

| | | Analytical T0: assay 95.2% | Macroscopic appearance pH 24 h: 6.0 Viscosity: $\tau_{(4\,s}{}^{-1}{}_)$ in Pa · s$^{-1}$ | Glossy White milk 38 | |
|---|---|---|---|---|---|
| | | **T1 month** | **T2 months** | **T3 months** | **T6 months** |
| AT | Viscosity: $\tau_{(4\,s}{}^{-1}{}_)$ in Pa · s$^{-1}$ | 35 | 34 | 41 | 34 |
| | Macroscopic appearance pH | 6.0 | 6.0 | 6.0 | 5.9 |
| | Microscopic appearance | Compliance | Compliance | Compliance | 94.4% |
| | Analytical assay | 95.2% | NR | 100.4% | 94.4% |
| 4° C. | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| 40° C. | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Analytical assay | 104.2% | NR | 101.0% | 98.3% |

Composition 7 (Composition 1 with Active Agent at 0.03%):

| | | Analytical T0: assay 93.5% | Macroscopic appearance pH 24 h: 6.7 Viscosity: $\tau_{(4\,s}{}^{-1}{}_)$ in Pa · s$^{-1}$ | Milk 26 | |
|---|---|---|---|---|---|
| | | **T1 month** | **T2 months** | **T3 months** | **T6 months** |
| AT | Viscosity: $\tau_{(4\,s}{}^{-1}{}_)$ in Pa · s$^{-1}$ | 27 | 31 | 20 | NR |
| | Macroscopic appearance pH | 6.5 | 6.5 | 6.5 | 6.4 |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Analytical assay | 98.4% | 98.3% | 97.4% | 100.6% |
| 4° C. | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| 40° C. | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Analytical assay | 98.6% | 99.5% | 101.0% | 97.8% |

US 8,362,069 B2

**13**

Composition 8 (Composition 2 with Active Agent at 0.03%):

| | | Analytical T0: assay 97.6% | Macroscopic appearance pH 24 h: 6.2 Viscosity: $\tau_{(4\,s}{}^{-1})$ in Pa · s$^{-1}$ | Soft cream 54 | |
|---|---|---|---|---|---|
| | | T1 month | T2 months | T3 months | T6 months |
| AT | Viscosity: $\tau_{(4\,s}{}^{-1})$ in Pa · s$^{-1}$ | NA | 77 | 80 | 83 |
| | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | pH | NA | 6.3 | 6.3 | 6.2 |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Analytical assay | 95.9% | 96.0% | 95.5% | 97.3% |
| 4° C. | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| 40° C. | Macroscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance | Compliance |
| | Analytical assay | 95.9% | 106.0% (Container not leaktight) | 95.7% | 96.3% |

## Example 9

### Composition

| Phases | INCI Name | % of formula |
|---|---|---|
| A | Purified water | qs 100% |
| A | Methyl paraben | 0.20 |
| A | Glycerol | 7.00 |
| A | Disodium edetate | 0.10 |
| A | Allantoin | 0.20 |
| A | Carbomer | 0.30 |
| B | Macrogol 2 stearyl ether | 2.50 |
| B | Macrogol 21 stearyl ether | 2.50 |
| B | Propyl paraben | 0.10 |
| B | Butylhydroxytoluene | 0.10 |
| C | Diisopropyl adipate | 16.00 |
| C | Ivermectin | 1.00 |
| D | Dimethicone 200 | 1.00 |
| E | Benzalkonium chloride | 0.02 |
| E | Purified water | 5.00 |
| F | Sodium hydroxide (sol at 10%) | qs pH 6.3 |

Physical and Chemical Stabilities:

| | | Analytical T0: assay 96.8% | Macroscopic appearance pH 24 h: 6.2 Viscosity: $\tau_{(4\,s}{}^{-1})$ in Pa · s$^{-1}$ | Thick milk 66 |
|---|---|---|---|---|
| | | T1 month | T3 months | T6 months |
| AT | Viscosity: $\tau_{(4\,s}{}^{-1})$ in Pa · s$^{-1}$ | 84 | 79 | NA |
| | Macroscopic appearance | Compliance | Compliance | Compliance |
| | pH | 6.2 | 6.1 | 6.1 |
| | Microscopic appearance | Compliance | Compliance | Compliance |
| | Analytical assay | 99.2% | 99.1% | 100% T7 months |
| 4° C. | Macroscopic appearance | Compliance | Compliance | Compliance |
| | Microscopic appearance | Compliance | Compliance | Compliance |

**14**

-continued

| | | | T1 month | T3 months | T6 months |
|---|---|---|---|---|---|
| 40° C. | Macroscopic appearance | | Compliance | Compliance | Compliance |
| | Microscopic appearance | | Compliance | Compliance | Compliance |
| | Analytical assay | | 99.1% | 98.9% | 98.9% T7 months |

## Example 10

### Composition

| Phases | INCI Name | % of formula |
|---|---|---|
| A | Purified water | qs 100% |
| A | Methyl paraben | 0.20 |
| A | Glycerol | 7.00 |
| A | Disodium edetate | 0.10 |
| A | Allantoin | 0.20 |
| A | Carbomer | 0.30 |
| B | Macrogol 2 stearyl ether | 2.50 |
| B | Macrogol 21 stearyl ether | 2.50 |
| B | PPG 15 stearyl ether | 4.00 |
| B | Propyl paraben | 0.10 |
| B | Butylhydroxytoluene | 0.10 |
| C | Diisopropyl adipate | 16.00 |
| C | Ivermectin | 1.00 |
| D | Dimethicone 200 | 1.00 |
| E | Benzalkonium chloride | 0.02 |
| E | Purified water | 5.00 |
| F | Sodium hydroxide (sol at 10%) | Qs pH 6.3 |

Physical and Chemical Stabilities:

| | | Analytical T0: assay 98.9% | Macroscopic appearance pH 24 h: 6.1 Viscosity: $\tau_{(4\,s}{}^{-1})$ in Pa · s$^{-1}$ | Thick milk 74 |
|---|---|---|---|---|
| | | T1 month | T3 months | T6 months |
| AT | Viscosity: $\tau_{(4\,s}{}^{-1})$ in Pa · s$^{-1}$ | 90 | 80 | NA |

US 8,362,069 B2

## 15
### -continued

|       | | Compliance | Compliance | Compliance |
|-------|------|------|------|------|
|       | Macroscopic appearance | Compliance | Compliance | Compliance |
|       | pH | 6.1 | 6.1 | 6.1 |
|       | Microscopic appearance | Compliance | Compliance | Compliance |
|       | Analytical assay | 100.6% | 102.5% | 103.6% T7 months |
| 4° C. | Macroscopic appearance | Compliance | Compliance | Compliance |
|       | Microscopic appearance | Compliance | Compliance | Compliance |
| 40° C. | Macroscopic appearance | Compliance | Compliance | Compliance |
|       | Microscopic appearance | Compliance | Compliance | Compliance |
|       | Analytical assay | 100.7% | 99.5% | 102.3% T7 months |

### Example 11

### Composition

| Phases | INCI Name | % of formula |
|--------|-----------|--------------|
| A | Purified water | qs 100% |
| A | Methyl paraben | 0.20 |
| A | Glycerol | 7.00 |
| A | Disodium edetate | 0.10 |
| A | Allantoin | 0.20 |
| A | Carbomer | 0.30 |
| B | Macrogol 2 stearyl ether | 2.50 |
| B | Stearth 20 | 2.50 |
| B | Propyl paraben | 0.10 |
| B | Butylhydroxytoluene | 0.10 |
| C | Diisopropyl adipate | 16.00 |
| C | Ivermectin | 1.00 |
| D | Dimethicone 200 | 1.00 |
| E | Benzalkonium chloride | 0.02 |
| E | Purified water | 5.00 |
| F | Sodium hydroxide (sol at 10%) | Qs pH 6.3 |

### Physical and Chemical Stabilities:

| Analytical T0: assay 100.1% | Macroscopic appearance | Thick milk |
|-----------------------------|------------------------|------------|
| | pH 24 h: 6.0 | |
| | Viscosity: $\tau_{(4 \, s^{-1})}$ in Pa · s$^{-1}$ | 56 |

## 16
### -continued

|       | | T1 month | T3 months | T6 months |
|-------|------|----------|-----------|-----------|
| AT | Viscosity: $\tau_{(4 \, s^{-1})}$ in Pa · s$^{-1}$ | 50 | 48 | NA |
|    | Macroscopic appearance | Compliance | Compliance | Compliance |
|    | pH | 6.0 | 6.0 | 6.0 |
|    | Microscopic appearance | Compliance | Compliance | Compliance |
|    | Analytical assay | 100.1% | 99.9% | 99.6% |
| 4° C. | Macroscopic appearance | Compliance | Compliance | Compliance |
|       | Microscopic appearance | Compliance | Compliance | Compliance |
| 40° C. | Macroscopic appearance | Compliance | Compliance | Compliance |
|       | Microscopic appearance | Compliance | Compliance | Compliance |
|       | Analytical assay | 99.6% | 99.9% | 101.8% |

### Example 12

Comparison of the Chemical Stabilities of the Emulsions According to the Invention Versus the Chemical Stabilities of the Creams Described in Patent Application WO 2004/093886

Compositions A and B are compositions as described in Patent Application WO 2004/093886.

Composition A:

| Phases | Function | % in formula |
|--------|----------|--------------|
| Fatty phase | Emollient oil | 4.00 |
| | Emulsifiers | 5.00 |
| | Fatty alcohol | 6.00 |
| | Silicone | 0.50 |
| | Preservative | 0.10 |
| Aqueous phase | Purified water | qs 100% |
| | Gelling agent | 0.20 |
| | Humectant | 4.00 |
| | Antioxidant | 0.05 |
| | Chelating agent | 0.05 |
| | Preservative | 0.20 |
| Neutralizing | Base | qs pH 6.30 |
| Active phase | Oleyl alcohol | 2.00 |
| | Propylene glycol | 2.00 |
| | Phenoxyethanol | 1.00 |
| | Ivermectin | 1.00 |

Composition B:

| Phases | Function | % in formula |
|--------|----------|--------------|
| Fatty phase | Emollient oil | 4.00 |
| | Emulsifiers | 5.00 |
| | Fatty acid | 2.00 |
| | Self-emulsifiable wax | 1.00 |
| | Silicone | 0.50 |
| | Preservative | 0.10 |
| Aqueous phase | Purified water | qs 100% |
| | Gelling agent | 1.00 |
| | Humectant | 4.00 |
| | Antioxidant | 0.05 |
| | Chelating agent | 0.05 |
| | Preservative | 0.70 |

US 8,362,069 B2

| 17 | | | | | | 18 |

-continued

| Neutralizing Active phase | Base | qs pH 6.30 |
|---|---|---|
| | Glyceryl triacetate | 1.00 |
| | Propylene glycol | 4.00 |
| | Phenoxyethanol | 0.50 |
| | Ivermectin | 1.00 |

| Analytical assay | | T0 | T1 month | T2 months | T3 months | T6 months | T9 months | % loss |
|---|---|---|---|---|---|---|---|---|
| Composition A | AT | 101.0% | 100.1% | 99.3% | 98.6% | 95.5% | 91.3% | ±10% |
| Composition B | AT | 99.8% | 88.60% | 83.5% | 77.0% | 79.9% | 69.9% | ±30% |
| Composition 3 according to the invention | AT | 99.8% | 102.0% | 102.4% | 102.8% | 102.7% | Not determined | 0% |
| Composition 5 according to the invention | | 93.5% | 98.4% | 98.3% | 97.4% | 100.6% | 100.9% | 0% |

The results obtained with the formulations according to the invention clearly show that ivermectin solubilized in an oil that is a solvent for the fatty phase is much more stable at ambient temperature (AT) (25° C.) than in the cream formulations, where the ivermectin is solubilized in a micellar phase.

Example 13

Comparison of the Chemical Stabilities of the Emulsions According to the Invention Versus the Chemical Stabilities of the Cream-Gels Described in Patent Application WO 2005/089806

Compositions C and D are cream-gels as described in Patent Application WO 2005/089806.

Composition C:

| Phases | Function | % in formula |
|---|---|---|
| Fatty phase | Emollient oil | 10.00 |
| | Coemulsifiers | 1.00 |
| | Antioxidant | 0.20 |
| | Preservative | 0.10 |
| Aqueous phase | Purified water | qs 100% |
| | Gelling agent | 0.45 |
| | Humectant | 7.00 |
| | Chelating agent | 0.10 |
| | Moisturizer | 0.20 |
| Neutralizing Active phase | Base | qs pH 6.30 |
| | Polysorbate 80 | 4.00 |
| | Propylene glycol | 4.00 |
| | Benzyl alcohol | 1.00 |
| | Ivermectin | 0.10 |

Composition D:

| Phases | Function | % in formula |
|---|---|---|
| Fatty phase | Emollient oil | 10.00 |
| | Coemulsifiers | 1.00 |
| | Antioxidant | 0.20 |
| | Preservative | 0.10 |
| Aqueous phase | Purified water | qs 100% |
| | Gelling agent | 0.45 |
| | Humectant | 5.00 |
| | Chelating agent | 0.10 |
| | Moisturizer | 0.20 |
| Neutralizing Active phase | Base | qs pH 6.30 |
| | Polysorbate 80 | 4.00 |
| | Propylene glycol | 4.00 |
| | Benzyl alcohol | 3.00 |
| | Ivermectin | 0.03 |

| Analytical assay | | T0 | T1 month | T2 months | T3 months | T6 months | % loss |
|---|---|---|---|---|---|---|---|
| Composition C | 40° C. | 99.1% | 97.2% | 98.0% | 94.5% | 95.8% | ±3% |
| Composition D | | 98.0% | 93.1% | 90.6% | 106.9*% | 91.1% | ±7% |
| Composition 3 according to the invention | 40° C. | 99.8% | 102.4% | 101.7% | 104.2*% | 100.5% | 0% |
| Composition 5 according to the invention | | 93.5% | 98.6% | 99.5% | 101.0% | 97.8% | 0% |

*Problem of leaktightness of the container

US 8,362,069 B2

19 20

The results obtained with the formulations according to the invention clearly show that ivermectin solubilized in an oil that is a solvent for the fatty phase is much more stable at 40° C. than in the cream-gels where the ivermectin is solubilized in a micellar phase. However, the ivermectin remains stable in both types of formulation at other temperatures (4° C. and ambient T).

## Example 14

### Release-Penetration Study

The release-penetration study is carried out with the following 3 formulae:

reference cream: composition A of Example 9,

cream-gel: composition C of Example 10 containing 1% of ivermectin,

emulsion according to the invention: composition 4 according to the invention.

The objective is to compare the in vitro percutaneous absorption of radio-labeled ivermectin through human skin at 0.1% (w/w) in the 3 formulations.

The amount of ivermectin in the epidermis and the stratum corneum is respectively 0.56% for the reference cream formula (composition A), 0.65% for the cream-gel formula (composition C containing 1% of ivermectin) and 0.97% for the emulsion according to the invention (composition 4).

Based on these results, it can be deduced that a formulation effect exists on the release/penetration of ivermectin, even though the latter has a high molecular weight.

The emulsion according to the invention makes it possible to obtain better release-penetration of the ivermectin active agent than that obtained with the reference cream or the cream-gel.

## Example 15

### Local Tolerance Study

A tolerance study was carried out on placebos of the reference cream (composition A of Example 9), cream-gel (composition C of Example 11 with 1% of phenoxyethanol in place of the benzyl alcohol) and emulsion according to the invention (composition 6 of Example 7) formulations.

Treatment: daily application from day 1 to day 6 of 20 µl of the formulation to the right ear in Balb/c mice.

Evaluation method: clinical observation and measurement of the thickness of the ear of mice from day 2 to day 12.

Weighing of animals on day 1 and on day 12.

The 3 reference cream, cream-gel and emulsion according to the invention placebos tested slightly increase the thickness of the ear, respectively by 14%, 8% to 9%, from the period of day 2 to day 12. The reference cream, cream-gel and emulsion according to the invention formulations are relatively non-irritant in mice and should not be irritant in humans.

Each patent, patent application, publication, text and literature article/report cited or indicated herein is hereby expressly incorporated by reference in its entirety.

While the invention has been described in terms of various specific and preferred embodiments, the skilled artisan will appreciate that various modifications, substitutions, omissions, and changes may be made without departing from the spirit thereof. Accordingly, it is intended that the scope of the present invention be limited solely by the scope of the following claims, including equivalents thereof.

What is claimed is:

**1**. A pharmaceutical/dermatological emulsion which comprises at least one fatty phase, at least one aqueous phase and at least one avermectin compound, said at least one fatty phase comprising at least one oily solvent other than a mineral or plant oil, said avermectin compound being solubilized in said at least one oily solvent to form an active phase, said active phase being devoid of any solvent for said avermectin compound distinct from said at least one oily solvent; said emulsion consisting essentially of:

a first fatty phase which is a solvent for the at least one avermectin compound, in an amount of from 0.01% to 25% by weight, said first fatty phase consisting essentially of at least one oily solvent selected from the group consisting of diisopropyl adipate, PPG 15 stearyl ether, octyl dodecanol, $C_{12}$-$C_{15}$ alkyl benzoate and mixtures thereof;

a second fatty phase which is not a solvent for the at least one avermectin compound, in an amount of up to 20% by weight, said second fatty phase consisting essentially of at least one member selected from the group consisting of silicone oils, mineral oils, stearyl alcohol, cetyl alcohol, waxes, butters and mixtures thereof;

at least one avermectin compound;

at least one emulsifier, in an amount of 1% to 8% by weight;

a gelling agent, in an amount of up to 5% by weight;

an aqueous phase, in an amount of from 50% to 75% by weight;

and one or more additives selected from the group consisting of humectants, preservatives, anti-irritants, moisture regulators, pH regulators, osmotic pressure modifiers, UV-A and UV-B screens and antioxidants.

**2**. A pharmaceutical/dematological emulsion which comprises at least one fatty phase, at least one aqueous phase and at least one avermectin compound, said at least one fatty phase comprising at least one oily solvent other than a mineral or plant oil, said avermectin compound being solubilized in said at least one oily solvent to form an active phase, said active phase being devoid of any solvent for said avermectin compound distinct from said at least one oily solvent, said active phase also being devoid of emulsifier; said emulsion consisting essentially of:

a first fatty phase which is a solvent for the at least one avermectin compound, in an amount of from 0.01% to 25% by weight, said first fatty phase consisting essentially of at least one oily solvent selected from the group consisting of diisopropyl adipate, PPG 15 stearyl ether, octyl dodecanol, $C_{12}$-$C_{15}$ alkyl benzoate and mixtures thereof;

a second fatty phase which is not a solvent for the at least one avermectin compound, in an amount of up to 20% by weight, said second fatty phase consisting essentially of at least one member selected from the group consisting of silicone oils, mineral oils, stearyl alcohol, cetyl alcohol, waxes, butters and mixtures thereof;

at least one avermectin compound;

a gelling agent, in an amount of up to 5% by weight;

an aqueous phase, in an amount of from 50% to 75% by weight;

and one or more additives selected from the group consisting of humectants, preservatives, anti-irritants, moisture regulators, pH regulators, osmotic pressure modifiers, UV-A and UV-B screens and antioxidants.

**3**. The pharmaceutical/dermatological emulsion as defined by claim **1**, said avermectin compound being selected from the group consisting of ivermectin, invermectin, avermectin, abamectin, doramectin, eprinomectin and selamectin.

**4**. The pharmaceutical/dermatological emulsion as defined by claim **3**, said avermectin compound being ivermectin.

**5**. The pharmaceutical/dermatological emulsion as defined by claim **1**, which is an oil-in-water emulsion.

US 8,362,069 B2

21

22

**6**. The pharmaceutical/dermatological emulsion as defined by claim **3**, wherein the amount of ivermectin is from 0.001% to 10% by weight, relative to the total weight thereof.

**7**. The pharmaceutical/dermatological emulsion as defined by claim **1**, wherein said avermectin compound is ivermectin and wherein at least the oily solvent diisopropyl adipate is present in said first fatty phase.

**8**. The pharmaceutical/dermatological emulsion as defined by claim **1**, wherein said avermectin compound is ivermectin and wherein a silicone oil is present in said second fatty phase.

**9**. The pharmaceutical/dermatological emulsion as defined by claim **8**, wherein said silicone oil comprises dimethicone.

**10**. The pharmaceutical/dermatological emulsion as defined by claim **8**, wherein at least the oily solvent diisopropyl adipate is present in said first fatty phase.

**11**. The pharmaceutical/dermatological emulsion as defined by claim **9**, wherein at least the oily solvent diisopropyl adipate is present in said first fatty phase.

**12**. The pharmaceutical/dermatological emulsion as defined by claim **4**, comprising from 0.001% to 5% by weight of ivermectin.

**13**. The pharmaceutical/dermatological emulsion as defined by claim **4**, comprising from 0.003% to 2% by weight of ivermectin.

**14**. The pharmaceutical/dermatological emulsion as defined by claim **1**, wherein said first fatty phase is present in an amount of from 5% to 20% by weight, said second fatty phase is present in an amount of up to 10% by weight, said at least one emulsifier is present in an amount of 2% to 5% by weight, said gelling agent is present in an amount of up to 3% by weight and said aqueous phase is present in an amount of from 55% to 70% by weight.

**15**. The pharmaceutical/dermatological emulsion as defined by claim **14**, comprising from 0.001% to 2% of ivermectin.

**16**. The pharmaceutical/dermatological emulsion as defined by claim **2**, said avermectin compound being selected from the group consisting of ivermectin, invermectin, avermectin, abamectin, doramectin, eprinomectin and selamectin.

**17**. The pharmaceutical/dermatological emulsion as defined by claim **16**, said avermectin compound being ivermectin.

**18**. The pharmaceutical/dermatological emulsion as defined by claim **17**, wherein the amount of ivermectin is from 0.001% to 10% by weight.

**19**. The pharmaceutical/dermatological emulsion as defined by claim **17**, comprising from 0.001% to 5% by weight of ivermectin.

**20**. The pharmaceutical/dermatological emulsion as defined by claim **17**, comprising from 0.003% to 2% by weight of ivermectin.

**21**. The pharmaceutical/dermatological emulsion as defined by claim **14**, wherein said first fatty phase is present in an amount of from 5% to 20% by weight, said second fatty phase is present in an amount of up to 10% by weight, said gelling agent is present in an amount of up to 3% by weight and said aqueous phase is present in an amount of from 55% to 70% by weight.

**22**. The pharmaceutical/dermatological emulsion as defined by claim **21**, comprising from 0.001% to 2% of ivermectin.

\*   \*   \*   \*   \*

# EXHIBIT B

US008815816B2

(12) **United States Patent**   (10) **Patent No.:**     **US 8,815,816 B2**
Manetta et al.                   (45) **Date of Patent:**     *Aug. 26, 2014

(54) **TOPICAL APPLICATION OF IVERMECTIN FOR THE TREATMENT OF DERMATOLOGICAL CONDITIONS/AFFLICTIONS**

(71) Applicant: **Galderma S.A.**, Cham (CH)

(72) Inventors: **Vincent Manetta**, Bordentown, NJ (US);
**Gary R. Watkins**, Piscataway, NJ (US)

(73) Assignee: **Galderma S.A.**, Cham (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/063,897**

(22) Filed: **Oct. 25, 2013**

(65) **Prior Publication Data**

US 2014/0051653 A1     Feb. 20, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/851,816, filed on Mar. 27, 2013, now Pat. No. 8,598,129, which is a continuation of application No. 13/310,633, filed on Dec. 2, 2011, now Pat. No. 8,415,311, which is a continuation of application No. 12/483,604, filed on Jun. 12, 2009, now Pat. No. 8,093,219, which is a continuation of application No. 11/255,910, filed on Oct. 24, 2005, now Pat. No. 7,550,440, which is a continuation of application PCT/EP2004/004950, filed on Apr. 22, 2004.

(60) Provisional application No. 60/468,994, filed on May 9, 2003.

(30) **Foreign Application Priority Data**

Apr. 24, 2003     (FR) ..................................... 03 05048

(51) **Int. Cl.**
*A61K 31/70*     (2006.01)
*A61K 31/7048*     (2006.01)
*A61K 9/00*     (2006.01)
*A61K 9/107*     (2006.01)
*A61K 31/35*     (2006.01)

(52) **U.S. Cl.**
CPC .......... *A61K 31/7048* (2013.01); *A61K 9/0014* (2013.01); *A61K 9/107* (2013.01); *A61K 31/35* (2013.01)
USPC .......................................................... 514/30

(58) **Field of Classification Search**
CPC ................................................ A61K 31/7048
USPC .......................................................... 514/30
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,332,577 | A | 7/1994 | Gertner et al. |
| 6,319,945 | B1 | 11/2001 | Parks |
| 6,399,652 | B1 | 6/2002 | Parks |
| 6,433,006 | B2 | 8/2002 | Parks |
| 2002/0035076 | A1 | 3/2002 | Parks |
| 2002/0061855 | A1 | 5/2002 | Parks |
| 2007/0116731 | A1 | 5/2007 | Astruc et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 2867684 A1 | 9/2005 |
| WO | WO 01/28555 A1 | 4/2001 |
| WO | WO 03/032976 A1 | 4/2003 |
| WO | WO 03/032977 A1 | 4/2003 |
| WO | WO 03/066009 A1 | 8/2003 |
| WO | WO 03/075656 A2 | 9/2003 |

OTHER PUBLICATIONS

"Cetaphil cleansers and moisturizers" Online! 2004, XP002287576; Retrieved from the Internet: URL:http://www.cetaphil.com/product_information/moisturizers.cfm; retrieved on Jul. 8, 2004.
Victoria, et al., "Topical Ivermectin: A New Successful Treatment for Scabies" Pediatric Dermatology, 2001, pp. 63-65, vol. 18, No. 1.
International Search Report for corresponding PCT/EP2004/004950 dated Aug. 16, 2004 (in English).

*Primary Examiner* — Elli Peselev
(74) *Attorney, Agent, or Firm* — Dentons US LLP

(57)     **ABSTRACT**

Dermatological conditions/afflictions such as rosacea, common acne, seborrheic dermatitis, perioral dermatitis, acneform rashes, transient acantholytic dermatosis, and acne necrotica miliaris, most notably rosacea, are treated by topically applying onto the affected skin area of an individual in need of such treatment, a topical pharmaceutical composition which comprises a thus effective amount of ivermectin.

**20 Claims, No Drawings**

US 8,815,816 B2

1

# TOPICAL APPLICATION OF IVERMECTIN FOR THE TREATMENT OF DERMATOLOGICAL CONDITIONS/AFFLICTIONS

## CROSS-REFERENCE TO EARLIER APPLICATIONS

This application is a continuation of earlier U.S. patent application Ser. No. 13/851,816, filed Mar. 27, 2013, now U.S. Pat. No. 8,598,129, which is a continuation of U.S. patent application Ser. No. 13/310,633, filed Dec. 2, 2011, now U.S. Pat. No. 8,451,311, which is a continuation of U.S. patent application Ser. No. 12/483,604, filed Jun. 12, 2009, now U.S. Pat. No. 8,093,219, which is a continuation of U.S. patent application Ser. No. 11/255,910, filed Oct. 24, 2005, now U.S. Pat. No. 7,550,440, which is a continuation of international Application No. PCT/EP2004/004950, filed Apr. 22, 2004 and designating the United States (published in the English language on Nov. 4, 2004 as WO 2004/093886 A1), which claims benefit of U.S. Provisional Application No. 60/468,994, filed May 9, 2003, and also claims priority under 35 U.S.C. §119 of Application No. 03/05048, filed in France on Apr. 24, 2003, each earlier application hereby expressly incorporated by reference herein and each assigned to the assignee hereof.

## CROSS-REFERENCE TO RELATED APPLICATION

application Ser. No. 12/468,287, filed May 19, 2009, now U.S. Pat. No. 8,080,530, is also a continuation of earlier copending U.S. patent application Ser. No. 11/255,910, filed Oct. 24, 2005, now U.S. Pat. No. 7,550,440, based on the same earlier domestic and foreign applications as identified above, said application Ser. No. 12/468,287 also hereby expressly incorporated by reference herein and assigned to the assignee hereof. Application Ser. No. 13/529,971, filed Jun. 21, 2012, now allowed, is also a continuation of earlier copending application Ser. No. 13/310,623, filed Dec. 2, 2011, now allowed and based on the same earlier domestic and foreign applications as the present application, said application Ser. No. 13/529,971 also hereby expressly incorporated by reference herein and assigned to the assignee hereof.

## BACKGROUND OF THE INVENTION

1. Technical Field of the Invention

The present invention relates to the formulation of ivermectin into topical pharmaceutical compositions useful for the treatment of rosacea. This invention also relates to topical pharmaceutical compositions suited for administration to humans, comprising ivermectin.

2. Description of Background and/or Related and/or Prior Art

Ivermectin is a mixture of two compounds belonging to the avermectin class, 5-O-demethyl-22,23-dihydroavermectin $A_{1a}$ and 5-O-demethyl-22,23-dihydroavermectin $A_{1b}$. They are also known as 22,23-dihydroavermectin $B_{1a}$ and 22,23-dihydroavermectin $B_{1b}$. Ivermectin contains at least 80% of 22,23-dihydroavermectin $B_{1a}$ and less than 20% of 22,23-dihydroavermectin $B_{1b}$. This active agent is part of the avermectin class, a group of macrocyclic lactones produced by the bacterium *Streptomyces avermitilis* (Reynolds J E F (Ed) (1993) Martindale). The extra pharmacopoeia, 29th Edition, Pharmaceutical Press, London).

2

In the middle of the 1980s, ivermectin was presented as a broad-spectrum anti-parasitic medicinal product for veterinary use (W. C. CAMPBELL, et al., (1983). Ivermectin: a potent new anti-parasitic agent, *Science,* 221, 823-828). It is effective against most common intestinal worms (except tapeworms), most acarids and some lice. It in particular exhibits considerable affinity for the glutamate-dependent chloride channels present in invertebrate nerve cells and muscle cells. Its binding to these channels promotes an increase in membrane permeability to chloride ions, resulting in hyperpolarization of the nerve or muscle cell. Neuromuscular paralysis which can lead to the death of certain parasites results therefrom. Ivermectin also interacts with other ligand-dependent chloride channels, such as those involving the neuromediator GABA (gamma-aminobutyric acid).

Ivermectin is more particularly an anthelmintic. It has already been described in humans in the treatment of river blindness caused by *Onchocerca volvulus*, of gastrointestinal strongyloidiasis (anguillulosis) (product Stromectol●) and, of human scabies (Meinking T L et al., *N. Engl. J. Med.,* 1995 Jul. 6; 333(1):26-30, "The treatment of scabies with ivermectin") and also in the treatment of microfilaraemia diagnoses or suspected in individuals suffering from lymphatic filariasis due to *Wuchereria bancrofti*.

U.S. Pat. No. 6,133,310 discloses the use of ivermectin topically in the form of a prototype of a lotion consisting of a mixture of ivermectin and water, and also mentions the possibility of a prototype of a cream consisting, for its part, of a mixture of ivermectin and an excipient such as propylene glycol or sodium lauryl sulfate, but describes no pharmaceutical composition as such. These mixtures are similar to experimental preparations used in the context of initial results of proof of concept. In fact, the elements disclosed in that patent provide no teaching to those skilled in the art regarding the feasibility of industrially acceptable pharmaceutical compositions containing ivermectin, in particular having good cosmetic properties and a shelf-life which is sufficiently long for an industrial pharmaceutical product (minimum of 2 years).

## SUMMARY OF THE INVENTION

Despite the fact that all these uses in humans are limited to oral administration or to the use of experimental preparations, topical pharmaceutical compositions have now been developed suited for the treatment of humans, containing ivermectin. In addition, it has now been found that the compositions according to the invention exhibit very good stability, in particular at different pHs, and good tolerance on the skin. In fact, it has now been found that same are particularly suitable for the treatment of dermatological conditions, and more particularly well suited for the treatment of rosacea.

The present invention also features the formulation of ivermectin into topical pharmaceutical compositions useful for the treatment of rosacea, topical pharmaceutical compositions suited for human administration, comprising ivermectin, and the use of these topical pharmaceutical compositions for the treatment of rosacea (whether regime or regimen).

## DETAILED DESCRIPTION OF BEST MODE AND SPECIFIC/PREFERRED EMBODIMENTS OF THE INVENTION

The ivermectin according to the invention contains at least 80% of 22,23-dihydroavermectin $B_{1a}$ and less than 20% of 22,23-dihydroavermectin $B_{1b}$.

US 8,815,816 B2

3

The pharmaceutical compositions according to the invention are suited for treating the skin and may be in liquid, pasty or solid form, and more particularly in the form of ointments, creams, milks, pomades, powders, impregnated pads, syndets, towelettes, solutions, gels, sprays, foams, suspensions, lotions, sticks, shampoos or washing bases. They may also be in the form of suspensions of microspheres or nanospheres or of lipid or polymeric vesicles or of polymeric patches and of hydrogels for controlled release. These compositions for topical application may be in anhydrous form, in aqueous form or in the form of an emulsion.

In a preferred embodiment of the invention, the pharmaceutical compositions according to the invention are in the form of an emulsion of the cream or lotion type, of a gel, or of a solution.

More preferably, the compositions according to the invention are in the form of an emulsion.

Conventional emulsions as described in the prior art are unstable virtually homogeneous systems of two immiscible liquids, one of which is dispersed in the other in the form of fine droplets (micelles). This dispersion is stabilized by virtue of the action of surfactant-emulsifiers which modify the structure and the ratio of the forces at the interface, and therefore increase the stability of the dispersion by decreasing the interface tension energy.

Surfactant-emulsifiers are amphiphilic compounds which possess a hydrophobic component having affinity for oil and a hydrophilic component having affinity for water, thus creating a link between the two phases. Ionic or nonionic emulsifiers therefore stabilize oil/water emulsions by adsorbing to the interface and forming lamellar layers of liquid crystals.

The emulsifier power of nonionic surfactants is closely linked to the polarity of the molecule. This polarity is defined by the HLB (hydrophilic/lipophilic balance). Conventional emulsions are generally stabilized by a mixture of surfactants, the HLBs of which can be quite different but the proportion of which in the mixture corresponds to the required HLB of the fatty phase to be emulsified.

The compositions according to the invention will contain this type of ingredient.

The compositions according to the invention are described as stable emulsions in that they exhibit good physical and chemical stability over time, even at a temperature above ambient temperature (for example 45-55° C.), as shown in the examples described hereinafter.

The ivermectin in the compositions according to the invention also, surprisingly, exhibits good chemical stability in the case of pH variation.

The compositions according to the invention are advantageously emulsions which comprise:
    a) an oily phase comprising fatty substances;
    b) at least one surfactant-emulsifier;
    c) ivermectin;
    d) one or more solvent(s) and/or propenetrating agent(s) for the active agent;
    e) and water.

More particularly, the compositions according to the invention are emulsions which comprise:
    a) an oily phase comprising fatty substances;
    b) at least one surfactant-emulsifier;
    c) ivermectin;
    d) one or more solvent(s) and/or propenetrating agent(s) for the active agent;
    e) one or more gelling agent(s);
    f) and water.

4

The oily phase of the composition according to the invention may comprise, for example, vegetable, mineral, animal or synthetic oils, silicone oils, Guerbet alcohols or other substances, and mixtures thereof.

As an example of a mineral oil, mention may be made, for example, of paraffin oils of various viscosities, such as Primol 352, Marcol 82 or Marcol 152 marketed by Esso.

As a vegetable oil, mention may be made of sweet almond oil, palm oil, soybean oil, sesame oil and sunflower oil.

As an animal oil, mention may be made of lanolin, squalene, fish oil and mink oil.

As a synthetic oil, mention may be made of esters, such as cetearyl isononanoate marketed in particular under the name Cetiol SN by Cognis France, diisopropyl adipate, for instance the product marketed under the name Ceraphyl 230 by ISF, isopropyl palmitate, for instance the product marketed under the name Crodamol IPP by Croda, or caprylic capric triglyceride such as Miglyol 812 marketed by Huls/Lambert Rivière.

As a silicone oil, mention may be made of a dimethicone, such as the product marketed under the name Dow Corning 200 fluid, or a cyclomethicone, such as the product marketed under the name Dow Corning 244 fluid by Dow Corning, or the product marketed under the name Mirasil CM5 by SACI-CFPA.

As other fatty substances, mention may be made of fatty acids such as stearic acid, fatty alcohols such as stearyl alcohol, cetostearyl alcohol and cetyl alcohol, or derivatives thereof, waxes such as beeswax, carnauba wax or candelilla wax, and also gums, in particular silicone gums.

The ingredients of the oily phase may be selected in a varied manner by those skilled in the art in order to prepare a composition having the desired properties, for example of consistency or of texture.

The oily phase of the composition according to the invention preferably comprises a synthetic oil and/or a silicone oil; as synthetic oil, isopropyl palmitate such as the product marketed under the name Crodamol IPP by Croda or isopropyl myristate such as the product marketed under the name Crodamol IPM by Croda is preferred; as silicone oil, a dimethicone is preferred.

The oily phase of the emulsion according to the invention may be present at a content of from 3 to 50% by weight relative to the total weight of the composition, and preferably from 6 to 20% by weight.

The compositions according to the invention contain surfactant-emulsifiers. Among these compounds, mention may be made, by way of examples, of the glyceryl/PEG 100 stearate marketed under the name Arlacel 165FL by UNIQEMA or under the name Simulsol 165 by SEPPIC; polyoxyethylenated fatty acid esters such as Arlatone 983 from the company UNIQEMA or the polyoxyethylenated (2) stearyl alcohol marketed under the name Brij72 combined with the polyethylenated (21) stearyl alcohol marketed under the name Brij721 by UNIQEMA; sorbitan esters such as the sorbitan oleate marketed under the name Arlacel 80 by ICI or marketed under the name Crill 4 by Croda, the sorbitan sesquioleate marketed under the name Arlacel 83 by ICI or marketed under the name Montane 83 by SEPPIC, or else sorbitan isostearate; fatty alcohol ethers.

The compositions according to the invention advantageously comprise up to 15% by weight of suitable surfactant-emulsifier, preferably from 2 to 12% by weight, and more particularly from 2 to 6% by weight, relative to the total weight of the composition.

The compositions according to the invention comprise from 0.001 to 10% of ivermectin by weight relative to the total

US 8,815,816 B2

5

weight of the composition. Preferably, the compositions according to the invention contain from 0.1 to 5% of ivermectin by weight relative to the total weight of the composition.

By way of example of a solvent and/or propenetrating agent for the ivermectin active agent, mention will preferably be made of propylene glycol, alcohols such as ethanol, isopropanol, butanol, N-methyl-2-pyrrolidone or DMSO, polysorbate 80, phenoxyethanol, and mixtures thereof.

The table below illustrates the solubility of ivermectin in various solvents:

| Solvents | Maximum % solubility of ivermectin in the solvent concerned (weight/weight) |
|---|---|
| Triacetin | 7.22 |
| Propylene glycol | 21.83 |
| N-methyl-2-pyrrolidone | 58.13 |
| Propylene glycol/oleyl alcohol (4 parts/2 parts) | 27.31 |

The compositions of the invention contain from 0.1 to 20%, and preferably from 1 to 10%, of a solvent and/or propenetrating agent for the ivermectin active agent.

The compositions according to the invention may also comprise aqueous phase gelling compounds ranging from 0.01 to 5% by weight relative to the total weight of the composition. Among the gelling agents which can be used in the composition according to the invention, mention may be made of carboxyvinyl polymers (carbomers) and, by way of non-limiting examples, of carbomer, Carbopol 981, Carbopol ETD 2020, Carbopol 980, Carbopol Ultrez 10 NF and Pemulen TR1, marketed by NOVEON.

As aqueous phase gelling agents, mention may also be made of cellulose derivatives such as, for example, hydroxypropylmethylcellulose or hydroxyethylcellulose; xanthan gums, aluminum/magnesium silicates such as Veegum K or Veegum Ultra remarketed by Vanderbilt, guar gums and the like, polyacrylamides such as the mixture polyacrylamide/C13-14 isoparaffin/laureth-7, for instance that marketed, for example, by SEPPIC under the name Sepigel 305, or the mixture acrylamide, AMPS copolymer dispersion 40%/isohexadecane under the name Simulgel 600PHA, or the family of modified starches such as Structure Solanance remarketed by National Starch, or mixtures thereof.

The compositions of the invention preferentially contain from 0.01 to 5%, and preferably from 0.1 to 3%, of gelling agent.

As gelling agent according to the invention, use will preferably be made of carbomers, and preferably Pemulen TR1 or aluminum/magnesium silicas such as Veegum K.

The compositions of the invention also contain water ranging from 30 to 95%, and preferably from 60 to 80%, by weight relative to the total weight of the composition. The water used in the composition according to the invention will preferably be purified water.

The pharmaceutical compositions according to the invention may also contain inert additives or combinations of these additives, such as
   flavor enhancers;
   preservatives;
   stabilizers;
   humidity regulators;
   pH regulators;
   osmotic pressure modifiers;
   UV-A and UV-B screening agents;
   and antioxidants.

6

Of course, one skilled in this art will take care to choose the optional compound(s) to be added to these compositions in such a way that the advantageous properties intrinsically associated with the present invention are not, or are not substantially, altered by the envisaged addition.

These additives may be present in the composition at from 0.001 to 20% by weight relative to the total weight of the composition.

The compositions according to the invention are advantageously emulsions which comprise:
   a) 6 to 20% of an oily phase;
   b) 2 to 12% of a surfactant-emulsifier;
   c) 0.1 to 5% of ivermectin;
   d) 0.1 to 20% of solvent;
   e) 0.01 to 5% of gelling agents;
   f) and water.

The pH will preferably range from 6.0 and 6.5. Verification of the natural pH of the mixture and possible correction with a solution of a neutralizing agent, and also the incorporation of the optional additives, may be carried out, according to their chemical nature, during one of the steps of the method of preparation, described above.

Examples of compositions according to the present invention are illustrated in Examples 1 to 6 to follow.

The present invention also features topical compositions suited for human use, characterized in that they are emulsions comprising:
   a) an oily phase comprising fatty substances;
   b) at least one surfactant-emulsifier;
   c) ivermectin;
   d) one or more solvent(s) and/or propenetrating agent(s) for the active agent;
   e) and water.

More particularly, this composition may comprise:
   a) an oily phase comprising fatty substances;
   b) at least one surfactant-emulsifier;
   c) ivermectin;
   d) one or more solvent(s) and/or propenetrating agent(s) for the active agent;
   e) one or more gelling agent(s);
   f) and water.

Preferably, the composition comprises:
   a) 6 to 20% of an oily phase;
   b) 2 to 12% of a surfactant-emulsifier;
   c) 0.1 to 5% of ivermectin;
   d) 0.1 to 20% of solvent;
   e) 0.01 to 5% of gelling agents;
   f) and water.

The ingredients being as defined above.

This invention also features formulation of the compositions according to the invention into pharmaceutical preparations useful to treat dermatological conditions/afflictions.

The formulation of ivermectin into topical pharmaceutical compositions for human use according to the invention is particularly useful for the treatment of rosacea, of common acne, of seborrhoeic dermatitis, of perioral dermatitis, of acneform rashes, of transient acantholytic dermatosis, and of acne necrotica miliaris.

The formulation of ivermectin into topical pharmaceutical compositions for human use according to the invention is more particularly useful in a regime or regimen for the treatment of rosacea.

In order to further illustrate the present invention and the advantages thereof, the following specific examples of compositions comprising ivermectin and the stability and tolerance thereof are given, it being understood that same are intended only as illustrative and in nowise limitative. In said

US 8,815,816 B2

**7**

examples to follow, all parts and percentages are given by weight, unless otherwise indicated.

Example 1

Composition 1

The compositions of Examples 1 to 4 are formulated according to the following procedure:

In a first suitable container, weigh the aqueous phase, mix at 700 rpm and heat to 65°-70° C.

In a second suitable container, weigh the oily phase, mix at 425-475 rpm and heat to 70°-75° C.

In a third suitable container, weigh the active phase and heat to 60-65° C.

Where the oily and aqueous phases are at 70° C., mix the two phases with Rayneri stirring at 900 rpm until complete homogeneity, and then cool.

Allow the emulsion to cool to 55-60° C., add the active phase with stirring at 600 rpm. Decrease, at 600 rpm, to 30° C.

Adjust the pH to 6.0.

| Ingredients | % by weight relative to the total weight of the composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Aluminum magnesium silicate | 1.0 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Glyceryl/PEG 100 stearate | 3.0 |
| Self-emulsifiable wax | 2.0 |
| Palmitostearic acid | 2.5 |
| Steareth-20 | 3.0 |
| Sorbitan stearate | 2.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

Example 2

Composition 2

| Ingredients | % by weight relative to the total weight of the composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Steareth-2 | 1.0 |
| Steareth-21 | 2.0 |
| Aluminum magnesium silicate/titanium dioxide/silica | 1.0 |
| Methyl para-hydroxybenzoate | 0.2 |
| Propyl para-hydroxybenzoate | 0.1 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Glyceryl/PEG 100 stearate | 2.0 |
| Self-emulsifiable wax | 1.0 |
| Palmitostearic acid | 2.00 |
| Dimethicone 200-350 cS | 0.5 |

**8**

-continued

| Ingredients | % by weight relative to the total weight of the composition |
|---|---|
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.00 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

Example 3

Composition 3

| Ingredients | % by weight relative to the total weight of the composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate crosspolymer | 0.15 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl myristate | 4.0 |
| Cetyl alcohol | 3.0 |
| Stearyl alcohol | 2.0 |
| Self-emulsifiable wax | 8.8 |
| Palmitostearic acid | 0.5 |
| Steareth-20 | 2.0 |
| Sorbitan palmitate | 1.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

Example 4

Composition 4

| Ingredients | % by weight relative to the total weight of the composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Aluminum magnesium silicate | 1.0 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Glyceryl/PEG 100 stearate | 3.0 |
| Self-emulsifiable wax | 2.0 |
| Palmitostearic acid | 3.0 |
| Steareth-20 | 3.0 |
| Sorbitan palmitate | 2.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

US 8,815,816 B2

| 9 | 10 |
|---|---|

### Example 5

### Composition 5

The compositions of Examples 5 and 6 are formulated according to the following procedure:

Aqueous Phase:

In a first beaker, disperse the acrylate/c10-30 alkyl acrylate crosspolymer in water with Rayneri stirring at 800 rpm until a homogeneous gel is obtained. Begin heating up to 65° C.-70° C., and then add the glycerol and the additives.

Oily Phase:

In a second beaker, incorporate the constituents of the oily phase and heat up to 70° C.-75° C., homogenize with Rayneri stirring at 400 rpm.

Active Phase:

In a third beaker, weigh the constituents of the active phase (solvent+additives).

Homogenize at approximately 500 rpm and introduce a magnetic bar.

Weigh the ivermectin in a weighing boat and then introduce it into the beaker container the active phase.

Place this beaker on a magnetic stirrer until the ivermectin has dissolved.

When the oily and aqueous phases are at 70° C., mix the two phases with Rayneri stirring at 900 rpm for 10 min.

Allow the emulsion to cool to 40° C., add the active phase with Rayneri stirring at 800 rpm for 10 minutes. Decrease at 700 rpm to 30° C.

Make up the volume with a sufficient quantity of water and adjust the pH to 6.3+/−0.3.

| Ingredients | % by weight relative to the total weight of the composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate crosspolymer | 0.2 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Cetyl alcohol | 3.5 |
| Stearyl alcohol | 2.5 |
| Oleyl alcohol | 2.0 |
| Ceteareth-20 | 3.0 |
| Sorbitan monostearate | 2.0 |
| Dimethicone 200 20 cs | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 2.0 |
| Phenoxyethanol | 1.0 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

### Example 6

### Composition 6

| Ingredients | % by weight relative to the total weight of the composition |
|---|---|
| Ivermectin | 1.4 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate | 0.2 |

-continued

| Ingredients | % by weight relative to the total weight of the composition |
|---|---|
| crosspolymer | |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Cetyl alcohol | 3.5 |
| Stearyl alcohol | 2.5 |
| Oleyl alcohol | 2.0 |
| Ceteareth-20 | 3.0 |
| Sorbitan monostearate | 2.0 |
| Dimethicone 200 20 cs | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 2.0 |
| Phenoxyethanol | 1.0 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

### Example 7

### Example of Stability of the Compositions Described in Examples 5 and 6

Assaying of the active agent by external calibration by HPLC.

| Composition | % of ivermectin in the composition at time t (in weeks) | | |
|---|---|---|---|
| tested | 0 | 4 | 8 | 12 |
| Composition 5 | 100.2% | 99.6% | 100.7% | 101.3% |
| Composition 6 | 95.6% | 97% | 97.7% | 95.8% |

The results are expressed as % recovery relative to the theoretical value, and demonstrate the very good chemical stability of the ivermectin in the composition as a function of time.

### Example 8

### Measurement of the Chemical Stability of Ivermectin as a Function of pH in the Composition of Example 5

| T0 | | T 1 month | | T 2 months | |
|---|---|---|---|---|---|
| pH | % of active agent | pH | % of active agent | pH | % of active agent |
| 4.0 | 105.7 | 4.36 | 106.5 | 4.34 | 102.3 |
| 5.02 | 109.3 | 5.14 | 104.2 | 5.14 | 97.3 |
| 6.28 | 107.6 | 6.2 | 104.1 | 6.18 | 102.1 |

These results show the very good chemical stability of ivermectin in the composition as a function of pH.

### Example 9

### Study of Tolerance and of Acceptability of the Composition of Example 5

A randomized single-blind intra-individual study was carried out on 15 individuals with skin tending to be affected by

US 8,815,816 B2

11                                                                12

rosacea. The composition of Example 5 was tested in comparison with a gel and with an emulsion having compositions different from the compositions according to the invention.

The individuals presented themselves three times in order to perform the various applications. In the course of each of the visits, 2 of the three products were applied so as to cover each half-face. Each product was tested twice during the study. After application and at each visit, the individuals filled in, for each product tested, a questionnaire for evaluating the clinical tolerance and the cosmetic acceptability.

The following clinical tolerance parameters were evaluated: stinging sensation, burning, dry skin, tightness or itching.

The following cosmetic acceptability parameters were evaluated: creaminess, texture, lack of a sensation of greasy and sticky skin, nourishing nature, feeling of comfort and of softness to the touch.

For all the tolerance parameters, the composition according to the invention was judged to be well tolerated by the individuals, to the same extent as the two other compositions.

In general, for all the acceptability parameters, the individuals gave their approval (good or excellent), with respect to the parameters, regarding the composition of the Example 5 in 76.66% of the cases where it was tested. This formulation therefore tends to distinguish itself from the gel-cream composition, having a 66.66% approval, and from the other emulsion, having a 63.32% approval.

Example 10

Study of Irritation Over 21 Days

A study of irritation over 21 days was carried out in order to test the irritation induced by the three compositions tested in the preceding example. No product was considered to be irritant under the conditions tested.

Each patent, patent application, publication and literature article/report cited or indicated herein is hereby expressly incorporated by reference.

While the invention has been described in terms of various specific and preferred embodiments, the skilled artisan will appreciate that various modifications, substitutions, omissions, and changes may be made without departing from the spirit thereof. Accordingly, it is intended that the scope of the present invention be limited solely by the scope of the following claims, including equivalents thereof.

What is claimed is:

1. A method for treating rosacea, common acne, seborrheic dermatitis, perioral dermatitis, an acneform rash, transient acantholytic dermatitis or acne necrotica milliaris, comprising topically applying onto the affected skin area of an individual in need of such treatment, a topical pharmaceutical emulsion which comprises: a thus effective amount of ivermectin; an oily phase; at least one surfactant-emulsifier selected from the group consisting of polyoxyethylenated fatty acid esters and sorbitan esters; a mixture of solvents and/or propenetrating agents for the ivermectin, said solvents and/or propenetrating agents being selected from the group consisting of propylene glycol, ethanol, isopropanol, butanol, N-methyl-2-pyrrolidone, DMSO, polysorbate 80, phenoxyethanol, glyceryl triacetate and oleyl alcohol; one or more gelling agents but excluding aluminum magnesium silicate/titanium dioxide/silica; and water; said emulsion having lamellar layers of liquid crystals and being chemically stable over a period of 8 weeks.

2. A method for treating rosacea, comprising topically applying onto the affected skin area of an individual in need

of such treatment, a topical pharmaceutical emulsion which comprises: a thus effective amount of ivermectin; an oily phase; at least one surfactant-emulsifier selected from the group consisting of polyoxyethylenated fatty acid esters and sorbitan esters; a mixture of solvents and/or propenetrating agents for the ivermectin, said solvents and/or propenetrating agents being selected from the group consisting of propylene glycol, ethanol, isopropanol, butanol, N-methyl-2-pyrrolidone, DMSO, polysorbate 80, phenoxyethanol, glyceryl triacetate and oleyl alcohol; one or more gelling agents selected from the group consisting of carbomers, cellulose derivatives, xanthan gums, guar gums, polyacrylamides, modified starches and aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica; and water; said emulsion having lamellar layers of liquid crystals and being chemically stable over a period of 8 weeks.

3. The method as defined by claim 1, said topical pharmaceutical emulsion comprising from 0.001% to 10% by weight of ivermectin.

4. The method as defined by claim 1, wherein said topical pharmaceutical emulsion comprises:

0.1 to 5% of ivermectin;

6 to 20% of said oily phase;

2 to 12% of said surfactant-emulsifier;

0.1 to 20% of said mixture of solvents and/or propenetrating agents;

0.01 to 5% of said gelling agents;

and water.

5. The method as defined by claim 4, said oily phase comprising a synthetic oil and/or a silicone oil.

6. The method as defined by claim 5, said synthetic oil and/or silicone oil comprising dimethicone, cyclomethicone, isopropyl palmitate and/or isopropyl myristate.

7. The method as defined by claim 1, said at least one surfactant-emulsifier comprising sorbitan monostearate, sorbitan palmitate, sorbitan oleate, sorbitan sesquioleate, sorbitan isostearate, Steareth-20, Steareth-2, Steareth-21 and/or Ceteareth-20.

8. The method as defined by claim 1, said oily phase further comprising fatty substances selected from the group consisting of cetostearyl alcohol, cetyl alcohol, stearyl alcohol, stearic acid, palmitostearic acid and self-emulsified wax.

9. The method as defined by claim 1, said one or more gelling agents comprising a carbomer and/or aluminum/magnesium silica.

10. The method as defined by claim 9, said carbomer being an acrylate $C_{10-30}$ alkyl acrylate crosspolymer.

11. A topically applicable, stable pharmaceutical emulsion, said emulsion comprising:

an effective amount of ivermectin;

an oily phase;

at least one surfactant-emulsifier selected from the group consisting of polyoxyethylenated fatty acid esters and sorbitan esters;

a mixture of solvents and/or propenetrating agents for the ivermectin, said solvents and/or propenetrating agents being selected from the group consisting of propylene glycol, ethanol, isopropanol, butanol, N-methyl-2-pyrrolidone, DMSO, polysorbate 80, phenoxyethanol, glyceryl triacetate and oleyl alcohol;

one or more gelling agents but excluding aluminum magnesium silicate/titanium dioxide/silica;

and water;

said emulsion having lamellar layers of liquid crystals and being chemically stable over a period of 8 weeks.

12. The topically applicable, stable pharmaceutical emulsion as defined by claim 11, comprising:

US 8,815,816 B2

13

0.1 to 5% of ivermectin;

6 to 20% of said oily phase;

2 to 12% of said surfactant-emulsifier;

0.1 to 20% of said mixture of solvents and/or propenetrating agents;

0.01 to 5% of said gelling agents;

and water.

**13**. The topically applicable, stable pharmaceutical emulsion as defined by claim **11**, said one or more gelling agents being selected from the group consisting of carbomers, cellulose derivatives, xanthan gums, guar gums, polyacrylamides, modified starches and aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica.

**14**. The topically applicable, stable pharmaceutical emulsion as defined by claim **11**, comprising from 0.001% to 10% by weight of ivermectin.

**15**. The topically applicable, stable pharmaceutical emulsion as defined by claim **11**, said oily phase comprising a synthetic oil and/or a silicone oil.

14

**16**. The topically applicable, stable pharmaceutical emulsion as defined by claim **15**, said synthetic oil and/or silicone oil comprising dimethicone, cyclomethicone, isopropyl palmitate and/or isopropyl myristate.

**17**. The topically applicable, stable pharmaceutical emulsion as defined by claim **11**, said at least one surfactant-emulsifier comprising sorbitan monostearate, sorbitan palmitate, sorbitan oleate, sorbitan sesquileate, sorbitan isostearate, Steareth-20, Steareth-2, Steareth 21 and/or Ceteareth-20.

**18**. The topically applicable, stable pharmaceutical emulsion as defined by claim **11**, said oily phase further comprising fatty substances selected from the group consisting of cetostearyl alcohol, cetyl alcohol, stearyl alcohol, stearic acid, palmitostearic acid and self-emulsifiable wax.

**19**. The topically applicable, stable pharmaceutical emulsion as defined by claim **11**, said one or more gelling agents comprising a carbomer and/or aluminum/magnesium silica.

**20**. The topically applicable, stable pharmaceutical emulsion as defined by claim **19**, said carbomer being an acrylate $C_{10-30}$ alkyl acrylate crosspolymer.

\* \* \* \* \*

EXHIBIT C



US009089587B2

(12) **United States Patent**
Jacovella et al.

(10) Patent No.: **US 9,089,587 B2**
(45) Date of Patent: **\*Jul. 28, 2015**

(54) **TREATMENT OF PAPULOPUSTULAR ROSACEA WITH IVERMECTIN**

(71) Applicant: **Galderma S.A.**, Cham (CH)

(72) Inventors: **Jean Jacovella**, Sophia Antipolis (FR); **Jean-Paul Chappuis**, Valbonne (FR); **Nathalie Sordello Wagner**, Pegomas (FR)

(73) Assignee: **Galderma S.A.**, Chem (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/257,567**

(22) Filed: **Apr. 21, 2014**

(65) **Prior Publication Data**

US 2015/0011491 A1      Jan. 8, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 14/209,958, filed on Mar. 13, 2014.

(60) Provisional application No. 61/927,717, filed on Jan. 15, 2014, provisional application No. 61/919,208, filed on Dec. 20, 2013, provisional application No. 61/843,540, filed on Jul. 8, 2013.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 31/70* | (2006.01) |
| *A61K 31/7048* | (2006.01) |
| *A61K 31/4174* | (2006.01) |
| *A61K 9/00* | (2006.01) |
| *A61K 31/4164* | (2006.01) |
| *A61K 47/10* | (2006.01) |
| *A61K 47/14* | (2006.01) |
| *A61K 9/06* | (2006.01) |

(52) **U.S. Cl.**
CPC ........... *A61K 31/7048* (2013.01); *A61K 9/0014* (2013.01); *A61K 9/06* (2013.01); *A61K 31/4164* (2013.01); *A61K 31/4174* (2013.01); *A61K 47/10* (2013.01); *A61K 47/14* (2013.01)

(58) **Field of Classification Search**
CPC .................................................. A61K 31/7048
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,332,577 | A | 7/1994 | Gertner et al. |
| 5,952,372 | A | 9/1999 | McDaniel |
| 6,133,310 | A | 10/2000 | Parks |
| 6,319,945 | B1 | 11/2001 | Parks |
| 6,399,651 | B1 | 6/2002 | Parks |
| 6,399,652 | B1 | 6/2002 | Parks |
| 6,433,006 | B2 | 8/2002 | Parks |
| 6,458,342 | B1 | 10/2002 | Heidenfelder et al. |
| 7,550,440 | B2 | 6/2009 | Manetta et al. |
| 8,080,530 | B2 | 12/2011 | Manetta et al. |
| 8,093,219 | B2 | 1/2012 | Manetta et al. |
| 8,415,311 | B2 | 4/2013 | Manetta et al. |
| 8,470,788 | B2 | 6/2013 | Manetta et al. |
| 2002/0035076 | A1 | 3/2002 | Parks |
| 2002/0061855 | A1 | 5/2002 | Parks |
| 2007/0116731 | A1 | 5/2007 | Astruc et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| FR | 2867684 | A1 | 9/2005 |
| WO | 0128555 | A1 | 4/2001 |
| WO | 03032976 | A1 | 4/2003 |
| WO | 03032977 | A1 | 4/2003 |
| WO | 03066009 | A1 | 8/2003 |
| WO | 03075656 | A2 | 9/2003 |
| WO | 2004093886 | A1 | 11/2004 |
| WO | 2005058312 | A1 | 6/2005 |
| WO | 2006097628 | A1 | 9/2006 |
| WO | 2006131651 | A2 | 12/2006 |
| WO | 2006131652 | A1 | 12/2006 |
| WO | 2006131653 | A1 | 12/2006 |
| WO | 2007071876 | A1 | 6/2007 |
| WO | 2007119828 | A2 | 10/2007 |
| WO | 2008043973 | A1 | 4/2008 |
| WO | 2008043974 | A1 | 4/2008 |
| WO | 2010072958 | A2 | 7/2010 |
| WO | 2010086725 | A1 | 8/2010 |
| WO | 2010092312 | A1 | 8/2010 |
| WO | 2014049298 | A1 | 4/2014 |

OTHER PUBLICATIONS

Loo et al, British Association of Dermatologists, British Journal of Dermatology, 151 (Suppl. 68), 2004, p. 61.\*
Holmes, "Potential role of microorganisms in the pathogenesis of rosacea," J Am Acad Dermatol, vol. 69, No. 6, pp. 1025-1032 (2013).
Ianaro et al, "Anti-inflammatory activity of macrolide antibiotics," J Pharmacol Exp Ther, vol. 292, No. 1, pp. 156-163 (2000).
Campbell, "History of avermectin and ivermectin, with notes on the history of other macrocyclic lactone antiparasitic agents," Curr Pharm Biotechnol, vol. 13, No. 6, pp. 853-865 (2012).
Forstinger et al, "Treatment of rosacea-like demodicidosis with oral ivermectin and topical permethrin cream," J Am Acad Dermatol, vol. 41, pp. 775-777 (1999).
Pariser et al, "Topical 0.5% ivermectin lotion for treatment of head lice," N Engl J Med, vol. 367, No. 18, pp. 1687-1693 (2012).
Zhang et al, "Ivermectin inhibits LPS-induced production of inflammatory cytokines and improves LPS-induced survival in mice," Inflamm Res, vol. 57, pp. 524-529 (2008).

(Continued)

*Primary Examiner* — Elli Peselev

(74) *Attorney, Agent, or Firm* — Panitch Schwarze Belisario & Nadel LLP

(57) **ABSTRACT**

Methods and compositions for safe and effective treatment of papulopustular rosacea in a subject are described. The methods involve topically applying to an affected skin area a topical composition containing ivermectin and a pharmaceutically acceptable carrier. Treatment with ivermectin represents an innovative therapy that is more robust and effective than the conventional treatments.

**32 Claims, 11 Drawing Sheets**

**US 9,089,587 B2**

Page 2

(56)　　　　　**References Cited**

OTHER PUBLICATIONS

Van Zuuren et al, "Effective and evidence-based management strategies for rosacea: summary of a Cochrane systematic review," Br J Dermatol, vol. 165, No. 4, pp. 760-781 (2011).
Elewski, "Results of a national rosacea patient survey: common issues that concern rosacea sufferers," J Drugs Dermatol, vol. 8, No. 2, pp. 120-123 (2009).
Guzzo et al, "Safety, Tolerability, and Pharmacokinetics of Escalating High Doses of Ivermectin in Healthy Adult Subjects," J. Clin. Pharmacol., vol. 42, pp. 1122-1133 (2002).
Fink et al, "Pharmacokinetics of Ivermectin in Animals and Humans," Ivermectin and Abamectin, Ed. Campbell, Springer-Verlag New York Inc., pp. 113-129 (1989).
Toutain et al, "Plasma terminal half-life," J. Vet. Pharmacol. Therap., vol. 27, pp. 427-439 (2004).
Dahl et al, "Once-daily topical metronidazole cream formulations in the treatment of the papules and pustules of rosacea," J Am. Acad. Dermatol., pp. 723-730 (Nov. 2001).
Thiboutot et al, "Efficacy and safety of azelaic acid (15%) gel as a new treatment for papulopustular rosacea: Results from two vehicle-controlled, randomized phase III studies," J Am Acad Dermatol, vol. 48, No. 6, pp. 836-845 (Jun. 2003).
Canga et al, "The pharmacokinetics and metabolism of ivermectin in domestic animcal species," The Veterinary Journal, vol. 179, No. 1, pp. 25-37 (2009).
Canga et al, "The Pharmacokinetics and Interactions of Ivermectin in Humans—A Mini-review," The AAPS Journal, vol. 10, No. 1, pp. 42-46 (Mar. 2008).
Rebora, "The Management of Rosacea", Am. J. Clin. Dermatol., vol. 3, No. 7, pp. 489-496 (2002).
Gold et al, "Efficacy and safety of ivermectin 1% cream in treatment of papulopustular rosacea: results of two randomized, double-blind, vehicle-controlled pivotal studies," Journal of Drugs in Dermatology, vol. 13, No. 3, pp. 346-323 (Mar. 2014).
Taib et al. "Superiority of ivermectin 1% cream over metronidazole 0.75% cream in treating inflammatory lesions of rosacea: a randomized, investigator-blinded trial." Br J Dermatol. Sep. 16, 2014.
Allen et al. "Recalcitrant papulopustular rosacea in an immunocompetent patient responding to combination therapy with oral ivermectin and topical permethrin." Cutis. Aug. 2007;80(2):149-51.
Salem et al. "Evaluation of the efficacy of oral ivermectin in comparison with ivermectin-metronidazole combined therapy in the treatment of ocular and skin lesions of Demodex folliculorum" International Journal of Infectious Diseases (2013) 17(5), e343-e347.
International Search Report for corresponding PCT/US14/045717 dated Sep. 24, 2014.
International Search Report for corresponding PCT/2014/45739 dated Sep. 24, 2014.
Millikan, The Proposed Inflammatory Pathophysiology of Rosacea: Implications for Treatment; Skinmed. 2003;2(1); http://www.medscape.com/viewarticle/448505_print (printed on Oct. 9, 2014).
Stankiewicz et al, "Influence of ivermectin on cellular and humoral immune responses of lambs," Veterinary Immunology and Immunopathy, vol. 44, pp. 347-358 (1995).
Forton "Papulopustular Rosacea, Skin Immunity and Demodex: Pityriasis Folliculorum as a Missing Link"; Journal of the European Academy of Dermatology and Venereology (2012), 26, 19-28.
Finacea (azelaic acid) gel, 15%, label (Jul. 2010).

* cited by examiner

Figure 1



Figure 2



Figure 3



| Reasons for Discontinuation | Study 1 | | Study 2 | |
|---|---|---|---|---|
| | Ivermectin 1% N= 451 | Vehicle N= 232 | Ivermectin 1% N= 459 | Vehicle N= 229 |
| Pregnancy | 2 (0.4%) | 0 | 1 (0.2%) | 0 |
| Lack of Efficacy | 0 | 1 (0.4%) | 1 (0.2%) | 0 |
| Adverse Event | 7 (1.6%) | 4 (1.7%) | 6 (1.3%) | 4 (1.7%) |
| Subject Request | 18 (4.0%) | 7 (3.0%) | 9 (2.0%) | 8 (3.5%) |
| Protocol Violation | 2 (0.4%) | 1 (0.4%) | 4 (0.9%) | 0 |
| Lost to Follow-up | 7 (1.6%) | 8 (3.4%) | 8 (1.7%) | 8 (3.5%) |
| Other | 1 (0.2%) | 1 (0.4%) | 1 (0.2%) | 1 (0.4%) |

**Figure 4A**

** p<.001



**Figure 4B**



**Figure 4C**



**Figure 5A**



**Figure 5B**



Figure 5C

* p<.01, ** p<.001



Figure 5D

* p<.01, ** p<.001



Figure 6A



Figure 6B



Figure 7



IGA= 4; IL= 63                    IGA= 1; IL= 2

Figure 8



Figure 9

* *p*<.05, ** *p*<.001



Figure 10

$* \ p<.05, ** \ p<.001$



Figure 11



Figure 12



US 9,089,587 B2

<div style="columns:2">

**1**

### TREATMENT OF PAPULOPUSTULAR ROSACEA WITH IVERMECTIN

#### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of a U.S. patent application Ser. No. 14/209,958, filed Mar. 13, 2014, which is entitled to priority pursuant to 35 U.S.C. §119(e) to U.S. Provisional Patent Application No. 61/843,540, filed Jul. 8, 2013, U.S. Provisional Patent Application No. 61/919,208 filed Dec. 20, 2013, and U.S. Provisional Patent Application No. 61/927, 717, filed Jan. 15, 2014, the disclosure of each of which is hereby incorporated by reference herein in its entirety.

#### BACKGROUND OF THE INVENTION

Papulopustular rosacea (PPR) is a chronic inflammatory disorder characterized by facial papules, pustules, and persistent erythema.[1] It is highly prevalent and associated with adverse impact on quality of life and depression.[2] The etiology of rosacea is multifactorial. In addition to neurovascular dysregulation, the facial skin of patients with rosacea is affected by augmented proinflammatory immune responses.[3] The principal active cathelicidin peptide (LL-37) is highly concentrated in skin affected by rosacea and can contribute to acute inflammation.[4] Moreover, PPR is characterized by the presence of inflammatory infiltrates that accompany flares, along with a heightened immune response involving neutrophilic infiltration and increased gene expression of IL-8.[5] In addition to exogenous factors (including UV light, heat and alcohol), it may be triggered by *Demodex folliculorum* mites.[3] Some studies of PPR observed higher mite densities compared to controls.[6-7] Therefore, a multitude of factors can activate neurovascular and/or immune responses, and consequential inflammation leading to flares of rosacea.[3]

Inflammatory lesions of rosacea, particularly moderate to severe PPR, are difficult to treat. Only a few therapeutic alternatives currently exist in the treatment of inflammatory lesions of rosacea. In the United States, only three FDA-approved treatments are indicated for the reduction of inflammatory lesions of rosacea, including two topical treatments. A recent Cochrane review noted some evidence supporting the effectiveness of topical metronidazole and azelaic acid in the treatment of moderate to severe rosacea,[8] yet it is clear that not all patients respond to these medications. In a national survey of current rosacea medication users, 46% of patients had previously changed medications, usually due to a lack of improvement.[9]

Ivermectin is an anti-parasitic drug derivative from the macrocyclic lactones family approved for human use for treatment and chemoprophylaxis of onchocerciasis and strongyloidiasis since 1996 in the USA and since 1988 in France. In addition, it has been approved in France for the treatment of human scabies. Oral ivermectin in human and animal demodicidosis was effective in reducing *Demodex folliculorum* and improving demodicidosis. Moreover, when administered orally, ivermectin combined with a subsequent weekly application of topical permethrin showed treatment efficacy in a patient presenting chronic rosacea-like demodicidosis (14).

U.S. Pat. No. 5,952,372 discloses a method of treating rosacea in humans involving orally or topically administering ivermectin. However, according to U.S. Pat. No. 5,952,372, because of the skin barrier effect, topical treatment with ivermectin would be anticipated to require once- or twice-daily applications for as long as four weeks to achieve sufficient

**2**

follicle penetration and effective miticidal activity. It further describes that after ivermectin carries out its miticidal activity on skin *Demodex folliculorum* organisms, inflammatory responses to them begin to diminish but remnants of the dead mites still elicit some flushing and lesion formation until the cleanup processes of the body remove them, a process that requires six to eight weeks. It suggests to employ conventional anti-rosacea medications, such as oral tetracycline and topical metronidazole, to suppress early flareups and to give early clinical response during the initial phase of ivermectin administration. U.S. Pat. No. 5,952,372 contains no specific disclosure on topical treatment of PPR.

U.S. Pat. No. 6,133,310 and U.S. Pat. No. 8,415,311 also disclose a method of treating acne rosacea by topical application of ivermectin. However, they contain no specific disclosure on treating inflammatory lesions of rosacea or PPR.

Accordingly, treatments demonstrated to have a greater efficacy in treating PPR, particularly moderate to severe PPR, than the currently available compositions, such as metronidazole compositions, are still needed to provide greater, longer lasting, or more rapid relief to those in need of the treatment. There is a need for improved effective treatment of PPR, particularly moderate to severe PPR. Such need is met by the present invention.

#### BRIEF SUMMARY OF THE INVENTION

It is now demonstrated that topical administration of ivermectin provided more rapid relief of papulopustular rosacea as well as longer period of time that is free of relapse as compared to the currently available treatments, such as the topical treatment with 0.75% by weight of metronidazole.

In one general aspect, embodiments of the present invention relate to a method of treating papulopustular rosacea in a subject in need thereof, comprising topically administering to a skin area affected by the papulopustular rosacea a therapeutically effective amount of a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier.

Another general aspect of the present invention relates to a method of treating inflammatory lesions of papulopustular rosacea in a subject in need thereof, comprising topically administering to a skin area affected by the inflammatory lesions of papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier. In a preferred embodiment of the present invention, the pharmaceutical composition comprises about 0.5% to 1.5% by weight ivermectin.

In another preferred embodiment of the present invention, the subject has moderate to severe papulopustular rosacea before the treatment.

In yet another preferred embodiment of the present invention, the subject has at least 10, preferably at least 12 and more preferably at least 15, inflammatory lesions of papulopustular rosacea, before the treatment.

According to embodiments of the present invention, once daily topical treatment with ivermectin is significantly superior than twice-daily topical treatment with metronidazole in treating papulopustular rosacea.

Other aspects, features and advantages of the invention will be apparent from the following disclosure, including the detailed description of the invention and its preferred embodiments and the appended claims.

#### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

The foregoing summary, as well as the following detailed description of the invention, will be better understood when

</div>

3

read in conjunction with the appended drawings. For the purpose of illustrating the invention, there are shown in the drawings embodiments which are presently preferred. It should be understood, however, that the invention is not limited to the precise embodiments shown in the drawings.

FIG. 1 shows the median percentage change from baseline in lesion counts (ITT-LOCF population) in a dose range study, after various topical treatments;

FIG. 2 illustrates subjects' response to the statement "the product improves my rosacea" after various topical treatments (ITT Observed);

FIG. 3 shows subject disposition in 2 clinical studies on the safety and efficacy of ivermectin topical treatment;

FIG. 4 illustrates proportions of subjects achieving IGA success ("clear" or "almost clear"): (A) at week 12 in studies 1 and 2; (B) at weeks 2, 4, 8 and 12 in study 1; and (C)) at weeks 2, 4, 8 and 12 in study 2, wherein SOOLANTRA is a 1% ivermectin cream;

FIG. 5 shows the change from baseline in inflammatory lesion counts (ITT-LOCF): (A) mean absolute change (±standard error) in study 1; (B) mean absolute change (±standard error) in study 2; (C) median percent change in study 1; and (D) median percent change in study 2, wherein SOOL-ANTRA is a 1% ivermectin cream;

FIG. 6 show subjects' rating of rosacea improvement in (A) Study 1 and (B) Study 2 at week 12;

FIG. 7 are photographs of a patient at Baseline and Week 12 (standard light);

FIG. 8 shows subject disposition in a clinical study comparing the topical treatments with ivermectin and metronidazole;

FIG. 9 illustrates the mean percent change from baseline in inflammatory lesion counts (ITT-LOCF) after the topical treatments with ivermectin and metronidazole, *p<0.05, **p<0.001;

FIG. 10 shows the success rate based on IGA of "clear" or "almost clear" after the topical treatments with ivermectin and metronidazole, *p<0.05, **p<0.001;

FIG. 11 shows subjects' rating of rosacea improvement after the topical treatments with ivermectin and metronidazole; and

FIG. 12 shows time to first relapse defined as first reoccurrence of IGA≥2 after the successful treatments with ivermectin and metronidazole.

## DETAILED DESCRIPTION OF THE INVENTION

Various publications, articles and patents are cited or described in the background and throughout the specification; each of these references is herein incorporated by reference in its entirety. Discussion of documents, acts, materials, devices, articles, or the like which have been included in the present specification is for the purpose of providing context for the present invention. Such discussion is not an admission that any or all of these matters form part of the prior art with respect to any inventions disclosed or claimed.

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood to one of ordinary skill in the art to which this invention pertains. Otherwise, certain terms used herein have the meanings as set forth in the specification. All patents, published patent applications and publications cited herein are incorporated by reference as if set forth fully herein. It must be noted that as used herein and in the appended claims, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise.

4

Ivermectin is a member of the avermectin class, which has been shown in immunopharmacological studies to exert anti-inflammatory effects by inhibiting lipopolysaccharide-induced production of inflammatory cytokines, such as tumor necrosis factor alpha and interleukin (IL)-1b, while upregulating the anti-inflammatory cytokine IL-10[●]. It is a semi-synthetic derivative isolated from the fermentation of *Streptomyces avermitilis*, that belongs to the avermectin family of macrocyclic lactones. Ivermectin is a mixture containing 5-O-demethyl-22,23-dihydroavermectin A1a plus 5-O-demethyl-25-de(1-methylpropyl)-25-(1-methylethyl)-22,23-dihydroavermectin A1a, generally referred to as 22,23-dihydroavermectin B1a and B1b or H2B1a and H2B1b, respectively. The respective empirical formulas of H2B1a and H2B1b are $C_{48}H_{74}O_{14}$ and $C_{47}H_{72}O_{14}$ with molecular weights of 875.10 and 861.07 respectively.

Ivermectin is a macrocyclic lactone derivative, its therapeutic effect is thought to be prominently due to its anti-inflammatory properties, similar to that of other macrolides.[11-12] Avermectin has been reported to exert anti-inflammatory effects by inhibiting lipopolysaccharide-induced production of inflammatory cytokines. In addition to its anti-inflammatory mode of action, ivermectin possesses antiparasitic properties. Its predecessor, avermectin, is an antiparasitic agent of agricultural importance first isolated in 1974.[13] Several studies support ivermectin's role in the effective oral treatment of cutaneous demodicidosis (in combination with topical permethrin cream) and scabies, as well as topical treatment of head lice.[14-16] Ivermectin causes death of parasites, primarily through binding selectively and with high affinity to glutamate-gated chloride channels, which occur in invertebrate nerve and muscle cells. This leads to the interruption of nerve impulses, causing paralysis and death of parasitic organisms. Ivermectin is known to act on *Demodex* mites in localized and generalized demodicidosis in animals and in humans.

In the present invention, studies were conducted to evaluate the efficacy and safety of ivermectin in treating papulopustular rosacea (PPR). It was discovered that, as early as 2 weeks after the initial topical administration of a pharmaceutical composition comprising 0.5 to 1.5% (w/w) ivermectin to the subject, a significant reduction in inflammatory lesion count was observed.

As used herein, a "significant reduction" refers to a reduction that is statistically significant, not due to chance alone, which has a p-value of 0.05 or less. A "significant reduction" can have a p-value of less than 0.05, 0.04, 0.03, 0.01, 0.005, 0.001, etc. As used herein, "inflammatory lesion count" refers to the number of inflammatory lesions associated with rosacea or PPR. Inflammatory lesions can be papules and/or pustules. A papule is a small, solid elevation less than one centimeter in diameter, and a pustule is a small, circumscribed elevation of the skin, which contains yellow-white exudates.

The lesions can be, e.g., papules and/or pustules of any sizes (small or large). For example, at two weeks after the initial treatment, about 30% (p<0.001) and 27.3% (p<0.01) median reduction of the inflammatory lesion counts were observed from patients treated with ivermectin in two separate clinical studies using methods of the present invention. These reductions are statistically significant because they had p values less than 0.01 or even less than 0.001.

This early onset of significant effectiveness is unexpected and surprising in comparison with the conventional treatments. For example, significant treatment differences were only observed from week 4 or week 8 forward in two phase III studies for the topical treatment of moderate PPR using twice-daily 15% azelaic acid (Thiboutot et al., 2003, *J. Am*

5

*Acad Dermatol,* 48 (6): 836-845), while no statistically significant difference with respect to the median inflammatory lesion counts or the median percentage change in inflammatory lesion counts was observed at any evaluation time during the study (P≥0.29) of topical treatment of moderate to severe PPR using once-daily 0.75% or 1.0% metronidazole (Dahl et al., 2001, *J. Am Acad Dermatol,* 45 (5): 723-730).

This early onset of significant effectiveness is also unexpected and surprising in view of the prior teaching, that topical treatment with ivermectin would be anticipated to require once- or twice-daily applications for as long as four weeks to achieve sufficient follicle penetration and effective miticidal activity; and that after ivermectin carries out its miticidal activity on skin *Demodex folliculorum* organisms, remnants of the dead mites still elicit some flushing and lesion formation until the cleanup processes of the body remove them, a process that requires six to eight weeks; and that conventional anti-rosacea medications, such as oral tetracycline and topical metronidazole, are suggested to be employed to suppress early flareups and to give early clinical response during the initial phase of ivermectin administration (see, e.g., U.S. Pat. No. 5,952,372).

Side-by-side clinical studies in the present invention also showed that methods according to embodiments of the present invention result in more effective treatment of PPR as well as longer time for the relapse of PPR to occur than the conventional topical treatment, such as that with metronidazole. In addition, methods according to embodiments of the present invention also result in less frequent adverse skin reactions than the conventional topical treatments.

While not wishing to be bound by the theory, it is believed that the mechanism of action of ivermectin in treating papulopustular rosacea may be linked to anti-inflammatory effects of ivermectin as well as the death of *Demodex* mites that have been reported to be a factor in inflammation of the skin. Because ivermectin has both anti-inflammatory and antiparasitic activities, treatment of PPR with ivermectin represents an innovative therapy addressing these relevant pathogenic factors in PPR, thus a novel addition to the current treatment armamentarium.

According to an embodiment of the present invention, a method of treating papulopustular rosacea in a subject in need thereof, comprises topically administering to a skin area affected by the papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier.

As used herein, "pharmaceutically acceptable carrier" refers to a pharmaceutically acceptable vehicle or diluent comprising excipients and auxiliaries that facilitate processing of the active compounds into preparations which can be used pharmaceutically.

The pharmaceutical compositions according to the invention are suited for treating the skin. They can be in liquid, pasty or solid form, and more particularly in the form of ointments, creams, milks, pomades, powders, impregnated pads, syndets, towelettes, solutions, gels, sprays, foams, suspensions, lotions, sticks, shampoos or washing bases. They can also be in the form of suspensions of microspheres or nanospheres or of lipid or polymeric vesicles or of polymeric patches and of hydrogels for controlled release. These compositions for topical application can be in anhydrous form, or in aqueous form, or in the form of an emulsion.

In one embodiment of the present invention, the pharmaceutical composition being formulated as an emulsion, the topical pharmaceutical emulsion comprises ivermectin, and one or more other ingredients selected from the group consisting of: an oily phase comprising dimethicone, cyclomethi-

6

cone, isopropyl palmitate and/or isopropyl myristate, the oily phase further comprising fatty substances selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmitostearic acid, stearic acid and self-emulsifiable wax; at least one surfactant-emulsifier selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Steareth-20, Steareth-2, Steareth-21 and Ceteareth-20; a mixture of solvents and/or propenetrating agents selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate; one or more gelling agents selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches; and water.

In a preferred embodiment of the present invention, the pharmaceutical composition comprises 0.5-1.5% (w/w) ivermectin, more preferably, about 1% (w/w) ivermectin, and a pharmaceutically acceptable carrier.

In another preferred embodiment of the present invention, the pharmaceutical composition comprises about 1% (w/w) ivermectin, and one or more inactive ingredients selected from the group consisting of carbomer, such as carbomer copolymer type B; cetyl alcohol; citric acid monohydrate; dimethicone 20 Cst; edetate disodium; glycerin; isopropyl palmitate; methyl paraben; oleyl alcohol; phenoxyethanol; polyoxyl 20 cetostearyl ether; propylene glycol; propyl paraben; purified water; sodium hydroxide; sorbitan monostearate and stearyl alcohol.

As used herein, the term "subject" means any animal, preferably a mammal, most preferably a human, to whom will be or has been administered compounds or topical formulations according to embodiments of the invention. Preferably, a subject is in need of, or has been the object of observation or experiment of, treatment or prevention of papulopustular rosacea.

As known to those skilled in the art, an "intent-to-treat population" or "ITT population" refers to all subjects who are randomized in a clinical study and to whom the study drug is administered. "ITT-LOCF" refers to the ITT population using the Last Observation Carried Forward (LOCF) method, a standard method of handling missing data, which imputes or fills in values based on existing data. "ITT-MI" refers to the ITT population using the multiple imputations (MI) method based on all the data available in the model, another method for processing data known to those skilled in the art. A "per protocol population" or "PP population" refers to subjects of the ITT population in a clinical study who have no major deviations from the protocol of study.

In one embodiment, "treatment" or "treating" refers to an amelioration, prophylaxis, or reversal of a disease or disorder, or of at least one discernible symptom thereof. In another embodiment, "treatment" or "treating" refers to an amelioration, prophylaxis, or reversal of at least one measurable physical parameter related to the disease or disorder being treated, not necessarily discernible in or by the mammal. In yet another embodiment, "treatment" or "treating" refers to inhibiting or slowing the progression of a disease or disorder, either physically, e.g., stabilization of a discernible symptom, physiologically, e.g., stabilization of a physical parameter, or both. In yet another embodiment, "treatment" or "treating" refers to delaying the onset of a disease or disorder.

Success of treating PPR can be measured using methods known in the art, such as by the reduction of inflammatory lesion count from the baseline before treatment, by an improvement from the baseline in an investigator's global assessment (IGA) score, or by both the reduction of inflammatory lesion count and the IGA score.

7

8

The IGA score is determined by a trained medical professional evaluating the skin condition of a patient utilizing an investigative global assessment of the skin condition. Typically, such global assessments assign a value to the degree of rosacea exhibited by the skin. In addition to the assessment made by the medical professional, the patient's input and observations of their skin condition and responses to various inquiries (e.g., stinging or burning sensations) also play a role in determining the IGA score that is assigned. For example, the IGA score for rosacea (Table 1) can range, for example, from 0 (clear) to 1 (almost clear) to 2 (mild) to 3 (moderate) to 4 (Severe), including values between these numeric gradings, such as 1.5, 2.6, 3.4 etc. (e.g., intervals of 0.1).

TABLE 1

| Investigator's Global Assessment of Rosacea Severity | | |
|---|---|---|
| Grade | Score | Clinical Description |
| Clear | 0 | No inflammatory lesions present, no erythema |
| Almost Clear | 1 | Very few small papules/pustules, very mild erythema present |
| Mild | 2 | Few small papules/pustules, mild erythema |
| Moderate | 3 | Several small or large papules/pustules, moderate erythema |
| Severe | 4 | Numerous small and/or large papules/pustules, severe erythema |

In view of the present disclosure, a skin area that is affected by papulopustular rosacea can be identified using any diagnostic signs or means known in the art, and can be treated by methods according to embodiments of the present invention. Patients can have papulopustular rosacea at different stages, from mild to severe.

In a preferred embodiment, the patient has moderate to severe papulopustular rosacea. As used herein, a patient having "moderate to severe papulopustular rosacea" has at least moderate facial erythema and at least 10 papulopustular lesions before treatment. For example, the patient can have an IGA of rosacea of 3 or 4, and at least 10, 15, 20, 25 or more papulopustular lesions before treatment.

According to embodiments of the present invention, the papulopustular rosacea is treated by topically applying to a skin area affected by the papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier, and the treatment results in a reduction in the inflammatory lesion count from the baseline number of PPR lesions (before treatment) by at least 1 to 100 lesions or more, such as at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 35, 40, 50, 60, 70, 80, 90 or 100 lesions or more. According to embodiments of the present invention, at least about 10%, 20%, 30%, 40%, 50%, 60%, 70%, 80%, 90% or 100% reduction in inflammatory lesion count is observed after the treatment. Depending on the number of inflammatory lesions, and other factors, such as the conditions of the patient, the treatment can last as long as it is needed, such as 4 to 12 weeks.

According to other embodiments of the present invention, the treatment reduces the IGA score in the treated subject. As used herein, the "success rate" in a clinical study refers to the percentage of subjects in the study having an IGA of 0 ("clear") or 1 ("almost clear") after the treatment.

According to embodiments of the present invention, the pharmaceutical composition can be topically administered once or twice daily, preferably once daily.

According to embodiments of the present invention, after the initial successful treatment with ivermectin, i.e., to an IGA of 0 or 1, it takes a longer time to relapse, i.e., to an IGA of 2 or above, as compared to the conventional treatments, such as topical treatment with 0.75% by weight metronidazole. For example, treatment with ivermectin (1%) once daily (QD) resulted in a statistically significant extended remission (e.g., delayed time to first relapse, and increase in the number of treatment free days) of rosacea when compared to metronidazole 0.75% BID in subjects who were successfully treated (IGA 0 or 1) for 16 weeks. There was also a numerical trend in favor of ivermectin 1% QD for the relapse rates.

As used herein, "time to first relapse" is defined as the time elapsed between initial successful treatment to an IGA of rosacea of 0 or 1 to the first reoccurrence of the IGA to 2 or more in a subject. According to embodiments of the present invention, the median time to first relapse is about 110, 115, 120, 125, 130, 135, 140, 145 or 150 days or more in subjects treated with ivermectin, with a p value of 0.05 or less.

Another aspect of the present invention relates to a method of treating inflammatory lesions of papulopustular rosacea in a subject in need thereof, comprising topically administering to a skin area affected by the inflammatory lesions of papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier.

Preferably the subject has moderate to severe PPR before the treatment. More preferably, the subject has at least 15 inflammatory lesions of PPR before the treatment.

In another preferred embodiment, at two weeks after the initial treatment, about 27% or more median reduction of the inflammatory lesion counts is observed from subjects treated with ivermectin, with a p value of 0.01 or less.

Preferably, the pharmaceutical composition comprises 0.5% to 1.5% by weight ivermectin, more preferably about 1% by weight ivermectin.

In an embodiment of the present invention, as early as 2 weeks after the initial administration of the pharmaceutical composition to the subject, significant reduction in the inflammatory lesion count in the subject is observed. In other embodiments of the present invention, the method results in more reduction of the inflammatory lesion count and longer relapse-free time of the inflammatory lesions of rosacea in the subject in comparison to that achieved by topically administering to the subject a second pharmaceutical composition comprising 0.75% by weight metronidazole.

This invention will be better understood by reference to the non-limiting examples that follow, but those skilled in the art will readily appreciate that the examples are only illustrative of the invention and the claims which follow thereafter.

Unless otherwise indicated, all percentages of the ingredients in the present application are percentages by weight (w/w).

EXAMPLE 1

Topical Ivermectin Compositions

Examples of pharmaceutical compositions that can be used in the present invention are described in U.S. Pat. No. 8,415,311 and U.S. Pat. No. 8,470,788, which are incorporated herein by reference. Compositions useful in the present invention include, but are not limited to, the following:

Composition 1

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Aluminum magnesium silicate | 1.0 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |

US 9,089,587 B2

9

**-continued**

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Glyceryl/PEG 100 stearate | 3.0 |
| Self-emulsifiable wax | 2.0 |
| Palmitostearic acid | 2.5 |
| Steareth-20 | 3.0 |
| Sorbitan stearate | 2.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

Composition 2

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Acrylate C 10-30 alkyl acrylate Crosspolymer | 0.15 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl myristate | 4.0 |
| Cetyl alcohol | 3.0 |
| Stearyl alcohol | 2.0 |
| Self-emulsifiable wax | 0.5 |
| Palmitostearic acid | 0.5 |
| Steareth-20 | 2.0 |
| Sorbitan palmitate | 1.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

Composition 3

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Aluminum magnesium silicate | 1.0 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Glyceryl/PEG 100 stearate | 3.0 |
| Self-emulsifiable wax | 2.0 |
| Palmitostearic acid | 3.0 |
| Steareth-20 | 3.0 |
| Sorbitan palmitate | 2.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

10

Composition 4

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate Crosspolymer | 0.2 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Cetyl alcohol | 3.5 |
| Stearyl alcohol | 2.5 |
| Oleyl alcohol | 2.0 |
| Ceteareth-20 | 3.0 |
| Sorbitan monostearate | 2.0 |
| Dimethicone 200 20 cs | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 2.0 |
| Phenoxyethanol | 1.0 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

Composition 5

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.4 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate Crosspolymer | 0.2 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Cetyl alcohol | 3.5 |
| Stearyl alcohol | 2.5 |
| Oleyl alcohol | 2.0 |
| Ceteareth-20 | 3.0 |
| Sorbitan monostearate | 2.0 |
| Dimethicone 200 20 cs | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 2.0 |
| Phenoxyethanol | 1.0 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

EXAMPLE 2

Dosage Study on Topical Treatment of PPR with Ivermectin

A phase II, randomized, investigator-blinded, parallel-group, active- and vehicle-controlled study was conducted to determine the optimal concentration and dose regimen of topical ivermectin cream for the treatment of inflammatory lesions of rosacea, and evaluate efficacy and safety.

Eligible subjects were adults with PPR. The majority of the subjects had at least 15 facial inflammatory lesions and at least mild facial erythema based on IGA of rosacea severity. Table 2 shows the demographic and baseline clinical characteristics (ITT population) of the subjects:

US 9,089,587 B2

11

12

TABLE 2

|  | Ivermectin 1% BID (N = 48) | Ivermectin 1% QD (N = 52) | Ivermectin 0.3% BID (N = 47) | Ivermectin 0.1% QD (N = 51) | Metronidazole 0.75% BID (N = 48) | Vehicle QD (N = 50) |
|---|---|---|---|---|---|---|
| Gender n (%) |  |  |  |  |  |  |
| Female | 39 (81.3) | 33 (63.5) | 29 (61.7) | 31 (60.8) | 34 (70.8) | 35 (70.0) |
| Male | 9 (18.8) | 19 (36.5) | 18 (38.3) | 20 (39.2) | 14 (29.2) | 15 (30.0) |
| Age, year |  |  |  |  |  |  |
| Mean ± SD | 50.9 ±12.3 | 50.4 ± 14.5 | 53.4 ± 14.5 | 52.7 ± 13.8 | 52.2 ± 15.9 | 52.2 ± 14.4 |
| Phototype, n (%) |  |  |  |  |  |  |
| I | 7 (14.6) | 4 (7.7) | 6 (12.8) | 4 (7.8) | 3 (6.3) | 7 (14.0) |
| II | 28 (58.3) | 27 (51.9) | 20 (42.5) | 26 (51.0) | 29 (60.4) | 28 (56.0) |
| III | 12 (25.0) | 14 (26.9) | 17 (36.2) | 18 (35.3) | 14 (29.2) | 15 (30.0) |
| IV | 1(2.1) | 7 (13.5) | 4 (8.5) | 3 (5.9) | 2 (4.1) | 0 |
| Inflammatory lesion, n (%) |  |  |  |  |  |  |
| Mean ± SD | 37.3 ± 39.0 | 35.8 ± 18.2 | 35.1 ± 20.5 | 31.1 ± 15.0 | 37.4 ± 23.9 | 35.8 ± 19.9 |
| Min, max | 16, 270 | 16, 93 | 14, 108 | 15, 79 | 15, 153 | 15, 120 |
| IGA, n (%) |  |  |  |  |  |  |
| 1 = Almost Clear | 2 (4.2) | 0 | 1(2.1) | 1(2.0) | 1(2.1) | 1(2.0) |
| 2 = Mild | 15(31.3) | 20 (38.5) | 15(31.9) | 18 (35.3) | 18 (37.5) | 12 (24.0) |
| 3 = Moderate | 28 (58.3) | 24 (46.2) | 21 (44.7) | 29 (56.9) | 21 (43.8) | 28 (56.0) |
| 4 = Severe | 3 (6.3) | 8 (15.4) | 10 (21.3) | 3 (5.9) | 8(16.7) | 9 (18.0) |

The subjects were randomized to receive one of the following six (6) regimens for 12 weeks: ivermectin 0.1% (w/w) once-daily (QD), ivermectin 0.3% (w/w) QD, ivermectin 1% QD, ivermectin 1% (w/w) twice-daily (BID), metronidazole gel 0.75% (w/w) BID, or vehicle QD. The 6 groups were comparable in terms of demographic and baseline disease characteristics (Table 2): majority were female, Caucasian, with a skin phototype II and a mean age of 51.9±14.2 years. On average, the subjects had 35.4±23.8 inflammatory lesions, and the majority (51.0%) had an IGA of 3 (moderate).

Inflammatory lesion (sum of papules and pustules) counts, rate of success [% subjects "clear" or "almost clear" based on Investigator's Global Assessment (IGA), a scale from 0 (clear) to 4 (severe)], erythema [from 0 (none) to 3 (severe)], telangiectasia [from 0 (none) to 3 (severe)], adverse events, and satisfaction questionnaire (at the end of the study) were determined during the study.

FIG. 1 shows the median percentage change from baseline in lesion counts (ITT-LOCF population).

At week 12, both ivermectin 1% (w/w) QD and BID were significantly more effective than vehicle QD in the ITT-LOCF analysis based on the percentage change from baseline in inflammatory lesion counts (median: −78.3% and −78.9% vs. −60.6%; both p<0.05) (FIG. 1); this was also confirmed in the PP analysis. Although ivermectin 1% (w/w) BID was significantly more efficacious than vehicle, its magnitude of effect was not greater than ivermectin 1% (w/w) QD. A numeric trend favoring ivermectin 1% QD compared with metronidazole 0.75% BID was also observed in terms of median % change from baseline in inflammatory lesion counts [−78.3% vs. −69.2% at Week 12 (ITT-LOCF)]; the sample size was not large enough to detect differences between these groups.

All ivermectin dose regimens led to a significantly greater success rate than vehicle (70.8%, 65.4%, 63.8% and 62.7% for ivermectin 1% BID, 1% QD, 0.3% QD and 0.1% QD, respectively, vs. 42.0% for vehicle at Week 12; all p<0.05). Furthermore, the success rate for Metronidazole was 62.5%.

No difference was observed in the change in erythema or telangiectasia between the active and control groups.

All regimens were safe and well-tolerated, with similarly low incidence of adverse events. There were no serious related AEs. The majority of related AEs were mild, transient and dermatologic in nature, the most frequent for the ivermectin groups being skin discomfort (4 subjects), skin burning sensation (4 subjects), and worsening of rosacea (3 subjects).

FIG. 2 illustrates subjects' response to the statement "the product improves my rosacea" (ITT Observed). With increasing dosage of ivermectin, more subjects agreed with the statement "the product improves my rosacea" (FIG. 2) and were satisfied with the product (data not shown). The result was superior in ivermectin 1% QD and BID groups compared to the metronidazole 0.75% BID group. The majority of subjects in all Ivermectin groups considered that the product was easy to use (at least 95.5%), pleasant to use (at least 77.3%), and did not irritate the skin (at least 70.2%).

Topical administration of all tested ivermectin dose regimens (1% BID, 1% QD, 0.3% QD and 0.1% QD) led to a significantly greater success rate in treating PPR than vehicle; the result was superior in ivermectin 1% QD and BID groups compared to the metronidazole 0.75% BID group; and once daily topical administration of 1% (w/w) ivermectin was considered the optimal dose regimen, because it was safe, well tolerated, and provided significantly greater efficacy than vehicle for the treatment of PPR. Once daily topical administration is further preferred because it promotes better patient compliance.

EXAMPLE 3

Efficacy and Safety Study of Ivermectin 1% Cream

To demonstrate the efficacy and safety of once-daily ivermectin 1% (w/w) cream in subjects with PPR, two identically designed randomized, double-blind, controlled studies were

US 9,089,587 B2

13

conducted (hereafter designated Study 1 and Study 2). Both studies were conducted in accordance with the ethical principles of the Declaration of Helsinki and Good Clinical Practices, and in compliance with local regulatory requirements.

Each study had three parts. In the first part of the study, subjects with PPR were treated with ivermectin 1% cream (IVM 1%) or vehicle once daily at bedtime for 12 weeks. In the second part of the study, subjects initially treated with IVM 1% once daily at bedtime continued the same treatment, while subjects treated with the vehicle once daily switched to topical treatment with azelaic acid 15% gel twice daily, in the morning and evening. The third part of the study consisted of 4 weeks safety follow-up, without treatment.

Eligible subjects were 18 years or older, with moderate or severe papulopustular rosacea as noted by an IGA of 3 ("several small or large papules/pustules, moderate erythema") or 4 ("numerous small and/or large papules/pustules, severe erythema"), and presenting with 15-70 facial inflammatory lesions (papules and pustules). A total of 683 subjects with moderate to severe PPR were randomized in Study 1 (IVM 1%: 451, vehicle: 232), and 688 subjects in Study 2 (IVM 1%: 459, vehicle: 229) (FIG. 3).

Eligible subjects received either ivermectin cream 1% cream (once daily every day at bedtime) or vehicle cream (once daily every day at bedtime) on the entire face for 12 weeks. They were instructed to apply a thin film of cream on the entire face (right and left cheeks, forehead, chin and nose), e.g., in a pea-size amount of the cream, avoiding the upper and lower eyelids, lips, eyes and mouth. Subjects were also instructed to avoid rosacea triggers, such as sudden exposure to heat, certain foods, and excessive sun exposure. Study visits during the first study were as follows: screening visits, baseline, weeks 2, 4, 8, and 12 after the initial administration.

Efficacy assessments at each visit were the IGA of disease severity, and inflammatory lesion counts (papules and pustules) on each of the five facial regions (forehead, chin, nose, right cheek, left cheek). Safety assessments included adverse events (AEs) throughout the study, local tolerance parameters (stinging/burning, dryness, itching) at each study visit evaluated on a 4-point scale [from 0 (none) to 3 (severe)], and laboratory parameters (hematology and biochemistry) measured before and after treatment. Other assessments included the subject's evaluation of their rosacea improvement at the end of the study (week 12) compared to their condition at baseline, and two quality of life (QoL) questionnaires [a dermatology-specific instrument, the Dermatology Life Quality Index (DLQI)],17 and a rosacea-specific instrument, the RosaQoL™ 18 completed at baseline and week 12.

The co-primary efficacy endpoints in both studies were the success rate based on the IGA outcome and absolute change from baseline in inflammatory lesion counts at the end of week 12 of the studies. The success rate based on IGA score [% of subjects who achieved "clear" or "almost clear" ratings on the IGA scale at week 12 (ITT-LOCF)] was analyzed by the Cochran-Mantel-Haenszel (CMH) test stratified by analysis site, using the general association statistic. The absolute change in inflammatory lesion counts from baseline to week 12 (ITT-LOCF) was analyzed by analysis of covariance (ANCOVA). Missing data at week 12 in the ITT population were imputed by the LOCF approach. Also, sensitivity analyses were conducted to impute missing data in order to assess the robustness of the primary efficacy results. The secondary efficacy endpoint was percent change in inflammatory lesion counts from baseline at week 12 (ITT-LOCF). The QoL questionnaires were analyzed using the Wilcoxon rank sum test,

14

and other variables were descriptively analyzed. High mean scores from the QoL questionnaires indicated a low quality of life.

In Studies 1 and 2, the vast majority of subjects completed the study (91.4% and 92.6%, respectively). The treatment groups were similar at baseline in terms of demographics and baseline disease characteristics, with about 31-33 inflammatory lesions on average and the majority having moderate rosacea (Table 3). Most subjects were female (68.2% and 66.7% in Studies 1 and 2, respectively) and Caucasian/white (96.2% and 95.3%), with a mean age of 50.4 and 50.2 years, respectively. Additionally, treatment groups were comparable regarding rates/reasons for early study discontinuation (FIG. 3).

TABLE 3

Demographic and baseline clinical characteristics (ITT population)

| | | Study 1 Total (n = 683) | Study 2 Total (n = 688) |
|---|---|---|---|
| Age, years | Mean ± SD | 50.4 ± 12.09 | 50.2 ± 12.29 |
| | Min, Max | 19, 88 | 18, 89 |
| Gender, n (%) | Female | 466 (68.2%) | 459 (66.7%) |
| | Male | 217 (31.8%) | 229 (33.3%) |
| Race | White | 657 (96.2%) | 656 (95.3%) |
| | Black or African American | 9 (1.3%) | 10 (1.5%) |
| | Asian | 6 (0.9%) | 15 (2.2%) |
| | Other | 11 (1.6%) | 7 (1.0%) |
| Inflammatory lesion counts | Mean ± SD | 30.9 ± 14.33 | 32.9 ± 13.70 |
| IGA | 3 = Moderate | 560 (82.0%) | 403 (83.3%) |
| | 4 = Severe | 123 (18.0%) | 81 (16.7%) |

The proportion of subjects achieving IGA success ("clear" or "almost clear") at week 12 for Studies 1 and 2 were 38.4% and 40.1%, respectively for IVM 1% compared to 11.6% and 18.8% for vehicle (both p<0.001; FIG. 4A). A significant difference between treatment arms in both studies was observed based on IGA since week 4 (10.9% and 11.8% versus 5.6% and 5.7%, respectively; both p<0.05), and was sustained until Week 12 (FIGS. 4B and 4C).

For inflammatory lesion counts, the mean difference between IVM 1% and vehicle from baseline to week 12 was −8.13 lesions for Study 1 and −8.22 for Study 2 (both p<0.001 versus vehicle), with a 95% CI of [−10.12, −6.13] and [−10.18, −6.25], respectively (FIGS. 5A and 5B). A mean reduction of 9 lesion counts was observed at week 2 in both studies when treated with IVM 1% (FIGS. 5A and 5B). Median reduction from baseline in inflammatory lesion counts for both studies was 76.0% and 75.0%, respectively, versus 50.0% for both vehicle groups at week 12 (p<0.001), with significant difference observed by week 2 at a median reduction of 30% and 27.3% (FIGS. 5C and 5D). This significant reduction in inflammatory lesion counts as early as week 2 was exceptional when compared with similar data from treatment with metronidazole or azelaic acid.

Table 4 summarizes efficacy outcomes of both studies at the end of the first part 12 week studies

| | IVM 1% (N = 451) | Vehicle (N = 232) | IVM 1% (N = 459) | Vehicle (N = 229) |
|---|---|---|---|---|
| IGA | | | | |
| Number (%) of Subjects Clear or Almost Clear in the IGA at Week 12 | 173 (38.4) | 27 (11.6) | 184 (40.1) | 43 (18.8) |

US 9,089,587 B2

15

-continued

| | IVM 1% (N = 451) | Vehicle (N = 232) | IVM 1% (N = 459) | Vehicle (N = 229) |
|---|---|---|---|---|
| Inflammatory Lesions | | | | |
| Mean inflammatory lesion count at baseline | 31.0 | 30.5 | 33.3 | 32.2 |
| Mean inflammatory lesion count at Week 12 | 10.6 | 18.5 | 11.0 | 18.8 |
| Mean Absolute Change (%) in Inflammatory Lesion Count from Baseline at Week 12 | −20.5 (−64.9) | −12.0 (−41.6) | −22.2 (−65.7) | −13.4 (−43.4) |

The incidence of AEs was comparable between Studies 1 and 2 (40.5% and 36.5% for IVM 1% versus 39.4% and 36.5% for vehicle, respectively). Fewer subjects in IVM 1% groups tended to report related AEs than in vehicle groups (4.2% and 2.6% versus 7.8% and 6.5%, respectively), as well as for related dermatologic AEs (3.5% and 1.5% versus 6.9% and 5.7%) and related AEs leading to discontinuation (1.3% and 0.2%, versus 1.7% for both vehicle groups). A similarly low proportion of subjects reported serious AEs for IVM 1% and vehicle groups (0.7% and 1.5% versus 0.4% and 1.7%). There was no related serious AEs. The most common related AE in Study 1 was sensation of skin burning: 8 (1.8%) in IVM 1% subjects versus 6 (2.6%) for vehicle. For Study 2, the most common related AEs for IVM 1% were pruritis and dry skin (3 subjects each (0.7%)) compared to 0 and 2 subjects (0.9%) for vehicle, respectively. In addition, laboratory tests did not demonstrate clinically significant abnormalities.

At baseline before treatment application, a large proportion of subjects presented with local cutaneous symptoms consistent with rosacea, especially mild or moderate dry skin (for Studies 1 and 2, 63.0% and 57.0% for IVM 1%, and 59.3% and 60.0% for vehicle, respectively) and mild or moderate itching (57.3% and 49.4% for IVM 1%, and 45.4% and 49.1% for vehicle). At week 12 (last available data observed), the majority of subjects had none of the 2 cutaneous symptoms. A trend was observed in terms of absence of dryness in 83-86% of IVM 1% subjects versus 72-76% for vehicle, as well as for absence of itching in 82-85% for IVM 1% versus 70-78% for vehicle.

Improvement after treatment was rated by subjects as "excellent" or "good" by 69% and 66.2% for IVM 1% compared to 38.6% and 34.4% for vehicle (p<0.001), respectively (FIG. 6). "Excellent" improvement was reported by 34.3% and 32.0% for IVM 1% versus 9.5% and 7.3% for vehicle.

After 12 weeks of treatment, improved QoL scores were observed for subjects in the IVM 1% compared to vehicle groups. For the DLQI, it is of note that no difference between treatment groups was observed at baseline. At the end of each study, more subjects in the IVM 1% group (about 53%) than vehicle (about 35%) considered that their disease had no effect on their overall QoL (p<0.001). For RosaQoL™, improvement in QoL from baseline was higher in both studies for IVM 1% (−0.64±0.7 and −0.60±0.6 versus −0.35±0.5 for both vehicle groups (p<0.001 and p=0.001 for Studies 1 and 2, respectively). This result indicates that a higher proportion of subjects felt that their quality of life was not negatively impacted by rosacea in the group treated with IVM, compared to the control group treated with vehicle.

IGA was assessed during the second part of the studies (40 weeks). The percentages of subjects treated with IVM 1% achieving an IGA score of 0 or 1 continued to increase up to week 52, the end of the second part of the studies. The success rate (IGA=0 or 1) at week 52 was 71.1% and 76% in studies

16

1 and 2 respectively. In both studies, the incidences were comparable in the 2 groups of subjects treated by IVM 1% cream QD and azelaic acid 15% gel BID across the categories of related AEs, dermatologic AEs, serious AEs, related AEs leading to discontinuation, and AEs of special interests. There was no serious related AEs.

In the follow up third part of the studies, subjects treated with IVM 1% cream QD and azelaic acid 15% gel BID during the second part of the studies were comparable in reporting AEs. No subjects reported related serious AEs, related AEs leading to discontinuation.

The most frequent (>0.5% in any arm) AEs were skin disorders, and were less frequent with IVM 1% cream QD than azelaic acid 15% gel BID in both studies.

These two pivotal studies demonstrated the efficacy and safety of topical ivermectin 1% cream in the treatment of inflammatory lesions of rosacea with reproducibility. The effect was robust and highly significant (p,0.001) in all primary and secondary endpoints at week 12 (ITT-LOCF). Onset of treatment effect was observed at week 4 in each study based on both IGA and lesion counts. Onset of treatment effect was observed at week 2 in each study based on lesion counts. The ivermectin 1% cream was well tolerated and safe in both studies. No notable difference was observed between the ivermectin 1% cream QD and corresponding vehicle and azelaic acid 15% gel BID. The most frequent (>0.5% in any arm) AEs were skin disorders, and were less frequent with IVM 1% cream QD than with the respective comparator. In addition, the continued daily application of the Ivermectin 1% Cream QD up to 1 year is well tolerated, with no unexpected safety findings associated with chronic use.

In conclusion, ivermectin, such as 1% ivermectin cream, was effective and safe in treating papulopustular rosacea.

EXAMPLE 4

Comparison of the Efficacy and Safety of Ivermectin 1% Cream vs. Metronidazole 0.75% Cream

This was an investigator-blinded, randomized, parallel group study comparing the efficacy and safety of ivermectin (hereafter designated IVM) 1% (w/w) cream vs. metronidazole 0.75% (w/w) cream with a 16-week period A and a 36-week period B to study recurrence. Study visits during Period A were as follows: a screening visit, and at baseline, weeks 3, 6, 9, 12 and 16.

Eligible subjects were 18 years or older, with moderate or severe papulopustular rosacea as noted by an IGA of 3 ("several small or large papules/pustules, moderate erythema") or 4 ("numerous small and/or large papules/pustules, severe erythema"), and presenting with 15-70 facial inflammatory lesions (papules and pustules).

Subjects were randomized in a 1:1 ratio to receive either IVM 1% cream (once daily, QD, at bedtime) or metronidazole 0.75% cream (twice daily, BID, as per labelling at morning and bedtime) for 16 weeks. Study drugs were applied in a thin film on the entire face (right and left cheeks, forehead, chin and nose), avoiding the upper and lower eyelids, lips, eyes and mouth. The subjects were instructed to maintain a consistent lifestyle throughout the study regarding rosacea triggers (i.e. avoiding environmental factors, certain foods, and excessive sun exposure).

Efficacy assessments at each visit were inflammatory lesion counts (papules and pustules) counted on five facial regions (forehead, chin, nose, right cheek, left cheek), and the Investigator's Global Assessment (IGA) of disease severity. Safety assessments included adverse events (AEs) through-

US 9,089,587 B2

17                                                                    18

out the study, local tolerance parameters (stinging/burning, dryness, itching) at each visit evaluated on a 4-point scale (from 0 (none) to 3 (severe)), and laboratory parameters measured at baseline, weeks 9 and 16. Other assessments included the subject's evaluation of rosacea improvement compared to their condition at baseline, and subject's appreciation questionnaire at the end of the study (regarding satisfaction with the study drug). Lastly, a quality of life questionnaire (Dermatology Life Quality Index (DLQI)) was completed at baseline and at the end of the study (week 16).

The ITT population included all subjects who were randomized and to whom the study drug was administered. The safety population included all subjects who received the study medication. The primary efficacy endpoint, percent change in inflammatory lesion counts from baseline to week 16, was analyzed using the CMH test stratified on center, with ridit transformation and row mean score difference statistic. Secondary efficacy endpoints included success rate (percent of subjects with IGA rated 0 ("clear") or 1 ("almost clear") (analyzed by CMH test stratified on center using general association statistic), IGA and absolute change in lesion counts (analyzed using ANCOVA, including treatments and analysis center as factors, and baseline as covariate). LOCF was the primary method for imputation of missing data, and multiple imputations (MI) method was used for sensitivity. Other variables were descriptively analyzed.

A total of 1,034 subjects were screened and 962 randomized to receive IVM 1% cream (n=478) or metronidazole 0.75% cream (n=484); 902 (93.8%) completed the study (FIG. 8). Treatment groups were comparable at baseline in terms of demographics and baseline disease characteristics, with about 32 inflammatory lesions on average and the majority having moderate rosacea (83.3% with an IGA of 3) (Table 5). As expected, the quantity of product applied in the metronidazole group (BID applications) was nearly twice as much as the product applied in the IVM 1% group (QD), with a mean of 1.31 g vs. 0.72 g, respectively.

Week 3, thus the differences in treatment could have been observed earlier than week 3 if the first study visit was conducted earlier. Similar results were found for the IGA success rate (subjects rated "clear" or "almost clear"): 84.9% for IVM 1% cream vs. 75.4% for metronidazole 0.75% cream at week 16 (ITT-LOCF) (p<0.001). As illustrated in FIG. 10, the difference in IGA was the highest at week 12 (14.9% superior for ivermectin).

About 13% more subjects were rated as "clear" in terms of IGA for IVM 1% than metronidazole 0.75% (34.9% vs. 21.7%, respectively). Furthermore, in a subgroup analysis of success rate according to IGA severity, about 20% more subjects with severe rosacea at baseline in the IVM 1% group achieved success (82.5% vs. 63.0%).

The incidence of adverse events (AEs) was similar between groups (32.4% vs. 33.1% of subjects in the IVM 1% and metronidazole 0.75% groups, respectively), as well as for related AEs (2.3% vs. 3.7%). Furthermore, a comparably low number of subjects experienced a related dermatologic AE (9 subjects (1.9%) in the IVM 1% group and 12 (2.5%) in the metronidazole 0.75% group). The most common related AE was skin irritation (3 subjects (0.6%) vs. 4 subjects (0.8%) for IVM 1% and metronidazole 0.75%, respectively). Thirteen subjects reported serious but unrelated AEs. A total of 3 subjects (0.6%) in the IVM 1% group experienced related adverse events leading to discontinuation (due to skin irritation and hypersensitivity), compared to 10 (2.1%) subjects in the metronidazole 0.75% group (due to skin irritation, allergic dermatitis, aggravation of rosacea, erythema, pruritis, and general disorders (hot feeling)).

In terms of local tolerance, the incidence of worsening from baseline was higher in the metronidazole 0.75% group for stinging/burning (15.5% vs. 11.1%), dryness (12.8% vs. 10.0%), and itching (11.4% vs. 8.8%). Laboratory tests did not demonstrate clinically significant abnormalities.

At the end of period A of this study, the majority (85.5%) of subjects in the IVM 1% group rated their global improvement as "excellent" or "good" compared to 74.8% in the metron-

TABLE 5

| Demographic and baseline clinical characteristics (ITT population) | | | | |
|---|---|---|---|---|
| | | Ivermectin 1% (n = 478) | Metronidazole 0.75% (n = 484) | Total (n = 962) |
| Age, years | Mean ± SD | 51.22 ± 13.40 | 51.87 ± 13.24 | 51.54 ± 13.32 |
| | Min, Max | 18, 85 | 18, 90 | 18, 90 |
| Gender, n (%) | Female | 311 (65.1%) | 316 (65.3%) | 627 (65.2%) |
| | Male | 167 (34.9%) | 168 (34.7%) | 335 (34.8%) |
| Race | Asian | 3 (0.6%) | — | 3 (0.3%) |
| | White | 475 (99.4%) | 484 (100.0%) | 959 (99.7%) |
| Skin | I | 18 (3.8%) | 17 (3.5%) | 35 (3.6%) |
| Phototype | II | 245 (51.3%) | 234 (48.3%) | 479 (49.8%) |
| | III | 178 (37.2%) | 213 (44.0%) | 391 (40.6%) |
| | IV | 36 (7.5%) | 19 (3.9%) | 55 (5.7%) |
| | V | 1 (0.2%) | 1 (0.2%) | 2 (0.2%) |
| Inflammatory lesion Counts | Mean ± SD | 32.87 ± 13.95 | 32.07 ± 12.75 | 32.46 ± 13.36 |
| Investigator Global Assessment | 3 = Moderate | 398 (83.3%) | 403 (83.3%) | 801 (83.3%) |
| | 4 = Severe | 80 (16.7%) | 81 (16.7%) | 161 (16.7%) |

Regarding the primary endpoint, at week 16 (ITT-LOCF), IVM 1% cream was significantly superior to metronidazole 0.75% cream in terms of percent reduction from baseline in inflammatory lesion counts (83.0% vs. 73.7%; p<0.001; FIG. 9). This difference was observed as early as week 3 (ITT-LOCF) (as soon as week 6 with ITT-MI), and this continued through week 16 (all p-values≤0.04). It should be noted that in this study, there was no study visit or assessment prior to

idazole 0.75% group. Furthermore, more subjects receiving IVM 1% reported an "excellent" improvement of their rosacea (52.3% vs. 37.0%, respectively; FIG. 11). Regarding the subject's appreciation questionnaire, more subjects in the IVM 1% group were satisfied with the study drug (76.0% vs. 61.3% in the metronidazole 0.75% group). In addition, more subjects treated by IVM 1% tended to consider the product easy to use and that the time needed for application was

US 9,089,587 B2

19

satisfactory, whereas more subjects found metronidazole 0.75% to be irritating (data not shown).

At baseline, the mean DLQI scores were similar between groups (6.95 for IVM 1% and 6.05 for metronidazole 0.75%, respectively). Patients treated with IVM 1% showed a higher numerical decrease in their DLQI score than patients treated with metronidazole 0.75% (−5.18 vs. −3.92; p<0.01), indicating a higher improvement in quality of life. At the end of the study, 71% of patients treated with IVM 1% reported no effect at all on their quality of life (vs. 64% for metronidazole 0.75%), which means that a higher proportion of subjects felt that their quality of life was not negatively impacted by rosacea in the group treated with IVM, compared to the group treated with metronidazole. The study drugs diverged in favor of IVM 1% in the symptoms and feelings sub-scale (level of itching, soreness, pain or stinging: "not at all" for 78.7% vs. 63.0% in the metronidazole 0.75% group; level of embarrassment or self-consciousness: "not at all" for 70.3% vs. 60.1%, respectively).

Topical metronidazole 0.75% (w/w) has been one of the most frequently used therapies in the treatment of papulopustular rosacea. In this study, IVM 1% cream was significantly superior to metronidazole 0.75% cream in terms of percent reduction from baseline in inflammatory lesion counts, with an onset of efficacy (first difference vs. metronidazole 0.75%) as early as 3 weeks (or even earlier) that continued through 16 weeks. The findings show that ivermectin is more efficacious than metronidazole, with a tendency even in patients with higher lesion counts.

An overall good safety profile was observed for IVM, and it was well-tolerated in comparison with metronidazole. It is not surprising that for both products, patients experienced a similarly low number of related adverse events, particularly since the tolerability of metronidazole is known to be satisfactory. Metronidazole's higher incidence of worsening from baseline concerning stinging/burning, dryness, and itching may be attributed to the usual signs and symptoms of rosacea. Nevertheless, this affected the level of quality of life as measured by the DLQI, as more patients in the metronidazole group reported itching, soreness, pain or stinging.

Patient-reported outcomes for IVM 1% cream were consistent with its superior efficacy results. More patients using IVM indicated that the product was easy to use and that the time needed for application was satisfactory, implying that the daily application is more convenient than metronidazole's twice-daily regimen. Related to quality of life measures, fewer patients using IVM considered themselves to be embarrassed or self-conscious. Thus, ivermectin appears to be adapted to the complex etiology of rosacea, and in the study IVM 1% cream demonstrated superiority to metronidazole 0.75% cream in terms of inflammatory lesion reduction. As noted in the afore-mentioned Cochrane review, few robust studies have compared topical metronidazole with another rosacea treatment and in three identified studies, topical metronidazole was either non-significantly different or less effective than azelaic acid.[8] While metronidazole has been used in the past as a reasonable treatment for the papulopustular lesions of rosacea, its efficacy is surpassed by that of ivermectin along with the advantage of once-daily dosing.

The relapse among subjects successfully treated at the end of the Period A was studied during the treatment free Period B (36 weeks). At the end of Period A, only subjects with an IGA of "0" or "1" (clear or almost clear) were eligible for entering Period B. Then, their study treatment was discontinued and the subjects were followed for up to 8 months (36 weeks). In case of reoccurrence of an IGA of at least "2" (mild) at any time during Period B, the subjects were retreated

20

with the same treatment received during the Period A. The re-treatment was stopped as soon as the IGA was back to "0" or "1" (clear or almost clear). The maximum duration of re-treatment was 16 consecutive weeks to mimic the Period A treatment duration. In order to characterize the relapses, the following parameters were assessed: (1) time of first relapse (time elapsed between Week 16 and first reoccurrence of IGA at "2", "3" or "4" inducing a retreatment course), (2) relapse rate (percentage of subjects with reoccurrence of IGA at "2", "3" or "4" after a period free of study treatment) and (3) number of days free of treatment.

At the start of Period B, treatment groups were comparable with respect to the demographic. Of the total 757 subjects included in Period B (399 in Ivermectin 1% and 358 in Metronidazole 0.75% groups, respectively), 504 (66.6%) were female, 754 (99.6%) were Caucasian and the mean age was 51.9 years. In terms of disease characteristics, the means inflammatory lesion counts were similar in both groups (median 2.0). But, the proportion of subjects with an IGA of 0 was higher in Ivermectin group than in Metronidazole group (41.6% versus 29.1%) due to the higher efficacy of Ivermectin treatment from Period A.

TABLE 6

End of Period A disease characteristics of subjects entering Period B

| | | Ivermectin | Metronidazole | TOTAL |
|---|---|---|---|---|
| Inflammatory lesion counts | N | 399 | 358 | 757 |
| | Mean | 2.58 | 2.96 | 2.76 |
| | SD | 3.20 | 3.42 | 3.31 |
| | Median | 2.00 | 2.00 | 2.00 |
| | Min~Max | 0~19 | 0~24 | 0~24 |
| | P25~P75 | 0~4 | 0~4 | 0~4 |
| Investigator Global Assessment | N | 399 | 358 | 757 |
| | 0 = Clear | 166 (41.6%) | 104 (29.1%) | 270 (35.7%) |
| | 1 = Almost Clear | 233 (58.4%) | 254 (70.9%) | 487 (64.3%) |
| Nodules | N | 399 | 358 | 757 |
| | 0 | 397 (99.5%) | 357 (99.7%) | 754 (99.6%) |
| | 1 | 2 (0.5%) | 1 (0.3%) | 3 (0.4%) |
| Papules | N | 399 | 358 | 757 |
| | Mean | 2.27 | 2.56 | 2.40 |
| | SD | 2.77 | 2.83 | 2.80 |
| | Median | 2.00 | 2.00 | 2.00 |
| | Min~Max | 0~16 | 0~17 | 0~17 |
| | P25~P75 | 0~4 | 0~4 | 0~4 |
| Pustules | N | 399 | 358 | 757 |
| | Mean | 0.32 | 0.40 | 0.36 |
| | SD | 0.91 | 1.20 | 1.06 |
| | Median | 0.00 | 0.00 | 0.00 |
| | Min~Max | 0~9 | 0~12 | 0~12 |
| | P25~P75 | 0~0 | 0~0 | 0~0 |

The time to first relapse, defined as time elapsed between Week 16 and first reoccurrence of IGA at "2", "3" or "4" was analyzed following 2 definitions: (1) the first one was based on IGA only; and (2) the second one took also into account any major deviations by imputing relapse the day of first major deviation. For each definition, a sensitivity analysis was performed by imputing relapse 4 weeks after discontinuation for all subjects who discontinued early from Period 13 without relapse. Relapse rates followed the same convention analyses as the time to relapse.

The median times to first relapse were 115 days for ivermectin 1% QD and 85 days for Metronidazole 0.75% BID (p=0.0365), the relapse rates were 62.7% and 68.4% respectively (Table 7). See also FIG. 12. When conducting the sensitivity analysis by imputing relapse 4 weeks later to subjects who discontinued early without relapse, the medians

were 114 days and 85 days (p=0.0594) and the relapse rates were 66.2% and 70.4%, respectively. Similar results were obtained when taking also into account the day of first major deviation.

TABLE 7

|  | IVM 1% | Metronidazole | p-value (1) |
|---|---|---|---|
| N | 399 | 358 | 0.0365 |
| Median and 95% Confidence Interval | 115.0 [113; 165] | 85.0 [85; 113] | — |
| Mean ± Standard Error | 147.0 ± 4.66 | 133.6 ± 5.13 | — |

Relapse is based on IGA only
(1) Logrank test

Number of days free of treatment was defined for each subject enrolled in period B as the time interval between a visit where IGA is assessed as 0 or 1 and the next visit. The number of treatment-free days is the summation over all visits of period B meeting this criterion. An additional analysis was also performed by subtracting from the days free of treatment any time interval between visits when the subject while being IGA 0 or 1 had a major protocol deviation.

Based on IGA score showed a mean days free of treatment of 183 days for ivermectin 1% QD versus 170 days for metronidazole (p=0.026). When taking into account the protocol deviations the mean days free of treatment remained nearly the same 181 days versus 168 days (p=0.021) in favor of ivermectin 1% QD.

Ivermectin 1% cream QD treatment resulted in a statistically significant extended remission (i.e. delayed time to first relapse, and increase in the number of treatment free days) of rosacea when compared to Metronidazole 0.75% BID in subjects who were successfully treated (IGA 0 (clear) or 1 (almost clear)) for 16 weeks. There was also a numerical trend in favor of Ivermectin 1% cream QD for the relapse rates (62.7% and 68.4% in the Ivermectin 1% group and Metronidazole 0.75% group, respectively). It should be noted that the differences observed in favor of Ivermectin 1% in Period B are presumably the consequence of the higher efficacy of Ivermectin compared to Metronidazole observed at the end of Period A, with a higher proportion of subjects with an IGA=0 in the Ivermectin group (41.6% and 29.1% in Ivermectin and Metronidazole, respectively).

The overall pharmacoeconomic benefit of Ivermectin 1% cream QD versus Metronidazole 0.75% cream BID over the one year duration of the study (Period A & B), is considerable when viewed as the sum of the following elements: benefit of Ivermectin over Metronidazole observed at the end of Period A (84.9% of success in Ivermectin group Vs. 75.4% in Metronidazole group), time to first relapse (115 Vs. 85 days), relapse rate (62.7% Vs. 68.4%) and number of days free of treatment (183.4 Vs. 170.4).

REFERENCES

1. Wilkin J, Dahl M, Detmar M, et al. Standard classification of rosacea: Report of the National Rosacea Society Expert Committee on the classification and staging of rosacea. *J Am Acad Dermatol* 2002; 46:584-587.

2. Gupta M A, Gupta A K, Chen S J, Johnson A M. Comorbidity of rosacea and depression: an analysis of the National Ambulatory Medical Care Survey and National Hospital Ambulatory Care Survey-Outpatient Department data collected by the U.S. National Center for Health Statistics from 1995 to 2002. *Br J Dermatol* 2005; 153(6): 1176-81.

3. Del Rosso J Q, Gallo R L, Tanghetti E, Webster G, Thiboutot D. An evaluation of potential correlations between pathophysiologic mechanisms, clinical manifestations, and management of rosacea. *Cutis* 2013; 91(3 Suppl):1-8.

4. Del Rosso J Q, Gallo R L, Kircik L, et al. Why is rosacea considered to be an inflammatory disorder? The primary role, clinical relevance, and therapeutic correlations of abnormal innate immune response in rosacea-prone skin. *J Drugs Dermatol* 2012; 11:694-700.

5. Steinhoff M, Buddenkotte J, Aubert J, et al. Clinical, cellular, and molecular aspects in the pathophysiology of rosacea. *J Investig Dermatol Symp Proc* 2011; 15:2-11.

6. Forton F, Seys B. Density of *Demodex folliculorum* in rosacea: a case-control study using standardized skin-surface biopsy. *Br J Dermatol* 1993; 128(6):650-9.

7. Karincaoglu Y, Bayram N, Aycan O, Esrefoglu M. The clinical importance of *demodex folliculorum* presenting with nonspecific facial signs and symptoms. *J Dermatol* 2004; 31(8):618-26.

8. van Zuuren E J, Kramer S F, Carter B R, Graber M A, Fedorowicz Z. Effective and evidence-based management strategies for rosacea: summary of a Cochrane systematic review. *Br J Dermatol* 2011; 165(4):760-81.

9. Elewski B E. Results of a national rosacea patient survey: common issues that concern rosacea sufferers. *J Drugs Dermatol* 2009; 8(2):120-3.

10. Ci X, Li H, Yu Q, Zhang X, Yu L, Chen N, et al. Avermectin exerts anti-inflammatory effect by downregulating the nuclear transcription factor kappa-B and mitogen-activated protein kinase activation pathway. *Fundam Clin Pharmacol* 2009; 23(4):449-55.

11. Yanagihara K, Kadoto J, Kohno S. Diffuse panbronchiolitis-pathophysiology and treatment mechanisms. *Int J Antimicrob Agents* 2001; 18 Suppl 1:S83-7.

12. Ianaro A, Ialenti A, Maffia P, Sautebin L, Rombolà L, Carnuccio R, et al. Anti-inflammatory activity of macrolide antibiotics. *J Pharmacol Exp Ther* 2000; 292(1): 156-63.

13. Campbell W C. History of avermectin and ivermectin, with notes on the history of other macrocyclic lactone antiparasitic agents. *Curr Pharm Biotechnol* 2012; 13(6): 853-65.

14. Forstinger C, Kittler H, Binder M. Treatment of rosacea-like demodicidosis with oral ivermectin and topical permethrin cream. *J Am Acad Dermatol* 1999; 41: 775-7.

15. Trendelenburg M, Büchner S, Passweg J, Rätz Bravo A R, Gratwohl A. Disseminated scabies evolving in a patient undergoing induction chemotherapy for acute myeloblastic leukaemia. *Ann Hematol* 2001; 80(2):116-8.

16. Pariser D M, Meinking T L, Bell M, Ryan W G. Topical 0.5% ivermectin lotion for treatment of head lice. *N Engl J Med* 2012; 367(18):1687-93.

17. Finlay A Y, Khan G K. Dermatology Life Quality Index (DLQI)—a simple practical measure for routine clinical use. *Clin Exp Dermatol* 1994; 19(3): 210-6.

18. Nicholson K, Abramova L, Chren M M, Yeung J, Chon S Y, Chen S C. A pilot quality-of-life instrument for acne rosacea. *J Am Acad Dermatol* 2007; 57(2):213-21.

19. Zhang X, Song Y, Ci X et al. Ivermectin inhibits LPS-induced production of inflammatory cytokines and improves LPS-induced survival in mice. *Inflamm Res* 2008; 57:524-9.

20. Gerber P A, Buhren B A, Steinhoff M, Homey B. Rosacea: The cytokine and chemokine network. *J Investig Dermatol Symp Proc* 2011; 15(1):40-7.

23

21. Wolstenholme A J, Rogers A T. Glutamate-gated chloride channels and the mode of action of the avermectin/milbe-mycin anthelmintics. *Parasitology* 2005; 131 Suppl:S85-95.

22. Damian D. *Demodex* infestation in a child with leukemia: treatment with ivermectin and permethrin. *Int J Dermatol* 2003; 42:724-6.

23. Filho P A, Hazarbassanov R M, Grisolia A B et al. The efficacy of oral ivermectin for the treatment of chronic blepharitis in patients tested positive for *Demodex* spp. *Br J Ophthalmol* 2011; 95: 893-5.

24. Powell F C. Rosacea and the pilosebaceous follicle. *Cutis* 2004; 74 (3 Suppl): 9-12.

25. Marks R. The enigma of rosacea. *J Dermatol Treat* 2007; 18:326-8.

26. Forton F M N. Papulopustular rosacea, skin immunity and *Demodex: pityriasis folliculorum* as a missing link. *J Eur Acad Dermatol Venereol* 2012; 26:19-28.

27. Reinholz M, Ruzicka T, Schauber J. Cathelicidin LL-37: An antimicrobial peptide with a role in inflammatory skin disease. *Ann Dermatol* 2012; 24(2):126-135.

28. Millikan L. Rosacea as an inflammatory disorder: a uni-fying theory? *Cutis* 2004; 73(suppl 1): 5-8.

It will be appreciated by those skilled in the art that changes could be made to the embodiments described above without departing from the broad inventive concept thereof. It is understood, therefore, that this invention is not limited to the particular embodiments disclosed, but it is intended to cover modifications within the spirit and scope of the present invention as defined by the appended claims.

We claim:

1. A method of treating papulopustular rosacea or inflammatory lesions of rosacea in a subject in need thereof, comprising topically administering, once daily, to a skin area affected by the papulopustular rosacea or the inflammatory lesions of rosacea a therapeutically effective amount of a pharmaceutical composition comprising about 0.1% to about 1% by weight ivermectin and a pharmaceutically acceptable carrier to thereby obtain an onset of a significant reduction in inflammatory lesion count in the subject 2 weeks after the initial administration of the pharmaceutical composition without co-administration of another active ingredient, wherein the subject has moderate to severe papulopustular rosacea or 10 or more of the inflammatory lesions before the treatment.

2. The method of claim 1, wherein the subject has 15 or more inflammatory lesions of the papulopustular rosacea before the treatment.

3. The method of claim 1, wherein the pharmaceutical composition comprises about 0.5% to about 1% by weight ivermectin.

4. The method of claim 3, wherein the pharmaceutical composition comprises about 1% by weight ivermectin.

5. The method of claim 3, wherein the pharmaceutically acceptable carrier comprises one or more ingredients selected from the group consisting of: an oily phase comprising one or more selected from the group consisting of dimethicone, cyclomethicone, isopropyl palmitate, isopropyl myristate, and a fatty substance selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmito-stearic acid, stearic acid and self-emulsifiable wax; at least one surfactant-emulsifier selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Steareth-20, Steareth-2, Steareth-21 and Cet-eareth-20; a mixture comprising more than one of a solvent or propenetrating agent selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl

24

triacetate; one or more gelling agents selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches; and water.

6. The method of claim 1, wherein the once daily topical administration to the subject the pharmaceutical composition results in more reduction in inflammatory lesion count in the subject in comparison to that achieved by topically administering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

7. The method of claim 1, wherein the once daily topical administration to the subject the pharmaceutical composition results in longer relapse-free time of the papulopustular rosacea in the subject in comparison to that achieved by topically administering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

8. A method of treating papulopustular rosacea or inflammatory lesions of rosacea in a subject in need thereof, comprising topically administering, once daily, to a skin area affected by the papulopustular rosacea or the inflammatory lesions of rosacea a pharmaceutical composition comprising about 0.1% to about 1% by weight ivermectin and a pharmaceutically acceptable carrier to thereby obtain a significant reduction in inflammatory lesion count in the subject, and a significant improvement in at least one selected from the group consisting of a higher investigator's global assessment success rate and a delayed time to first relapse in the subject in comparison to that achieved by topically administering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

9. The method of claim 8, wherein the subject has 10 or more of the inflammatory lesions before the treatment.

10. The method of claim 8, wherein an onset of the significant reduction in inflammatory lesion count is observed 2 weeks after the initial administration of the pharmaceutical composition without co-administration of another active ingredient.

11. The method of claim 8, wherein the pharmaceutical composition comprises about 0.5% to about 1% by weight ivermectin.

12. The method of claim 11, wherein the pharmaceutical composition comprises about 1% by weight ivermectin.

13. The method of claim 11, wherein the pharmaceutically acceptable carrier comprises one or more ingredients selected from the group consisting of: an oily phase comprising one or more selected from the group consisting of dimethicone, cyclomethicone, isopropyl palmitate, isopropyl myristate, and a fatty substance selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmito-stearic acid, stearic acid and self-emulsifiable wax; at least one surfactant-emulsifier selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Steareth-20, Steareth-2, Steareth-21 and Cet-eareth-20; a mixture comprising more than one of a solvent or propenetrating agent selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate; one or more gelling agents selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches; and water.

14. The method of claim 8, wherein the once daily topical administration to the subject the pharmaceutical composition results in more reduction in inflammatory lesion count in the subject in comparison to that achieved by topically adminis-

25

tering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

**15.** A method of treating papulopustular rosacea or inflammatory lesions of rosacea in a subject in need thereof, comprising topically administering, once daily, to a skin area affected by the papulopustular rosacea or inflammatory lesions of rosacea a pharmaceutical composition comprising about 0.1% to about 1% by weight ivermectin and a pharmaceutically acceptable carrier to thereby obtain an onset of a significant reduction in inflammatory lesion count in the subject 2 weeks after the initial administration of the pharmaceutical composition without co-administration of another active ingredient, wherein the subject has 10 or more of the inflammatory lesions before the treatment, and the pharmaceutically acceptable carrier comprises one or more ingredients selected from the group consisting of an oily phase, a surfactant-emulsifier, a solvent or propenetrating agent, a gelling agent, and water.

**16.** The method of claim **15**, wherein the oily phase comprises one or more selected from the group consisting of dimethicone, cyclomethicone, isopropyl palmitate, isopropyl myristate, and a fatty substance selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmitostearic acid, stearic acid and self-emulsifiable wax.

**17.** The method of claim **15**, wherein the surfactant-emulsifier comprises one or more selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Steareth-20, Steareth-2, Steareth-21 and Ceteareth-20.

**18.** The method of claim **15**, wherein the solvent or propenetrating agent comprises one or more selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate.

**19.** The method of claim **15**, wherein the gelling agent comprises one or more selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches.

**20.** The method of claim **15**, wherein the pharmaceutical composition comprises about 1% by weight ivermectin, and one or more other ingredients selected from the group consisting of carbomer; cetyl alcohol; citric acid monohydrate; dimethicone 20 Cst; edetate disodium; glycerin; isopropyl palmitate; methyl paraben; oleyl alcohol; phenoxyethanol; polyoxyl 20 cetostearyl ether; propylene glycol; propyl paraben; purified water; sodium hydroxide; sorbitan monostearate and stearyl alcohol.

**21.** The method of claim **15**, wherein the method reduces the incidence of one or more adverse events, as compared to the administration of a vehicle control.

**22.** The method of claim **15**, wherein no more than 1% of the subjects treated with the method for at least 3 months have an adverse reaction of skin irritation.

**23.** A method of treating papulopustular rosacea or inflammatory lesions of rosacea in a subject in need thereof, comprising topically administering, once daily, to a skin area affected by the papulopustular rosacea or the inflammatory

26

lesions of rosacea a pharmaceutical composition comprising about 0.1% to about 1% by weight ivermectin and a pharmaceutically acceptable carrier to thereby obtain a significant reduction in inflammatory lesion count in the subject, and a significant improvement in at least one selected from the group consisting of a higher investigator's global assessment success rate and a delayed time to first relapse in the subject in comparison to that achieved by topically administering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole, and the pharmaceutically acceptable carrier comprises one or more ingredients selected from the group consisting of an oily phase, a surfactant-emulsifier, a solvent or propenetrating agent, a gelling agent, and water.

**24.** The method of claim **23**, wherein the oily phase comprises one or more selected from the group consisting of dimethicone, cyclomethicone, isopropyl palmitate, isopropyl myristate, and a fatty substance selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmitostearic acid, stearic acid and self-emulsifiable wax.

**25.** The method of claim **23**, wherein the surfactant-emulsifier comprises one or more selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Steareth-20, Steareth-2, Steareth-21 and Ceteareth-20.

**26.** The method of claim **23**, wherein the solvent or propenetrating agent comprises one or more selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate.

**27.** The method of claim **23**, wherein the gelling agent comprises one or more selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches.

**28.** The method of claim **23**, wherein the subject has 10 or more of the inflammatory lesions before the treatment.

**29.** The method of claim **28**, wherein an onset of the significant reduction in inflammatory lesion count is observed 2 weeks after the initial administration of the pharmaceutical composition without co-administration of another active ingredient.

**30.** The method of claim **29**, wherein the pharmaceutical composition comprises about 1% by weight ivermectin, and one or more other ingredients selected from the group consisting of carbomer; cetyl alcohol; citric acid monohydrate; dimethicone 20 Cst; edetate disodium; glycerin; isopropyl palmitate; methyl paraben; oleyl alcohol; phenoxyethanol; polyoxyl 20 cetostearyl ether; propylene glycol; propyl paraben; purified water; sodium hydroxide; sorbitan monostearate and stearyl alcohol.

**31.** The method of claim **23**, wherein the method reduces the incidence of one or more adverse events, as compared to the administration of a vehicle control.

**32.** The method of claim **23**, wherein no more than 1% of the subjects treated with the method for at least 3 months have an adverse reaction of skin irritation.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 9,089,587 B2                                    Page 1 of 1
APPLICATION NO.     : 14/257567
DATED               : July 28, 2015
INVENTOR(S)         : Jacovella et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

### Title page

Item (72) Inventors: Add: -- Alexandre Kaoukhov, Michael Graeber, Laurence Salin, Michel Poncet and Philippe Briantais --.

And (72) Inventors: Delete "Nathalie Sordello Wagner".

Signed and Sealed this
Thirteenth Day of September, 2016

Michelle K. Lee
*Director of the United States Patent and Trademark Office*

# EXHIBIT D



US009233117B2

(12) **United States Patent**
Jacovella et al.

(10) Patent No.: **US 9,233,117 B2**
(45) Date of Patent: *Jan. 12, 2016**

(54) **TREATMENT OF INFLAMMATORY LESIONS OF ROSACEA WITH IVERMECTIN**

(71) Applicant: **Galderma S.A.**, Cham (CH)

(72) Inventors: **Jean Jacovella**, Antibes (FR); **Jean-Paul Chappuis**, Valbonne (FR); **Nathalie Sordello Wagner**, Pegomas (FR); **Michael Graeber**, Lawrenceville, NJ (US); **Alexandre Kaoukhov**, Newport Beach, CA (US); **Laurence Salin**, La Roquette sur Siagne (FR); **Michel Poncet**, Mougins (FR); **Philippe Briantais**, Antibes (FR); **Khaled Benkali**, Antibes (FR)

(73) Assignee: **Galderma S. A.**, Cham (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/209,927**

(22) Filed: **Mar. 13, 2014**

(65) **Prior Publication Data**

US 2015/0011489 A1    Jan. 8, 2015

**Related U.S. Application Data**

(60) Provisional application No. 61/927,717, filed on Jan. 15, 2014, provisional application No. 61/919,208, filed on Dec. 20, 2013, provisional application No. 61/843,540, filed on Jul. 8, 2013.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 31/70* | (2006.01) |
| *A61K 31/7048* | (2006.01) |
| *A61K 31/4174* | (2006.01) |
| *A61K 9/00* | (2006.01) |
| *A61K 31/4164* | (2006.01) |
| *A61K 47/10* | (2006.01) |
| *A61K 47/14* | (2006.01) |
| *A61K 9/06* | (2006.01) |

(52) **U.S. Cl.**
CPC ........... *A61K 31/7048* (2013.01); *A61K 9/0014* (2013.01); *A61K 9/06* (2013.01); *A61K 31/4164* (2013.01); *A61K 31/4174* (2013.01); *A61K 47/10* (2013.01); *A61K 47/14* (2013.01)

(58) **Field of Classification Search**
CPC ................................................. A61K 31/7048
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,332,577 | A | 7/1994 | Gertner et al. |
| 5,952,372 | A | 9/1999 | McDaniel |
| 6,133,310 | A | 10/2000 | Parks |
| 6,319,945 | B1 | 11/2001 | Parks |
| 6,399,651 | B1 | 6/2002 | Parks |
| 6,399,652 | B1 | 6/2002 | Parks |
| 6,433,006 | B2 | 8/2002 | Parks |
| 6,458,342 | B1 | 10/2002 | Heidenfelder et al. |
| 7,550,440 | B2 | 6/2009 | Manetta et al. |
| 8,080,530 | B2 | 12/2011 | Manetta et al. |
| 8,093,219 | B2 | 1/2012 | Manetta et al. |
| 8,415,311 | B2 | 4/2013 | Manetta et al. |
| 8,470,788 | B2 | 6/2013 | Manetta et al. |
| 2002/0035076 | A1 | 3/2002 | Parks |
| 2002/0061555 | A1 | 5/2002 | Parks |
| 2007/0116731 | A1 | 5/2007 | Astruc et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| FR | 2867684 | A1 | 9/2005 |
| WO | 0128555 | A1 | 4/2001 |
| WO | 03032976 | A1 | 4/2003 |
| WO | 03032977 | A1 | 4/2003 |
| WO | 03066009 | A1 | 8/2003 |
| WO | 03075656 | A2 | 9/2003 |
| WO | 2004093886 | A1 | 11/2004 |
| WO | 2005058312 | A1 | 6/2005 |
| WO | 2006097628 | A1 | 9/2006 |
| WO | 2006131651 | A2 | 12/2006 |
| WO | 2006131652 | A1 | 12/2006 |
| WO | 2006131653 | A1 | 12/2006 |
| WO | 2007071876 | A1 | 6/2007 |
| WO | 2007119028 | A2 | 10/2007 |
| WO | 2008043973 | A1 | 4/2008 |
| WO | 2008043974 | A2 | 4/2008 |
| WO | 2010072958 | A2 | 7/2010 |
| WO | 2010086725 | A1 | 8/2010 |
| WO | 2010092312 | A1 | 8/2010 |
| WO | 2014049298 | A1 | 4/2014 |

OTHER PUBLICATIONS

Forton "Papulopustular Rosacea, Skin Inmunity and Demodex: Pityriasis Folliculorum as a Missing Link"; Journal of te European Academy of Dermatology and Venereology (2012), 26, 19-28.
Finacea (azelaic acid) gel, 15%, label (Jul. 2010).
Holmes, "Potential role of microorganisms in the pathogenesis of rosacea," J Am Acad Dermatol, vol. 69, No. 6, pp. 1025-1032 (2013).
Ianaro et al, "Anti-inflammatory activity of macrolide antibiotics," J Pharmacol Exp Ther, vol. 292, No. 1, pp. 156-163 (2000).
Campbell, "History of avermectin and ivermectin, with notes on the history of other macrocyclic lactone antiparasitic agents," Curr Pharm Biotechnol, vol. 13, No. 6, pp. 853-865 (2012).
Forstinger et al, "Treatment of rosacea-like demodicidosis with oral ivermectin and topical permethrin cream," J Am Acad Dermatol, vol. 41, pp. 775-777 (1999).

(Continued)

*Primary Examiner* — Elli Peselev

(74) *Attorney, Agent, or Firm* — Panitch Schwarze Belisario & Nadel LLP

(57) **ABSTRACT**

Methods for safe and effective treatment of inflammatory lesions of rosacea in a subject are described. The methods involve once daily topically applying to an affected skin area a topical composition containing ivermectin and a pharmaceutically acceptable carrier. It has been demonstrated that once daily topical treatment with ivermectin is significantly superior than twice-daily topical treatment with metronidazole in reducing inflammatory lesion counts.

**19 Claims, 12 Drawing Sheets**

(56) **References Cited**

OTHER PUBLICATIONS

Pariser et al, "Topical 0.5% ivermectin lotion for treatment of head lice," N Engl J Med, vol. 367, No. 18, pp. 1687-1693 (2012).

Zhang et al, "Ivermectin inhibits LPS-induced production of inflammatory cytokines and improves LPS-induced survival in mice," Inflamm Res, vol. 57, pp. 524-529 (2008).

Van Zuuren et al, "Effective and evidence-based management strategies for rosacea: summary of a Cochrane systematic review," Br J Dermatol, vol. 165, No. 4, pp. 760-781 (2011).

Elewski, "Results of a national rosacea patient survey: common issues that concern rosacea sufferers," J Drugs Dermatol, vol. 8, No. 2, pp. 120-123 (2009).

Guzzo et al, "Safety, Tolerability, and Pharmacokinetics of Escalating High Doses of Ivermectin in Healthy Adult Subjects," J. Clin. Pharmacol., vol. 42, pp. 1122-1133 (2002).

Fink et al, "Pharmacokinetics of Ivermectin in Animals and Humans," Ivermectin and Abamectin, Ed. Campbell, Springer-Verlag New York Inc., pp. 113-129 (1989).

Toutain et al, "Plasma terminal half-life," J. Vet. Pharmacol. Therap., vol. 27, pp. 427-439 (2004).

Dahl et al, "Once-daily topical metronidazole cream formulations in the treatment of the papules and pustules of rosacea," J Am. Acad. Dermatol., pp. 723-730 (Nov. 2001).

Thiboutot et al, "Efficacy and safety of azelaic acid (15%) gel as a new treatment for papulopustular rosacea: Results from two vehicle-controlled, randomized phase III studies," J Am Acad Dermatol, vol. 48, No. 6, pp. 836-845 (Jun. 2003).

Canga et al, "The pharmacokinetics and metabolism of ivermectin in domestic animal species," The Veterinary Journal, vol. 179, No. 1, pp. 25-37 (2009).

Canga et al, "The Pharmacokinetics and Interactions of Ivermectin in Humans—A Mini-review," The AAPS Journal, vol. 10, No. 1, pp. 42-46 (Mar. 2008).

Taib et al. "Superiority of ivermectin 1% cream over metronidazole 0.75% cream in treating inflammatory lesions of rosacea: a randomized, investigator-blinded trial." Br J Dermatol. Sep. 16, 2014.

Allen et al. "Recalcitrant papulopustular rosacea in an immunocompetent patient responding to combination therapy with oral ivermectin and topical permethrin." Cutis. Aug. 2007;80(2):149-51.

Salem et al. "Evaluation of the efficacy of oral ivermectin in comparison with ivermectin-metronidazole combined therapy in the treatment of ocular and skin lesions of *Demodex folliculorum*" International Journal of Infectious Diseases (2013) 17(5), e343-e347.

International Search Report for corresponding PCT/US14/045717 dated Sep. 24, 2014.

International Search Report for corresponding PCT/2014/45739 dated Sep. 24, 2014.

Millikan, The Proposed Inflammatory Pathophysiology of Rosacea: Implications for Treatment; Skinmed. 2003;2(1).

Rebora, "The Management of Rosacea", Am. J. Clin. Dermatol., vol. 3, No. 7, pp. 489-496 (2002).

Gold et al, "Efficacy and safety of ivermectin 1% cream in treatment of papulopustular rosacea: results of two randomized, double-blind, vehicle-controlled pivotal studies," Journal of Drugs in Dermatology, vol. 13, No. 3, pp. 346-323 (Mar. 2014).

Loo et al, "Ivermectin cream in rosacea: comparison with metronidazole gel," British Journal of Dermatology, vol. 151, Supp. 68, p. 61 (2004).

Stankiewicz et al, "Influence of ivermectin on cellular and humoral immune responses of lambs," Veterinary Immunology and Immunopathy, vol. 44, pp. 347-358 (1995).

Figure 1



Figure 2



Figure 3



Figure 4A

** p<.001



Figure 4B



**Figure 4C**



**Figure 5A**



**Figure 5B**



Figure 5C

* p<.01, ** p<.001



Figure 5D

* p<.01, ** p<.001



Figure 6A



Figure 6B



Figure 7



IGA= 4; IL= 63                    IGA= 1; IL= 2

Figure 8



Figure 9

* *p*<.05, ** *p*<.001



**Figure 10**

* *p*<.05, ** *p*<.001



**Figure 11**



Figure 12



Figure 13



US 9,233,117 B2

1

# TREATMENT OF INFLAMMATORY LESIONS OF ROSACEA WITH IVERMECTIN

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is entitled to priority pursuant to 35 U.S.C. §119(e) to U.S. Provisional Patent Application No. 61/843,540, filed Jul. 8, 2013, U.S. Provisional Patent Application No. 61/919,208 filed Dec. 20, 2013, and U.S. Provisional Patent Application No. 61/927,717, filed Jan. 15, 2014, the disclosure of each of which is hereby incorporated by reference herein in its entirety.

## BACKGROUND OF THE INVENTION

Rosacea is a highly prevalent, chronic inflammatory skin condition estimated to affect 16 million Americans.[1-2] Rosacea is a common, chronic and progressive inflammatory disease with skin features characterized by blushing and flushing, facial erythema, papules, pustules, telangiectasia and sometimes ocular lesions known as ocular rosacea. In severe cases, particularly in men, rhinophyma, or a bulbous enlargement of the nose, may occur. Rosacea develops over the course of several years with periods of exacerbation triggered by various stimuli such as temperature changes, alcohol, spicy foods, sun exposure and emotional factors.

The prevalence of rosacea in the European population ranges between 0.09 and 22%, with a peak age of onset between 25 and 70 and is much more common in people with a light complexion. It more particularly affects women although the condition is generally more severe in men. The prevalence of family histories of rosacea has been reported.

Four subtypes of rosacea have been defined according to the degree of primary features, such as vasomotor flushing, persistent erythema, papules and pustules, telangiectasias (Wilkin J et al., JAAD, 2002, 46: 584-587). Erythematotelangiectatic rosacea (ETR) is mainly characterized by vasomotor flushing and persistent central facial erythema. Telangiectasias are commonly observed but are not essential for the diagnosis of this subtype. Central facial edema, burning or stinging sensations and rough, flaky skin are also symptoms that have sometimes been reported. A history of flushing as the only symptom is commonly found in people with erythematotelangiectatic rosacea.

Papulopustular rosacea (PPR) is characterized by persistent central facial erythema and transient crops of papules and/or pustules in the center of the face. However, the papules and pustules can also occur in periorificial regions, i.e., around the mouth, nose and eyes. The papulopustular subtype resembles acne vulgaris, but comedones are absent. Rosacea and acne may coexist in a same patient, in which case comedones may also be present alongside the papules and pustules suggestive of papulopustular rosacea. People with papulopustular rosacea sometimes complain of a burning or stinging sensation. This subtype is often observed before or at the same time as ETR (including the presence of telangiectasias). The telangiectasias may be obscured by the persistent erythema and the papules and pustules, but they tend to become more visible after successful treatments that cover up these features. Papulopustular rosacea (PPR) is a subtype of the inflammatory lesions that is associated with great psychological distress.[3] Facial blemishes have been found to significantly impair health-related quality of life, along with a fear of negative evaluation by others.[4] Moreover, PPR is characterized by the presence of inflammatory infiltrates that accompany flares, along with a heightened immune response involving neutro-

2

philic infiltration and increased gene expression of IL-8 (Steinhoff et al. J Investig Dermatol Symp Proc 2011; 15:2-11)

Phymatous rosacea is characterized by a thickening of the skin, irregular surface nodularities and swelling. The nose is most commonly affected but phymatous rosacea can also involve other areas such as the chin, the forehead, the cheeks and the ears. Patients with this subtype sometimes exhibit prominent, enlarged follicles in the affected areas as well as telangiectasias. This subtype often occurs before or at the same time as ETR or PPR (including the presence of persistent erythema, telangiectasias, papules and pustules). In the case of rhinophyma, these additional stigmata may be particularly pronounced in the nasal region.

Ocular rosacea (or ophthalmic rosacea) exhibits symptoms restricted to the ocular area with blepharitis, conjunctivitis and keratitis. The diagnosis of ocular rosacea should be considered when a patient presents with one or more of the following ocular signs and symptoms: watery or bloodshot eyes (interpalpebral conjunctival hyperemia), foreign body sensation, burning or stinging, dry or itchy eyes, sensitivity to light, blurred vision, conjunctival telangiectasias or eyelid margin telangiectasias or erythema of the eyelid and periocular area.

The pathogenesis of rosacea is not yet completely understood. Its etiology is multifactorial. In addition to exogenous factors (including UV light, heat and alcohol), it may be secondary to parasitic involvement (particularly *Demodex folliculorum* mites).[5-6] Such factors activate neurovascular and/or immune responses, and consequently inflammatory cascades. Intermittent flares may contribute to the chronicity of rosacea as they are associated with prolonged vasodilation, perivascular inflammation, edema and exposure to cytokines and cellular infiltrates. Some studies of PPR observed higher mite densities compared to controls (Forton et al., *Br J Dermatol* 1993; 128(6):650-9; Karincaoglu et al., *J Dermatol* 2004; 31(8):618-26). Skin affected by rosacea is highly sensitive and prone to iffitation.[7]

Management of rosacea is difficult and currently the most used therapies comprise oral antibiotics (tetracycline or its derivatives, metronidazole and macrolides) and oral retinoids. There are only a few current treatment options for inflammatory lesions of rosacea, and not many alternatives exist with high efficacy and once-daily dosing. A recent Cochrane review noted that it is unclear which is most effective, while some evidence supports the efficacy of topical metronidazole, azelaic acid and subantimicrobial-dose doxycycline in the treatment of moderate to severe rosacea.[8] In a national survey of current rosacea medication users, 46% of patients had previously changed medications, usually due to a lack of improvement.[9] Slow and incomplete treatment, and short period of relapse-free time have been noticed with some conventional treatments.

Ivermectin is an anti-parasitic drug derivative from the macrocyclic lactones family approved for human use for treatment and chemoprophylaxis of onchocerciasis and strongyloidiasis since 1996 in the USA and since 1988 in France. In addition, it has been in approved in France for the treatment of human scabies. Oral ivermectin in human and animal demodicidosis was effective in reducing *Demodex folliculorum* and improving demodicidosis. Moreover, when administered orally, ivermectin combined with a subsequent weekly application of topical permethrin showed treatment efficacy in a patient presenting chronic rosacea-like demodicidosis (14).

U.S. Pat. No. 5,952,372 discloses a method of treating rosacea in humans involving orally or topically administering

US 9,233,117 B2

3

ivermectin. However, according to U.S. Pat. No. 5,952,372, because of the skin barrier effect, topical treatment with ivermectin would be anticipated to require once- or twice-daily applications for as long as four weeks to achieve sufficient follicle penetration and effective miticidal activity. It further describes that after ivermectin carries out its miticidal activity on skin *Demodex folliculorum* organisms, inflammatory responses to them begin to diminish but remnants of the dead mites still elicit some flushing and lesion formation until the cleanup processes of the body remove them, a process that requires six to eight weeks. It suggests to employ conventional anti-rosacea medications, such as oral tetracycline and topical metronidazole, to suppress early flareups and to give early clinical response during the initial phase of ivermectin administration. U.S. Pat. No. 5,952,372 contains no specific disclosure on topical treatment of PPR.

U.S. Pat. No. 6,133,310 and U.S. Pat. No. 8,415,311 also disclose a method of treating acne rosacea by topical application of ivermectin. However, they contain no specific disclosure on treating inflammatory lesions of rosacea or PPR.

Accordingly, there is a need for an once-daily topical treatment of inflammatory lesions of rosacea with an earlier onset of significant effectiveness and a prolonged time to relapse than the currently available treatments, in order to provide safe, more rapid and longer lasting relief, and better patient compliance to those in need of such treatment. Such need is met by the present invention.

BRIEF SUMMARY OF THE INVENTION

It is now demonstrated that topical administration of 0.5 to 1.5% by weight of ivermectin provided more rapid relief of inflammatory lesions of rosacea as well as longer period of time that is free of relapse as compared to the currently available treatments, such as the topical treatment with 0.75% by weight of metronidazole.

In one general aspect, embodiments of the present invention relate to a method of treating inflammatory lesions of rosacea in a subject in need thereof, comprising topically administering once daily, to a skin area affected by the inflammatory lesions of rosacea a pharmaceutical composition comprising 0.5% to 1.5% by weight ivermectin and a pharmaceutically acceptable carrier, wherein as early as 2 weeks after the initial administration of the pharmaceutical composition, a significant reduction in inflammatory lesion count is observed.

In another general aspect, the present invention relates to a method of treating inflammatory lesions of rosacea in a subject in need thereof, comprising topically administering, once daily, to a skin area affected by the inflammatory lesions a pharmaceutical composition comprising 1% by weight ivermectin and a pharmaceutically acceptable carrier, wherein as early as 2 weeks after the initial administration of the pharmaceutical composition to the subject, a significant reduction in inflammatory lesion count is observed and a steady state of plasma concentration of ivermectin is reached in the subject, wherein the steady state has a mean $C_{max}$ of ivermectin of $2.10 \pm 1.04$ ng/mL with a range of 0.69-4.02 ng/mL, and a mean $AUC_{0\text{-}24\ hr}$ of $36.14 \pm 15.56$ ng·hr/mL with a range of 13.69-75.16 ng·hr/mL.

In a preferred embodiment of the present invention, the subject has moderate to severe papulopustular rosacea before the treatment.

In another preferred embodiment of the present invention, the subject has at least 10, preferably at least 12 and more preferably at least 15, inflammatory lesions of rosacea, before the treatment.

4

According to embodiments of the present invention, once daily topical treatment with ivermectin is significantly superior than twice-daily topical treatment with metronidazole in treating inflammatory lesions of rosacea.

Other aspects, features and advantages of the invention will be apparent from the following disclosure, including the detailed description of the invention and its preferred embodiments and the appended claims.

BRIEF DESCRIPTION OF THE SEVERAL
VIEWS OF THE DRAWINGS

The foregoing summary, as well as the following detailed description of the invention, will be better understood when read in conjunction with the appended drawings. For the purpose of illustrating the invention, there are shown in the drawings embodiments which are presently preferred. It should be understood, however, that the invention is not limited to the precise embodiments shown in the drawings.

FIG. 1 shows the median percentage change from baseline in lesion counts (ITT-LOCF population) in a dose range study, after various topical treatments;

FIG. 2 illustrates subjects' response to the statement "the product improves my rosacea" after various topical treatments (ITT Observed);

FIG. 3 shows subject disposition in 2 clinical studies on the safety and efficacy of ivermectin topical treatment;

FIG. 4 illustrates proportions of subjects achieving IGA success ("clear" or "almost clear"): (A) at week 12 in studies 1 and 2; (B) at weeks 2, 4, 8 and 12 in study 1; and (C)) at weeks 2, 4, 8 and 12 in study 2, wherein SOOLANTRA is a 1% ivermectin cream;

FIG. 5 shows the change from baseline in inflammatory lesion counts (ITT-LOCF): (A) mean absolute change (±standard error) in study 1; (B) mean absolute change (±standard error) in study 2; (C) median percent change in study 1; and (D) median percent change in study 2, wherein SOOLANTRA is a 1% ivermectin cream;

FIG. 6 shows subjects' rating of rosacea improvement in (A) Study 1 and (B) Study 2 at week 12;

FIG. 7 are photographs of a patient at Baseline and Week 12 (standard light);

FIG. 8 shows subject disposition in a clinical study comparing the topical treatments with ivermectin and metronidazole;

FIG. 9 illustrates the mean percent change from baseline in inflammatory lesion counts (ITT-LOCF) after the topical treatments with ivermectin and metronidazole, *p<0.05, **p<0.001;

FIG. 10 shows the success rate based on IGA of "clear" or "almost clear" after the topical treatments with ivermectin and metronidazole, *p<0.05, **p<0.001;

FIG. 11 shows subjects' rating of rosacea improvement after the topical treatments with ivermectin and metronidazole;

FIG. 12. shows time to first relapse defined as first reoccurrence of IGA≥2 after the successful treatments with ivermectin and metronidazole; and

FIG. 13. illustrates overall mean ivermectin plasma concentrations (±SD, with N=15).

DETAILED DESCRIPTION OF THE INVENTION

Various publications, articles and patents are cited or described in the background and throughout the specification; each of these references is herein incorporated by reference in its entirety. Discussion of documents, acts, materials, devices,

5

6

articles, or the like which have been included in the present specification is for the purpose of providing context for the present invention. Such discussion is not an admission that any or all of these matters form part of the prior art with respect to any inventions disclosed or claimed.

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood to one of ordinary skill in the art to which this invention pertains. Otherwise, certain terms used herein have the meanings as set forth in the specification. All patents, published patent applications and publications cited herein are incorporated by reference as if set forth fully herein. It must be noted that as used herein and in the appended claims, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise.

Ivermectin is a member of the avermectin class, which has been shown in immunopharmacological studies to exert anti-inflammatory effects by inhibiting lipopolysaccharide-induced production of inflammatory cytokines, such as tumor necrosis factor alpha and interleukin (IL)-1b, while upregulating the anti-inflammatory cytokine IL-10[9]. It is a semi-synthetic derivative isolated from the fermentation of *Streptomyces avermitilis*, that belongs to the avermectin family of macrocyclic lactones. Ivermectin is a mixture containing 5-O-demethyl-22,23-dihydroavermectin Ala plus 5-O-demethyl-25-de(1-methylpropyl)-25-(1-methylethyl)-22,23-dihydroavermectin Ala, generally referred to as 22,23-dihydroavermectin B1a and B1b or H2B1a and H2B1b, respectively. The respective empirical formulas of H2B1a and H2B1b are $C_{48}H_{74}O_{14}$ and $C_{47}H_{72}O_{14}$ with molecular weights of 875.10 and 861.07 respectively.

Ivermectin is a macrocyclic lactone derivative, its therapeutic effect is thought to be prominently due to its anti-inflammatory properties, similar to that of other macrolides.[11-12] Avermectin has been reported to exert anti-inflammatory effects by inhibiting lipopolysaccharide-induced production of inflammatory cytokines. In addition to its anti-inflammatory mode of action, ivermectin possesses antiparasitic properties. Its predecessor, avermectin, is an antiparasitic agent of agricultural importance first isolated in 1974.[13] Several studies support ivermectin's role in the effective oral treatment of cutaneous demodicidosis (in combination with topical permethrin cream) and scabies, as well as topical treatment of head lice.[14-16] Ivermectin causes death of parasites, primarily through binding selectively and with high affinity to glutamate-gated chloride channels, which occur in invertebrate nerve and muscle cells. This leads to the interruption of nerve impulses, causing paralysis and death of parasitic organisms. Ivermectin is known to act on *Demodex* mites in localized and generalized demodicidosis in animals and in humans.

In the present invention, studies were conducted to evaluate the efficacy and safety of ivermectin in treating inflammatory lesions of rosacea, such as papulopustular rosacea (PPR).

It was discovered that, as early as 2 weeks after the initial topical administration of a pharmaceutical composition comprising 0.5 to 1.5% (w/w) ivermectin to the subject, a significant reduction in inflammatory, lesion count was observed.

As used herein, a "significant reduction" refers to a reduction that is statistically significant, not due to chance alone, which has a p-value of 0.05 or less. A "significant reduction" can have a p-value of less than 0.05, 0.04, 0.03, 0.01, 0.005, 0.001, etc. As used herein, "inflammatory lesion count" refers to the number of inflammatory lesions associated with rosacea or PPR. Inflammatory lesions can be papules and/or pustules. A papule is a small, solid elevation less than one centi-

meter in diameter, and a pustule is a small, circumscribed elevation of the skin, which contains yellow-white exudates.

The lesions can be, e.g., papules and/or pustules of any sizes (small or large). For example, at two weeks after the initial treatment, about 30% (p<0.001) and 27.3% (p<0.01) median reduction of the inflammatory lesion counts were observed from patients treated with ivermectin in two separate clinical studies using methods of the present invention. These reductions are statistically significant because they had p values less than 0.01 or even less than 0.001.

This early onset of significant effectiveness is unexpected and surprising in comparison to the conventional treatments. For example, significant treatment differences were only observed from week 4 or week 8 forward in two phase III studies for the topical treatment of moderate PPR using twice-daily 15% azelaic acid (Thibidout et al., 2003, *J. Am Acad Dermatol*, 48 (6): 836-845), while no statistically significant difference with respect to the median inflammatory lesion counts or the median percentage change in inflammatory lesion counts was observed at any evaluation time during the study (P≥0.29) of topical treatment of moderate to severe PPR using once-daily 0.75% or 1.0% metronidazole (Dahl et al., 2001, *J. Am Acad Dermatol*, 45 (5): 723-730).

This early onset of significant effectiveness is also unexpected and surprising in view of the prior teaching that topical treatment with ivermectin would be anticipated to require once- or twice-daily applications for as long as four weeks to achieve sufficient follicle penetration and effective miticidal activity; and that after ivermectin carries out its miticidal activity on skin *Demodex folliculorum* organisms, remnants of the dead mites still elicit some flushing and lesion formation until the cleanup processes of the body remove them, a process that requires six to eight weeks; and that conventional anti-rosacea medications, such as oral tetracycline and topical metronidazole, are suggested to be employed to suppress early flareups and to give early clinical response during the initial phase of ivermectin administration (see, e.g., U.S. Pat. No. 5,952,372).

In addition, it was discovered in the present invention that after repeated topical administration of a pharmaceutical composition comprising 0.5 to 1.5% (w/w) ivermectin and a pharmaceutically acceptable carrier, plasma concentrations of ivermectin increased progressively until reaching a plateau or steady state. It was also observed that the repeated topical administration results in a much longer terminal half-life of ivermectin in the subject than that for orally administered ivermectin, indicating that the rate limiting step in the decrease of plasma ivermectin concentration is the slow and constant release of ivermectin from the administration site on skin into the blood, rather than the rate of eliminating ivermectin from the blood, i.e., a "flip flop" phenomenon (Toutain et al, 2004, *J. Vet. Pharmacal. Therap.* 27: 427-439). Surprisingly, despite this rate-limiting factor of slow and constant release of ivermectin from the skin into the blood, no further systemic accumulation of ivermectin was observed after prolonged topical treatment with 0.5 to 1.5% (w/w) ivermectin. Thus, a topical treatment according to an embodiment of the present invention is safe and can be conducted for as long as it is needed without causing any safety concerns.

Side-by-side clinical studies in the present invention also showed that methods according to embodiments of the present invention result in more reduction in inflammatory lesion counts as well as longer time for the relapse of inflammatory lesions to occur than the conventional topical treatment, such as that with metronidazole. In addition, methods

US 9,233,117 B2

7

according to embodiments of the present invention also result in less frequent adverse skin reactions than the conventional topical treatments.

While not wishing to be bound by the theory, it is believed that the mechanism of action of ivermectin in treating inflammatory lesions of rosacea may be linked to anti-inflammatory effects of ivermectin as well as the death of *Demodex* mites that have been reported to be a factor in inflammation of the skin. Because ivermectin has both anti-inflammatory and anti-parasitic activities, treatment of inflammatory lesions with ivermectin represents an innovative therapy addressing these relevant pathogenic factors in rosacea, thus a novel addition to the current treatment armamentarium.

According to an embodiment of the present invention, a method of treating inflammatory lesions of rosacea in a subject in need thereof, comprises topically administering, once daily, to a skin area affected by the inflammatory lesions of rosacea a pharmaceutical composition comprising 0.5% to 1.5% by weight ivermectin and a pharmaceutically acceptable carrier, wherein as early as 2 weeks after the initial administration of the pharmaceutical composition, a significant reduction in inflammatory lesion count is observed.

As used herein, "pharmaceutically acceptable carrier" refers to a pharmaceutically acceptable vehicle or diluent comprising excipients and auxiliaries that facilitate processing of the active compounds into preparations which can be used pharmaceutically.

The pharmaceutical compositions according to the invention are suited for treating the skin. They can be in liquid, pasty or solid form, and more particularly in the form of ointments, creams, milks, pomades, powders, impregnated pads, syndets, towelettes, solutions, gels, sprays, foams, suspensions, lotions, sticks, shampoos or washing bases. They can also be in the form of suspensions of microspheres or nanospheres or of lipid or polymeric vesicles or of polymeric patches and of hydrogels for controlled release. These compositions for topical application can be in anhydrous form, in aqueous form, or in the form of an emulsion.

In one embodiment of the present invention, the pharmaceutical composition being formulated as an emulsion, the topical pharmaceutical emulsion comprises ivermectin, and one or more other ingredients selected from the group consisting of: an oily phase comprising dimethicone, cyclomethicone, isopropyl palmitate and/or isopropyl myristate, the oily phase further comprising fatty substances selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmitostearic acid, stearic acid and self-emulsifiable wax; at least one surfactant-emulsifier selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Steareth-20, Steareth-2, Steareth-21 and Ceteareth-20; a mixture of solvents and/or propenetrating agents selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate; one or more gelling agents selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches; and water.

In a preferred embodiment of the present invention, the pharmaceutical composition comprises about 1% (w/w) ivermectin, and a pharmaceutically acceptable carrier.

In another preferred embodiment of the present invention, the pharmaceutical composition comprises about 1% (w/w) ivermectin, and one or more inactive ingredients selected from the group consisting of carbomer, such as carbomer copolymer type B; cetyl alcohol; citric acid monohydrate; dimethicone 20 Cst; edetate disodium; glycerin; isopropyl

8

palmitate; methyl paraben; oleyl alcohol; phenoxyethanol; polyoxyl 20 cetostearyl ether; propylene glycol; propyl paraben; purified water; sodium hydroxide; sorbitan monostearate and stearyl alcohol.

As used herein, the term "subject" means any animal, preferably a mammal, most preferably a human, to whom will be or has been administered compounds or topical formulations according to embodiments of the invention. Preferably, a subject is in need of, or has been the object of observation or experiment of, treatment or prevention of inflammatory lesions of rosacea or papulopustular rosacea.

As known to those skilled in the art, an "intent-to-treat population" or "ITT population" refers to all subjects who are randomized in a clinical study and to whom the study drug is administered. "ITT-LOCF" refers to the ITT population using the Last Observation Carried Forward (LOCF) method, a standard method of handling missing data that imputes or fills in values based on existing data. "ITT-MI" refers to the ITT population using the multiple imputations (MI) method based on all the data available in the model, another method for processing data known to those skilled in the art. A "per protocol population" or "PP population" refers to subjects of the ITT population in a clinical study who have no major deviations from the protocol of study.

As used herein, the term "inflammatory lesions of rosacea" include any type of skin lesions associated with the inflammatory phase of rosacea. Examples of "inflammatory lesions of rosacea" include various sizes of papules and pustules associated with rosacea. In a preferred embodiment of the present invention, the inflammatory lesions of rosacea comprise inflammatory lesions of papulopustular rosacea (PPR), more preferably inflammatory lesions of moderate to severe PPR.

In one embodiment, "treatment" or "treating" refers to an amelioration, prophylaxis, or reversal of a disease or disorder, or of at least one discernible symptom thereof. In another embodiment, "treatment" or "treating" refers to an amelioration, prophylaxis, or reversal of at least one measurable physical parameter related to the disease or disorder being treated, not necessarily discernible in or by the mammal. In yet another embodiment, "treatment" or "treating" refers to inhibiting or slowing the progression of a disease or disorder, either physically, e.g., stabilization of a discernible symptom, physiologically, e.g., stabilization of a physical parameter, or both. In yet another embodiment, "treatment" or "treating" refers to delaying the onset of a disease or disorder.

Success of treating inflammatory lesions of rosacea or PPR can be measured using methods known in the art, such as by the reduction of inflammatory lesion count from the baseline before treatment, by an improvement from the baseline in an investigator's global assessment (IGA) score, or by both the reduction of inflammatory lesion count and the IGA score.

The IGA score is determined by a trained medical professional evaluating the skin condition of a patient utilizing an investigative global assessment of the skin condition. Typically, such global assessments assign a value to the degree of rosacea exhibited by the skin. In addition to the assessment made by the medical professional, the patient's input and observations of their skin condition and responses to various inquiries (e.g., stinging or burning sensations) also play a role in determining the IGA score that is assigned. For example, the IGA score for rosacea (Table 1) can, range, for example, from 0 (clear) to (almost clear) to 2 (mild) to 3 (moderate) to 4 (Severe), including values between these numeric gradings, such as 1.5, 2.6, 3.4 etc. (e.g., intervals of 0.1).

US 9,233,117 B2

9

TABLE 1

| Investigator's Global Assessment of Rosacea Severity | | |
|---|---|---|
| Grade | Score | Clinical Description |
| Clear | 0 | No inflammatory lesions present, no erythema |
| Almost Clear | 1 | Very few small papules/pustules, very mild erythema present |
| Mild | 2 | Few small papules/pustules, mild erythema |
| Moderate | 3 | Several small or large papules/pustules, moderate erythema |
| Severe | 4 | Numerous small and/or large papules/pustules, severe erythema |

In view of the present disclosure, a skin area that is affected by inflammatory lesions of rosacea or papulopustular rosacea can be identified using any diagnostic signs or means known in the art, and can be treated by methods according to embodiments of the present invention. Patients can have papulopustular rosacea at different stages, from mild to severe.

In a preferred embodiment, the patient has moderate to severe papulopustular rosacea. As used herein, a patient having "moderate to severe papulopustular rosacea" has at least moderate facial erythema and at least 10 inflammatory lesions before treatment. For example, the patient can have an IGA of rosacea of 3 or 4, and at least 10, 12, 15, 20, 25 or more papulopustular lesions before treatment.

According to embodiments of the present invention, the inflammatory lesions of rosacea or papulopustular rosacea is treated by topically applying to an affected skin area a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier, and the treatment results in a reduction in the inflammatory lesion count of rosacea from the baseline number of lesions (before treatment) by at least 1 to 100 lesions or more, such as at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 35, 40, 50, 60, 70, 80, 90 or 100 lesions or more. According to embodiments of the present invention, at least about 10%, 20%, 30%, 40%, 50%, 60%, 70%, 80%, 90% or 100% reduction in inflammatory lesion count is observed after the treatment. Depending on the number of inflammatory lesions, and other factors, such as the conditions of the patient, the treatment can last as long as it is needed, such as 4 to 12 weeks.

According to other embodiments of the present invention, the treatment reduces the IGA score in the treated subject. As used herein, the "success rate" in a clinical study refers to the percentage of subjects in the study having an IGA of 0 ("clear") or 1 ("almost clear") after the treatment.

According to embodiments of the present invention, after the initial successful treatment with ivermectin, i.e., to an IGA of 0 or 1, it takes a longer time to relapse, i.e., to an IGA of 2 or above, as compared to the conventional treatments, such as topical treatment with 0.75% by weight metronidazole. For example, treatment with ivermectin (1%) once daily (QD) resulted in a statistically significant extended remission (e.g., delayed time to first relapse, and increase in the number of treatment free days) of rosacea when compared to metronidazole 0.75% BID in subjects who were successfully treated (IGA 0 or 1) for 16 weeks. There was also a numerical trend in favor of ivermectin 1% QD for the relapse rates.

As used herein, "time to first relapse" is defined as the time elapsed between initial successful treatment to an IGA of rosacea of 0 or 1 to the first reoccurrence of the IGA to 2 or more in a subject. According to embodiments of the present invention, the median time to first relapse is about 110, 115, 120, 125, 130, 135, 140, 145 or 150 days or more in subjects treated with ivermectin, with a p value of 0.05 or less.

10

Another aspect of the present invention relates to a method of treating papulopustular rosacea in a subject in need thereof, comprising topically administering, once daily, to a skin area affected by the papulopustular rosacea a pharmaceutical composition comprising 1% by weight ivermectin and a pharmaceutically acceptable carrier, wherein as early as 2 weeks after the initial administration of the pharmaceutical composition to the subject, a significant reduction in inflammatory lesion count is observed.

Preferably the subject has moderate to severe PPR. More preferably, the subject has at least 15 inflammatory lesions of PPR before the treatment.

In another preferred embodiment, at two weeks after the initial treatment, about 27% or more median reduction of the inflammatory lesion counts is observed from subjects treated with ivermectin, with a p value of 0.01 or less.

In an embodiment of the present invention, as early as 2 weeks after the initial administration of the pharmaceutical composition to the subject, more reduction in the inflammatory lesion count in the subject is observed as compared with a vehicle control. In other embodiments of the present invention, the method results in more reduction of the inflammatory lesion count in the subject in comparison to that achieved by topically administering to the subject a second pharmaceutical composition comprising 0.75% by weight metronidazole.

According to an embodiment of the present invention, a steady state of plasma concentrations of ivermectin is reached in the subject after repeated administration. For example, after about two weeks of once daily topical administration of a pharmaceutical composition containing about 1% (w/w) ivermectin, a steady state of plasma concentration of ivermectin is reached. At this steady state, a mean $C_{max}$, i.e., the highest mean (±standard deviation) plasma concentration of ivermectin, peaked within $10\pm8$ hours post-dose, is $2.10\pm1.04$ ng/mL (range: 0.69-4.02 ng/mL), and a highest mean (±standard deviation) $AUC_{0-24\ hr}$ is $36.14\pm15.56$ ng·hr/mL (range: 13.69-75.16 ng·hr/mL). These levels obtained under steady-state conditions are lower than those observed following oral administration of ivermectin.

According to an embodiment of the present invention, at the steady state, the $C_{max}$ of ivermectin ranges from about 0.5 to 10 ng/mL and the $AUC_{0-24\ hr}$ ranges from about 10 to 100 ng·hr/mL in the subject.

According to another embodiment of the present invention, the topical administration of the pharmaceutical composition to the subject results in a mean terminal half-life of ivermectin in the subject that is much longer than that from orally administered ivermectin. In an embodiment of the present invention, the topical administration of the pharmaceutical composition to the subject results in a mean terminal half-life of ivermectin in the subject of about 145 hours in the subject.

In an embodiment of the present invention, a method of treating inflammatory lesions of rosacea in a subject in need thereof, comprises topically administering, once daily, to a skin area affected by the inflammatory lesions a pharmaceutical composition comprising 1% by weight ivermectin and a pharmaceutically acceptable carrier, wherein as early as 2 weeks after the initial administration of the pharmaceutical composition to the subject, a significant reduction in inflammatory lesion count is observed and a steady state of plasma concentration of ivermectin is reached in the subject, and the steady state has a mean $C_{max}$ of ivermectin of $2.10\pm1.04$ ng/mL with a range of 0.69-4.02 ng/mL, and a mean $AUC_{0-24\ hr}$ of $36.14\pm15.56$ ng·hr/mL with a range of 13.69-75.16 ng·hr/mL.

US 9,233,117 B2

| 11 | 12 |

This invention will be better understood by reference to the non-limiting examples that follow, but those skilled in the art will readily appreciate that the examples are only illustrative of the invention and the claims which follow thereafter.

Unless otherwise indicated, all percentages of the ingredients in the present application are percentages by weight (w/w).

## Example 1

## Topical Ivermectin Compositions

Examples of pharmaceutical compositions that can be used in the present invention are described in U.S. Pat. No. 8,415,311 and U.S. Pat. No. 8,470,788, which are incorporated herein by reference. Compositions useful in the present invention include, but are not limited to, the following:

### Composition 1

| Ingredients | % by weight relative to the total weight of the Composition |
| --- | --- |
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Aluminum magnesium silicate | 1.0 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Glyceryl/PEG 100 stearate | 3.0 |
| Self-emulsifiable wax | 2.0 |
| Palmitostearic acid | 2.5 |
| Steareth-20 | 3.0 |
| Sorbitan stearate | 2.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

### Composition 2

| Ingredients | % by weight relative to the total weight of the composition |
| --- | --- |
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate Crosspolymer | 0.15 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl myristate | 4.0 |
| Cetyl alcohol | 3.0 |
| Stearyl alcohol | 2.0 |
| Self-emulsifiable wax | 0.5 |
| Palmitostearic acid | 0.5 |
| Steareth-20 | 2.0 |
| Sorbitan palmitate | 1.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

### Composition 3

| Ingredients | % by weight relative to the total weight of the composition |
| --- | --- |
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Aluminum magnesium silicate | 1.0 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Glyceryl/PEG 100 stearate | 3.0 |
| Self-emulsifiable wax | 2.0 |
| Palmitostearic acid | 3.0 |
| Steareth-20 | 3.0 |
| Sorbitan palmitate | 2.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

### Composition 4

| Ingredients | % by weight relative to the total weight of the composition |
| --- | --- |
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate Crosspolymer | 0.2 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Cetyl alcohol | 3.5 |
| Stearyl alcohol | 2.5 |
| Oleyl alcohol | 2.0 |
| Ceteareth-20 | 3.0 |
| Sorbitan monostearate | 2.0 |
| Dimethicone 200 20 cs | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 2.0 |
| Phenoxyethanol | 1.0 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

### Composition 5

| Ingredients | % by weight relative to the total weight of the composition |
| --- | --- |
| Ivermectin | 1.4 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate Crosspolymer | 0.2 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Cetyl alcohol | 3.5 |
| Stearyl alcohol | 2.5 |
| Oleyl alcohol | 2.0 |
| Ceteareth-20 | 3.0 |
| Sorbitan monostearate | 2.0 |
| Dimethicone 200 20 cs | 0.5 |

US 9,233,117 B2

13

14

-continued

| Composition 5 | |
|---|---|
| Ingredients | % by weight relative to the total weight of the composition |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 2.0 |
| Phenoxyethanol | 1.0 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

Example 2

Dosage Study on Topical Treatment of PPR with Ivermectin

A phase II, randomized, investigator-blinded, parallel-group, active- and vehicle-controlled study was conducted to determine the optimal concentration and dose regimen of topical ivermectin cream for the treatment of inflammatory lesions of rosacea, and evaluate efficacy and safety.

Eligible subjects were adults with PPR. The majority of the subjects had at least 15 facial inflammatory lesions and at least mild facial erythema based on IGA of rosacea severity. Table 2 shows the demographic and baseline clinical characteristics (ITT population) of the subjects

telangiectasia [from 0 (none) to 3 (severe)], adverse events, and satisfaction questionnaire (at the end of the study) were determined during the study.

FIG. 1 shows the median percentage change from baseline in lesion counts (ITT-LOCF population).

At week 12, both ivermectin 1% (w/w) QD and BID were significantly more effective than vehicle QD in the ITT-LOCF analysis based on the percentage change from baseline in inflammatory lesion counts (median: −78.3% and −78.9% vs. −60.6%; both p<0.05) (FIG. 1); this was also confirmed in the PP analysis. Although ivermectin 1% (w/w) BID was significantly more efficacious than vehicle, its magnitude of effect was not greater than ivermectin 1% (w/w) QD. A numeric trend favoring ivermectin 1% QD compared with metronidazole 0.75% BID was also observed in terms of median % change from baseline in inflammatory lesion counts [−78.3% vs. −69.2% at Week 12 (ITT-LOCF)] the sample size was not large enough to detect differences between these groups.

All ivermectin dose regimens led to a significantly greater success rate than vehicle (70.8%, 65.4%, 63.8% and 62.7% for ivermectin 1% BID, 1% QD, 0.3% QD and 0.1% QD, respectively, vs. 42.0% for vehicle at Week 12; all p<0.05). Furthermore, the success rate for Metronidazole was 62.5%. No difference was observed in the change in erythema or telangiectasia between the active and control groups.

All regimens were safe and well-tolerated, with similarly low incidence of adverse events. There were no serious

TABLE 2

| | Ivermectin 1% BID (N = 48) | Ivermectin 1% QD (N = 52) | Ivermectin 0.3% (N = 47) | Ivermectin 0.1% (N = 51) | Metronidazole 0.75% BID (N = 48) | Vehicle QD (N = 50) |
|---|---|---|---|---|---|---|
| Gender, n (%) | | | | | | |
| Female | 39 (81.3) | 33 (63.5) | 29 (61.7) | 31 (60.8) | 34 (70.8) | 35 (70.0) |
| Male | 9 (18.8) | 19 (36.5) | 18 (38.3) | 20 (39.2) | 14 (29.2) | 15 (30.0) |
| Age, year | | | | | | |
| Mean ± SD | 50.9 ± 12.3 | 50.4 ± 14.5 | 53.4 ± 14.5 | 52.7 ± 13.8 | 52.2 ± 15.9 | 52.2 ± 14.4 |
| Phototype, n (%) | | | | | | |
| I | 7 (14.6) | 4 (7.7) | 6 (12.8) | 4 (7.8) | 3 (6.3) | 7 (14.0) |
| II | 28 (58.3) | 27 (51.9) | 20 (42.5) | 26 (51.0) | 29 (60.4) | 28 (56.0) |
| III | 12 (25.0) | 14 (26.9) | 17 (36.2) | 18 (35.3) | 14 (29.2) | 15 (30.0) |
| IV | 1 (2.1) | 7 (13.5) | 4 (8.5) | 3 (5.9) | 2 (4.1) | |
| Inflammatory lesion, n (%) | | | | | | |
| Mean ± SD | 37.3 ± 39.0 | 35.8 ± 18.2 | 35.1 ± 20.5 | 31.1 ± 15.0 | 37.4 ± 23.9 | 35.8 ± 19.9 |
| Min, max | 16, 270 | 16, 93 | 14, 108 | 15, 79 | 15, 153 | 15, 120 |
| IGA, n (%) | | | | | | |
| 1 = Almost Clear | 2 (4.2) | 0 | 1 (2.1) | 1 (2.0) | 1 (2.1) | 1 (2.0) |
| 2 = Mild | 15 (31.3) | 20 (38.5) | 15 (31.9) | 18 (35.3) | 18 (37.5) | 12 (24.0) |
| 3 = Moderate | 28 (58.3) | 24 (46.2) | 21 (44.7) | 29 (56.9) | 21 (43.8) | 28 (56.0) |
| 4 = Severe | 3 (6.3) | 8 (15.4) | 10 (21.3) | 3 (5.9) | 8 (16.7) | 9 (18.0) |

The subjects were randomized to receive one of the following six (6) regimens for 12 weeks: ivermectin 0.1% (w/w) once-daily (QD), ivermectin 0.3% (w/w) QD, ivermectin 1% (w/w) QD, ivermectin 1% (w/w) twice-daily (BID), metronidazole gel 0.75% (w/w) BID, or vehicle QD. The 6 groups were comparable in terms of demographic and baseline disease characteristics (Table 1): majority were female, Caucasian, with a skin phototype II and a mean age of 51.9±14.2 years. On average, the subjects had 35.4±23.8 inflammatory lesions, and the majority (51.0%) had an IGA of 3 (moderate).

Inflammatory lesion (sum of papules and pustules) counts, rate of success [% subjects "clear" or "almost clear" based on Investigator's Global Assessment (IGA), a scale from 0 (clear) to 4 (severe)], erythema [from 0 (none) to 3 (severe)],

related AEs. The majority of related AEs were mild, transient and dermatologic in nature, the most frequent for the ivermectin groups being skin discomfort (4 subjects), skin burning sensation (4 subjects), and worsening of rosacea (3 subjects).

FIG. 2 illustrates subjects' response to the statement "the product improves my rosacea" (ITT Observed). With increasing dosage of ivermectin, more subjects agreed with the statement "the product improves my rosacea" (FIG. 2) and were satisfied with the product (data not shown). The result was superior in ivermectin 1% QD and BID groups compared to the metronidazole 0.75% BID group. The majority of subjects in all Ivermectin groups considered that the product was

US 9,233,117 B2

15 16

easy to use (at least 95.5%), pleasant to use (at least 77.3%), and did not irritate the skin (at least 70.2%).

Topical administration of all tested ivermectin dose regimens (1% BID, 1% QD, 0.3% QD and 0.1% QD) led to a significantly greater success rate in treating PPR than vehicle; the result was superior in ivermectin 1% QD and BID groups compared to the metronidazole 0.75% BID group; and once daily topical administration of 1% (w/w) ivermectin was considered the optimal dose regimen, because it was safe, well tolerated, and provided significantly greater efficacy than vehicle for the treatment of PPR. Once daily topical administration is further preferred because it promotes better patient compliance.

Example 3

Efficacy and Safety Study of Ivermectin 1% Cream

To demonstrate the efficacy and safety of once-daily ivermectin 1% (w/w) cream in subjects with PPR, two identically designed randomized, double-blind, controlled studies were conducted (hereafter designated Study 1 and Study 2). Both studies were conducted in accordance with the ethical principles of the Declaration of Helsinki and Good Clinical Practices, and in compliance with local regulatory requirements.

Each study had three parts. In the first part of the study, subjects with PPR were treated with ivermectin 1% cream (IVM 1%) or vehicle once daily at bedtime for 12 weeks. In the second part of the study, subjects initially treated with IVM 1% once daily at bedtime continued the same treatment, while subjects treated with the vehicle once daily switched to topical treatment with azelaic acid 15% gel twice daily, in the morning and evening. The third part of the study consisted of 4 weeks safety follow-up, without treatment.

Eligible subjects were 18 years or older, with moderate or severe papulopustular rosacea as noted by an IGA of 3 ("several small or large papules/pustules, moderate erythema") or 4 ("numerous small and/or large papules/pustules, severe erythema"), and presenting with 15-70 facial inflammatory lesions (papules and pustules). A total of 683 subjects with moderate to severe PPR were randomized in Study 1 (IVM 1%: 451, vehicle: 232), and 688 subjects in Study 2 (IVM 1%: 459, vehicle: 229) (FIG. 3).

Eligible subjects received either ivermectin cream 1% cream (once daily every day at bedtime) or vehicle cream (once daily every day at bedtime) on the entire face for 12 weeks. They were instructed to apply a thin film of cream on the entire face (right and left cheeks, forehead, chin and nose), e.g., in a pea-size amount of the cream, avoiding the upper and lower eyelids, lips, eyes and mouth. Subjects were also instructed to avoid rosacea triggers, such as sudden exposure to heat, certain foods, and excessive sun exposure. Study visits during the first study were as follows: screening visits, baseline, weeks 2, 4, 8, and 12 after the initial administration.

Efficacy assessments at each visit were the IGA of disease severity, and inflammatory lesion counts (papules and pustules) on each of the five facial regions (forehead, chin, nose, right cheek, left cheek). Safety assessments included adverse events (AEs) throughout the study, local tolerance parameters (stinging/burning, dryness, itching) at each study visit evaluated on a 4-point scale [from 0 (none) to 3 (severe)], and laboratory parameters (hematology and biochemistry) measured before and after treatment. Other assessments included the subject's evaluation of their rosacea improvement at the end of the study (week 12) compared to their condition at baseline, and two quality of life (QoL) questionnaires [a dermatology-specific instrument, the Dermatology Life

Quality Index (DLQI)],[17] and a rosacea-specific instrument, the RosaQoL™[18] completed at baseline and week 12.

The co-primary efficacy endpoints in both studies were the success rate based on the IGA outcome and absolute change from baseline in inflammatory lesion counts at the end of week 12 of the studies. The success rate based on IGA score [% of subjects who achieved "clear" or "almost clear" ratings on the IGA scale at week 12 (ITT-LOCF)] was analyzed by the Cochran-Mantel-Haenszel (CMH) test stratified by analysis site, using the general association statistic. The absolute change in inflammatory lesion counts from baseline to week 12 (ITT-LOCF) was analyzed by analysis of covariance (ANCOVA). Missing data at week 12 in the ITT population were imputed by the LOCF approach. Also, sensitivity analyses were conducted to impute missing data in order to assess the robustness of the primary efficacy results. The secondary efficacy endpoint was percent change in inflammatory lesion counts from baseline at week 12 (ITT-LOCF). The QoL questionnaires were analyzed using the Wilcoxon rank sum test, and other variables were descriptively analyzed. High mean scores from the QoL questionnaires indicated a low quality of life.

In Studies 1 and 2, the vast majority of subjects completed the study (91.4% and 92.6%, respectively). The treatment groups were similar at baseline in terms of demographics and baseline disease characteristics, with about 31-33 inflammatory lesions on average and the majority having moderate rosacea (Table 3). Most subjects were female (68.2% and 66.7% in Studies 1 and 2, respectively) and Caucasian/white (96.2% and 95.3%), with a mean age of 50.4 and 50.2 years, respectively. Additionally, treatment groups were comparable regarding rates/reasons for early study discontinuation (FIG. 3).

TABLE 3

| Demographic and baseline clinical characteristics (ITT population) | | | |
|---|---|---|---|
| | | Study 1 Total (n = 683) | Study 2 Total (n = 688) |
| Age, years | Mean ± SD | 50.4 ± 12.09 | 50.2 ± 12.29 |
| | Min, Max | 19, 88 | 18, 89 |
| Gender, n (%) | Female | 466 (68.2%) | 459 (66.7%) |
| | Male | 217 (31.8%) | 229 (33.3%) |
| Race | White | 657 (96.2%) | 656 (95.3%) |
| | Black of African American | 9 (1.3%) | 10 (1.5%) |
| | Asian | 6 (0.9%) | 15 (2.2%) |
| | Other | 11 (1.6%) | 7 (1.0%) |
| Inflammatory lesion counts | Mean ± SD | 30.9 ± 14.33 | 32.9 ± 13.70 |
| IGA | 3 = Moderate | 560 (82.0%) | 403 (83.3%) |
| | 4 = Severe | 123 (18.0%) | 81 (16.7%) |

The proportion of subjects achieving IGA success ("clear" or "almost clear") at week 12 for Studies 1 and 2 were 38.4% and 40.1%, respectively for IVM 1% compared to 11.6% and 18.8% for vehicle (both p<0.001; FIG. 4A). A significant difference between treatment arms in both studies was observed based on IGA since week 4 (10.9% and 11.8% versus 5.6% and 5.7%, respectively; both p<0.05), and was sustained until Week 12 (FIGS. 4B and 4C).

For inflammatory, lesion counts, the mean difference between IVM 1% and vehicle from baseline to week 12 was −8.13 lesions for Study 1 and −8.22 for Study 2 (both p<0.001 versus vehicle), with a 95% CI of [−10.12, −6.13] and [−10.18, −6.25], respectively (FIGS. 5A and 5B). A mean reduction of 9 lesion counts was observed at week 2 in both

US 9,233,117 B2

17

studies when treated with IVM 1% (FIGS. **5**A and **5**B). Median reduction from baseline in inflammatory lesion counts for both studies was 76.0% and 75.0%, respectively, versus 50.0% for both vehicle groups at week 12 (p<0.001), with significant difference observed by week 2 at a median reduction of 30% and 27.3% (FIGS. **5**C and **5**D). This significant reduction in inflammatory lesion counts as early as week 2 was exceptional when compared with similar data from treatment with metronidazole or azelaic acid.

| | IVM 1%<br>(N = 451) | Vehicle<br>(N = 232) | IVM 1%<br>(N = 459) | Vehicle<br>(N = 229) |
|---|---|---|---|---|
| IGA | | | | |
| Number (%) of Subjects Clear or Almost Clear in the IGA at Week 12 Inflammatory Lesions | 173 (38.4) | 27 (11.6) | 184 (40.1) | 43 (18.8) |
| Mean inflammatory lesion count at baseline | 31.0 | 30.5 | 33.3 | 32.2 |
| Mean inflammatory lesion count at Week 12 | 10.6 | 18.5 | 11.0 | 18.8 |
| Mean Absolute Change (%) in Inflammatory Lesion Count from Baseline at Week 12 | −20.5 (−64.9) | −12.0 (−41.6) | −22.2 (−65.7) | −13.4 (−43.4) |

The incidence of AEs was comparable between Studies 1 and 2 (40.5% and 36.5% for IVM 1% versus 39.4% and 36.5% for vehicle, respectively). Fewer subjects in IVM 1% groups tended to report related AEs than in vehicle groups (4.2% and 2.6% versus 7.8% and 6.5%, respectively), as well as for related dermatologic AEs (3.5% and 1.5% versus 6.9% and 5.7%) and related AEs leading to discontinuation (1.3% and 0.2%, versus 1.7% for both vehicle groups). A similarly low proportion of subjects reported serious AEs for IVM 1% and vehicle groups (0.7% and 1.5% versus 0.4% and 1.7%). There were no related serious AEs. The most common related AE in Study 1 was sensation of skin burning: 8 (1.8%) in IVM 1% subjects versus 6 (2.6%) for vehicle. For Study 2, the most common related AEs for IVM 1% were pruritis and dry skin (3 subjects each (0.7%)) compared to 0 and 2 subjects (0.9%) for vehicle, respectively. In addition, laboratory tests did not demonstrate clinically significant abnormalities.

At baseline before treatment application, a large proportion of subjects presented with local cutaneous symptoms consistent with rosacea, especially mild or moderate dry skin (for Studies 1 and 2, 63.0% and 57.0% for IVM 1%, and 59.3% and 60.0% for vehicle, respectively) and mild or moderate itching (57.3% and 49.4% for IVM 1%, and 45.4% and 49.1% for vehicle). At week 12 (last available data observed), the majority of subjects had none of the 2 cutaneous symptoms. A trend was observed in terms of absence of dryness in 83-86% of IVM 1% subjects versus 72-76% for vehicle, as well as for absence of itching in 82-85% for IVM 1% versus 70-78% for vehicle.

Improvement after treatment was rated by subjects as "excellent" or "good" by 69% and 66.2% for IVM 1% compared to 38.6% and 34.4% for vehicle (p<0.001), respectively (FIG. **6**). "Excellent" improvement was reported by 34.3% and 32.0% for IVM 1% versus 9.5% and 7.3% for vehicle.

After 12 weeks of treatment, improved QoL scores were observed for subjects in the IVM 1% compared to vehicle groups. For the DLQI, it is of note that no difference between treatment groups was observed at baseline. At the end of each study, more subjects in the IVM 1% group (about 53%) than vehicle (about 35%) considered that their disease had no effect on their overall QoL (p<0.001). For RosaQoL™, improvement in QoL from baseline was higher in both studies

18

for IVM 1% (−0.64±0.7 and −0.60±0.6 versus −0.35±0.5 for both vehicle groups (p<0.001 and p=0.001 for Studies 1 and 2, respectively). This result indicates that a higher proportion of subjects felt that their quality of life was not negatively impacted by rosacea in the group treated with IVM, compared to the control group treated with vehicle.

IGA was assessed during the second part of the studies (40 weeks). The percentages of subjects treated with IVM 1% achieving an IGA score of 0 or 1 continued to increase up to week 52, the end of the second part of the studies. The success rate (IGA=0 or 1) at week 52 was 71.1% and 76% in studies 1 and 2 respectively. In both studies, the incidences were comparable in the 2 groups of subjects treated by IVM 1% cream QD and azelaic acid 15% gel 131D across the categories of related AEs, dermatologic AEs, serious AEs, related AEs leading to discontinuation and AEs of special interests. There was no serious related AEs.

In the follow up third part of the studies, subjects treated with IVM 1% cream QD and azelaic acid 15% gel BID during the second part of the studies were comparable in reporting AEs. No subjects reported related serious AEs, related AEs leading to discontinuation.

The most frequent (>0.5% in any arm) AEs were skin disorders, and were less frequent with IVM 1% cream QD than azelaic acid 15% gel BID in both studies.

These two pivotal studies demonstrated the efficacy and safety of topical ivermectin 1% cream in the treatment of inflammatory lesions of rosacea with reproducibility. The effect was robust and highly significant (p,0.001) in all primary and secondary endpoints at week 12 (ITT-LOCF). Onset of treatment effect was observed at week 4 in each study based on both IGA and lesion counts. Onset of treatment effect was observed at week 2 in each study based on lesion counts. The ivermectin 1% cream was well tolerated and safe in both studies. No notable difference was observed between the ivermectin 1% cream QD and corresponding vehicle and azelaic acid 15% gel BID. The most frequent (>0.5% in any arm) AEs were skin disorders, and were less frequent with IVM 1% cream QD than with the respective comparator. In addition, the continued daily application of the Ivermectin 1% Cream QD up to 1 year is well tolerated, with no unexpected safety findings associated with chronic use.

In conclusion, ivermectin, such as 1% ivermectin cream, was effective and safe in treating papulopustular rosacea.

Example 4

Comparison of the Efficacy and Safety of Ivermectin 1% Cream Vs. Metronidazole 0.75% Cream

This was an investigator-blinded, randomized, parallel group study comparing the efficacy and safety of ivermectin (hereafter designated IVM) 1% (w/w) cream vs. metronidazole 0.75% (w/w) cream with a 16-week period A and a 36-week period B to study recurrence. Study visits during Period A were as follows: a screening visit, and at baseline, weeks 3, 6, 9, 12 and 16.

Eligible subjects were 18 years or older, with moderate or severe papulopustular rosacea as noted by an IGA of 3 ("several small or large papules/pustules, moderate erythema") or 4 ("numerous small and/or large papules/pustules, severe erythema"), and presenting with 15-70 facial inflammatory lesions (papules and pustules).

Subjects were randomized in a 1:1 ratio to receive either IVM 1% cream (once daily, QD, at bedtime) or metronidazole 0.75% cream (twice daily, BID, as per labelling at morning and bedtime) for 16 weeks. Study drugs were applied in a thin film on the entire face (right and left cheeks, forehead, chin and nose), avoiding the upper and lower eyelids, lips, eyes and

US 9,233,117 B2

19

mouth. The subjects were instructed to maintain a consistent lifestyle throughout the study regarding rosacea triggers (i.e. avoiding environmental factors, certain foods, and excessive sun exposure).

Efficacy assessments at each visit were inflammatory lesion counts (papules and pustules) counted on five facial regions (forehead, chin, nose, right cheek, left cheek), and the Investigator's Global Assessment (IGA) of disease severity. Safety assessments included adverse events (AEs) throughout the study, local tolerance parameters (stinging/burning, dryness, itching) at each visit evaluated on a 4-point scale (from 0 (none) to 3 (severe)), and laboratory parameters measured at baseline, weeks 9 and 16. Other assessments included the subject's evaluation of rosacea improvement compared to their condition at baseline, and subject's appreciation questionnaire at the end of the study (regarding satisfaction with the study drug). Lastly, a quality of life questionnaire (Dermatology Life Quality Index (DLQI)) was completed at baseline and at the end of the study (week 16).

The ITT population included all subjects who were randomized and to whom the study drug was administered. The safety population included all subjects who received the study medication. The primary efficacy endpoint, percent change in inflammatory lesion counts from baseline to week 16, was analyzed using the CMH test stratified on center, with ridit transformation and row mean score difference statistic. Secondary efficacy endpoints included success rate (percent of subjects with IGA rated 0 ("clear") or 1 ("almost clear") (analyzed by CMH test stratified on center using general association statistic), IGA and absolute change in lesion counts (analyzed using ANCOVA, including treatments and analysis center as factors, and baseline as covariate). LOCF was the primary method for imputation of missing data, and multiple imputations (MI) method was used for sensitivity. Other variables were descriptively analyzed.

A total of 1,034 subjects were screened and 962 randomized to receive IVM 1% cream (n=478) or metronidazole 0.75% cream (n=484); 902 (93.8%) completed the study (FIG. 8). Treatment groups were comparable at baseline in terms of demographics and baseline disease characteristics, with about 32 inflammatory lesions on average and the majority having moderate rosacea (83.3% with an IGA of 3) (Table 5). As expected, the quantity of product applied in the metronidazole group (BID applications) was nearly twice as much as the product applied in the IVM 1% group (QD), with a mean of 1.31 g vs. 0.72 g, respectively.

20

Regarding the primary endpoint, at week 16 (ITT-LOCF), IVM 1% cream was significantly superior to metronidazole 0.75% cream in terms of percent reduction from baseline in inflammatory lesion counts (83.0% vs. 73.7%; p<0.001; FIG. 9). This difference was observed as early as week 3 (ITT-LOCF) (as soon as week 6 with ITT-MI), and this continued through week 16 (all p-values≤0.04). It should be noted that in this study, there was no study visit or assessment prior to Week 3, thus the differences in treatment could have been observed earlier than week 3 if the first study visit was conducted earlier. Similar results were found for the IGA success rate (subjects rated "clear" or "almost clear"): 84.9% for IVM 1% cream vs. 75.4% for metronidazole 0.75% cream at week 16 (ITT-LOCF) (p<0.001). As illustrated in FIG. 10, the difference in IGA was the highest at week 12 (14.9% superior for ivermectin).

About 13% more subjects were rated as "clear" in terms of IGA for IVM 1% than metronidazole 0.75% (34.9% vs. 21.7%, respectively). Furthermore, in a subgroup analysis of success rate according to IGA severity, about 20% more subjects with severe rosacea at baseline in the IVM 1% group achieved success (82.5% vs. 63.0%).

The incidence of adverse events (AEs) was similar between groups (32.4% vs. 33.1% of subjects in the IVM 1% and metronidazole 0.75% groups, respectively), as well as for related AEs (2.3% vs. 3.7%). Furthermore, a comparably low number of subjects experienced a related dermatologic AE (9 subjects (1.9%) in the IVM 1% group and 12 (2.5%) in the metronidazole 0.75% group). The most common related AE was skin irritation (3 subjects (0.6%) vs. 4 subjects (0.8%) for IVM 1% and metronidazole 0.75%, respectively). Thirteen subjects reported serious but unrelated AEs. A total of 3 subjects (0.6%) in the IVM 1% group experienced related adverse events leading to discontinuation (due to skin irritation and hypersensitivity), compared to 10 (2.1%) subjects in the metronidazole 0.75% group (due to skin irritation, allergic dermatitis, aggravation of rosacea, erythema, pruritis, and general disorders (hot feeling)).

In terms of local tolerance, the incidence of worsening from baseline was higher in the metronidazole 0.75% group for stinging/burning (15.5% vs. 11.1%), dryness (12.8% vs. 10.0%), and itching (11.4% vs. 8.8%). Laboratory tests did not demonstrate clinically significant abnormalities.

At the end of period A of this study, the majority (85.5%) of subjects in the IVM 1% group rated their global improvement as "excellent" or "good" compared to 74.8% in the metron-

TABLE 5

| Demographic and baseline clinical characteristics (ITT population) | | | | |
|---|---|---|---|---|
| | | Ivermectin 1% (n = 478) | Metronidazole 0.75% (n = 484) | Total (n = 962) |
| Age, years | Mean ± SD | 51.22 ± 13.40 | 51.87 ± 13.24 | 51.54 ± 13.32 |
| | Min, Max | 18, 85 | 18, 90 | 18, 90 |
| Gender, n (%) | Female | 311 (65.1%) | 316 (65.3%) | 627 (65.2%) |
| | Male | 167 (34.9%) | 168 (34.7%) | 335 (34.8%) |
| Race | Asian | 3 (0.6%) | — | 3 (0.3%) |
| | White | 475 (99.4%) | 484 (100.0%) | 959 (99.7%) |
| Skin Phototype | I | 18 (3.8%) | 17 (3.5%) | 35 (3.6%) |
| | II | 245 (51.3%) | 234 (48.3%) | 479 (49.8%) |
| | III | 178 (37.2%) | 213 (44.0%) | 391 (40.6%) |
| | IV | 36 (7.5%) | 19 (3.9%) | 55 (5.7%) |
| | V | 1 (0.2%) | 1 (0.2%) | 2 (0.2%) |
| Inflammatory lesion Counts | Mean ± SD | 32.87 ± 13.95 | 32.07 ± 12.75 | 32.46 ± 13.36 |
| Investigator Global Assessment | 3 = Moderate | 398 (83.3%) | 403 (83.3%) | 801 (83.3%) |
| | 4 = Severe | 80 (16.7%) | 81 (16.7%) | 161 (16.7%) |

US 9,233,117 B2

21

idazole 0.75% group. Furthermore, more subjects receiving IVM 1% reported an "excellent" improvement of their rosacea (52.3% vs. 37.0%, respectively; FIG. **11**). Regarding the subject's appreciation questionnaire, more subjects in the IVM 1% group were satisfied with the study drug (76.0% vs. 61.3% in the metronidazole 0.75% group). In addition, more subjects treated by IVM 1% tended to consider the product easy to use and that the time needed for application was satisfactory, whereas more subjects found metronidazole 0.75% to be irritating (data not shown).

At baseline, the mean DLQI scores were similar between groups (6.95 for IVM 1% and 6.05 for metronidazole 0.75%, respectively). Patients treated with IVM 1% showed a higher numerical decrease in their DLQI score than patients treated with metronidazole 0.75% ($-5.18$ vs. $-3.92$; $p<0.01$), indicating a higher improvement in quality of life. At the end of the study, 71% of patients treated with IVM 1% reported no effect at all on their quality of life (vs. 64% for metronidazole 0.75%), which means that a higher proportion of subjects felt that their quality of life was not negatively impacted by rosacea in the group treated with IVM, compared to the group treated with metronidazole. The study drugs diverged in favor of IVM 1% in the symptoms and feelings sub-scale (level of itching, soreness, pain or stinging: "not at all" for 78.7% vs. 63.0% in the metronidazole 0.75% group; level of embarrassment or self-consciousness: "not at all" for 70.3% vs. 60.1%, respectively).

Topical metronidazole 0.75% (w/w) has been one of the most frequently used therapies in the treatment of papulopustular rosacea. In this study, IVM 1% cream was significantly superior to metronidazole 0.75% cream in terms of percent reduction from baseline in inflammatory lesion counts, with an onset of efficacy (first difference vs. metronidazole 0.75%) as early as 3 weeks (or even earlier) that continued through 16 weeks. The findings show that ivermectin is more efficacious than metronidazole, with a tendency even in patients with higher lesion counts.

An overall good safety profile was observed for IVM, and it was well-tolerated in comparison with metronidazole. It is not surprising that for both products, patients experienced a similarly low number of related adverse events, particularly since the tolerability of metronidazole is known to be satisfactory. Metronidazole's higher incidence of worsening from baseline concerning stinging/burning, dryness, and itching may be attributed to the usual signs and symptoms of rosacea. Nevertheless, this affected the level of quality of life as measured by the DLQI, as more patients in the metronidazole group reported itching, soreness, pain or stinging.

Patient-reported outcomes for IVM 1% cream were consistent with its superior efficacy results. More patients using IVM indicated that the product was easy to use and that the time needed for application was satisfactory, implying that the daily application is more convenient than metronidazole's twice-daily regimen. Related to quality of life measures, fewer patients using IVM considered themselves to be embarrassed or self-conscious. Thus, ivermectin appears to be adapted to the complex etiology of rosacea, and in the study IVM 1% cream demonstrated superiority to metronidazole 0.75% cream in terms of inflammatory lesion reduction. As noted in the afore-mentioned Cochrane review, few robust studies have compared topical metronidazole with another rosacea treatment and in three identified studies, topical metronidazole was either non-significantly different or less effective than azelaic acid.[8] While metronidazole has been used in the past as a reasonable treatment for the papulo-pustular lesions of rosacea, its efficacy is surpassed by that of ivermectin along with the advantage of once-daily dosing.

22

The relapse among subjects successfully treated at the end of the Period A was studied during the treatment free Period B (36 weeks). At the end of Period A, only subjects with an IGA of "0" or "1" (clear or almost clear) were eligible for entering Period B. Then, their study treatment was discontinued and the subjects were followed for up to 8 months (36 weeks). In case of reoccurrence of an IGA of at least "2" (mild) at any time during Period B, the subjects were retreated with the same treatment received during the Period A. The re-treatment was stopped as soon as the IGA was back to "0" or "1" (clear or almost clear). The maximum duration of re-treatment was 16 consecutive weeks to mimic the Period A treatment duration. In order to characterize the relapses, the following parameters were assessed: (1) time of first relapse (time elapsed between Week 16 and first reoccurrence of IGA at "2", "3" or "4" inducing a retreatment course), (2) relapse rate (percentage of subjects with reoccurrence of IGA at "2", "3" or "4" after a period free of study treatment) and (3) number of days free of treatment.

At the start of Period B, treatment groups were comparable with respect to the demographic. Of the total 757 subjects included in Period B (399 in Ivermectin 1% and 358 in Metronidazole 0.75% groups, respectively), 504 (66.6%) were female, 754 (99.6%) were Caucasian and the mean age was 51.9 years. In terms of disease characteristics, the means inflammatory lesion counts were similar in both groups (median 2.0). But, the proportion of subjects with an IGA of 0 was higher in Ivermectin group than in Metronidazole group (41.6% versus 29.1%) due to the higher efficacy of Ivermectin treatment from Period A.

TABLE 6

| End of Period A disease characteristics of subjects entering Period B | | Ivermectin | Metronidazole | TOTAL |
|---|---|---|---|---|
| Inflammatory lesion counts | N | 399 | 358 | 757 |
| | Mean | 2.58 | 2.96 | 2.76 |
| | SD | 3.20 | 3.42 | 3.31 |
| | Median | 2.00 | 2.00 | 2.00 |
| | Min~Max | 0~19 | 0~24 | 0~24 |
| | P25~P75 | 0~4 | 0~4 | 0~4 |
| Investigator Global Assessment | N | 399 | 358 | 757 |
| | 0 = Clear | 166 (41.6%) | 104 (29.1%) | 270 (35.7%) |
| | 1 = Almost Clear | 233 (58.4%) | 254 (70.9%) | 487 (64.3%) |
| Nodules | N | 399 | 358 | 757 |
| | 0 | 397 (99.5%) | 357 (99.7%) | 754 (99.6%) |
| | 1 | 2 (0.5%) | 1 (0.3%) | 3 (0.4%) |
| Papules | N | 399 | 358 | 757 |
| | Mean | 2.27 | 2.56 | 2.40 |
| | SD | 2.77 | 2.83 | 2.80 |
| | Median | 2.00 | 2.00 | 2.00 |
| | Min~Max | 0~16 | 0~17 | 0~17 |
| | P25~P75 | 0~4 | 0~4 | 0~4 |
| Pustules | N | 399 | 358 | 757 |
| | Mean | 0.32 | 0.40 | 0.36 |
| | SD | 0.91 | 1.20 | 1.06 |
| | Median | 0.00 | 0.00 | 0.00 |
| | Min~Max | 0~9 | 0~12 | 0~12 |
| | P25~P75 | 0~0 | 0~0 | 0~0 |

The time to first relapse, defined as time elapsed between Week 16 and first reoccurrence of IGA at "2", "3" or "4" was analyzed following 2 definitions: (1) the first one was based on IGA only; and (2) the second one took also into account any major deviations by imputing relapse the day of first major deviation. For each definition, a sensitivity analysis was performed by imputing relapse 4 weeks after discontinuation for all subjects who discontinued early from Period B

23

without relapse. Relapse rates followed the same convention analyses as the time to relapse.

The median times to first relapse were 115 days for ivermectin 1% QD and 85 days for Metronidazole 0.75% BID (p=0.0365), the relapse rates were 62.7% and 68.4% respectively (Table 7). See also FIG. 12. When conducting the sensitivity analysis by imputing relapse 4 weeks later to subjects who discontinued early without relapse, the medians were 114 days and 85 days (p=0.0594) and the relapse rates were 66.2% and 70.4%, respectively. Similar results were obtained when taking also into account the day of first major deviation.

TABLE 7

|  | IVM 1% | Metronidazole | p-value (1) |
|---|---|---|---|
| N | 399 | 358 | 0.0365 |
| Median and 95% Confidence Interval | 115.0 [113; 165] | 85.0 [85; 113] | — |
| Mean ± Standard Error | 147.0 ± 4.66 | 133.6 ± 5.13 | — |

Relapse is based on IGA only
(1) Logrank test

Number of days free of treatment was defined for each subject enrolled in period B as the time interval between a visit where IGA is assessed as 0 or 1 and the next visit. The number of treatment-free days is the summation over all visits of period B meeting this criterion. An additional analysis was also performed by subtracting from the days free of treatment any time interval between visits when the subject while being IGA 0 or 1 had a major protocol deviation.

Based on IGA score showed a mean days free of treatment of 183 days for ivermectin 1% QD versus 170 clays for metronidazole (p=0.026). When taking into account the protocol deviations the mean days free of treatment remained nearly the same 181 days versus 168 days (p=0.021) in favor of ivermectin 1% QD.

Ivermectin 1% cream QD treatment resulted in a statistically significant extended remission (i.e. delayed time to first relapse, and increase in the number of treatment free clays) of rosacea when compared to Metronidazole 0.75% BID in subjects who were successfully treated (IGA 0 (clear) or 1 (almost clear)) for 16 weeks. There was also a numerical trend in favor of Ivermectin 1% cream QD for the relapse rates (62.7% and 68.4% in the Ivermectin 1% group and Metronidazole 0.75% group, respectively). It should be noted that the differences observed in favor of Ivermectin 1% in Period B are presumably the consequence of the higher efficacy of Ivermectin compared to Metronidazole observed at the end of Period A, with a higher proportion of subjects with an IGA=0 in the Ivermectin group (41.6% and 29.1% in Ivermectin and Metronidazole, respectively).

The overall pharmacoeconomic benefit of Ivermectin 1% cream QD versus Metronidazole 0.75% cream BID over the one year duration of the study (Period A & B), is considerable when viewed as the sum of the following elements: benefit of Ivermectin over Metronidazole observed at the end of Period A (84.9% of success in Ivermectin group Vs. 75.4% in Metronidazole group), time to first relapse (115 Vs. 85 days), relapse rate (62.7% Vs. 68.4%) and number of days free of treatment (183.4 Vs. 170.4).

Example 5

Plasma Pharmacokinetic Study

A multi-center, open-label, single treatment study was conducted to assess the pharmacokinetic (PK) profile of ivermec-

24

tin 1% (w/w) cream in subjects with severe PPR. A maximized dose of about 2 mg/cm² (1 g of ivermectin 1% (w/w) cream, equivalent to 10 mg ivermectin per application) was applied to the face once daily for 4 weeks. The treatment was followed by a 28-Day follow-up period.

A total of seventeen subjects received at least one dose of treatment. All subjects provided PK parameters at some time points, but fifteen (9 females and 6 males) provided full PK profiles at Days 0, 14 and 28. These fifteen subjects had an inflammatory lesion count of 27 to 88 lesions and severe papulo-pustular rosacea (IGA score 4) at baseline (pretreatment).

Blood samples for determination of ivermectin levels in plasma were taken from all subjects before application on Days 0, 7, 14, 21 and 28 (pre-dose samples corresponding to $C_{min}$). Additional blood samples were taken on Days 0, 14 and 28 at 1, 3, 6, 9 and 12 hours after application. At, the end of the 28-Day treatment, blood samples were taken on Days 29, 30, 32, 35, 38, 42, 49 and 56 during the follow-up period. The plasma was isolated and frozen (−20° C.) pending analysis.

The pharmacokinetic analysis was performed. From the individual plasma concentrations, the pharmacokinetic parameters were determined by non-compartmental method Kinetica™ sofware, version 4.3, InnaPhase Corporation, Philadelphia, USA).

During the treatment period, the following parameters were measured:

(1) $C_{min}$: The pre dose plasma concentration of the drug at Days 0 (24 hours after D0, pre-dose of Day 1), 7, 14, 21 and 28;

(2) $C_{max}$: The observed peak drug concentration at Days 0, 14 and 28;

(3) $T_{max}$: The time at which $C_{max}$ occurs at Days 0, 14 and 28;

(4) $AUC_{0-24\ H}$ Area under the concentration-time curve from pre-application (T0) through 24 hours post dosing corresponding to the dosing interval. $AUC_{0-24\ H}$ was calculated by the mixed linear-logarithmic trapezoidal method at Day 0, 14 and 28. BLQ was imputed as zero in the individual PK profile.

During the follow up period, the following parameters were measured:

(1) AUC0-t: Area under the concentration-time curve calculated by the mixed linear-logarithmic trapezoidal method from T0 up to the sampling time corresponding to the last quantifiable concentration (Clast);

(2) Kel: The elimination rate constant value (kel) was obtained by linear regression of log-linear terminal phase of concentration-time profile using at least 3 data points, excluding Cmax, otherwise kel was not determined. The acceptability criteria for determination of kel was a coefficient of regression more or equal to 0.98. When kel was not determined, AUC0-inf and t½ were not reported;

(3) t½: The terminal half-life value (t½) was calculated using the equation ln2/kel;

(4) AUC0-inf: Area under the plasma concentration-time curve calculated by the mixed linear-logarithmic trapezoidal method from T0 and extrapolated to time infinity as: AUC0-inf=AUC0-t+Clast/kel.

When the extrapolation represented more than 20%, $AUC_{0-inf}$ and $t_{1/2}$ were reported. Mean values, standard deviation (SD), lowest individual value (Min), maximal individual value (Max) and coefficient of variation (CV) were calculated and reported on each variables (Arithmetic mean for AUC, $C_{max}$, $T_{max}$ and harmonic mean for $t_{1/2}$). Conversely to the protocol, the standard error of mean (SEM) were not calcu-

US 9,233,117 B2

25 26

lated and not reported. In addition a statistical analysis was performed on ivermectin specific parameters (including the accumulation ratios).

A total of seventeen subjects received at least one dose of treatment. All subjects provided PK parameters at some time points, but fifteen (9 females and 6 males) provided full PK profiles at Days 0, 14 and 28. The PK parameters from all the subjects are presented in this report (17 subjects at Days 0/1 and 15 subjects in the subsequent days).

No unacceptable deviations were observed between the actual and theoretical sampling times (according to pre-defined acceptable range). Consequently, the theoretical sampling times were used for PK analysis. Individual ivermectin plasma concentrations determined during the treatment period are summarized in Table 8.

After the very latest topical application of ivermectin (Day 28), the apparent terminal half-life determined from 14 enrolled subjects was 145 hours (range 92-238 hours), the last quantifiable concentration being observed approximately 24 days after application. In addition the total systemic exposure at Day 28 ($AUC_{0-inf}$) was 312±173 ng·h/mL. This prolonged apparent half-life indicates that ivermectin was slowly cleared from plasma after the ivermectin treatment was stopped.

After a 28-Day once daily topical application of ivermectin cream 1%, the systemic exposure of ivermectin over the dosing interval calculated at Day 14 ($AUC_{0-24\ H}$: 36.14±15.56 ng·h/mL, range 13.69-75.16 ng·h/mL) and at Day 28 ($AUC_{0-24\ H}$: 35.43±14.42 ng·h/mL, range: 12.89-70.08 ng·h/mL) were similar, indicating that the steady state was reached

TABLE 8

| | pharmacokinetics parameters at various treatment period: Mean ± SD (N = 15) | | | | |
|---|---|---|---|---|---|
| Parameters | Day0[a] | Day7[b] | Day 14 | Day 21 | Day 28 |
| Pre-dose/$C_{min}$ (ng/mL): | | | | | |
| mean ± SD | 0.37 ± 0.21[a] | 1.17 ± 0.88 | 1.26 ± 0.53[c] | 1.36 ± 0.66[c] | 1.36 ± 0.63 |
| Min-Max | [0.17-0.86] | [0.56-3.26] | [0.58-2.34] | [0.66-3.25] | [0.53-3.00] |
| $C_{max}$ (ng/mL): | | | | | |
| mean ± SD | 0.69 ± 0.49 | | 2.10 ± 1.04 | | 1.74 ± 0.77 |
| Min-Max | [0.19-1.76] | | [0.69-4.02] | | [0.58-3.36] |
| $T_{max}$ (h): | | | | | |
| mean ± SD | 9 ± 6 | | 10 ± 8 | | 11 ± 4 |
| Min-Max | [1-24] | | [0-24] | | [3-24] |
| $AUC_{0-24\ H}$ (ng·h/mL): | | | | | |
| mean ± SD | 9.29 ± 5.40 | | 36.14 ± 15.56 | | 35.43 ± 14.42 |
| Min-Max | [3.16-21.28] | | [13.69-75.16] | | [12.89-70.08] |

[a]N = 17,
[b]N = 13,
[c]N = 1

The arithmetic mean ivermectin plasma profiles over the 28-Day treatment application are exhibited in FIG. 13. The mean±SD and the range (Min-Max) values of $C_{min}$, $C_{max}$, and $AUC_{0-24\ H}$ on all sampling days are given up in Table 8.

After one single topical application of ivermectin cream 1%, quantifiable ivermectin levels were found in the plasma of the 17 subjects assigned to treatment. A high inter-individual variability was observed as evidenced by the coefficient of variation (CV) ranging from 57 to 71%. After a single topical application (Day 0) a flat PK profile was observed over the dosing interval, plasma concentrations of ivermectin peaked within 9 hours post dose (0.69 ng/mL range: 0.19-1.76 ng/mL) and then slowly decreased thereafter up to 0.37 ng/mL, 24 hours post dose.

After a 28-day of once daily topical application of ivermectin cream 1%, the systemic exposures are higher than the ones calculated after one single application. A lower inter-individual variability was observed after repeated dosing, with CV ranging from 39% to 46%.

The systemic exposures over the dosing interval calculated at Day 14 ($AUC_{0-24\ H}$: 36.14±15.56 ng·h/mL) and at Day 28 ($AUC_{0-24\ H}$: 35.43±14.42 ng·h/mL) were similar, indicating that the steady state was reached as early as 14 days after the initial administration. The same tendency was observed with the pre-dose plasma concentrations. The mean (±SD) pre-dose concentrations of ivermectin were 1.26±0.53 ng/mL, 1.36±0.66 ng/mL and 1.36±0.63 ng/mL at Day 14, Day 21 and Day 28, respectively.

by Day 14. At steady state (after 2 weeks of treatment), the highest mean (±standard deviation) plasma concentrations of ivermectin peaked within 10±8 hours post-dose dose (Cmax: 2.10±1.04 ng/mL range: 0.69-4.02 ng/mL) and the highest mean (±standard deviation) AUC 0-24 hr was 36.14±15.56 ng·h/mL (range: 13.69-75.16 ng·hr/mL). These levels obtained under steady-state conditions are lower than those observed following oral administration of ivermectin (relative bioavailability of 16%). Additional systemic exposure assessment in a longer treatment duration (Phase 3 study) evidenced that there was no plasma accumulation of ivermectin over a 52-week treatment period, indicating that ivermectin is safe and can be administered for a long period of time.

At the end of the 28-Day application period, ivermectin was slowly cleared from the plasma with an apparent plasma terminal half-life of 145 hours, the last quantifiable concentration being observed approximately 24 days after application. This terminal half-life is more prolonged than the one published for an oral administration of ivermectin. The $t_{1/2}$ for ivermectin orally administered is typically around 18 hours, ranging from about 12 to 20 hours (Fink et at Guzzo et al). This prolonged terminal half-life after topical administration suggest that the rate limiting step in plasma ivermectin concentration decrease is the ivermectin disappearance from the administration site rather than the elimination rate. The term of flip-flop is used to describe this phenomenon (Toutain et al, 2004, supra).

US 9,233,117 B2

27

In conclusion, the once daily topical treatment with 1% ivermectin is safe and can be conducted for as long as it is needed without causing any safety concerns.

## REFERENCES

1. Gupta A K, Chaudhry M M. Rosacea and its management: an overview. *J Eur Acad Dermatol Venereol* 2005; 19(3): 273-85.
2. National Rosacea Society. Rosacea Now Estimated to Affect at Least 16 Million Americans. Rosacea Review, winter 2010 issue. Retrieved Dec. 10, 2013 from http://www.rosacea.org/rr/2010/winter/article_1.php
3. Wilkin J, Dahl M, Detmar M, et al. Standard classification of rosacea: Report of the National Rosacea Society Expert Committee on the classification and staging of rosacea. *J Am Acad Dermatol* 2002; 46: 584-587.
4. Balkrishnan R, McMichael A J, Hu J Y, Camacho F T, Shew K R, Bouloc A, et al. Correlates of health-related quality of life in women with severe facial blemishes. *Int J Dermatol* 2006; 45(2):111-5.
5. Del Rosso J Q, Gallo R L, Tanghetti E, Webster G, Thiboutot D. An evaluation of potential correlations between pathophysiologic mechanisms, clinical manifestations, and management of rosacea. *Cutis* 2013; 91(3 Suppl):1-8.
6. Holmes A D. Potential role of microorganisms in the pathogenesis of rosacea. *J Am Acad Dermatol* 2013; 69(6): 1025-32.
7. Pelle M T, Crawford G H, James W D. Rosacea: II. Therapy. *J Am Acad Dermatol* 2004; 51(4):499-514.
8. van Zuuren E J, Kramer S F, Carter B R, Graber M A, Fedorowicz Z. Effective and evidence-based management strategies for rosacea: summary of a Cochrane systematic review. *Br J Dermatol* 2011; 165(4):760-81.
9. Elewski B E Results of a national rosacea patient survey: common issues that concern rosacea sufferers. *J Drugs Dermatol* 2009; 8(2):120-3.
10. Ci X, Li H, Yu Q, Zhang X, Yu L, Chen N, et al. Avermectin exerts anti-inflammatory effect by downregulating the nuclear transcription factor kappa-B and mitogen-activated protein kinase activation pathway. *Fundam Clin Pharmacol* 2009; 23(4):449-55.
11. Yanagihara K, Kadoto J, Kohno S. Diffuse panbronchiolitis-pathophysiology and treatment mechanisms. *Int J Antimicroh Agents* 2001; 18 Suppl 1:S83-7.
12. Ianaro A, Ialenti A, Maffia P, Sautebin L, Rombolà L, Carnuccio R, et al. Anti-inflammatory activity of macrolide antibiotics. *J Pharmacol Exp Ther* 2000; 292(1): 156-63.
13. Campbell W C. History of avermectin and ivermectin, with notes on the history of other macrocyclic lactone antiparasitic agents. *Curr Pharm Biotechnol* 2012; 13(6): 853-65.
14. Forstinger C, Kittler H, Binder M. Treatment of rosacea-like demodicidosis with oral ivermectin and topical permethrin cream. *J Am Acad Dermatol* 1999; 41: 775-7.
15. Trendelenburg M, Büchner S, Passweg J, Rätz Bravo A R, Gratwohl A. Disseminated scabies evolving in a patient undergoing induction chemotherapy for acute myeloblastic leukaemia. Ann Hematol 2001; 80(2):116-8.
16. Pariser D M, Meinking T L, Bell M, Ryan W G. Topical 0.5% ivermectin lotion for treatment of head lice. *N Engl J Med* 2012; 367(18):1687-93.
17. Finlay A Y, Khan G K. Dermatology Life Quality Index (DLQI)—a simple practical measure for routine clinical use. Clin Exp Dermatol 1994; 19(3): 210-6.
18. Nicholson K, Abramova L, Chren M M, Yeung J, Chon S Y, Chen S C. A pilot quality-of-life instrument for acne rosacea. J Am Acad Dermatol 2007; 57(2):213-21.
19. Zhang X, Song Y, Ci X et al. Ivermectin inhibits LPS-induced production of inflammatory cytokines and improves LPS-induced survival in mice. Inflamm Res 2008; 57:524-9.
20. Gerber P A, Buhren B A, Steinhoff M, Homey B. Rosacea: The cytokine and chemokine network. J Investig Dermatol Symp Proc 2011; 15(1):40-7.
21. Wolstenholme A J, Rogers A T. Glutamate-gated chloride channels and the mode of action of the avermectin/milbemycin anthelmintics. Parasitology 2005; 131 Suppl:S85-95.
22. Damian D. *Demodex* infestation in a child with leukemia: treatment with ivermectin and permethrin. Int J Dermatol 2003; 42:724-6.
23. Filho P A, Hazarbassanov R M, Grisolia A B et al. The efficacy of oral ivermectin for the treatment of chronic blepharitis in patients tested positive for *Demodex* spp. Br J Ophthalmol 2011; 95: 893-5.
24. Powell F C. Rosacea and the pilosebaceous follicle. Cutis 2004; 74 (3 Suppl): 9-12.
25. Marks R. The enigma of rosacea. J Dermatol Treat 2007; 18:326-8.
26. Forton F M N. Papulopustular rosacea, skin immunity and *Demodex*: *pityriasis folliculorum* as a missing link. 0.1 Eur Acad Dermatol Venereol 2012; 26:19-28.
27. Reinholz M, Ruzicka T, Schauber J. Cathelicidin L L-37: An antimicrobial peptide with a role in inflammatory skin disease. Ann Dermatol 2012; 24(2):126-135.
28. Millikan L. Rosacea as a n inflammatory disorder: a unifying theory? Cutis 2004; 73(suppl 1): 5-8.

It will be appreciated by those skilled in the art that changes could be made to the embodiments described above without departing from the broad inventive concept thereof. It is understood, therefore, that this invention is not limited to the particular embodiments disclosed, but it is intended to cover modifications within the spirit and scope of the present invention as defined by the appended claims.

We claim:

**1.** A method of treating inflammatory lesions of rosacea in a subject in need thereof, comprising topically administering, once daily, to a skin area affected by the inflammatory lesions of rosacea a pharmaceutical composition comprising 1% by weight ivermectin and a pharmaceutically acceptable carrier, wherein as early as 2 weeks after the initial administration of the pharmaceutical composition, a significant reduction in inflammatory lesion count is observed.

**2.** The method of claim **1**, wherein the treatment results in more reduction in inflammatory lesion count in the subject in comparison to that achieved by topically administering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

**3.** The method of claim **1**, wherein the treatment results in longer relapse-free time of the inflammatory lesions of rosacea in the subject in comparison to that achieved by twice daily topically administering to the subject a second pharmaceutical composition comprising 0.75% by weight metronidazole.

**4.** The method of claim **1**, wherein the treatment has a median time to first relapse of 110 days or longer.

**5.** The method of claim **1**, wherein the subject has moderate to severe papulopustular rosacea before the treatment.

**6.** The method of claim **5**, wherein the subject has 15 or more of the inflammatory lesions before the treatment.

US 9,233,117 B2

29                                                                  30

**7**. The method of claim **1**, wherein a steady state of plasma concentration of ivermectin is reached in the subject as early as 2 weeks after the initial administration of the pharmaceutical composition to the subject, wherein the steady state has a $C_{max}$ of ivermectin of 0.5-10 ng/mL, and an $AUC_{0-24 \; hr}$ of 10-100 ng·hr/mL in the subject.

**8**. The method of claim **1**, wherein the pharmaceutical composition further comprises one or more ingredients selected from the group consisting of: an oily phase comprising dimethicone, cyclomethicone, isopropyl palmitate and/or isopropyl myristate, the oily phase further comprising fatty substances selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmitostearic acid, stearic acid and self-emulsifiable wax; at least one surfactant-emulsifier selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Steareth-20, Steareth-2, Steareth-21 and Ceteareth-20; a mixture of solvents and/or propenetrating agents selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate; one or more gelling agents selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches; and water.

**9**. The method of claim **1**, wherein the topical administration of the pharmaceutical composition to the subject results in a mean terminal half-life of ivermectin of about 145 hours in the subject.

**10**. A method of treating inflammatory lesions of rosacea in a subject in need thereof, comprising topically administering, once daily, to a skin area affected by the inflammatory lesions a pharmaceutical composition comprising 1% by weight ivermectin and a pharmaceutically acceptable carrier, wherein as early as 2 weeks after the initial administration of the pharmaceutical composition to the subject, a significant reduction in inflammatory lesion count is observed and a steady state of plasma concentration of ivermectin is reached in the subject, and the steady state has a mean $C_{max}$ of ivermectin of 2.10±1.04 ng/mL with a range of 0.69-4.02 ng/mL, and a mean $AUC_{0-24 \; hr}$ of 36.14±15.56 ng·hr/mL with a range of 13.69-75.16 ng·hr/mL.

**11**. The method of claim **10**, wherein the treatment results in more reduction in inflammatory lesion count in the subject in comparison to that achieved by topically administering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

**12**. The method of claim **10**, wherein the treatment results in longer relapse-free time of the inflammatory lesions of rosacea in the subject in comparison to that achieved by twice daily topically administering to the subject a second pharmaceutical composition comprising 0.75% by weight metronidazole.

**13**. The method of claim **10**, wherein the treatment has a median time to first relapse of 110 days or longer.

**14**. The method of claim **10**, wherein the subject has moderate to severe papulopustular rosacea before the treatment.

**15**. The method of claim **14**, wherein the subject has 15 or more of the inflammatory lesions before the treatment.

**16**. The method of claim **10**, wherein the pharmaceutical composition further comprises one or more ingredients selected from the group consisting of: an oily phase comprising dimethicone, cyclomethicone, isopropyl palmitate and/or isopropyl myristate, the oily phase further comprising fatty substances selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmitostearic acid, stearic acid and self-emulsifiable wax; at least one surfactant-emulsifier selected from the group consisting of glyceryl/PEG 100 stearate, sorbitan monostearate, sorbitan palmitate, Steareth-20, Steareth-2, Steareth-21 and Ceteareth-20; a mixture of solvents and/or propenetrating agents selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate; one or more gelling agents selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches; and water.

**17**. The method of claim **10**, wherein the pharmaceutical composition further comprises carbomer copolymer type B; cetyl alcohol; citric acid monohydrate; dimethicone 20 Cst; edetate disodium; glycerin; isopropyl palmitate; methyl paraben; oleyl alcohol; phenoxyethanol; polyoxyl 20 cetostearyl ether; propylene glycol; propyl paraben; purified water; sodium hydroxide; sorbitan monostearate and stearyl alcohol.

**18**. The method of claim **10**, wherein the topical administration of the pharmaceutical composition to the subject results in a mean terminal half-life of ivermectin of about 145 hours in the subject.

**19**. The method of claim **10**, wherein the treatment results in about 27% or more median reduction of the inflammatory lesion counts.

\*   \*   \*   \*   \*

# EXHIBIT E



US009233118B2

(12) **United States Patent**
    Jacovella et al.

(10) **Patent No.:**     **US 9,233,118 B2**
(45) **Date of Patent:**        *Jan. 12, 2016**

(54) **TREATMENT OF PAPULOPUSTULAR ROSACEA WITH IVERMECTIN**

(71) Applicant: **Galderma S.A.**, Cham (CH)

(72) Inventors: **Jean Jacovella**, Antibes (FR); **Jean-Paul Chappuis**, Valbonne (FR); **Alexandre Kaoukhov**, Newport Beach, CA (US); **Michael Graeber**, Lawrenceville, NJ (US); **Michel Poncet**, Mougins (FR); **Philippe Briantais**, Antibes (FR); **Laurence Salin**, La Roquette sur Siagne (FR)

(73) Assignee: **Galderma S.A.**, Cham (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/209,958**

(22) Filed: **Mar. 13, 2014**

(65) **Prior Publication Data**

US 2015/0011490 A1     Jan. 8, 2015

**Related U.S. Application Data**

(60) Provisional application No. 61/927,717, filed on Jan. 15, 2014, provisional application No. 61/919,208, filed on Dec. 20, 2013, provisional application No. 61/843,540, filed on Jul. 8, 2013.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *A61K 31/70* | (2006.01) | |
| *A61K 31/7048* | (2006.01) | |
| *A61K 31/4174* | (2006.01) | |
| *A61K 9/00* | (2006.01) | |
| *A61K 31/4164* | (2006.01) | |
| *A61K 47/10* | (2006.01) | |
| *A61K 47/14* | (2006.01) | |
| *A61K 9/06* | (2006.01) | |

(52) **U.S. Cl.**
CPC .......... *A61K 31/7048* (2013.01); *A61K 9/0014* (2013.01); *A61K 9/06* (2013.01); *A61K 31/4164* (2013.01); *A61K 31/4174* (2013.01); *A61K 47/10* (2013.01); *A61K 47/14* (2013.01)

(58) **Field of Classification Search**
CPC ................................................. A61K 31/7048
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,332,577 | A | 7/1994 | Gertner et al. |
| 5,952,372 | A | 9/1999 | McDaniel |
| 6,133,310 | A | 10/2000 | Parks |
| 6,319,945 | B1 | 11/2001 | Parks |
| 6,399,651 | B1 | 6/2002 | Parks |
| 6,399,652 | B1 | 6/2002 | Parks |
| 6,433,006 | B2 | 8/2002 | Parks |

| | | | |
|---|---|---|---|
| 6,458,342 | B1 | 10/2002 | Heidenfelder et al. |
| 7,550,440 | B2 | 6/2009 | Manetta et al. |
| 8,080,530 | B2 | 12/2011 | Manetta et al. |
| 8,093,219 | B2 | 1/2012 | Manetta et al. |
| 8,415,311 | B2 | 4/2013 | Manetta et al. |
| 8,470,788 | B2 | 6/2013 | Manetta et al. |
| 2002/0035670 | A1 | 3/2002 | Parks |
| 2002/0061855 | A1 | 5/2002 | Parks |
| 2007/0116731 | A1 | 5/2007 | Astruc et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| FR | 2867684 | A1 | 9/2005 |
| WO | 0128555 | A1 | 4/2001 |
| WO | 03032976 | A1 | 4/2003 |
| WO | 03032977 | A1 | 4/2003 |
| WO | 03066009 | A1 | 8/2003 |
| WO | 03075656 | A2 | 9/2003 |
| WO | 2004093886 | A1 | 11/2004 |
| WO | 2005058312 | A1 | 6/2005 |
| WO | 2006097628 | A1 | 9/2006 |
| WO | 2006131651 | A2 | 12/2006 |
| WO | 2006131652 | A1 | 12/2006 |
| WO | 2006131653 | A1 | 12/2006 |
| WO | 2007071876 | A1 | 6/2007 |
| WO | 2007119028 | A2 | 10/2007 |
| WO | 2008043973 | A1 | 4/2008 |
| WO | 2008043974 | A2 | 4/2008 |
| WO | 2010072958 | A2 | 7/2010 |
| WO | 2010086725 | A1 | 8/2010 |
| WO | 2010092312 | A1 | 8/2010 |
| WO | 2014049298 | A1 | 4/2014 |

OTHER PUBLICATIONS

Holmes, "Potential role of microorganisms in the pathogenesis of rosacea," J Am Acad Dermatol, vol. 69, No. 6, pp. 1025-1032 (2013).
Ianaro et al, "Anti-inflammatory activity of macrolide antibiotics," J Pharmacol Exp Ther, vol. 292, No. 1, pp. 156-163 (2000).
Campbell, "History of avermectin and ivermectin, with notes on the history of other macrocyclic lactone antiparasitic agents," Curr Pharm Biotechnol, vol. 13, No. 6, pp. 853-865 (2012).
Forstinger et al, "Treatment of rosacea-like demodicidosis with oral ivermectin and topical permethrin cream," J Am Acad Dermatol, vol. 41, pp. 775-777 (1999).
Pariser et al, "Topical 0.5% ivermectin lotion for treatment of head lice," N Engl J Med, vol. 367, No. 18, pp. 1687-1693 (2012).
Zhang et al, "Ivermectin inhibits LPS-induced production of inflammatory cytokines and improves LPS-induced survival in mice," Inflamm Res, vol. 57, pp. 524-529 (2008).
Van Zuuren et al, "Effective and evidence-based management strategies for rosacea: summary of a Cochrane systematic review," Br J Dermatol, vol. 165, No. 4, pp. 760-781 (2011).

(Continued)

*Primary Examiner* — Elli Peselev

(74) *Attorney, Agent, or Firm* — Panitch Schwarze Belisario & Nadel LLP

(57) **ABSTRACT**

Methods and compositions for safe and effective treatment of papulopustular rosacea in a subject are described. The methods involve topically applying to an affected skin area a topical composition containing ivermectin and a pharmaceutically acceptable carrier. Treatment with ivermectin represents an innovative therapy that is more robust and effective than the conventional treatments.

**11 Claims, 11 Drawing Sheets**

## US 9,233,118 B2

Page 2

(56)          **References Cited**

OTHER PUBLICATIONS

Elewski, "Results of a national rosacea patient survey: common issues that concern rosacea sufferers," J Drugs Dermatol, vol. 8, No. 2, pp. 120-123 (2009).

Guzzo et al, "Safety, Tolerability, and Pharmacokinetics of Escalating High Doses of Ivermectin in Healthy Adult Subjects," J. Clin. Pharmacol., vol. 42, pp. 1122-1133 (2002).

Fink et al, "Pharmacokinetics of Ivermectin in Animals and Humans," Ivermectin and Abamectin, Ed. Campbell, Springer-Verlag New York Inc., pp. 113-129 (1989).

Toutain et al, "Plasma terminal half-life," J. Vet. Pharmacol. Therap., vol. 27, pp. 427-439 (2004).

Dahl et al, "Once-daily topical metronidazole cream formulations in the treatment of the papules and pustules of rosacea," J Am. Acad. Dermatol., pp. 723-730 (Nov. 2001).

Thiboutot et al, "Efficacy and safety of azelaic acid (15%) gel as a new treatment for papulopustular rosacea: Results from two vehicle-controlled, randomized phase III studies," J Am Acad Dermatol, vol. 48, No. 6, pp. 836-845 (Jun. 2003).

Canga et al, "The pharmacokinetics and metabolism of ivermectin in domestic animcal species," The Veterinary Journal, vol. 179, No. 1, pp. 25-37 (2009).

Canga et al, "The Pharmacokinetics and Interactions of Ivermectin in Humans—A Mini-review," The AAPS Journal, vol. 10, No. 1, pp. 42-46 (Mar. 2008).

Taib et al. "Superiority of ivermectin 1% cream over metronidazole 0.75% cream in treating inflammatory lesions of rosacea: a randomized, investigator-blinded trial." Br J Dermatol. Sep. 16, 2014.

Allen et al. "Recalcitrant papulopustular rosacea in an immunocompetent patient responding to combination therapy with oral ivermectin and topical permethrin." Cutis. Aug. 2007;80(2):149-51.

Salem et al. "Evaluation of the efficacy of oral ivermectin in comparison with ivermectin-metronidazole combined therapy in the treatment of ocular and skin lesions of Demodex folliculorum" International Journal of Infectious Diseases (2013) 17(5), e343-e347.

International Search Report for corresponding PCT/US14/045717 dated Sep. 24, 2014.

International Search Report for corresponding PCT/2014/45739 dated Sep. 24, 2014.

Millikan, The Proposed Inflammatory Pathophysiology of Rosacea: Implications for Treatment; Skinmed. 2003;2(1).

Rebora, "The Management of Rosacea", Am. J. Clin. Dermatol., vol. 3, No. 7, pp. 489-496 (2002).

Gold et al, "Efficacy and safety of ivermectin 1% cream in treatment of papulopustular rosacea: results of two randomized, double-blind, vehicle-controlled pivotal studies," Journal of Drugs in Dermatology, vol. 13, No. 3, pp. 346-323 (Mar. 2014).

Forton "Papulopustular Rosacea, Skin Immunity and Demodex: Pityriasis Folliculorum as a Missing Link"; Journal of to European Academy of Dermatology and Venereology (2012), 26, 19-28.

Finacea (azelaic acid) gel, 15%, label (Jul. 2010).

Loo et al, "Ivermectin cream in rosacea: comparison with metronidazole gel," British Journal of Dermatology, vol. 151, Supp. 68, p. 61 (2004).

Stankiewicz et al, "Influence of ivermectin on cellular and humoral immune responses of lambs," Veterinary Immunology and Immunopathy, vol. 44, pp. 347-358 (1995).

Figure 1



Figure 2



Figure 3



**Figure 4A**

** p<.001



**Figure 4B**



Figure 4C



Figure 5A



Figure 5B



**Figure 5C**

* p<.01, ** p<.001



**Figure 5D**

* p<.01, ** p<.001



Figure 6A



Figure 6B



**Figure 7**



IGA= 4; IL= 63                    IGA= 1; IL= 2

Figure 8



Figure 9

* *p*<.05, ** *p*<.001



Figure 10

*p<.05, ** p<.001



Figure 11



Figure 12



1

# TREATMENT OF PAPULOPUSTULAR ROSACEA WITH IVERMECTIN

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is entitled to priority pursuant to 35 U.S.C. §119(e) to U.S. Provisional Patent Application No. 61/843,540, filed Jul. 8, 2013, U.S. Provisional Patent Application No. 61/919,208 filed Dec. 20, 2013, and U.S. Provisional Patent Application No. 61/927,717, filed Jan. 15, 2014, the disclosure of each of which is hereby incorporated by reference herein in its entirety.

## BACKGROUND OF THE INVENTION

Papulopustular rosacea (PPR) is a chronic inflammatory disorder characterized by facial papules, pustules, and persistent erythema.[1] It is highly prevalent and associated with adverse impact on quality of life and depression.[2] The etiology of rosacea is multifactorial. In addition to neurovascular dysregulation, the facial skin of patients with rosacea is affected by augmented proinflammatory immune responses.[3] The principal active cathelicidin peptide (LL-37) is highly concentrated in skin affected by rosacea and can contribute to acute inflammation.[4] Moreover, PPR is characterized by the presence of inflammatory infiltrates that accompany flares, along with a heightened immune response involving neutrophilic infiltration and increased gene expression of IL-8.[5] In addition to exogenous factors (including UV light, heat and alcohol), it may be triggered by *Demodex folliculorum* mites.[3] Some studies of PPR observed higher mite densities compared to controls.[6-7] Therefore, a multitude of factors can activate neurovascular and/or immune responses, and consequential inflammation leading to flares of rosacea.[3]

Inflammatory lesions of rosacea, particularly moderate to severe PPR, are difficult to treat. Only a few therapeutic alternatives currently exist in the treatment of inflammatory lesions of rosacea. In the United States, only three FDA-approved treatments are indicated for the reduction of inflammatory lesions of rosacea, including two topical treatments. A recent Cochrane review noted some evidence supporting the effectiveness of topical metronidazole and azelaic acid in the treatment of moderate to severe rosacea,[8] yet it is clear that not all patients respond to these medications. In a national survey of current rosacea medication users, 46% of patients had previously changed medications, usually due to a lack of improvement.[9]

Ivermectin is an anti-parasitic drug derivative from the macrocyclic lactones family approved for human use for treatment and chemoprophylaxis of onchocerciasis and strongyloidiasis since 1996 in the USA and since 1988 in France. In addition, it has been approved in France for the treatment of human scabies. Oral ivermectin in human and animal demodicidosis was effective in reducing *Demodex folliculorum* and improving demodicidosis. Moreover, when administered orally, ivermectin combined with a subsequent weekly application of topical permethrin showed treatment efficacy in a patient presenting chronic rosacea-like demodicidosis (14).

U.S. Pat. No. 5,952,372 discloses a method of treating rosacea in humans involving orally or topically administering ivermectin. However, according to U.S. Pat. No. 5,952,372, because of the skin barrier effect, topical treatment with ivermectin would be anticipated to require once- or twice-daily applications for as long as four weeks to achieve sufficient follicle penetration and effective miticidal activity. It further

2

describes that after ivermectin carries out its miticidal activity on skin *Demodex folliculorum* organisms, inflammatory responses to them begin to diminish but remnants of the dead mites still elicit some flushing and lesion formation until the cleanup processes of the body remove them, a process that requires six to eight weeks. It suggests to employ conventional anti-rosacea medications, such as oral tetracycline and topical metronidazole, to suppress early flareups and to give early clinical response during the initial phase of ivermectin administration. U.S. Pat. No. 5,952,372 contains no specific disclosure on topical treatment of PPR.

U.S. Pat. No. 6,133,310 and U.S. Pat. No. 8,415,311 also disclose a method of treating acne rosacea by topical application of ivermectin. However, they contain no specific disclosure on treating inflammatory lesions of rosacea or PPR.

Accordingly, treatments demonstrated to have a greater efficacy in treating PPR, particularly moderate to severe PPR, than the currently available compositions, such as metronidazole compositions, are still needed to provide greater, longer lasting, or more rapid relief to those in need of the treatment. There is a need for improved effective treatment of PPR, particularly moderate to severe PPR. Such need is met by the present invention.

## BRIEF SUMMARY OF THE INVENTION

It is now demonstrated that topical administration of ivermectin provided more rapid relief of papulopustular rosacea as well as longer period of time that is free of relapse as compared to the currently available treatments, such as the topical treatment with 0.75% by weight of metronidazole.

In one general aspect, embodiments of the present invention relate to a method of treating papulopustular rosacea in a subject in need thereof, comprising topically administering to a skin area affected by the papulopustular rosacea a therapeutically effective amount of a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier.

Another general aspect of the present invention relates to a method of treating inflammatory lesions of papulopustular rosacea in a subject in need thereof, comprising topically administering to a skin area affected by the inflammatory lesions of papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier. In a preferred embodiment of the present invention, the pharmaceutical composition comprises about 0.5% to 1.5% by weight ivermectin.

In another preferred embodiment of the present invention, the subject has moderate to severe papulopustular rosacea before the treatment.

In yet another preferred embodiment of the present invention, the subject has at least 10, preferably at least 12 and more preferably at least 15, inflammatory lesions of papulopustular rosacea, before the treatment.

According to embodiments of the present invention, once daily topical treatment with ivermectin is significantly superior than twice-daily topical treatment with metronidazole in treating papulopustular rosacea.

Other aspects, features and advantages of the invention will be apparent from the following disclosure, including the detailed description of the invention and its preferred embodiments and the appended claims.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

The foregoing summary, as well as the following detailed description of the invention, will be better understood when

US 9,233,118 B2

3

read in conjunction with the appended drawings. For the purpose of illustrating the invention, there are shown in the drawings embodiments which are presently preferred. It should be understood, however, that the invention is not limited to the precise embodiments shown in the drawings.

FIG. 1 shows the median percentage change from baseline in lesion counts (ITT-LOCF population) in a dose range study, after various topical treatments;

FIG. 2 illustrates subjects' response to the statement "the product improves my rosacea" after various topical treatments (ITT Observed);

FIG. 3 shows subject disposition in 2 clinical studies on the safety and efficacy of ivermectin topical treatment;

FIG. 4 illustrates proportions of subjects achieving IGA success ("clear" or "almost clear"): (A) at week 12 in studies 1 and 2; (B) at weeks 2, 4, 8 and 12 in study 1; and (C)) at weeks 2, 4, 8 and 12 in study 2, wherein SOOLANTRA is a 1% ivermectin cream;

FIG. 5 shows the change from baseline in inflammatory lesion counts (ITT-LOCF): (A) mean absolute change (±standard error) in study 1; (B) mean absolute change (±standard error) in study 2; (C) median percent change in study 1; and (D) median percent change in study 2, wherein SOOL-ANTRA is a 1% ivermectin cream;

FIG. 6 show subjects' rating of rosacea improvement in (A) Study 1 and (B) Study 2 at week 12;

FIG. 7 are photographs of a patient at Baseline and Week 12 (standard light);

FIG. 8 shows subject disposition in a clinical study comparing the topical treatments with ivermectin and metronidazole;

FIG. 9 illustrates the mean percent change from baseline in inflammatory lesion counts (ITT-LOCF) after the topical treatments with ivermectin and metronidazole, *p<0.05, **p<0.001;

FIG. 10 shows the success rate based on IGA of "clear" or "almost clear" after the topical treatments with ivermectin and metronidazole, * p<0.05, ** p<0.001;

FIG. 11 shows subjects' rating of rosacea improvement after the topical treatments with ivermectin and metronidazole; and

FIG. 12 shows time to first relapse defined as first reoccurrence of IGA≥2 after the successful treatments with ivermectin and metronidazole.

DETAILED DESCRIPTION OF THE INVENTION

Various publications, articles and patents are cited or described in the background and throughout the specification; each of these references is herein incorporated by reference in its entirety. Discussion of documents, acts, materials, devices, articles, or the like which have been included in the present specification is for the purpose of providing context for the present invention. Such discussion is not an admission that any or all of these matters form part of the prior art with respect to any inventions disclosed or claimed.

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood to one of ordinary skill in the art to which this invention pertains. Otherwise, certain terms used herein have the meanings as set forth in the specification. All patents, published patent applications and publications cited herein are incorporated by reference as if set forth fully herein. It must be noted that as used herein and in the appended claims, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise.

4

Ivermectin is a member of the avermectin class, which has been shown in immunopharmacological studies to exert anti-inflammatory effects by inhibiting lipopolysaccharide-induced production of inflammatory cytokines, such as tumor necrosis factor alpha and interleukin (IL)-1b, while upregulating the anti-inflammatory cytokine IL-10[•]. It is a semi-synthetic derivative isolated from the fermentation of *Streptomyces avermitilis*, that belongs to the avermectin family of macrocyclic lactones. Ivermectin is a mixture containing 5-O-demethyl-22,23-dihydroavermectin Ala plus 5-O-demethyl-25-de(1-methylpropyl)-25-(1-methylethyl)-22,23-dihydroavermectin Ala, generally referred to as 22,23-dihydroavermectin B1a and B1b or H2B1a and H2B1b, respectively. The respective empirical formulas of H2B1a and H2B1b are $C_{48}H_{74}O_{14}$ and $C_{47}H_{72}O_{14}$ with molecular weights of 875.10 and 861.07 respectively.

Ivermectin is a macrocyclic lactone derivative, its therapeutic effect is thought to be prominently due to its anti-inflammatory properties, similar to that of other macrolides.[11-12] Avermectin has been reported to exert anti-inflammatory effects by inhibiting lipopolysaccharide-induced production of inflammatory cytokines. In addition to its anti-inflammatory mode of action, ivermectin possesses antiparasitic properties. Its predecessor, avermectin, is an antiparasitic agent of agricultural importance first isolated in 1974.[13] Several studies support ivermectin's role in the effective oral treatment of cutaneous demodicidosis (in combination with topical permethrin cream) and scabies, as well as topical treatment of head lice.[14-16] Ivermectin causes death of parasites, primarily through binding selectively and with high affinity to glutamate-gated chloride channels, which occur in invertebrate nerve and muscle cells. This leads to the interruption of nerve impulses, causing paralysis and death of parasitic organisms. Ivermectin is known to act on *Demodex* mites in localized and generalized demodicidosis in animals and in humans.

In the present invention, studies were conducted to evaluate the efficacy and safety of ivermectin in treating papulopustular rosacea (PPR). It was discovered that, as early as 2 weeks after the initial topical administration of a pharmaceutical composition comprising 0.5 to 1.5% (w/w) ivermectin to the subject, a significant reduction in inflammatory lesion count was observed. As used herein, a "significant reduction" refers to a reduction that is statistically significant, not due to chance alone, which has a p-value of 0.05 or less. A "significant reduction" can have a p-value of less than 0.05, 0.04, 0.03, 0.01, 0.005, 0.001, etc. As used herein, "inflammatory lesion count" refers to the number of inflammatory lesions associated with rosacea or PPR. Inflammatory lesions can be papules and/or pustules. A papule is a small, solid elevation less than one centimeter in diameter, and a pustule is a small, circumscribed elevation of the skin, which contains yellow-white exudates.

The lesions can be, e.g., papules and/or pustules of any sizes (small or large). For example, at two weeks after the initial treatment, about 30% (p<0.001) and 27.3% (p<0.01) median reduction of the inflammatory lesion counts were observed from patients treated with ivermectin in two separate clinical studies using methods of the present invention. These reductions are statistically significant because they had p values less than 0.01 or even less than 0.001.

This early onset of significant effectiveness is unexpected and surprising in comparison with the conventional treatments. For example, significant treatment differences were only observed from week 4 or week 8 forward in two phase III studies for the topical treatment of moderate PPR using twice-daily 15% azelaic acid (Thiboutot et al., 2003, *J. Am*

5

*Acad Dermatol,* 48 (6): 836-845), while no statistically significant difference with respect to the median inflammatory lesion counts or the median percentage change in inflammatory lesion counts was observed at any evaluation time during the study (P≥0.29) of topical treatment of moderate to severe PPR using once-daily 0.75% or 1.0% metronidazole (Dahl et al., 2001, *J. Am Acad Dermatol,* 45 (5): 723-730).

This early onset of significant effectiveness is also unexpected and surprising in view of the prior teaching, that topical treatment with ivermectin would be anticipated to require once- or twice-daily applications for as long as four weeks to achieve sufficient follicle penetration and effective miticidal activity; and that after ivermectin carries out its miticidal activity on skin *Demodex folliculorum* organisms, remnants of the dead mites still elicit some flushing and lesion formation until the cleanup processes of the body remove them, a process that requires six to eight weeks; and that conventional anti-rosacea medications, such as oral tetracycline and topical metronidazole, are suggested to be employed to suppress early flareups and to give early clinical response during the initial phase of ivermectin administration (see, e.g., U.S. Pat. No. 5,952,372).

Side-by-side clinical studies in the present invention also showed that methods according to embodiments of the present invention result in more effective treatment of PPR as well as longer time for the relapse of PPR to occur than the conventional topical treatment, such as that with metronidazole. In addition, methods according to embodiments of the present invention also result in less frequent adverse skin reactions than the conventional topical treatments.

While not wishing to be bound by the theory, it is believed that the mechanism of action of ivermectin in treating papulopustular rosacea may be linked to anti-inflammatory effects of ivermectin as well as the death of *Demodex* mites that have been reported to be a factor in inflammation of the skin. Because ivermectin has both anti-inflammatory and antiparasitic activities, treatment of PPR with ivermectin represents an innovative therapy addressing these relevant pathogenic factors in PPR, thus a novel addition to the current treatment armamentarium.

According to an embodiment of the present invention, a method of treating papulopustular rosacea in a subject in need thereof, comprises topically administering to a skin area affected by the papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier.

As used herein, "pharmaceutically acceptable carrier" refers to a pharmaceutically acceptable vehicle or diluent comprising excipients and auxiliaries that facilitate processing of the active compounds into preparations which can be used pharmaceutically.

The pharmaceutical compositions according to the invention are suited for treating the skin. They can be in liquid, pasty or solid form, and more particularly in the form of ointments, creams, milks, pomades, powders, impregnated pads, syndets, towelettes, solutions, gels, sprays, foams, suspensions, lotions, sticks, shampoos or washing bases. They can also be in the form of suspensions of microspheres or nanospheres or of lipid or polymeric vesicles or of polymeric patches and of hydrogels for controlled release. These compositions for topical application can be in anhydrous form, or in aqueous form, or in the form of an emulsion.

In one embodiment of the present invention, the pharmaceutical composition being formulated as an emulsion, the topical pharmaceutical emulsion comprises ivermectin, and one or more other ingredients selected from the group consisting of: an oily phase comprising dimethicone, cyclomethi-

6

cone, isopropyl palmitate and/or isopropyl myristate, the oily phase further comprising fatty substances selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmitostearic acid, stearic acid and self-emulsifiable wax; at least one surfactant-emulsifier selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Steareth-20, Steareth-2, Steareth-21 and Ceteareth-20; a mixture of solvents and/or propenetrating agents selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate; one or more gelling agents selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches; and water.

In a preferred embodiment of the present invention, the pharmaceutical composition comprises 0.5-1.5% (w/w) ivermectin, more preferably, about 1% (w/w) ivermectin, and a pharmaceutically acceptable carrier.

In another preferred embodiment of the present invention, the pharmaceutical composition comprises about 1% (w/w) ivermectin, and one or more inactive ingredients selected from the group consisting of carbomer, such as carbomer copolymer type B; cetyl alcohol; citric acid monohydrate; dimethicone 20 Cst; edetate disodium; glycerin; isopropyl palmitate; methyl paraben; oleyl alcohol; phenoxyethanol; polyoxyl 20 cetostearyl ether; propylene glycol; propyl paraben; purified water; sodium hydroxide; sorbitan monostearate and stearyl alcohol.

As used herein, the term "subject" means any animal, preferably a mammal, most preferably a human, to whom will be or has been administered compounds or topical formulations according to embodiments of the invention. Preferably, a subject is in need of, or has been the object of observation or experiment of, treatment or prevention of papulopustular rosacea.

As known to those skilled in the art, an "intent-to-treat population" or "ITT population" refers to all subjects who are randomized in a clinical study and to whom the study drug is administered. "ITT-LOCF" refers to the ITT population using the Last Observation Carried Forward (LOCF) method, a standard method of handling missing data, which imputes or fills in values based on existing data. "ITT-MI" refers to the ITT population using the multiple imputations (MI) method based on all the data available in the model, another method for processing data known to those skilled in the art. A "per protocol population" or "PP population" refers to subjects of the ITT population in a clinical study who have no major deviations from the protocol of study.

In one embodiment, "treatment" or "treating" refers to an amelioration, prophylaxis, or reversal of a disease or disorder, or of at least one discernible symptom thereof. In another embodiment, "treatment" or "treating" refers to an amelioration, prophylaxis, or reversal of at least one measurable physical parameter related to the disease or disorder being treated, not necessarily discernible in or by the mammal. In yet another embodiment, "treatment" or "treating" refers to inhibiting or slowing the progression of a disease or disorder, either physically, e.g., stabilization of a discernible symptom, physiologically, e.g., stabilization of a physical parameter, or both. In yet another embodiment, "treatment" or "treating" refers to delaying the onset of a disease or disorder.

Success of treating PPR can be measured using methods known in the art, such as by the reduction of inflammatory lesion count from the baseline before treatment, by an improvement from the baseline in an investigator's global

**7**

assessment (IGA) score, or by both the reduction of inflammatory lesion count and the IGA score.

The IGA score is determined by a trained medical professional evaluating the skin condition of a patient utilizing an investigative global assessment of the skin condition. Typically, such global assessments assign a value to the degree of rosacea exhibited by the skin. In addition to the assessment made by the medical professional, the patient's input and observations of their skin condition and responses to various inquiries (e.g., stinging or burning sensations) also play a role in determining the IGA score that is assigned. For example, the IGA score for rosacea (Table 1) can range, for example, from 0 (clear) to 1 (almost clear) to 2 (mild) to 3 (moderate) to 4 (Severe), including values between these numeric gradings, such as 1.5, 2.6, 3.4 etc. (e.g., intervals of 0.1).

TABLE 1

| Investigator's Global Assessment of Rosacea Severity | | |
|---|---|---|
| Grade | Score | Clinical Description |
| Clear | 0 | No inflammatory lesions present, no erythema |
| Almost Clear | 1 | Very few small papules/pustules, very mild erythema present |
| Mild | 2 | Few small papules/pustules, mild erythema |
| Moderate | 3 | Several small or large papules/pustules, moderate erythema |
| Severe | 4 | Numerous small and/or large papules/pustules, severe erythema |

In view of the present disclosure, a skin area that is affected by papulopustular rosacea can be identified using any diagnostic signs or means known in the art, and can be treated by methods according to embodiments of the present invention. Patients can have papulopustular rosacea at different stages, from mild to severe.

In a preferred embodiment, the patient has moderate to severe papulopustular rosacea. As used herein, a patient having "moderate to severe papulopustular rosacea" has at least moderate facial erythema and at least 10 papulopustular lesions before treatment. For example, the patient can have an IGA of rosacea of 3 or 4, and at least 10, 15, 20, 25 or more papulopustular lesions before treatment.

According to embodiments of the present invention, the papulopustular rosacea is treated by topically applying to a skin area affected by the papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier, and the treatment results in a reduction in the inflammatory lesion count from the baseline number of PPR lesions (before treatment) by at least 1 to 100 lesions or more, such as at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 35, 40, 50, 60, 70, 80, 90 or 100 lesions or more. According to embodiments of the present invention, at least about 10%, 20%, 30%, 40%, 50%, 60%, 70%, 80%, 90% or 100% reduction in inflammatory lesion count is observed after the treatment. Depending on the number of inflammatory lesions, and other factors, such as the conditions of the patient, the treatment can last as long as it is needed, such as 4 to 12 weeks.

According to other embodiments of the present invention, the treatment reduces the IGA score in the treated subject. As used herein, the "success rate" in a clinical study refers to the percentage of subjects in the study having an IGA of 0 ("clear") or 1 ("almost clear") after the treatment.

According to embodiments of the present invention, the pharmaceutical composition can be topically administered once or twice daily, preferably once daily.

**8**

According to embodiments of the present invention, after the initial successful treatment with ivermectin, i.e., to an IGA of 0 or 1, it takes a longer time to relapse, i.e., to an IGA of 2 or above, as compared to the conventional treatments, such as topical treatment with 0.75% by weight metronidazole. For example, treatment with ivermectin (1%) once daily (QD) resulted in a statistically significant extended remission (e.g., delayed time to first relapse, and increase in the number of treatment free days) of rosacea when compared to metronidazole 0.75% BID in subjects who were successfully treated (IGA 0 or 1) for 16 weeks. There was also a numerical trend in favor of ivermectin 1% QD for the relapse rates.

As used herein, "time to first relapse" is defined as the time elapsed between initial successful treatment to an IGA of rosacea of 0 or 1 to the first reoccurrence of the IGA to 2 or more in a subject. According to embodiments of the present invention, the median time to first relapse is about 110, 115, 120, 125, 130, 135, 140, 145 or 150 days or more in subjects treated with ivermectin, with a p value of 0.05 or less.

Another aspect of the present invention relates to a method of treating inflammatory lesions of papulopustular rosacea in a subject in need thereof, comprising topically administering to a skin area affected by the inflammatory lesions of papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier.

Preferably the subject has moderate to severe PPR before the treatment. More preferably, the subject has at least 15 inflammatory lesions of PPR before the treatment.

In another preferred embodiment, at two weeks after the initial treatment, about 27% or more median reduction of the inflammatory lesion counts is observed from subjects treated with ivermectin, with a p value of 0.01 or less.

Preferably, the pharmaceutical composition comprises 0.5% to 1.5% by weight ivermectin, more preferably about 1% by weight ivermectin.

In an embodiment of the present invention, as early as 2 weeks after the initial administration of the pharmaceutical composition to the subject, significant reduction in the inflammatory lesion count in the subject is observed. In other embodiments of the present invention, the method results in more reduction of the inflammatory lesion count and longer relapse-free time of the inflammatory lesions of rosacea in the subject in comparison to that achieved by topically administering to the subject a second pharmaceutical composition comprising 0.75% by weight metronidazole.

This invention will be better understood by reference to the non-limiting examples that follow, but those skilled in the art will readily appreciate that the examples are only illustrative of the invention and the claims which follow thereafter.

Unless otherwise indicated, all percentages of the ingredients in the present application are percentages by weight (w/w).

Example 1

Topical Ivermectin Compositions

Examples of pharmaceutical compositions that can be used in the present invention are described in U.S. Pat. No. 8,415, 311 and U.S. Pat. No. 8,470,788, which are incorporated herein by reference. Compositions useful in the present invention include, but are not limited to, the following:

US 9,233,118 B2

9

10

## Composition 1

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Aluminum magnesium silicate | 1.0 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Glyceryl/PEG 100 stearate | 3.0 |
| Self-emulsifiable wax | 2.0 |
| Palmitostearic acid | 2.5 |
| Steareth-20 | 3.0 |
| Sorbitan stearate | 2.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

## Composition 2

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate Crosspolymer | 0.15 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl myristate | 4.0 |
| Cetyl alcohol | 3.0 |
| Stearyl alcohol | 2.0 |
| Self-emulsifiable wax | 0.5 |
| Palmitostearic acid | 0.5 |
| Steareth-20 | 2.0 |
| Sorbitan palmitate | 1.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

## Composition 3

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Aluminum magnesium silicate | 1.0 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Glyceryl/PEG 100 stearate | 3.0 |
| Self-emulsifiable wax | 2.0 |
| Palmitostearic acid | 3.0 |
| Steareth-20 | 3.0 |

-continued

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Sorbitan palmitate | 2.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

## Composition 4

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate Crosspolymer | 0.2 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Cetyl alcohol | 3.5 |
| Stearyl alcohol | 2.5 |
| Oleyl alcohol | 2.0 |
| Ceteareth-20 | 3.0 |
| Sorbitan monostearate | 2.0 |
| Dimethicone 200 20 cs | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 2.0 |
| Phenoxyethanol | 1.0 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

## Composition 5

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.4 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate Crosspolymer | 0.2 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Cetyl alcohol | 3.5 |
| Stearyl alcohol | 2.5 |
| Oleyl alcohol | 2.0 |
| Ceteareth-20 | 3.0 |
| Sorbitan monostearate | 2.0 |
| Dimethicone 200 20 cs | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 2.0 |
| Phenoxyethanol | 1.0 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

Example 2

Dosage Study on Topical Treatment of PPR with Ivermectin

A phase II, randomized, investigator-blinded, parallel-group, active- and vehicle-controlled study was conducted to

US 9,233,118 B2

11

12

determine the optimal concentration and dose regimen of topical ivermectin cream for the treatment of inflammatory lesions of rosacea, and evaluate efficacy and safety.

Eligible subjects were adults with PPR. The majority of the subjects had at least 15 facial inflammatory lesions and at least mild facial erythema based on IGA of rosacea severity. Table 2 shows the demographic and baseline clinical characteristics (ITT population) of the subjects:

TABLE 2

| | Ivermectin 1% BID (N = 48) | Ivermectin 1% QD (N = 52) | Ivermectin 0.3% (N = 47) | Ivermectin 0.1% (N = 51) | Metronidazole 0.75% BID (N = 48) | Vehicle QD (N = 50) |
|---|---|---|---|---|---|---|
| Gender n (%) | | | | | | |
| Female | 39 (81.3) | 33 (63.5) | 29 (61.7) | 31 (60.8) | 34 (70.8) | 35 (70.0) |
| Male | 9 (18.8) | 19 (36.5) | 18 (38.3) | 20 (39.2) | 14 (29.2) | 15 (30.0) |
| Age, year | | | | | | |
| Mean ± SD | 50.9 ± 12.3 | 50.4 ± 14.5 | 53.4 ± 14.5 | 52.7 ± 13.8 | 52.2 ± 15.9 | 52.2 ± 14.4 |
| Phototype, n (%) | | | | | | |
| I | 7 (14.6) | 4 (7.7) | 6 (12.8) | 4 (7.8) | 3 (6.3) | 7 (14.0) |
| II | 28 (58.3) | 27 (51.9) | 20 (42.5) | 26 (51.0) | 29 (60.4) | 28 (56.0) |
| III | 12 (25.0) | 14 (26.9) | 17 (36.2) | 18 (35.3) | 14 (29.2) | 15 (30.0) |
| IV | 1 (2.1) | 7 (13.5) | 4 (8.5) | 3 (5.9) | 2 (4.1) | 0 |
| Inflammatory lesion, n (%) | | | | | | |
| Mean ± SD | 37.3 ± 39.0 | 35.8 ± 18.2 | 35.1 ± 20.5 | 31.1 ± 15.0 | 37.4 ± 23.9 | 35.8 ± 19.9 |
| Min, max | 16, 270 | 16, 93 | 14, 108 | 15, 79 | 15, 153 | 15, 120 |
| IGA, n (%) | | | | | | |
| 1 = Almost Clear | 2 (4.2) | 0 | 1 (2.1) | 1 (2.0) | 1 (2.1) | 1 (2.0) |
| 2 = Mild | 15 (31.3) | 20 (38.5) | 15 (31.9) | 18 (35.3) | 18 (37.5) | 12 (24.0) |
| 3 = Moderate | 28 (58.3) | 24 (46.2) | 21 (44.7) | 29 (56.9) | 21 (43.8) | 28 (56.0) |
| 4 = Severe | 3 (6.3) | 8 (15.4) | 10 (21.3) | 3 (5.9) | 8 (16.7) | 9 (18.0) |

The subjects were randomized to receive one of the following six (6) regimens for 12 weeks: ivermectin 0.1% (w/w) once-daily (QD), ivermectin 0.3% (w/w) QD, ivermectin 1% (w/w) QD, ivermectin 1% (w/w) twice-daily (BID), metronidazole gel 0.75% (w/w) BID, or vehicle QD. The 6 groups were comparable in terms of demographic and baseline disease characteristics (Table 2): majority were female, Caucasian, with a skin phototype II and a mean age of 51.9±14.2 years. On average, the subjects had 35.4±23.8 inflammatory lesions, and the majority (51.0%) had an IGA of 3 (moderate).

Inflammatory lesion (sum of papules and pustules) counts, rate of success [% subjects "clear" or "almost clear" based on Investigator's Global Assessment (IGA), a scale from 0 (clear) to 4 (severe)], erythema [from 0 (none) to 3 (severe)], telangiectasia [from 0 (none) to 3 (severe)], adverse events, and satisfaction questionnaire (at the end of the study) were determined during the study.

FIG. 1 shows the median percentage change from baseline in lesion counts (ITT-LOCF population).

At week 12, both ivermectin 1% (w/w) QD and BID were significantly more effective than vehicle QD in the ITT-LOCF analysis based on the percentage change from baseline in inflammatory lesion counts (median: −78.3% and −78.9% vs. −60.6%; both p<0.05) (FIG. 1); this was also confirmed in the PP analysis. Although ivermectin 1% (w/w) BID was significantly more efficacious than vehicle, its magnitude of effect was not greater than ivermectin 1% (w/w) QD. A numeric trend favoring ivermectin 1% QD compared with metronidazole 0.75% BID was also observed in terms of median % change from baseline in inflammatory lesion

counts [−78.3% vs. −69.2% at Week 12 (ITT-LOCF)]; the sample size was not large enough to detect differences between these groups.

All ivermectin dose regimens led to a significantly greater success rate than vehicle (70.8%, 65.4%, 63.8% and 62.7% for ivermectin 1% BID, 1% QD, 0.3% QD and 0.1% QD, respectively, vs. 42.0% for vehicle at Week 12; all p<0.05). Furthermore, the success rate for Metronidazole was 62.5%.

No difference was observed in the change in erythema or telangiectasia between the active and control groups.

All regimens were safe and well-tolerated, with similarly low incidence of adverse events. There were no serious related AEs. The majority of related AEs were mild, transient and dermatologic in nature, the most frequent for the ivermectin groups being skin discomfort (4 subjects), skin burning sensation (4 subjects), and worsening of rosacea (3 subjects).

FIG. 2 illustrates subjects' response to the statement "the product improves my rosacea" (ITT Observed). With increasing dosage of ivermectin, more subjects agreed with the statement "the product improves my rosacea" (FIG. 2) and were satisfied with the product (data not shown). The result was superior in ivermectin 1% QD and BID groups compared to the metronidazole 0.75% BID group. The majority of subjects in all Ivermectin groups considered that the product was easy to use (at least 95.5%), pleasant to use (at least 77.3%), and did not irritate the skin (at least 70.2%).

Topical administration of all tested ivermectin dose regimens (1% BID, 1% QD, 0.3% QD and 0.1% QD) led to a significantly greater success rate in treating PPR than vehicle; the result was superior in ivermectin 1% QD and BID groups compared to the metronidazole 0.75% BID group. and once daily topical administration of 1% (w/w) ivermectin was considered the optimal dose regimen, because it was safe, well tolerated, and provided significantly greater efficacy than vehicle for the treatment of PPR. Once daily topical administration is further preferred because it promotes better patient compliance.

US 9,233,118 B2

13

### Example 3

Efficacy and Safety Study of Ivermectin 1% Cream

To demonstrate the efficacy and safety of once-daily ivermectin 1% (w/w) cream in subjects with PPR, two identically designed randomized, double-blind, controlled studies were conducted (hereafter designated Study 1 and Study 2). Both studies were conducted in accordance with the ethical principles of the Declaration of Helsinki and Good Clinical Practices, and in compliance with local regulatory requirements.

Each study had three parts. In the first part of the study, subjects with PPR were treated with ivermectin 1% cream (IVM 1%) or vehicle once daily at bedtime for 12 weeks. In the second part of the study, subjects initially treated with IVM 1% once daily at bedtime continued the same treatment, while subjects treated with the vehicle once daily switched to topical treatment with azelaic acid 15% gel twice daily, in the morning and evening. The third part of the study consisted of 4 weeks safety follow-up, without treatment.

Eligible subjects were 18 years or older, with moderate or severe papulopustular rosacea as noted by an IGA of 3 ("several small or large papules/pustules, moderate erythema") or 4 ("numerous small and/or large papules/pustules, severe erythema"), and presenting with 15-70 facial inflammatory lesions (papules and pustules). A total of 683 subjects with moderate to severe PPR were randomized in Study 1 (IVM 1%: 451, vehicle: 232), and 688 subjects in Study 2 (IVM 1%: 459, vehicle: 229) (FIG. 3).

Eligible subjects received either ivermectin cream 1% cream (once daily every day at bedtime) or vehicle cream (once daily every day at bedtime) on the entire face for 12 weeks. They were instructed to apply a thin film of cream on the entire face (right and left cheeks, forehead, chin and nose), e.g., in a pea-size amount of the cream, avoiding the upper and lower eyelids, lips, eyes and mouth. Subjects were also instructed to avoid rosacea triggers, such as sudden exposure to heat, certain foods, and excessive sun exposure. Study visits during the first study were as follows: screening visits, baseline, weeks 2, 4, 8, and 12 after the initial administration.

Efficacy assessments at each visit were the IGA of disease severity, and inflammatory lesion counts (papules and pustules) on each of the five facial regions (forehead, chin, nose, right cheek, left cheek). Safety assessments included adverse events (AEs) throughout the study, local tolerance parameters (stinging/burning, dryness, itching) at each study visit evaluated on a 4-point scale [from 0 (none) to 3 (severe)], and laboratory parameters (hematology and biochemistry) measured before and after treatment. Other assessments included the subject's evaluation of their rosacea improvement at the end of the study (week 12) compared to their condition at baseline, and two quality of life (QoL) questionnaires [a dermatology-specific instrument, the Dermatology Life Quality Index (DLQI)], 17 and a rosacea-specific instrument, the RosaQoL™18 completed at baseline and week 12.

The co-primary efficacy endpoints in both studies were the success rate based on the IGA outcome and absolute change from baseline in inflammatory lesion counts at the end of week 12 of the studies. The success rate based on IGA score [% of subjects who achieved "clear" or "almost clear" ratings on the IGA scale at week 12 (ITT-LOCF)] was analyzed by the Cochran-Mantel-Haenszel (CMH) test stratified by analysis site, using the general association statistic. The absolute change in inflammatory lesion counts from baseline to week 12 (ITT-LOCF) was analyzed by analysis of covariance (ANCOVA). Missing data at week 12 in the ITT population were imputed by the LOCF approach. Also, sensitivity analyses

14

were conducted to impute missing data in order to assess the robustness of the primary efficacy results. The secondary efficacy endpoint was percent change in inflammatory lesion counts from baseline at week 12 (ITT-LOCF). The QoL questionnaires were analyzed using the Wilcoxon rank sum test, and other variables were descriptively analyzed. High mean scores from the QoL questionnaires indicated a low quality of life.

In Studies 1 and 2, the vast majority of subjects completed the study (91.4% and 92.6%, respectively). The treatment groups were similar at baseline in terms of demographics and baseline disease characteristics, with about 31-33 inflammatory lesions on average and the majority having moderate rosacea (Table 3). Most subjects were female (68.2% and 66.7% in Studies 1 and 2, respectively) and Caucasian/white (96.2% and 95.3%), with a mean age of 50.4 and 50.2 years, respectively. Additionally, treatment groups were comparable regarding rates/reasons for early study discontinuation (FIG. 3).

TABLE 3

| Demographic and baseline clinical characteristics (ITT population) | | | |
|---|---|---|---|
| | | Study 1 Total (n = 683) | Study 2 Total (n = 688) |
| Age, years | Mean ± SD | 50.4 ± 12.09 | 50.2 ± 12.29 |
| | Min, Max | 19, 88 | 18, 89 |
| Gender, n (%) | Female | 466 (68.2%) | 459 (66.7%) |
| | Male | 217 (31.8%) | 229 (33.3%) |
| Race | White | 657 (96.2%) | 656 (95.3%) |
| | Black or African American | 9 (1.3%) | 10 (1.5%) |
| | Asian | 6 (0.9%) | 15 (2.2%) |
| | Other | 11 (1.6%) | 7 (1.0%) |
| Inflammatory lesion counts | Mean ± SD | 30.9 ± 14.33 | 32.9 ± 13.70 |
| IGA | 3 = Moderate | 560 (82.0%) | 403 (83.3%) |
| | 4 = Severe | 123 (18.0%) | 81 (16.7%) |

The proportion of subjects achieving IGA success ("clear" or "almost clear") at week 12 for Studies 1 and 2 were 38.4% and 40.1%, respectively for IVM 1% compared to 11.6% and 18.8% for vehicle (both p<0.001; FIG. 4A). A significant difference between treatment arms in both studies was observed based on IGA since week 4 (10.9% and 11.8% versus 5.6% and 5.7%, respectively; both p<0.05), and was sustained until Week 12 (FIGS. 4B and 4C).

For inflammatory lesion counts, the mean difference between IVM 1% and vehicle from baseline to week 12 was −8.13 lesions for Study 1 and −8.22 for Study 2 (both p<0.001 versus vehicle), with a 95% CI of [−10.12, −6.13] and [−10.18, −6.25], respectively (FIGS. 5A and 5B). A mean reduction of 9 lesion counts was observed at week 2 in both studies when treated with IVM 1% (FIGS. 5A and 5B). Median reduction from baseline in inflammatory lesion counts for both studies was 76.0% and 75.0%, respectively, versus 50.0% for both vehicle groups at week 12 (p<0.001), with significant difference observed by week 2 at a median reduction of 30% and 27.3% (FIGS. 5C and 5D). This significant reduction in inflammatory lesion counts as early as week 2 was exceptional when compared with similar data from treatment with metronidazole or azelaic acid.

US 9,233,118 B2

15

Table 4 summarizes efficacy outcomes of both studies at the end of the first part 12 week studies

| | IVM 1% (N = 451) | Vehicle (N = 232) | IVM 1% (N = 459) | Vehicle (N = 229) |
|---|---|---|---|---|
| **IGA** | | | | |
| Number (%) of Subjects Clear or Almost Clear in the IGA at Week 12 Inflammatory Lesions | 173 (38.4) | 27 (11.6) | 184 (40.1) | 43 (18.8) |
| Mean inflammatory lesion count at baseline | 31.0 | 30.5 | 33.3 | 32.2 |
| Mean inflammatory lesion count at Week 12 | 10.6 | 18.5 | 11.0 | 18.8 |
| Mean Absolute Change (%) in Inflammatory Lesion Count from Baseline at Week 12 | −20.5 (−64.9) | −12.0 (−41.6) | −22.2 (−65.7) | −13.4 (−43.4) |

The incidence of AEs was comparable between Studies 1 and 2 (40.5% and 36.5% for IVM 1% versus 39.4% and 36.5% for vehicle, respectively). Fewer subjects in IVM 1% groups tended to report related AEs than in vehicle groups (4.2% and 2.6% versus 7.8% and 6.5%, respectively), as well as for related dermatologic AEs (3.5% and 1.5% versus 6.9% and 5.7%) and related AEs leading to discontinuation (1.3% and 0.2%, versus 1.7% for both vehicle groups). A similarly low proportion of subjects reported serious AEs for IVM 1% and vehicle groups (0.7% and 1.5% versus 0.4% and 1.7%). There were no related serious AEs. The most common related AE in Study 1 was sensation of skin burning: 8 (1.8%) in IVM 1% subjects versus 6 (2.6%) for vehicle. For Study 2, the most common related AEs for IVM 1% were pruritis and dry skin (3 subjects each (0.7%)) compared to 0 and 2 subjects (0.9%) for vehicle, respectively. In addition, laboratory tests did not demonstrate clinically significant abnormalities.

At baseline before treatment application, a large proportion of subjects presented with local cutaneous symptoms consistent with rosacea, especially mild or moderate dry skin (for Studies 1 and 2, 63.0% and 57.0% for IVM 1%, and 59.3% and 60.0% for vehicle, respectively) and mild or moderate itching (57.3% and 49.4% for IVM 1%, and 45.4% and 49.1% for vehicle). At week 12 (last available data observed), the majority of subjects had none of the 2 cutaneous symptoms. A trend was observed in terms of absence of dryness in 83-86% of IVM 1% subjects versus 72-76% for vehicle, as well as for absence of itching in 82-85% for IVM 1% versus 70-78% for vehicle.

Improvement after treatment was rated by subjects as "excellent" or "good" by 69% and 66.2% for IVM 1% compared to 38.6% and 34.4% for vehicle (p<0.001), respectively (FIG. **6**). "Excellent" improvement was reported by 34.3% and 32.0% for IVM 1% versus 9.5% and 7.3% for vehicle.

After 12 weeks of treatment, improved QoL scores were observed for subjects in the IVM 1% compared to vehicle groups. For the DLQI, it is of note that no difference between treatment groups was observed at baseline. At the end of each study, more subjects in the IVM 1% group (about 53%) than vehicle (about 35%) considered that their disease had no effect on their overall QoL (p<0.001). For RosaQoL™, improvement in QoL from baseline was higher in both studies for IVM 1% (−0.64±0.7 and −0.60±0.6 versus −0.35±0.5 for both vehicle groups (p<0.001 and p=0.001 for Studies 1 and 2, respectively). This result indicates that a higher proportion of subjects felt that their quality of life was not negatively

16

impacted by rosacea in the group treated with IVM, compared to the control group treated with vehicle.

IGA was assessed during the second part of the studies (40 weeks). The percentages of subjects treated with IVM 1% achieving an IGA score of 0 or 1 continued to increase up to week 52, the end of the second part of the studies. The success rate (IGA=0 or 1) at week 52 was 71.1% and 76% in studies 1 and 2 respectively. In both studies, the incidences were comparable in the 2 groups of subjects treated by IVM 1% cream QD and azelaic acid 15% gel BID across the categories of related AEs, dermatologic AEs, serious AEs, related AEs leading to discontinuation, and AEs of special interests. There was no serious related AEs.

In the follow up third part of the studies, subjects treated with IVM 1% cream QD and azelaic acid 15% gel BID during the second part of the studies were comparable in reporting AEs. No subjects reported serious related AEs, related AEs leading to discontinuation.

The most frequent (>0.5% in any arm) AEs were skin disorders, and were less frequent with IVM 1% cream QD than azelaic acid 15% gel BID in both studies.

These two pivotal studies demonstrated the efficacy and safety of topical ivermectin 1% cream in the treatment of inflammatory lesions of rosacea with reproducibility. The effect was robust and highly significant (p, 0.001) in all primary and secondary endpoints at week 12 (ITT-LOCF). Onset of treatment effect was observed at week 4 in each study based on both IGA and lesion counts. Onset of treatment effect was observed at week 2 in each study based on lesion counts. The ivermectin 1% cream was well tolerated and safe in both studies. No notable difference was observed between the ivermectin 1% cream QD and corresponding vehicle and azelaic acid 15% gel BID. The most frequent (>0.5% in any arm) AEs were skin disorders, and were less frequent with IVM 1% cream QD than with the respective comparator. In addition, the continued daily application of the Ivermectin 1% Cream QD up to 1 year is well tolerated, with no unexpected safety findings associated with chronic use.

In conclusion, ivermectin, such as 1% ivermectin cream, was effective and safe in treating papulopustular rosacea.

Example 4

Comparison of the Efficacy and Safety of Ivermectin 1% Cream Vs. Metronidazole 0.75% Cream

This was an investigator-blinded, randomized, parallel group study comparing the efficacy and safety of ivermectin 1% (hereafter designated IVM) 1% (w/w) cream vs. metronidazole 0.75% (w/w) cream with a 16-week period A and a 36-week period B to study recurrence. Study visits during Period A were as follows: a screening visit, and at baseline, weeks 3, 6, 9, 12 and 16.

Eligible subjects were 18 years or older, with moderate or severe papulopustular rosacea as noted by an IGA of 3 ("several small or large papules/pustules, moderate erythema") or 4 ("numerous small and/or large papules/pustules, severe erythema"), and presenting with 15-70 facial inflammatory lesions (papules and pustules).

Subjects were randomized in a 1:1 ratio to receive either IVM 1% cream (once daily, QD, at bedtime) or metronidazole 0.75% cream (twice daily, BID, as per labelling at morning and bedtime) for 16 weeks. Study drugs were applied in a thin film on the entire face (right and left cheeks, forehead, chin and nose), avoiding the upper and lower eyelids, lips, eyes and mouth. The subjects were instructed to maintain a consistent

US 9,233,118 B2

17

lifestyle throughout the study regarding rosacea triggers (i.e. avoiding environmental factors, certain foods, and excessive sun exposure).

Efficacy assessments at each visit were inflammatory lesion counts (papules and pustules) counted on five facial regions (forehead, chin, nose, right cheek, left cheek), and the Investigator's Global Assessment (IGA) of disease severity. Safety assessments included adverse events (AEs) throughout the study, local tolerance parameters (stinging/burning, dryness, itching) at each visit evaluated on a 4-point scale (from 0 (none) to 3 (severe)), and laboratory parameters measured at baseline, weeks 9 and 16. Other assessments included the subject's evaluation of rosacea improvement compared to their condition at baseline, and subject's appreciation questionnaire at the end of the study (regarding satisfaction with the study drug). Lastly, a quality of life questionnaire (Dermatology Life Quality Index (DLQI)) was completed at baseline and at the end of the study (week 16).

The ITT population included all subjects who were randomized and to whom the study drug was administered. The safety population included all subjects who received the study medication. The primary efficacy endpoint, percent change in inflammatory lesion counts from baseline to week 16, was analyzed using the CMH test stratified on center, with ridit transformation and row mean score difference statistic. Secondary efficacy endpoints included success rate (percent of subjects with IGA rated 0 ("clear") or 1 ("almost clear") (analyzed by CMH test stratified on center using general association statistic), IGA and absolute change in lesion counts (analyzed using ANCOVA, including treatments and analysis center as factors, and baseline as covariate). LOCF was the primary method for imputation of missing data, and multiple imputations (MI) method was used for sensitivity. Other variables were descriptively analyzed.

A total of 1,034 subjects were screened and 962 randomized to receive IVM 1% cream (n=478) or metronidazole 0.75% cream (n=484); 902 (93.8%) completed the study (FIG. 8). Treatment groups were comparable at baseline in terms of demographics and baseline disease characteristics, with about 32 inflammatory lesions on average and the majority having moderate rosacea (83.3% with an IGA of 3) (Table 5). As expected, the quantity of product applied in the metronidazole group (BID applications) was nearly twice as much as the product applied in the IVM 1% group (QD), with a mean of 1.31 g vs. 0.72 g, respectively.

18

Regarding the primary endpoint, at week 16 (ITT-LOCF), IVM 1% cream was significantly superior to metronidazole 0.75% cream in terms of percent reduction from baseline in inflammatory lesion counts (83.0% vs. 73.7%; p<0.001; FIG. 9). This difference was observed as early as week 3 (ITT-LOCF) (as soon as week 6 with ITT-MI), and this continued through week 16 (all p-values ≤0.04). It should be noted that in this study, there was no study visit or assessment prior to Week 3, thus the differences in treatment could have been observed earlier than week 3 if the first study visit was conducted earlier. Similar results were found for the IGA success rate (subjects rated "clear" or "almost clear"): 84.9% for IVM 1% cream vs. 75.4% for metronidazole 0.75% cream at week 16 (ITT-LOCF) (p<0.001). As illustrated in FIG. 10, the difference in IGA was the highest at week 12 (14.9% superior for ivermectin).

About 13% more subjects were rated as "clear" in terms of IGA for IVM 1% than metronidazole 0.75% (34.9% vs. 21.7%, respectively). Furthermore, in a subgroup analysis of success rate according to IGA severity, about 20% more subjects with severe rosacea at baseline in the IVM 1% group achieved success (82.5% vs. 63.0%).

The incidence of adverse events (AEs) was similar between groups (32.4% vs. 33.1% of subjects in the IVM 1% and metronidazole 0.75% groups, respectively), as well as for related AEs (2.3% vs. 3.7%). Furthermore, a comparably low number of subjects experienced a related dermatologic AE (9 subjects (1.9%) in the IVM 1% group and 12 (2.5%) in the metronidazole 0.75% group). The most common related AE was skin irritation (3 subjects (0.6%) vs. 4 subjects (0.8%) for IVM 1% and metronidazole 0.75%, respectively). Thirteen subjects reported serious but unrelated AEs. A total of 3 subjects (0.6%) in the IVM 1% group experienced related adverse events leading to discontinuation (due to skin irritation and hypersensitivity), compared to 10 (2.1%) subjects in the metronidazole 0.75% group (due to skin irritation, allergic dermatitis, aggravation of rosacea, erythema, pruritis, and general disorders (hot feeling)).

In terms of local tolerance, the incidence of worsening from baseline was higher in the metronidazole 0.75% group for stinging/burning (15.5% vs. 11.1%), dryness (12.8% vs. 10.0%), and itching (11.4% vs. 8.8%). Laboratory tests did not demonstrate clinically significant abnormalities.

At the end of period A of this study, the majority (85.5%) of subjects in the IVM 1% group rated their global improvement

TABLE 5

| Demographic and baseline clinical characteristics (ITT population) | | Ivermectin 1% (n = 478) | Metronidazole 0.75% (n = 484) | Total (n = 962) |
|---|---|---|---|---|
| Age, years | Mean ± SD | 51.22 ± 13.40 | 51.87 ± 13.24 | 51.54 ± 13.32 |
| | Min, Max | 18, 85 | 18, 90 | 18, 90 |
| Gender, n (%) | Female | 311 (65.1%) | 316 (65.3%) | 627 (65.2%) |
| | Male | 167 (34.9%) | 168 (34.7%) | 335 (34.8%) |
| Race | Asian | 3 (0.6%) | — | 3 (0.3%) |
| | White | 475 (99.4%) | 484 (100.0%) | 959 (99.7%) |
| Skin Phototype | I | 18 (3.8%) | 17 (3.5%) | 35 (3.6%) |
| | II | 245 (51.3%) | 234 (48.3%) | 479 (49.8%) |
| | III | 178 (37.2%) | 213 (44.0%) | 391 (40.6%) |
| | IV | 36 (7.5%) | 19 (3.9%) | 55 (5.7%) |
| | V | 1 (0.2%) | 1 (0.2%) | 2 (0.2%) |
| Inflammatory lesion Counts | Mean ± SD | 32.87 ± 13.95 | 32.07 ± 12.75 | 32.46 ± 13.36 |
| Investigator Global Assessment | 3 = Moderate | 398 (83.3%) | 403 (83.3%) | 801 (83.3%) |
| | 4 = Severe | 80 (16.7%) | 81 (16.7%) | 161 (16.7%) |

US 9,233,118 B2

19

20

as "excellent" or "good" compared to 74.8% in the metronidazole 0.75% group. Furthermore, more subjects receiving IVM 1% reported an "excellent" improvement of their rosacea (52.3% vs. 37.0%, respectively; FIG. 11). Regarding the subject's appreciation questionnaire, more subjects in the IVM 1% group were satisfied with the study drug (76.0% vs. 61.3% in the metronidazole 0.75% group). In addition, more subjects treated by IVM 1% tended to consider the product easy to use and that the time needed for application was satisfactory, whereas more subjects found metronidazole 0.75% to be irritating (data not shown).

At baseline, the mean DLQI scores were similar between groups (6.95 for IVM 1% and 6.05 for metronidazole 0.75%, respectively). Patients treated with IVM 1% showed a higher numerical decrease in their DLQI score than patients treated with metronidazole 0.75% (−5.18 vs. −3.92; p<0.01), indicating a higher improvement in quality of life. At the end of the study, 71% of patients treated with IVM 1% reported no effect at all on their quality of life (vs. 64% for metronidazole 0.75%), which means that a higher proportion of subjects felt that their quality of life was not negatively impacted by rosacea in the group treated with IVM, compared to the group treated with metronidazole. The study drugs diverged in favor of IVM 1% in the symptoms and feelings sub-scale (level of itching, soreness, pain or stinging: "not at all" for 78.7% vs. 63.0% in the metronidazole 0.75% group; level of embarrassment or self-consciousness: "not at all" for 70.3% vs. 60.1%, respectively).

Topical metronidazole 0.75% (w/w) has been one of the most frequently used therapies in the treatment of papulopustular rosacea. In this study, IVM 1% cream was significantly superior to metronidazole 0.75% cream in terms of percent reduction from baseline in inflammatory lesion counts, with an onset of efficacy (first difference vs. metronidazole 0.75%) as early as 3 weeks (or even earlier) that continued through 16 weeks. The findings show that ivermectin is more efficacious than metronidazole, with a tendency even in patients with higher lesion counts.

An overall good safety profile was observed for IVM, and it was well-tolerated in comparison with metronidazole. It is not surprising that for both products, patients experienced a similarly low number of related adverse events, particularly since the tolerability of metronidazole is known to be satisfactory. Metronidazole's higher incidence of worsening from baseline concerning stinging/burning, dryness, and itching may be attributed to the usual signs and symptoms of rosacea. Nevertheless, this affected the level of quality of life as measured by the DLQI, as more patients in the metronidazole group reported itching, soreness, pain or stinging.

Patient-reported outcomes for IVM 1% cream were consistent with its superior efficacy results. More patients using IVM indicated that the product was easy to use and that the time needed for application was satisfactory, implying that the daily application is more convenient than metronidazole's twice-daily regimen. Related to quality of life measures, fewer patients using IVM considered themselves to be embarrassed or self-conscious. Thus, ivermectin appears to be adapted to the complex etiology of rosacea, and in the study IVM 1% cream demonstrated superiority to metronidazole 0.75% cream in terms of inflammatory lesion reduction. As noted in the afore-mentioned Cochrane review, few robust studies have compared topical metronidazole with another rosacea treatment and in three identified studies, topical metronidazole was either non-significantly different or less effective than azelaic acid.[8] While metronidazole has been used in the past as a reasonable treatment for the papulopustular

lesions of rosacea, its efficacy is surpassed by that of ivermectin along with the advantage of once-daily dosing.

The relapse among subjects successfully treated at the end of the Period A was studied during the treatment free Period B (36 weeks). At the end of Period A, only subjects with an IGA of "0" or "1" (clear or almost clear) were eligible for entering Period B. Then, their study treatment was discontinued and the subjects were followed for up to 8 months (36 weeks). In case of reoccurrence of an IGA of at least "2" (mild) at any time during Period B, the subjects were retreated with the same treatment received during the Period A. The re-treatment was stopped as soon as the IGA was back to "0" or "1" (clear or almost clear). The maximum duration of re-treatment was 16 consecutive weeks to mimic the Period A treatment duration. In order to characterize the relapses, the following parameters were assessed: (1) time of first relapse (time elapsed between Week 16 and first reoccurrence of IGA at "2", "3" or "4" inducing a retreatment course), (2) relapse rate (percentage of subjects with reoccurrence of IGA at "2", "3" or "4" after a period free of study treatment) and (3) number of days free of treatment.

At the start of Period B, treatment groups were comparable with respect to the demographic. Of the total 757 subjects included in Period B (399 in Ivermectin 1% and 358 in Metronidazole 0.75% groups, respectively), 504 (66.6%) were female, 754 (99.6%) were Caucasian and the mean age was 51.9 years. In terms of disease characteristics, the means inflammatory lesion counts were similar in both groups (median 2.0). But, the proportion of subjects with an IGA of 0 was higher in Ivermectin group than in Metronidazole group (41.6% versus 29.1%) due to the higher efficacy of Ivermectin treatment from Period A.

TABLE 6

| End of Period A disease characteristics of subjects entering Period B | | Ivermectin | Metro-nidazole | TOTAL |
|---|---|---|---|---|
| Inflammatory lesion counts | N | 399 | 358 | 757 |
| | Mean | 2.58 | 2.96 | 2.76 |
| | SD | 3.20 | 3.42 | 3.31 |
| | Median | 2.00 | 2.00 | 2.00 |
| | Min~Max | 0~19 | 0~24 | 0~24 |
| | P25~P75 | 0~4 | 0~4 | 0~4 |
| Investigator Global Assessment | N | 399 | 358 | 757 |
| | 0 = Clear | 166 (41.6%) | 104 (29.1%) | 270 (35.7%) |
| | 1 = Almost Clear | 233 (58.4%) | 254 (70.9%) | 487 (64.3%) |
| Nodules | N | 399 | 358 | 757 |
| | 0 | 397 (99.5%) | 357 (99.7%) | 754 (99.6%) |
| | 1 | 2 (0.5%) | 1 (0.3%) | 3 (0.4%) |
| Papules | N | 399 | 358 | 757 |
| | Mean | 2.27 | 2.56 | 2.40 |
| | SD | 2.77 | 2.83 | 2.80 |
| | Median | 2.00 | 2.00 | 2.00 |
| | Min~Max | 0~16 | 0~17 | 0~17 |
| | P25~P75 | 0~4 | 0~4 | 0~4 |
| Pustules | N | 399 | 358 | 757 |
| | Mean | 0.32 | 0.40 | 0.36 |
| | SD | 0.91 | 1.20 | 1.06 |
| | Median | 0.00 | 0.00 | 0.00 |
| | Min~Max | 0~9 | 0~12 | 0~12 |
| | P25~P75 | 0~0 | 0~0 | 0~0 |

The time to first relapse, defined as time elapsed between Week 16 and first reoccurrence of IGA at "2", "3" or "4" was analyzed following 2 definitions: (1) the first one was based on IGA only; and (2) the second one took also into account any major deviations by imputing relapse the day of first major deviation. For each definition, a sensitivity analysis

US 9,233,118 B2

21

was performed by imputing relapse 4 weeks after discontinuation for all subjects who discontinued early from Period B without relapse. Relapse rates followed the same convention analyses as the time to relapse.

The median times to first relapse were 115 days for ivermectin 1% QD and 85 days for Metronidazole 0.75% BID (p=0.0365), the relapse rates were 62.7% and 68.4% respectively (Table 7). See also FIG. **12**. When conducting the sensitivity analysis by imputing relapse 4 weeks later to subjects who discontinued early without relapse, the medians were 114 days and 85 days (p=0.0594) and the relapse rates were 66.2% and 70.4%, respectively. Similar results were obtained when taking also into account the day of first major deviation.

TABLE 7

|  | IVM 1% | Metronidazole | p-value (1) |
|---|---|---|---|
| N | 399 | 358 | 0.0365 |
| Median and 95% Confidence Interval | 115.0 [113; 165] | 85.0 [85; 113] | — |
| Mean ± Standard Error | 147.0 ± 4.66 | 133.6 ± 5.13 | — |

Relapse is based on IGA only
(1) Logrank test

Number of days free of treatment was defined for each subject enrolled in period B as the time interval between a visit where IGA is assessed as 0 or 1 and the next visit. The number of treatment-free days is the summation over all visits of period B meeting this criterion. An additional analysis was also performed by subtracting from the days free of treatment any time interval between visits when the subject while being IGA 0 or 1 had a major protocol deviation.

Based on IGA score showed a mean days free of treatment of 183 days for ivermectin 1% QD versus 170 days for metronidazole (p=0.026). When taking into account the protocol deviations the mean days free of treatment remained nearly the same 181 days versus 168 days (p=0.021) in favor of ivermectin 1% QD.

Ivermectin 1% cream QD treatment resulted in a statistically significant extended remission (i.e. delayed time to first relapse, and increase in the number of treatment free days) of rosacea when compared to Metronidazole 0.75% BID in subjects who were successfully treated (IGA 0 (clear) or 1 (almost clear)) for 16 weeks. There was also a numerical trend in favor of Ivermectin 1% cream QD for the relapse rates (62.7% and 68.4% in the Ivermectin 1% group and Metronidazole 0.75% group, respectively). It should be noted that the differences observed in favor of Ivermectin 1% in Period B are presumably the consequence of the higher efficacy of Ivermectin compared to Metronidazole observed at the end of Period A, with a higher proportion of subjects with an IGA=0 in the Ivermectin group (41.6% and 29.1% in Ivermectin and Metronidazole, respectively).

The overall pharmacoeconomic benefit of Ivermectin 1% cream QD versus Metronidazole 0.75% cream BID over the one year duration of the study (Period A & B), is considerable when viewed as the sum of the following elements: benefit of Ivermectin over Metronidazole observed at the end of Period A (84.9% of success in Ivermectin group Vs. 75.4% in Metronidazole group), time to first relapse (115 Vs. 85 days), relapse rate (62.7% Vs. 68.4%) and number of days free of treatment (183.4 Vs. 170.4).

REFERENCES

1. Wilkin J, Dahl M, Detmar M, et al. Standard classification of rosacea: Report of the National Rosacea Society Expert

22

Committee on the classification and staging of rosacea. *J Am Acad Dermatol* 2002; 46:584-587.

2. Gupta M A, Gupta A K, Chen S J, Johnson A M. Comorbidity of rosacea and depression: an analysis of the National Ambulatory Medical Care Survey and National Hospital Ambulatory Care Survey-Outpatient Department data collected by the U.S. National Center for Health Statistics from 1995 to 2002. *Br J Dermatol* 2005; 153(6): 1176-81.

3. Del Rosso J Q, Gallo R L, Tanghetti E, Webster G, Thiboutot D. An evaluation of potential correlations between pathophysiologic mechanisms, clinical manifestations, and management of rosacea. Cutis 2013; 91(3 Suppl):1-8.

4. Del Rosso J Q, Gallo R L, Kircik L, et al. Why is rosacea considered to be an inflammatory disorder? The primary role, clinical relevance, and therapeutic correlations of abnormal innate immune response in rosacea-prone skin. *J Drugs Dermatol* 2012; 11:694-700.

5. Steinhoff M, Buddenkotte J, Aubert J, et al. Clinical, cellular, and molecular aspects in the pathophysiology of rosacea. *J Investig Dermatol Symp Proc* 2011; 15:2-11.

6. Forton F, Seys B. Density of *Demodex folliculorum* in rosacea: a case-control study using standardized skin-surface biopsy. *Br J Dermatol* 1993; 128(6):650-9.

7. Karincaoglu Y, Bayram N, Aycan O, Esrefoglu M. The clinical importance of demodex folliculorum presenting with nonspecific facial signs and symptoms. *J Dermatol* 2004; 31(8):618-26.

8. van Zuuren E J, Kramer S F, Carter B R, Graber M A, Fedorowicz Z. Effective and evidence-based management strategies for rosacea: summary of a Cochrane systematic review. *Br J Dermatol* 2011; 165(4):760-81.

9. Elewski B E. Results of a national rosacea patient survey: common issues that concern rosacea sufferers. *J Drugs Dermatol* 2009; 8(2):120-3.

10. Ci X, Li H, Yu Q, Zhang X, Yu L, Chen N, et al. Avermectin exerts anti-inflammatory effect by downregulating the nuclear transcription factor kappa-B and mitogen-activated protein kinase activation pathway. *Fundam Clin Pharmacol* 2009; 23(4):449-55.

11. Yanagihara K, Kadoto J, Kohno S. Diffuse panbronchiolitis-pathophysiology and treatment mechanisms. *Int J Antimicrob Agents* 2001; 18 Suppl 1:S83-7.

12. Ianaro A, Ialenti A, Maffia P, Sautebin L, Rombola L, Carnuccio R, et al. Anti-inflammatory activity of macrolide antibiotics. *J Pharmacol Exp Ther* 2000; 292(1): 156-63.

13. Campbell W C. History of avermectin and ivermectin, with notes on the history of other macrocyclic lactone antiparasitic agents. *Curr Pharm Biotechnol* 2012; 13(6): 853-65.

14. Forstinger C, Kittler H, Binder M. Treatment of rosacea-like demodicidosis with oral ivermectin and topical permethrin cream. *J Am Acad Dermatol* 1999; 41: 775-7.

15. Trendelenburg M, Büchner S, Passweg J, Rätz Bravo A R, Gratwohl A. Disseminated scabies evolving in a patient undergoing induction chemotherapy for acute myeloblastic leukaemia. *Ann Hematol* 2001; 80(2):116-8.

16. Pariser D M, Meinking T L, Bell M, Ryan W G. Topical 0.5% ivermectin lotion for treatment of head lice. *N Engl J Med* 2012; 367(18):1687-93.

17. Finlay A Y, Khan G K. Dermatology Life Quality Index (DLQI)—a simple practical measure for routine clinical use. *Clin Exp Dermatol* 1994; 19(3): 210-6.

18. Nicholson K, Abramova L, Chren M M, Yeung J, Chon S Y, Chen S C. A pilot quality-of-life instrument for acne rosacea. *J Am Acad Dermatol* 2007; 57(2):213-21.

23                                                      24

19. Zhang X, Song Y, Ci X et al. Ivermectin inhibits LPS-induced production of inflammatory cytokines and improves LPS-induced survival in mice. *Inflamm Res* 2008; 57:524-9.

20. Gerber P A, Buhren B A, Steinhoff M, Homey B. Rosacea: The cytokine and chemokine network. *J Investig Dermatol Symp Proc* 2011; 15(1):40-7.

21. Wolstenholme A J, Rogers A T. Glutamate-gated chloride channels and the mode of action of the avermectin/milbemycin anthelmintics. *Parasitology* 2005; 131 Suppl:S85-95.

22. Damian D. *Demodex* infestation in a child with leukemia: treatment with ivermectin and permethrin. *Int J Dermatol* 2003; 42:724-6.

23. Filho P A, Hazarbassanov R M, Grisolia A B et al. The efficacy of oral ivermectin for the treatment of chronic blepharitis in patients tested positive for *Demodex* spp. *Br J Ophthalmol* 2011; 95: 893-5.

24. Powell F C. Rosacea and the pilosebaceous follicle. *Cutis* 2004; 74 (3 Suppl): 9-12.

25. Marks R. The enigma of rosacea. *J Dermatol Treat* 2007; 18:326-8.

26. Forton F M N. Papulopustular rosacea, skin immunity and *Demodex*: pityriasis folliculorum as a missing link. *J Eur Acad Dermatol Venereol* 2012; 26:19-28.

27. Reinholz M, Ruzicka T, Schauber J. Cathelicidin LL-37: An antimicrobial peptide with a role in inflammatory skin disease. *Ann Dermatol* 2012; 24(2):126-135.

28. Millikan L. Rosacea as an inflammatory disorder: a unifying theory? *Cutis* 2004; 73(suppl 1): 5-8.

It will be appreciated by those skilled in the art that changes could be made to the embodiments described above without departing from the broad inventive concept thereof. It is understood, therefore, that this invention is not limited to the particular embodiments disclosed, but it is intended to cover modifications within the spirit and scope of the present invention as defined by the appended claims.

We claim:

1. A method of treating papulopustular rosacea in a subject in need thereof, comprising topically administering, once daily, to a skin area affected by the papulopustular rosacea a therapeutically effective amount of a pharmaceutical composition comprising about 1% by weight ivermectin and a pharmaceutically acceptable carrier to thereby obtain a significant reduction in inflammatory lesion count in the subject.

2. The method of claim 1, wherein as early as 2 weeks after the initial administration of the pharmaceutical composition, the significant reduction in inflammatory lesion count is observed.

3. The method of claim 1, wherein the pharmaceutical composition further comprises one or more ingredients selected from the group consisting of: an oily phase comprising dimethicone, cyclomethicone, isopropyl palmitate and/or isopropyl myristate, the oily phase further comprising fatty substances selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmitostearic acid, stearic acid and self-emulsifiable wax; at least one surfactant-emulsifier selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Stearerh-20, Stearerh-2, Stearerh-21 and Ceteareth-20; a mixture of solvents and/or propenetrating agents selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate; one or more gelling agents selected from the group consisting of carbomers, cel-

lulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches; and water.

4. The method of claim 1, wherein the once daily topical administration to the subject the pharmaceutical composition results in more reduction in inflammatory lesion count in the subject in comparison to that achieved by topically administering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

5. The method of claim 1, wherein the once daily topical administration to the subject the pharmaceutical composition results in longer relapse-free time of the papulopustular rosacea in the subject in comparison to that achieved by topically administering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

6. A method of treating inflammatory lesions of papulopustular rosacea in a subject in need thereof, comprising topically administering, once daily, to a skin area affected by the inflammatory lesions of papulopustular rosacea a pharmaceutical composition comprising about 1% by weight ivermectin and a pharmaceutically acceptable carrier to thereby obtain a significant reduction in inflammatory lesion count in the subject.

7. The method of claim 6, wherein as early as 2 weeks after the initial administration of the pharmaceutical composition, the significant reduction in inflammatory lesion count is observed.

8. The method of claim 6, wherein the pharmaceutical composition is administered once daily to the skin area.

9. The method of claim 6, wherein the pharmaceutical composition further comprises one or more ingredients selected from the group consisting of: an oily phase comprising dimethicone, cyclomethicone, isopropyl palmitate and/or isopropyl myristate, the oily phase further comprising fatty substances selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmitostearic acid, stearic acid and self-emulsifiable wax; at least one surfactant-emulsifier selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Stearerh-20, Stearerh-2, Stearerh-21 and Ceteareth-20; a mixture of solvents and/or propenetrating agents selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate; one or more gelling agents selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches; and water.

10. The method of claim 8, wherein the once daily topical administration to the subject the pharmaceutical composition results in more reduction in inflammatory lesion count in the subject in comparison to that achieved by topically administering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

11. The method of claim 8, wherein the once daily topical administration to the subject the pharmaceutical composition results in longer relapse-free time of the inflammatory lesions in the subject in comparison to that achieved by topically administering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

* * * * *

# EXHIBIT F

US009782425B2

(12) **United States Patent**
Jacovella et al.

(10) Patent No.: **US 9,782,425 B2**
(45) Date of Patent: *** Oct. 10, 2017**

(54) **TREATMENT OF PAPULOPUSTULAR ROSACEA WITH IVERMECTIN**

(71) Applicant: **Galderma S.A.**, Cham (CH)

(72) Inventors: **Jean Jacovella**, Antibes (FR); **Jean-Paul Chappuis**, Valbonne (FR); **Alexandre Kaoukhov**, Newport Beach, CA (US); **Michael Graeber**, Lawrenceville, NJ (US); **Laurence Salin**, La Roquette sur Siagne (FR); **Michel Poncet**, Mougins (FR); **Philippe Briantais**, Antibes (FR)

(73) Assignee: **Galderma S.A.**, Cham (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/903,906**

(22) PCT Filed: **Jul. 8, 2014**

(86) PCT No.: **PCT/US2014/045739**
§ 371 (c)(1),
(2) Date: **Jan. 8, 2016**

(87) PCT Pub. No.: **WO2015/006319**
PCT Pub. Date: **Jan. 15, 2015**

(65) **Prior Publication Data**
US 2016/0158263 A1      Jun. 9, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/209,958, filed on Mar. 13, 2014, now Pat. No. 9,233,118.

(60) Provisional application No. 61/843,540, filed on Jul. 8, 2013, provisional application No. 61/919,208, filed on Dec. 20, 2013, provisional application No. 61/927,717, filed on Jan. 15, 2014.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/7048* | (2006.01) |
| *A61K 47/14* | (2017.01) |
| *A61K 47/10* | (2017.01) |
| *A61K 9/06* | (2006.01) |
| *A61K 31/4164* | (2006.01) |
| *A61K 9/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ........ *A61K 31/7048* (2013.01); *A61K 9/0014* (2013.01); *A61K 9/06* (2013.01); *A61K 31/4164* (2013.01); *A61K 47/10* (2013.01); *A61K 47/14* (2013.01)

(58) **Field of Classification Search**
CPC ...... A61K 31/7048; A61K 9/06; A61K 47/10; A61K 47/14
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,332,577 A | | 7/1994 | Gertner et al. |
| 5,952,372 A | † | 9/1999 | McDaniel |
| 6,133,310 A | | 10/2000 | Parks |
| 6,319,945 B1 | | 11/2001 | Parks |
| 6,399,651 B1 | | 6/2002 | Parks |
| 6,399,652 B1 | | 6/2002 | Parks |
| 6,433,006 B2 | | 8/2002 | Parks |
| 6,458,342 B1 | | 10/2002 | Heidenfelder et al. |
| 7,550,440 B2 | † | 6/2009 | Manetta |
| 8,080,530 B2 | | 12/2011 | Manetta et al. |
| 8,093,219 B2 | | 1/2012 | Manetta et al. |
| 8,415,311 B2 | | 4/2013 | Manetta et al. |
| 8,470,788 B2 | | 6/2013 | Manetta et al. |
| 2002/0035076 A1 | | 3/2002 | Parks |
| 2002/0061855 A1 | | 5/2002 | Parks |
| 2007/0116731 A1 | | 5/2007 | Astruc et al. |
| 2009/0233877 A1 | * | 9/2009 | Kaoukhov ......... A61K 31/7048 514/30 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 2867684 A1 | 9/2005 |
| JP | 2006-524212 A | 10/2006 |
| RU | 2350333 C2 | 3/2009 |
| WO | 0128555 A1 | 4/2001 |
| WO | 03032976 A1 | 4/2003 |
| WO | 03032977 A1 | 4/2003 |
| WO | 03066009 A1 | 8/2003 |
| WO | 03075656 A2 | 9/2003 |
| WO | 2004093886 A1 | 11/2004 |
| WO | 2005058312 A1 | 6/2005 |
| WO | 2006097628 A1 | 9/2006 |

(Continued)

OTHER PUBLICATIONS

Wilkin et al., J. Am. Acad. Dermatol., 2004, 50, p. 907-912.*
Holmes, "Potential role of microorganisms in the pathogenesis of rosacea," J Am Acad Dermatol, vol. 69, No. 6, pp. 1025-1032 (2013).
Ianaro et al, "Anti-inflammatory activity of macrolide antibiotics," J Pharmacol Exp Ther, vol. 292, No. 1, pp. 156-163 (2000).
Campbell, "History of avermectin and ivermectin, with notes on the history of other macrocyclic lactone antiparasitic agents," Curr Pharm Biotechnol, vol. 13, No. 6, pp. 853-865 (2012).
Forstinger et al, "Treatment of rosacea-like demodicidosis with oral ivermectin and topical permethrin cream," J Am Acad Dermatol, vol. 41, pp. 775-777 (1999).

(Continued)

*Primary Examiner* — Jonathan S Lau
(74) *Attorney, Agent, or Firm* — Panitch Schwarze Belisario & Nadel LLP

(57) **ABSTRACT**

Methods and compositions for safe and effective treatment of papulopustular rosacea in a subject are described. The methods involve topically applying to an affected skin area a topical composition containing ivermectin and a pharmaceutically acceptable carrier. Treatment with ivermectin represents an innovative therapy that is more robust and effective than the conventional treatments.

**22 Claims, 11 Drawing Sheets**

US 9,782,425 B2

Page 2

(56)        **References Cited**

FOREIGN PATENT DOCUMENTS

| WO | 2006131651 | A2 | 12/2006 |
| WO | 2006131652 | A1 | 12/2006 |
| WO | 2006131653 | A1 | 12/2006 |
| WO | 2007071876 | A1 | 6/2007 |
| WO | 2007119028 | A2 | 10/2007 |
| WO | 2008043973 | A1 | 4/2008 |
| WO | 2008043974 | A2 | 4/2008 |
| WO | 2010072958 | A2 | 7/2010 |
| WO | 2010086725 | A1 | 8/2010 |
| WO | 2010092312 | A1 | 8/2010 |
| WO | 2014049298 | A1 | 4/2014 |

OTHER PUBLICATIONS

Pariser et al, "Topical 0.5% ivermectin lotion for treatment of head lice," N Engl J Med, vol. 367, No. 18, pp. 1687-1693 (2012).
Zhang et al, "Ivermectin inhibits LPS-induced production of inflammatory cytokines and improves LPS-induced survival in mice," Inflamm Res, vol. 57, pp. 524-529 (2008).
Van Zuuren et al, "Effective and evidence-based management strategies for rosacea: summary of a Cochrane systematic review," Br J Dermatol, vol. 165, No. 4, pp. 760-781 (2011).
Elewski, "Results of a national rosacea patient survey: common issues that concern rosacea sufferers," J Drugs Dermatol, vol. 8, No. 2, pp. 120-123 (2009).
Guzzo et al, "Safety, Tolerability, and Pharmacokinetics of Escalating High Doses of Ivermectin in Healthy Adult Subjects," J. Clin. Pharmacol., vol. 42, pp. 1122-1133 (2002).
Fink et al, "Pharmacokinetics of Ivermectin in Animals and Humans," Ivermectin and Abamectin, Ed. Campbell, Springer-Verlag New York Inc., pp. 113-129 (1989).
Toutain et al, "Plasma terminal half-life," J. Vet. Pharmacol. Therap., vol. 27, pp. 427-439 (2004).
Dahl et al, "Once-daily topical metronidazole cream formulations in the treatment of the papules and pustules of rosacea," J Am. Acad. Dermatol., pp. 723-730 (Nov. 2001).
Thiboutot et al, "Efficacy and safety of azelaic acid (15%) gel as a new treatment for papulopustular rosacea: Results from two vehicle-controlled, randomized phase III studies," J Am Acad Dermatol, vol. 48, No. 6, pp. 836-845 (Jun. 2003).
Canga et al, "The pharmacokinetics and metabolism of ivermectin in domestic animcal species," The Veterinary Journal, vol. 179, No. 1, pp. 25-37 (2009).

Canga et al, "The Pharmacokinetics and Interactions of Ivermectin in Humans—A Mini-review," The AAPS Journal, vol. 10, No. 1, pp. 42-46 (Mar. 2008).
Rebora, "The Management of Rosacea", Am. J. Clin. Dermatol., vol. 3, No. 7, pp. 489-496 (2002).
Gold et al, "Efficacy and safety of ivermectin 1% cream in treatment of papulopustular rosacea: results of two randomized, double-blind, vehicle-controlled pivotal studies," Journal of Drugs in Dermatology, vol. 13, No. 3, pp. 316-323 (2014).
Taib et al. "Superiority of ivermectin 1% cream over metronidazole 0.75% cream in treating inflammatory lesions of rosacea: a randomized, investigator-blinded trial." Br J Dermatol. Sep. 16, 2014.
Allen et al. "Recalcitrant papulopustular rosacea in an immunocompetent patient responding to combination therapy with oral ivermectin and topical permethrin." Cutis. Aug. 2007;80(2):149-51.
Salem et al. "Evaluation of the efficacy of oral ivermectin in comparison with ivermectin-metronidazole combined therapy in the treatment of ocular and skin lesions of Demodex folliculorum" International Journal of Infectious Diseases (2013) 17(5), e343-e347.
International Search Report for corresponding PCT/US14/045717 dated Sep. 24, 2014.
International Search Report for corresponding PCT/US2014/45739 dated Sep. 24, 2014.
Millikan, The Proposed Inflammatory Pathophysiology of Rosacea: Implications for Treatment; Skinmed. 2003;2(1).
Loo et al, "Ivermectin cream in rosacea: comparison with metronidazole gel," British Journal of Dermatology, vol. 151, Supp. 68, p. 61 (2004).
Stankiewicz et al, "Influence of ivermectin on cellular and humoral immune responses of lambs," Veterinary Immunology and Immunopathy, vol. 44, pp. 347-358 (1995).
Forton "Papulopustular Rosacea, Skin Immunity and Demodex: Pityriasis Folliculorum as a Missing Link"; Journal of te European Academy of Dermatology and Venereology (2012), 26, 19-28.
Finacea (azelaic acid) gel, 15%, label (Jul. 2010).
Merck Manuals (18th edition), Japanese version (1st edition), p. 991 (2006).
Am J Clin Dermatol. 2002;3(7):489-96.The management of rosacea.Rebora A1.†

* cited by examiner
† cited by third party

Figure 1



Figure 2



Figure 3



| Reasons for Discontinuation | Study 1 | | Study 2 | |
|---|---|---|---|---|
| | Ivermectin 1% N= 451 | Vehicle N= 232 | Ivermectin 1% N= 459 | Vehicle N= 229 |
| Pregnancy | 2 (0.4%) | 0 | 1 (0.2%) | 0 |
| Lack of Efficacy | 0 | 1 (0.4%) | 1 (0.2%) | 0 |
| Adverse Event | 7 (1.6%) | 4 (1.7%) | 6 (1.3%) | 4 (1.7%) |
| Subject Request | 18 (4.0%) | 7 (3.0%) | 9 (2.0%) | 8 (3.5%) |
| Protocol Violation | 2 (0.4%) | 1 (0.4%) | 4 (0.9%) | 0 |
| Lost to Follow-up | 7 (1.6%) | 8 (3.4%) | 8 (1.7%) | 8 (3.5%) |
| Other | 1 (0.2%) | 1 (0.4%) | 1 (0.2%) | 1 (0.4%) |

Figure 4A

** p<.001



Figure 4B



**Figure 4C**



Figure 5A



Figure 5B



Figure 5C

\* p<.01, \*\* p<.001



Figure 5D

\* p<.01, \*\* p<.001



Figure 6A



Figure 6B



Figure 7

 

IGA= 4; IL= 63                    IGA= 1; IL= 2

Figure 8



Figure 9

* *p* < .05, ** *p* < .001



**Figure 10**

* $p<.05$, ** $p<.001$



**Figure 11**



Figure 12



US 9,782,425 B2

1

# TREATMENT OF PAPULOPUSTULAR ROSACEA WITH IVERMECTIN

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a Section 371 of International Application No. PCT/US14/45739, filed Jul. 8, 2014, which was published in the English language on Jan. 15, 2015, under International Publication No. WO 2015/006319 A2, which claims priority from U.S. patent application Ser. No. 14/209, 958, filed Mar. 13, 2014, which is entitled to priority pursuant to 35 U.S.C. §119(e) to U.S. Provisional Patent Application No. 61/843,540, filed Jul. 8, 2013, U.S. Provisional Patent Application No. 61/919,208 filed Dec. 20, 2013, and U.S. Provisional Patent Application No. 61/927, 717, filed Jan. 15, 2014, the disclosure of each of which is hereby incorporated by reference herein in its entirety.

## BACKGROUND OF THE INVENTION

Papulopustular rosacea (PPR) is a chronic inflammatory disorder characterized by facial papules, pustules, and persistent erythema.[1] It is highly prevalent and associated with adverse impact on quality of life and depression.[2] The etiology of rosacea is multifactorial. In addition to neurovascular dysregulation, the facial skin of patients with rosacea is affected by augmented proinflammatory immune responses.[3] The principal active cathelicidin peptide (LL-37) is highly concentrated in skin affected by rosacea and can contribute to acute inflammation.[4] Moreover, PPR is characterized by the presence of inflammatory infiltrates that accompany flares, along with a heightened immune response involving neutrophilic infiltration and increased gene expression of IL-8.[5] In addition to exogenous factors (including UV light, heat and alcohol), it may be triggered by *Demodex folliculorum* mites.[3] Some studies of PPR observed higher mite densities compared to controls.[6-7] Therefore, a multitude of factors can activate neurovascular and/or immune responses, and consequential inflammation leading to flares of rosacea.[3]

Inflammatory lesions of rosacea, particularly moderate to severe PPR, are difficult to treat. Only a few therapeutic alternatives currently exist in the treatment of inflammatory lesions of rosacea. In the United States, only three FDA-approved treatments are indicated for the reduction of inflammatory lesions of rosacea, including two topical treatments. A recent Cochrane review noted some evidence supporting the effectiveness of topical metronidazole and azelaic acid in the treatment of moderate to severe rosacea,[8] yet it is clear that not all patients respond to these medications. In a national survey of current rosacea medication users, 46% of patients had previously changed medications, usually due to a lack of improvement.[9]

Ivermectin is an anti-parasitic drug derivative from the macrocyclic lactones family approved for human use for treatment and chemoprophylaxis of onchocerciasis and strongyloidiasis since 1996 in the USA and since 1988 in France. In addition, it has been approved in France for the treatment of human scabies. Oral ivermectin in human and animal demodicidosis was effective in reducing *Demodex folliculorum* and improving demodicidosis. Moreover, when administered orally, ivermectin combined with a subsequent weekly application of topical permethrin showed treatment efficacy in a patient presenting chronic rosacea-like demodicidosis (14).

2

U.S. Pat. No. 5,952,372 discloses a method of treating rosacea in humans involving orally or topically administering ivermectin. However, according to U.S. Pat. No. 5,952, 372, because of the skin barrier effect, topical treatment with ivermectin would be anticipated to require once- or twice-daily applications for as long as four weeks to achieve sufficient follicle penetration and effective miticidal activity. It further describes that after ivermectin carries out its miticidal activity on skin *Demodex folliculorum* organisms, inflammatory responses to them begin to diminish but remnants of the dead mites still elicit some flushing and lesion formation until the cleanup processes of the body remove them, a process that requires six to eight weeks. It suggests to employ conventional anti-rosacea medications, such as oral tetracycline and topical metronidazole, to suppress early flareups and to give early clinical response during the initial phase of ivermectin administration. U.S. Pat. No. 5,952,372 contains no specific disclosure on topical treatment of PPR.

U.S. Pat. No. 6,133,310 and U.S. Pat. No. 8,415,311 also disclose a method of treating acne rosacea by topical application of ivermectin. However, they contain no specific disclosure on treating inflammatory lesions of rosacea or PPR.

Accordingly, treatments demonstrated to have a greater efficacy in treating PPR, particularly moderate to severe PPR, than the currently available compositions, such as metronidazole compositions, are still needed to provide greater, longer lasting, or more rapid relief to those in need of the treatment. There is a need for improved effective treatment of PPR, particularly moderate to severe PPR. Such need is met by the present invention.

## BRIEF SUMMARY OF THE INVENTION

It is now demonstrated that topical administration of ivermectin provided more rapid relief of papulopustular rosacea as well as longer period of time that is free of relapse as compared to the currently available treatments, such as the topical treatment with 0.75% by weight of metronidazole.

In one general aspect, embodiments of the present invention relate to a method of treating papulopustular rosacea in a subject in need thereof, comprising topically administering to a skin area affected by the papulopustular rosacea a therapeutically effective amount of a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier.

Another general aspect of the present invention relates to a method of treating inflammatory lesions of papulopustular rosacea in a subject in need thereof, comprising topically administering to a skin area affected by the inflammatory lesions of papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier. In a preferred embodiment of the present invention, the pharmaceutical composition comprises about 0.5% to 1.5% by weight ivermectin.

In another preferred embodiment of the present invention, the subject has moderate to severe papulopustular rosacea before the treatment.

In yet another preferred embodiment of the present invention, the subject has at least 10, preferably at least 12 and more preferably at least 15, inflammatory lesions of papulopustular rosacea, before the treatment.

According to embodiments of the present invention, once daily topical treatment with ivermectin is significantly supe-

US 9,782,425 B2

3

4

rior than twice-daily topical treatment with metronidazole in treating papulopustular rosacea.

Other aspects, features and advantages of the invention will be apparent from the following disclosure, including the detailed description of the invention and its preferred embodiments and the appended claims.

BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

The foregoing summary, as well as the following detailed description of the invention, will be better understood when read in conjunction with the appended drawings. For the purpose of illustrating the invention, there are shown in the drawings embodiments which are presently preferred. It should be understood, however, that the invention is not limited to the precise embodiments shown in the drawings.

FIG. 1 shows the median percentage change from baseline in lesion counts (ITT-LOCF population) in a dose range study, after various topical treatments;

FIG. 2 illustrates subjects' response to the statement "the product improves my rosacea" after various topical treatments (ITT Observed);

FIG. 3 shows subject disposition in 2 clinical studies on the safety and efficacy of ivermectin topical treatment;

FIG. 4 illustrates proportions of subjects achieving IGA success ("clear" or "almost clear"): (A) at week 12 in studies 1 and 2; (B) at weeks 2, 4, 8 and 12 in study 1; and (C)) at weeks 2, 4, 8 and 12 in study 2, wherein SOOLANTRA is a 1% ivermectin cream;

FIG. 5 shows the change from baseline in inflammatory lesion counts (ITT-LOCF): (A) mean absolute change (±standard error) in study 1; (B) mean absolute change (±standard error) in study 2; (C) median percent change in study 1; and (D) median percent change in study 2, wherein SOOLANTRA is a 1% ivermectin cream;

FIG. 6 show subjects' rating of rosacea improvement in (A) Study 1 and (B) Study 2 at week 12;

FIG. 7 are photographs of a patient at Baseline and Week 12 (standard light);

FIG. 8 shows subject disposition in a clinical study comparing the topical treatments with ivermectin and met-ronidazole;

FIG. 9 illustrates the mean percent change from baseline in inflammatory lesion counts (ITT-LOCF) after the topical treatments with ivermectin and metronidazole, *p<0.05, **p<0.001;

FIG. 10 shows the success rate based on IGA of "clear" or "almost clear" after the topical treatments with ivermectin and metronidazole, *p<0.05, **p<0.001;

FIG. 11 shows subjects' rating of rosacea improvement after the topical treatments with ivermectin and metronida-zole; and

FIG. 12 shows time to first relapse defined as first re-occurrence of IGA≥2 after the successful treatments with ivermectin (CD5024) and metronidazole.

DETAILED DESCRIPTION OF THE INVENTION

Various publications, articles and patents are cited or described in the background and throughout the specifica-tion; each of these references is herein incorporated by reference in its entirety. Discussion of documents, acts, materials, devices, articles, or the like which have been included in the present specification is for the purpose of providing context for the present invention. Such discussion is not an admission that any or all of these matters form part of the prior art with respect to any inventions disclosed or claimed.

Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood to one of ordinary skill in the art to which this invention pertains. Otherwise, certain terms used herein have the meanings as set forth in the specification. All patents, published patent applications and publications cited herein are incorporated by reference as if set forth fully herein. It must be noted that as used herein and in the appended claims, the singular forms "a," "an," and "the" include plural references unless the context clearly dictates otherwise.

Ivermectin is a member of the avermectin class, which has been shown in immunopharmacological studies to exert anti-inflammatory effects by inhibiting lipopolysaccharide-induced production of inflammatory cytokines, such as tumor necrosis factor alpha and interleukin (IL)-1b, while upregulating the anti-inflammatory cytokine IL-10[10]. It is a semi-synthetic derivative isolated from the fermentation of *Streptomyces avermitilis*, that belongs to the avermectin family of macrocyclic lactones. Ivermectin is a mixture containing 5-O-demethyl-22,23-dihydroavermectin A1a plus 5-O-demethyl-25-de(1-methylpropyl)-25-(1-methyl-ethyl)-22,23-dihydroavermectin A1a, generally referred to as 22,23-dihydroavermectin B1a and B1b or H2B1a and H2B1b, respectively. The respective empirical formulas of H2B1a and H2B1b are $C_{48}H_{74}O_{14}$ and $C_{47}H_{72}O_{14}$ with molecular weights of 875.10 and 861.07 respectively.

Ivermectin is a macrocyclic lactone derivative, its thera-peutic effect is thought to be prominently due to its anti-inflammatory properties, similar to that of other macrolides.[11-12] Avermectin has been reported to exert anti-inflammatory effects by inhibiting lipopolysaccharide-in-duced production of inflammatory cytokines. In addition to its anti-inflammatory mode of action, ivermectin possesses antiparasitic properties. Its predecessor, avermectin, is an antiparasitic agent of agricultural importance first isolated in 1974.[13] Several studies support ivermectin's role in the effective oral treatment of cutaneous demodicidosis (in combination with topical permethrin cream) and scabies, as well as topical treatment of head lice.[14-16] Ivermectin causes death of parasites, primarily through binding selectively and with high affinity to glutamate-gated chloride channels, which occur in invertebrate nerve and muscle cells. This leads to the interruption of nerve impulses, causing paralysis and death of parasitic organisms. Ivermectin is known to act on *Demodex* mites in localized and generalized demodici-dosis in animals and in humans.

In the present invention, studies were conducted to evalu-ate the efficacy and safety of ivermectin in treating papulo-pustular rosacea (PPR). It was discovered that, as early as 2 weeks after the initial topical administration of a pharma-ceutical composition comprising 0.5 to 1.5% (w/w) iver-mectin to the subject, a significant reduction in inflammatory lesion count was observed. As used herein, a "significant reduction" refers to a reduction that is statistically signifi-cant, not due to chance alone, which has a p-value of 0.05 or less. A "significant reduction" can have a p-value of less than 0.05, 0.04, 0.03, 0.01, 0.005, 0.001, etc. As used herein, "inflammatory lesion count" refers to the number of inflam-matory lesions associated with rosacea or PPR. Inflamma-tory lesions can be papules and/or pustules. A papule is a small, solid elevation less than one centimeter in diameter, and a pustule is a small, circumscribed elevation of the skin, which contains yellow-white exudates.

US 9,782,425 B2

5

6

The lesions can be, e.g., papules and/or pustules of any sizes (small or large). For example, at two weeks after the initial treatment, about 30% (p<0.001) and 27.3% (p<0.01) median reduction of the inflammatory lesion counts were observed from patients treated with ivermectin in two separate clinical studies using methods of the present invention. These reductions are statistically significant because they had p values less than 0.01 or even less than 0.001.

This early onset of significant effectiveness is unexpected and surprising in comparison with the conventional treatments. For example, significant treatment differences were only observed from week 4 or week 8 forward in two phase III studies for the topical treatment of moderate PPR using twice-daily 15% azelaic acid (Thiboutot et al., 2003, *J. Am Acad Dermatol,* 48 (6): 836-845), while no statistically significant difference with respect to the median inflammatory lesion counts or the median percentage change in inflammatory lesion counts was observed at any evaluation time during the study (P≥0.29) of topical treatment of moderate to severe PPR using once-daily 0.75% or 1.0% metronidazole (Dahl et al., 2001, *J. Am Acad Dermatol,* 45 (5): 723-730).

This early onset of significant effectiveness is also unexpected and surprising in view of the prior teaching, that topical treatment with ivermectin would be anticipated to require once- or twice-daily applications for as long as four weeks to achieve sufficient follicle penetration and effective miticidal activity; and that after ivermectin carries out its miticidal activity on skin *Demodex folliculorum* organisms, remnants of the dead mites still elicit some flushing and lesion formation until the cleanup processes of the body remove them, a process that requires six to eight weeks; and that conventional anti-rosacea medications, such as oral tetracycline and topical metronidazole, are suggested to be employed to suppress early flareups and to give early clinical response during the initial phase of ivermectin administration (see, e.g., U.S. Pat. No. 5,952,372).

Side-by-side clinical studies in the present invention also showed that methods according to embodiments of the present invention result in more effective treatment of PPR as well as longer time for the relapse of PPR to occur than the conventional topical treatment, such as that with metronidazole. In addition, methods according to embodiments of the present invention also result in less frequent adverse skin reactions than the conventional topical treatments.

While not wishing to be bound by the theory, it is believed that the mechanism of action of ivermectin in treating papulopustular rosacea may be linked to anti-inflammatory effects of ivermectin as well as the death of *Demodex* mites that have been reported to be a factor in inflammation of the skin. Because ivermectin has both anti-inflammatory and anti-parasitic activities, treatment of PPR with ivermectin represents an innovative therapy addressing these relevant pathogenic factors in PPR, thus a novel addition to the current treatment armamentarium.

According to an embodiment of the present invention, a method of treating papulopustular rosacea in a subject in need thereof, comprises topically administering to a skin area affected by the papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier.

As used herein, "pharmaceutically acceptable carrier" refers to a pharmaceutically acceptable vehicle or diluent comprising excipients and auxiliaries that facilitate processing of the active compounds into preparations which can be used pharmaceutically.

The pharmaceutical compositions according to the invention are suited for treating the skin. They can be in liquid, pasty or solid form, and more particularly in the form of ointments, creams, milks, pomades, powders, impregnated pads, syndets, towelettes, solutions, gels, sprays, foams, suspensions, lotions, sticks, shampoos or washing bases. They can also be in the form of suspensions of microspheres or nanospheres or of lipid or polymeric vesicles or of polymeric patches and of hydrogels for controlled release. These compositions for topical application can be in anhydrous form, in aqueous form, or in the form of an emulsion.

In one embodiment of the present invention, the pharmaceutical composition being formulated as an emulsion, the topical pharmaceutical emulsion comprises ivermectin, and one or more other ingredients selected from the group consisting of: an oily phase comprising dimethicone, cyclomethicone, isopropyl palmitate and/or isopropyl myristate, the oily phase further comprising fatty substances selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmitostearic acid, stearic acid and self-emulsifiable wax; at least one surfactant-emulsifier selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Steareth-20, Steareth-2, Steareth-21 and Ceteareth-20; a mixture of solvents and/or propenetrating agents selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate; one or more gelling agents selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/ titanium dioxide/silica, guar gums, polyacrylamides and modified starches; and water.

In a preferred embodiment of the present invention, the pharmaceutical composition comprises 0.5-1.5% (w/w) ivermectin, more preferably, about 1% (w/w) ivermectin, and a pharmaceutically acceptable carrier.

In another preferred embodiment of the present invention, the pharmaceutical composition comprises about 1% (w/w) ivermectin, and one or more inactive ingredients selected from the group consisting of carbomer, such as carbomer copolymer type B; cetyl alcohol; citric acid monohydrate; dimethicone 20 Cst; edetate disodium; glycerin; isopropyl palmitate; methyl paraben; oleyl alcohol; phenoxyethanol; polyoxyl 20 cetostearyl ether; propylene glycol; propyl paraben; purified water; sodium hydroxide; sorbitan monostearate and stearyl alcohol.

As used herein, the term "subject" means any animal, preferably a mammal, most preferably a human, to whom will be or has been administered compounds or topical formulations according to embodiments of the invention. Preferably, a subject is in need of, or has been the object of observation or experiment of, treatment or prevention of papulopustular rosacea.

As known to those skilled in the art, an "intent-to-treat population" or "ITT population" refers to all subjects who are randomized in a clinical study and to whom the study drug is administered. "ITT-LOCF" refers to the ITT population using the Last Observation Carried Forward (LOCF) method, a standard method of handling missing data, which imputes or fills in values based on existing data. "ITT-MI" refers to the ITT population using the multiple imputations (MI) method based on all the data available in the model, another method for processing data known to those skilled in the art. A "per protocol population" or "PP population" refers to subjects of the ITT population in a clinical study who have no major deviations from the protocol of study.

US 9,782,425 B2

7

In one embodiment, "treatment" or "treating" refers to an amelioration, prophylaxis, or reversal of a disease or disorder, or of at least one discernible symptom thereof. In another embodiment, "treatment" or "treating" refers to an amelioration, prophylaxis, or reversal of at least one measurable physical parameter related to the disease or disorder being treated, not necessarily discernible in or by the mammal. In yet another embodiment, "treatment" or "treating" refers to inhibiting or slowing the progression of a disease or disorder, either physically, e.g., stabilization of a discernible symptom, physiologically, e.g., stabilization of a physical parameter, or both. In yet another embodiment, "treatment" or "treating" refers to delaying the onset of a disease or disorder.

Success of treating PPR can be measured using methods known in the art, such as by the reduction of inflammatory lesion count from the baseline before treatment, by an improvement from the baseline in an investigator's global assessment (IGA) score, or by both the reduction of inflammatory lesion count and the IGA score.

The IGA score is determined by a trained medical professional evaluating the skin condition of a patient utilizing an investigative global assessment of the skin condition. Typically, such global assessments assign a value to the degree of rosacea exhibited by the skin. In addition to the assessment made by the medical professional, the patient's input and observations of their skin condition and responses to various inquiries (e.g., stinging or burning sensations) also play a role in determining the IGA score that is assigned. For example, the IGA score for rosacea (Table 1) can range, for example, from 0 (clear) to 1 (almost clear) to 2 (mild) to 3 (moderate) to 4 (Severe), including values between these numeric gradings, such as 1.5, 2.6, 3.4 etc. (e.g., intervals of 0.1).

TABLE 1

| Investigator's Global Assessment of Rosacea Severity | | |
|---|---|---|
| Grade | Score | Clinical Description |
| Clear | 0 | No inflammatory lesions present, no erythema |
| Almost Clear | 1 | Very few small papules/pustules, very mild erythema present |
| Mild | 2 | Few small papules/pustules, mild erythema |
| Moderate | 3 | Several small or large papules/pustules, moderate erythema |
| Severe | 4 | Numerous small and/or large papules/pustules, severe erythema |

In view of the present disclosure, a skin area that is affected by papulopustular rosacea can be identified using any diagnostic signs or means known in the art, and can be treated by methods according to embodiments of the present invention. Patients can have papulopustular rosacea at different stages, from mild to severe.

In a preferred embodiment, the patient has moderate to severe papulopustular rosacea. As used herein, a patient having "moderate to severe papulopustular rosacea" has at least moderate facial erythema and at least 10 papulopustular lesions before treatment. For example, the patient can have an IGA of rosacea of 3 or 4, and at least 10, 15, 20, 25 or more papulopustular lesions before treatment.

According to embodiments of the present invention, the papulopustular rosacea is treated by topically applying to a skin area affected by the papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier, and the treatment results in a reduction in the inflammatory lesion count from the baseline

8

number of PPR lesions (before treatment) by at least 1 to 100 lesions or more, such as at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 35, 40, 50, 60, 70, 80, 90 or 100 lesions or more. According to embodiments of the present invention, at least about 10%, 20%, 30%, 40%, 50%, 60%, 70%, 80%, 90% or 100% reduction in inflammatory lesion count is observed after the treatment. Depending on the number of inflammatory lesions, and other factors, such as the conditions of the patient, the treatment can last as long as it is needed, such as 4 to 12 weeks.

According to other embodiments of the present invention, the treatment reduces the IGA score in the treated subject. As used herein, the "success rate" in a clinical study refers to the percentage of subjects in the study having an IGA of 0 ("clear") or 1 ("almost clear") after the treatment.

According to embodiments of the present invention, the pharmaceutical composition can be topically administered once or twice daily, preferably once daily.

According to embodiments of the present invention, after the initial successful treatment with ivermectin, i.e., to an IGA of 0 or 1, it takes a longer time to relapse, i.e., to an IGA of 2 or above, as compared to the conventional treatments, such as topical treatment with 0.75% by weight metronidazole. For example, treatment with ivermectin (1%) once daily (QD) resulted in a statistically significant extended remission (e.g., delayed time to first relapse, and increase in the number of treatment free days) of rosacea when compared to metronidazole 0.75% BID in subjects who were successfully treated (IGA 0 or 1) for 16 weeks. There was also a numerical trend in favor of ivermectin 1% QD for the relapse rates.

As used herein, "time to first relapse" is defined as the time elapsed between initial successful treatment to an IGA of rosacea of 0 or 1 to the first reoccurrence of the IGA to 2 or more in a subject. According to embodiments of the present invention, the median time to first relapse is about 110, 115, 120, 125, 130, 135, 140, 145 or 150 days or more in subjects treated with ivermectin, with a p value of 0.05 or less.

Another aspect of the present invention relates to a method of treating inflammatory lesions of papulopustular rosacea in a subject in need thereof, comprising topically administering to a skin area affected by the inflammatory lesions of papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier.

Preferably the subject has moderate to severe PPR before the treatment. More preferably, the subject has at least 15 inflammatory lesions of PPR before the treatment.

In another preferred embodiment, at two weeks after the initial treatment, about 27% or more median reduction of the inflammatory lesion counts is observed from subjects treated with ivermectin, with a p value of 0.01 or less.

Preferably, the pharmaceutical composition comprises 0.5% to 1.5% by weight ivermectin, more preferably about 1% by weight ivermectin.

In an embodiment of the present invention, as early as 2 weeks after the initial administration of the pharmaceutical composition to the subject, significant reduction in the inflammatory lesion count in the subject is observed. In other embodiments of the present invention, the method results in more reduction of the inflammatory lesion count and longer relapse-free time of the inflammatory lesions of rosacea in the subject in comparison to that achieved by

US 9,782,425 B2

9

10

topically administering to the subject a second pharmaceutical composition comprising 0.75% by weight metronidazole.

This invention will be better understood by reference to the non-limiting examples that follow, but those skilled in the art will readily appreciate that the examples are only illustrative of the invention and the claims which follow thereafter.

Unless otherwise indicated, all percentages of the ingredients in the present application are percentages by weight (w/w).

Example 1: Topical Ivermectin Compositions

Examples of pharmaceutical compositions that can be used in the present invention are described in U.S. Pat. No. 8,415,311 and U.S. Pat. No. 8,470,788, which are incorporated herein by reference. Compositions useful in the present invention include, but are not limited to, the following:

### Composition 1

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Aluminum magnesium silicate | 1.0 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Glyceryl/PEG 100 stearate | 3.0 |
| Self-emulsifiable wax | 2.0 |
| Palmitostearic acid | 2.5 |
| Steareth-20 | 3.0 |
| Sorbitan stearate | 2.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

### Composition 2

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate Crosspolymer | 0.15 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl myristate | 4.0 |
| Cetyl alcohol | 3.0 |
| Stearyl alcohol | 2.0 |
| Self-emulsifiable wax | 0.8 |
| Palmitostearic acid | 0.5 |
| Steareth-20 | 2.0 |
| Sorbitan palmitate | 1.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |

-continued

### Composition 2

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

### Composition 3

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Aluminum magnesium silicate | 1.0 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Glyceryl/PEG 100 stearate | 3.0 |
| Self-emulsifiable wax | 2.0 |
| Palmitostearic acid | 3.0 |
| Steareth-20 | 3.0 |
| Sorbitan palmitate | 2.0 |
| Dimethicone 20 | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 4.0 |
| Glyceryl triacetate | 1.0 |
| Phenoxyethanol | 0.5 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

### Composition 4

| Ingredients | % by weight relative to the total weight of the Composition |
|---|---|
| Ivermectin | 1.00 |
| Glycerol | 4.0 |
| Acrylate C10-30 alkyl acrylate Crosspolymer | 0.2 |
| Methyl para-hydroxybenzoate | 0.2 |
| Disodium EDTA | 0.05 |
| Citric acid monohydrate | 0.05 |
| Isopropyl palmitate | 4.0 |
| Cetyl alcohol | 3.5 |
| Stearyl alcohol | 2.5 |
| Oleyl alcohol | 2.0 |
| Ceteareth-20 | 3.0 |
| Sorbitan monostearate | 2.0 |
| Dimethicone 200 20 cs | 0.5 |
| Propyl para-hydroxybenzoate | 0.1 |
| Propylene glycol | 2.0 |
| Phenoxyethanol | 1.0 |
| 10% sodium hydroxide | qs pH |
| Water | qs 100 |

US 9,782,425 B2

| 11 | | 12 |

-continued

<table>
<tr><th colspan="2">Composition 5</th></tr>
<tr><th>Ingredients</th><th>% by weight relative to the total weight of the Composition</th></tr>
<tr><td>Ivermectin</td><td>1.4</td></tr>
<tr><td>Glycerol</td><td>4.0</td></tr>
<tr><td>Acrylate C10-30 alkyl acrylate Crosspolymer</td><td>0.2</td></tr>
<tr><td>Methyl para-hydroxybenzoate</td><td>0.2</td></tr>
<tr><td>Disodium EDTA</td><td>0.05</td></tr>
<tr><td>Citric acid monohydrate</td><td>0.05</td></tr>
<tr><td>Isopropyl palmitate</td><td>4.0</td></tr>
<tr><td>Cetyl alcohol</td><td>3.5</td></tr>
<tr><td>Stearyl alcohol</td><td>2.5</td></tr>
<tr><td>Oleyl alcohol</td><td>2.0</td></tr>
<tr><td>Ceteareth-20</td><td>3.0</td></tr>
<tr><td>Sorbitan monostearate</td><td>2.0</td></tr>
<tr><td>Dimethicone 200 20 cs</td><td>0.5</td></tr>
<tr><td>Propyl para-hydroxybenzoate</td><td>0.1</td></tr>
<tr><td>Propylene glycol</td><td>2.0</td></tr>
<tr><td>Phenoxyethanol</td><td>1.0</td></tr>
</table>

<table>
<tr><th colspan="2">Composition 5</th></tr>
<tr><th>Ingredients</th><th>% by weight relative to the total weight of the Composition</th></tr>
<tr><td>10% sodium hydroxide</td><td>qs pH</td></tr>
<tr><td>Water</td><td>qs 100</td></tr>
</table>

Example 2: Dosage Study on Topical Treatment of PPR with Ivermectin

A phase II, randomized, investigator-blinded, parallel-group, active- and vehicle-controlled study was conducted to determine the optimal concentration and dose regimen of topical ivermectin cream for the treatment of inflammatory lesions of rosacea, and evaluate efficacy and safety.

Eligible subjects were adults with PPR. The majority of the subjects had at least 15 facial inflammatory lesions and at least mild facial erythema based on IGA of rosacea severity. Table 2 shows the demographic and baseline clinical characteristics (ITT population) of the subjects:

TABLE 2

| | Ivermectin 1% BID (N = 48) | Ivermectin 1% QD (N = 52) | Ivermectin 0.3% (N = 47) | Ivermectin 0.1% (N = 51) | Metronidazole 0.75% BID (N = 48) | Vehicle QD (N = 50) |
|---|---|---|---|---|---|---|
| Gender n (%) | | | | | | |
| Female | 39 (81.3) | 33 (63.5) | 29 (61.7) | 31 (60.8) | 34 (70.8) | 35 (70.0) |
| Male | 9 (18.8) | 19 (36.5) | 18 (38.3) | 20 (39.2) | 14 (29.2) | 15 (30.0) |
| Age, year | | | | | | |
| Mean ± SD | 50.9 ± 12.3 | 50.4 ± 14.5 | 53.4 ± 14.5 | 52.7 ± 13.8 | 52.2 ± 15.9 | 52.2 ± 14.4 |
| Phototype, n (%) | | | | | | |
| I | 7 (14.6) | 4 (7.7) | 6 (12.8) | 4 (7.8) | 3 (6.3) | 7 (14.0) |
| II | 28 (58.3) | 27 (51.9) | 20 (42.5) | 26 (51.0) | 29 (60.4) | 28 (56.0) |
| III | 12 (25.0) | 14 (26.9) | 17 (36.2) | 18 (35.3) | 14 (29.2) | 15 (30.0) |
| IV | 1 (2.1) | 7 (13.5) | 4 (8.5) | 3 (5.9) | 2 (4.1) | 0 |
| Inflammatory lesion, n (%) | | | | | | |
| Mean ± SD | 37.3 ± 39.0 | 35.8 ± 18.2 | 35.1 ± 20.5 | 31.1 ± 15.0 | 37.4 ± 23.9 | 35.8 ± 19.9 |
| Min, max | 16, 270 | 16, 93 | 14, 108 | 15, 79 | 15, 153 | 15, 120 |
| IGA, n (%) | | | | | | |
| 1 = Almost Clear | 2 (4.2) | 0 | 1 (2.1) | 1 (2.0) | 1 (2.1) | 1 (2.0) |
| 2 = Mild | 15 (31.3) | 20 (38.5) | 15 (31.9) | 18 (35.3) | 18 (37.5) | 12 (24.0) |
| 3 = Moderate | 28 (58.3) | 24 (46.2) | 21 (44.7) | 29 (56.9) | 21 (43.8) | 28 (56.0) |
| 4 = Severe | 3 (6.3) | 8 (15.4) | 10 (21.3) | 3 (5.9) | 8 (16.7) | 9 (18.0) |

US 9,782,425 B2

13

The subjects were randomized to receive one of the following six (6) regimens for 12 weeks: ivermectin 0.1% (w/w) once-daily (QD), ivermectin 0.3% (w/w) QD, ivermectin 1% (w/w) QD, ivermectin 1% (w/w) twice-daily (BID), metronidazole gel 0.75% (w/w) BID, or vehicle QD. The 6 groups were comparable in terms of demographic and baseline disease characteristics (Table 2): majority were female, Caucasian, with a skin phototype II and a mean age of 51.9±14.2 years. On average, the subjects had 35.4±23.8 inflammatory lesions, and the majority (51.0%) had an IGA of 3 (moderate).

Inflammatory lesion (sum of papules and pustules) counts, rate of success [% subjects "clear" or "almost clear" based on Investigator's Global Assessment (IGA), a scale from 0 (clear) to 4 (severe)], erythema [from 0 (none) to 3 (severe)], telangiectasia [from 0 (none) to 3 (severe)], adverse events, and satisfaction questionnaire (at the end of the study) were determined during the study.

FIG. 1 shows the median percentage change from baseline in lesion counts (ITT-LOCF population).

At week 12, both ivermectin 1% (w/w) QD and BID were significantly more effective than vehicle QD in the ITT-LOCF analysis based on the percentage change from baseline in inflammatory lesion counts (median: −78.3% and −78.9% vs. −60.6%; both p<0.05) (FIG. 1); this was also confirmed in the PP analysis. Although ivermectin 1% (w/w) BID was significantly more efficacious than vehicle, its magnitude of effect was not greater than ivermectin 1% (w/w) QD. A numeric trend favoring ivermectin 1% QD compared with metronidazole 0.75% BID was also observed in terms of median % change from baseline in inflammatory lesion counts [−78.3% vs. −69.2% at Week 12 (ITT-LOCF)]; the sample size was not large enough to detect differences between these groups.

All ivermectin dose regimens led to a significantly greater success rate than vehicle (70.8%, 65.4%, 63.8% and 62.7% for ivermectin 1% BID, 1% QD, 0.3% QD and 0.1% QD, respectively, vs. 42.0% for vehicle at Week 12; all p<0.05). Furthermore, the success rate for Metronidazole was 62.5%. No difference was observed in the change in erythema or telangiectasia between the active and control groups.

All regimens were safe and well-tolerated, with similarly low incidence of adverse events. There were no serious related AEs. The majority of related AEs were mild, transient and dermatologic in nature, the most frequent for the ivermectin groups being skin discomfort (4 subjects), skin burning sensation (4 subjects), and worsening of rosacea (3 subjects).

FIG. 2 illustrates subjects' response to the statement "the product improves my rosacea" (ITT Observed). With increasing dosage of ivermectin, more subjects agreed with the statement "the product improves my rosacea" (FIG. 2) and were satisfied with the product (data not shown). The result was superior in ivermectin 1% QD and BID groups compared to the metronidazole 0.75% BID group. The majority of subjects in all Ivermectin groups considered that the product was easy to use (at least 95.5%), pleasant to use (at least 77.3%), and did not irritate the skin (at least 70.2%).

Topical administration of all tested ivermectin dose regimens (1% BID, 1% QD, 0.3% QD and 0.1% QD) led to a significantly greater success rate in treating PPR than vehicle; the result was superior in ivermectin 1% QD and BID groups compared to the metronidazole 0.75% BID group; and once daily topical administration of 1% (w/w) ivermectin was considered the optimal dose regimen, because it was safe, well tolerated, and provided significantly greater efficacy than vehicle for the treatment of PPR.

14

Once daily topical administration is further preferred because it promotes better patient compliance.

Example 3: Efficacy and Safety Study of Ivermectin 1% Cream

To demonstrate the efficacy and safety of once-daily ivermectin 1% (w/w) cream in subjects with PPR, two identically designed randomized, double-blind, controlled studies were conducted (hereafter designated Study 1 and Study 2). Both studies were conducted in accordance with the ethical principles of the Declaration of Helsinki and Good Clinical Practices, and in compliance with local regulatory requirements.

Each study had three parts. In the first part of the study, subjects with PPR were treated with ivermectin 1% cream (IVM 1%) or vehicle once daily at bedtime for 12 weeks. In the second part of the study, subjects initially treated with IVM 1% once daily at bedtime continued the same treatment, while subjects treated with the vehicle once daily switched to topical treatment with azelaic acid 15% gel twice daily, in the morning and evening. The third part of the study consisted of 4 weeks safety follow-up, without treatment.

Eligible subjects were 18 years or older, with moderate or severe papulopustular rosacea as noted by an IGA of 3 ("several small or large papules/pustules, moderate erythema") or 4 ("numerous small and/or large papules/pustules, severe erythema"), and presenting with 15-70 facial inflammatory lesions (papules and pustules). A total of 683 subjects with moderate to severe PPR were randomized in Study 1 (IVM 1%: 451, vehicle: 232), and 688 subjects in Study 2 (IVM 1%: 459, vehicle: 229) (FIG. 3).

Eligible subjects received either ivermectin cream 1% cream (once daily every day at bedtime) or vehicle cream (once daily every day at bedtime) on the entire face for 12 weeks. They were instructed to apply a thin film of cream on the entire face (right and left cheeks, forehead, chin and nose), e.g., in a pea-size amount of the cream, avoiding the upper and lower eyelids, lips, eyes and mouth. Subjects were also instructed to avoid rosacea triggers, such as sudden exposure to heat, certain foods, and excessive sun exposure. Study visits during the first study were as follows: screening visits, baseline, weeks 2, 4, 8, and 12 after the initial administration.

Efficacy assessments at each visit were the IGA of disease severity, and inflammatory lesion counts (papules and pustules) on each of the five facial regions (forehead, chin, nose, right cheek, left cheek). Safety assessments included adverse events (AEs) throughout the study, local tolerance parameters (stinging/burning, dryness, itching) at each study visit evaluated on a 4-point scale [from 0 (none) to 3 (severe)], and laboratory parameters (hematology and biochemistry) measured before and after treatment. Other assessments included the subject's evaluation of their rosacea improvement at the end of the study (week 12) compared to their condition at baseline, and two quality of life (QoL) questionnaires [a dermatology-specific instrument, the Dermatology Life Quality Index (DLQI)],17 and a rosacea-specific instrument, the RosaQoL™18 completed at baseline and week 12.

The co-primary efficacy endpoints in both studies were the success rate based on the IGA outcome and absolute change from baseline in inflammatory lesion counts at the end of week 12 of the studies. The success rate based on IGA score [% of subjects who achieved "clear" or "almost clear" ratings on the IGA scale at week 12 (ITT-LOCF)] was

US 9,782,425 B2

15

analyzed by the Cochran-Mantel-Haenszel (CMH) test stratified by analysis site, using the general association statistic. The absolute change in inflammatory lesion counts from baseline to week 12 (ITT-LOCF) was analyzed by analysis of covariance (ANCOVA). Missing data at week 12 in the ITT population were imputed by the LOCF approach. Also, sensitivity analyses were conducted to impute missing data in order to assess the robustness of the primary efficacy results. The secondary efficacy endpoint was percent change in inflammatory lesion counts from baseline at week 12 (ITT-LOCF). The QoL questionnaires were analyzed using the Wilcoxon rank sum test, and other variables were descriptively analyzed. High mean scores from the QoL questionnaires indicated a low quality of life.

In Studies 1 and 2, the vast majority of subjects completed the study (91.4% and 92.6%, respectively). The treatment groups were similar at baseline in terms of demographics and baseline disease characteristics, with about 31-33 inflammatory lesions on average and the majority having moderate rosacea (Table 3). Most subjects were female (68.2% and 66.7% in Studies 1 and 2, respectively) and Caucasian/white (96.2% and 95.3%), with a mean age of 50.4 and 50.2 years, respectively. Additionally, treatment groups were comparable regarding rates/reasons for early study discontinuation (FIG. 3).

TABLE 3

Demographic and baseline clinical characteristics (ITT population)

| | | Study 1 Total (n = 683) | Study 2 Total (n = 688) |
|---|---|---|---|
| Age, years | Mean ± SD | 50.4 ± 12.09 | 50.2 ± 12.29 |
| | Min, Max | 19, 88 | 18, 89 |
| Gender, n (%) | Female | 466 (68.2%) | 459 (66.7%) |
| | Male | 217 (31.8%) | 229 (33.3%) |
| Race | White | 657 (96.2%) | 656 (95.3%) |
| | Black or African American | 9 (1.3%) | 10 (1.5%) |
| | Asian | 6 (0.9%) | 15 (2.2%) |
| | Other | 11 (1.6%) | 7 (1.0%) |
| Inflammatory lesion counts | Mean ± SD | 30.9 ± 14.33 | 32.9 ± 13.70 |
| IGA | 3 = Moderate | 560 (82.0%) | 403 (83.3%) |
| | 4 = Severe | 123 (18.0%) | 81 (16.7%) |

The proportion of subjects achieving IGA success ("clear" or "almost clear") at week 12 for Studies 1 and 2 were 38.4% and 40.1%, respectively for IVM 1% compared to 11.6% and 18.8% for vehicle (both p<0.001; FIG. 4A). A significant difference between treatment arms in both studies was observed based on IGA since week 4 (10.9% and 11.8% versus 5.6% and 5.7%, respectively; both p<0.05), and was sustained until Week 12 (FIGS. 4B and 4C).

For inflammatory lesion counts, the mean difference between IVM 1% and vehicle from baseline to week 12 was −8.13 lesions for Study 1 and −8.22 for Study 2 (both p<0.001 versus vehicle), with a 95% CI of [−10.12, −6.13] and [−10.18, −6.25], respectively (FIGS. 5A and 5B). A mean reduction of 9 lesion counts was observed at week 2 in both studies when treated with IVM 1% (FIGS. 5A and 5B). Median reduction from baseline in inflammatory lesion counts for both studies was 76.0% and 75.0%, respectively, versus 50.0% for both vehicle groups at week 12 (p<0.001), with significant difference observed by week 2 at a median reduction of 30% and 27.3% (FIGS. 5C and 5D). This significant reduction in inflammatory lesion counts as early

16

as week 2 was exceptional when compared with similar data from treatment with metronidazole or azelaic acid.

Table 4 summarizes efficacy outcomes of both studies at the end of the first part 12 week studies

| | IVM 1% (N = 451) | Vehicle (N = 232) | IVM 1% (N = 459) | Vehicle (N = 229) |
|---|---|---|---|---|
| IGA | | | | |
| Number (%) of Subjects Clear or Almost Clear in the IGA at Week 12 | 173 (38.4) | 27 (11.6) | 184 (40.1) | 43 (18.8) |
| Inflammatory Lesions | | | | |
| Mean inflammatory lesion count at baseline | 31.0 | 30.5 | 33.3 | 32.2 |
| Mean inflammatory lesion count at Week 12 | 10.6 | 18.5 | 11.0 | 18.8 |
| Mean Absolute Change (%) in Inflammatory Lesion Count from Baseline at Week 12 | −20.5 (−64.9) | −12.0 (−41.6) | −22.2 (−65.7) | −13.4 (−43.4) |

The incidence of AEs was comparable between Studies 1 and 2 (40.5% and 36.5% for IVM 1% versus 39.4% and 36.5% for vehicle, respectively). Fewer subjects in IVM 1% groups tended to report related AEs than in vehicle groups (4.2% and 2.6% versus 7.8% and 6.5%, respectively), as well as for related dermatologic AEs (3.5% and 1.5% versus 6.9% and 5.7%) and related AEs leading to discontinuation (1.3% and 0.2%, versus 1.7% for both vehicle groups). A similarly low proportion of subjects reported serious AEs for IVM 1% and vehicle groups (0.7% and 1.5% versus 0.4% and 1.7%). There were no related serious AEs. The most common related AE in Study 1 was sensation of skin burning: 8 (1.8%) in IVM 1% subjects versus 6 (2.6%) for vehicle. For Study 2, the most common related AEs for IVM 1% were pruritis and dry skin (3 subjects each (0.7%)) compared to 0 and 2 subjects (0.9%) for vehicle, respectively. In addition, laboratory tests did not demonstrate clinically significant abnormalities.

At baseline before treatment application, a large proportion of subjects presented with local cutaneous symptoms consistent with rosacea, especially mild or moderate dry skin (for Studies 1 and 2, 63.0% and 57.0% for IVM 1%, and 59.3% and 60.0% for vehicle, respectively) and mild or moderate itching (57.3% and 49.4% for IVM 1%, and 45.4% and 49.1% for vehicle). At week 12 (last available data observed), the majority of subjects had none of the 2 cutaneous symptoms. A trend was observed in terms of absence of dryness in 83-86% of IVM 1% subjects versus 72-76% for vehicle, as well as for absence of itching in 82-85% for IVM 1% versus 70-78% for vehicle.

Improvement after treatment was rated by subjects as "excellent" or "good" by 69% and 66.2% for IVM 1% compared to 38.6% and 34.4% for vehicle (p<0.001), respectively (FIG. 6). "Excellent" improvement was reported by 34.3% and 32.0% for IVM 1% versus 9.5% and 7.3% for vehicle.

After 12 weeks of treatment, improved QoL scores were observed for subjects in the IVM 1% compared to vehicle groups. For the DLQI, it is of note that no difference between treatment groups was observed at baseline. At the end of each study, more subjects in the IVM 1% group (about 53%) than vehicle (about 35%) considered that their disease had no effect on their overall QoL (p<0.001). For RosaQoL™, improvement in QoL from baseline was higher in both studies for IVM 1% (−0.64±0.7 and −0.60±0.6

US 9,782,425 B2

17                                                          18

versus −0.35±0.5 for both vehicle groups (p<0.001 and p=0.001 for Studies 1 and 2, respectively). This result indicates that a higher proportion of subjects felt that their quality of life was not negatively impacted by rosacea in the group treated with IVM, compared to the control group treated with vehicle.

IGA was assessed during the second part of the studies (40 weeks). The percentages of subjects treated with IVM 1% achieving an IGA score of 0 or 1 continued to increase up to week 52, the end of the second part of the studies. The success rate (IGA=0 or 1) at week 52 was 71.1% and 76% in studies 1 and 2 respectively. In both studies, the incidences were comparable in the 2 groups of subjects treated by IVM 1% cream QD and azelaic acid 15% gel BID across the categories of related AEs, dermatologic AEs, serious AEs, related AEs leading to discontinuation, and AEs of special interests. There was no serious related AEs.

In the follow up third part of the studies, subjects treated with IVM 1% cream QD and azelaic acid 15% gel BID during the second part of the studies were comparable in reporting AEs. No subjects reported related serious AEs, related AEs leading to discontinuation.

The most frequent (>0.5% in any arm) AEs were skin disorders, and were less frequent with IVM 1% cream QD than azelaic acid 15% gel BID in both studies.

These two pivotal studies demonstrated the efficacy and safety of topical ivermectin 1% cream in the treatment of inflammatory lesions of rosacea with reproducibility. The effect was robust and highly significant (p, 0.001) in all primary and secondary endpoints at week 12 (ITT-LOCF). Onset of treatment effect was observed at week 4 in each study based on both IGA and lesion counts. Onset of treatment effect was observed at week 2 in each study based on lesion counts. The ivermectin 1% cream was well tolerated and safe in both studies. No notable difference was observed between the ivermectin 1% cream QD and corresponding vehicle and azelaic acid 15% gel BID. The most frequent (>0.5% in any arm) AEs were skin disorders, and were less frequent with IVM 1% cream QD than with the respective comparator. In addition, the topical daily application of the Ivermectin 1% Cream QD up to 1 year is well tolerated, with no unexpected safety findings associated with chronic use.

In conclusion, ivermectin, such as 1% ivermectin cream, was effective and safe in treating papulopustular rosacea.

Example 4: Comparison of the Efficacy and Safety of Ivermectin 1% Cream vs. Metronidazole 0.75% Cream

This was an investigator-blinded, randomized, parallel group study comparing the efficacy and safety of ivermectin (hereafter designated IVM) 1% (w/w) cream vs. metronidazole 0.75% (w/w) cream with a 16-week period A and a 36-week period B to study recurrence. Study visits during Period A were as follows: a screening visit, and at baseline, weeks 3, 6, 9, 12 and 16.

Eligible subjects were 18 years or older, with moderate or severe papulopustular rosacea as noted by an IGA of 3 ("several small or large papules/pustules, moderate ery-

thema") or 4 ("numerous small and/or large papules/pustules, severe erythema"), and presenting with 15-70 facial inflammatory lesions (papules and pustules).

Subjects were randomized in a 1:1 ratio to receive either IVM 1% cream (once daily, QD, at bedtime) or metronidazole 0.75% cream (twice daily, BID, as per labelling at morning and bedtime) for 16 weeks. Study drugs were applied in a thin film on the entire face (right and left cheeks, forehead, chin and nose), avoiding the upper and lower eyelids, lips, eyes and mouth. The subjects were instructed to maintain a consistent lifestyle throughout the study regarding rosacea triggers (i.e. avoiding environmental factors, certain foods, and excessive sun exposure).

Efficacy assessments at each visit were inflammatory lesion counts (papules and pustules) counted on five facial regions (forehead, chin, nose, right cheek, left cheek), and the Investigator's Global Assessment (IGA) of disease severity. Safety assessments included adverse events (AEs) throughout the study, local tolerance parameters (stinging/burning, dryness, itching) at each visit evaluated on a 4-point scale (from 0 (none) to 3 (severe)), and laboratory parameters measured at baseline, weeks 9 and 16. Other assessments included the subject's evaluation of rosacea improvement compared to their condition at baseline, and subject's appreciation questionnaire at the end of the study (regarding satisfaction with the study drug). Lastly, a quality of life questionnaire (Dermatology Life Quality Index (DLQI)) was completed at baseline and at the end of the study (week 16).

The ITT population included all subjects who were randomized and to whom the study drug was administered. The safety population included all subjects who received the study medication. The primary efficacy endpoint, percent change in inflammatory lesion counts from baseline to week 16, was analyzed using the CMH test stratified on center, with ridit transformation and row mean score difference statistic. Secondary efficacy endpoints included success rate (percent of subjects with IGA rated 0 ("clear") or 1 ("almost clear") (analyzed by CMH test stratified on center using general association statistic), IGA and absolute change in lesion counts (analyzed using ANCOVA, including treatments and analysis center as factors, and baseline as covariate). LOCF was the primary method for imputation of missing data, and multiple imputations (MI) method was used for sensitivity. Other variables were descriptively analyzed.

A total of 1,034 subjects were screened and 962 randomized to receive IVM 1% cream (n=478) or metronidazole 0.75% cream (n=484); 902 (93.8%) completed the study (FIG. 8). Treatment groups were comparable at baseline in terms of demographics and baseline disease characteristics, with about 32 inflammatory lesions on average and the majority having moderate rosacea (83.3% with an IGA of 3) (Table 5). As expected, the quantity of product applied in the metronidazole group (BID applications) was nearly twice as much as the product applied in the IVM 1% group (QD), with a mean of 1.31 g vs. 0.72 g, respectively.

US 9,782,425 B2

19

20

TABLE 5

| Demographic and baseline clinical characteristics (ITT population) | | | | |
|---|---|---|---|---|
| | | Ivermectin 1% (n = 478) | Metronidazole 0.75% (n = 484) | Total (n = 962) |
| Age, years | Mean ± SD | 51.22 ± 13.40 | 51.87 ± 13.24 | 51.54 ± 13.32 |
| | Min, Max | 18, 85 | 18, 90 | 18, 90 |
| Gender, n (%) | Female | 311 (65.1%) | 316 (65.3%) | 627 (65.2%) |
| | Male | 167 (34.9%) | 168 (34.7%) | 335 (34.8%) |
| Race | Asian | 3 (0.6%) | — | 3 (0.3%) |
| | White | 475 (99.4%) | 484 (100.0%) | 959 (99.7%) |
| Skin Phototype | I | 18 (3.8%) | 17 (3.5%) | 35 (3.6%) |
| | II | 245 (51.3%) | 234 (48.3%) | 479 (49.8%) |
| | III | 178 (37.2%) | 213 (44.0%) | 391 (40.6%) |
| | IV | 36 (7.5%) | 19 (3.9%) | 55 (5.7%) |
| | V | 1 (0.2%) | 1 (0.2%) | 2 (0.2%) |
| Inflammatory lesion Counts | Mean ± SD | 32.87 ± 13.95 | 32.07 ± 12.75 | 32.46 ± 13.36 |
| Investigator Global Assessment | 3 = Moderate | 398 (83.3%) | 403 (83.3%) | 801 (83.3%) |
| | 4 = Severe | 80 (16.7%) | 81 (16.7%) | 161 (16.7%) |

Regarding the primary endpoint, at week 16 (ITT-LOCF), IVM 1% cream was significantly superior to metronidazole 0.75% cream in terms of percent reduction from baseline in inflammatory lesion counts (83.0% vs. 73.7%; p<0.001; FIG. 9). This difference was observed as early as week 3 (ITT-LOCF) (as soon as week 6 with ITT-MI), and this continued through week 16 (all p-values ≤0.04). It should be noted that in this study, there was no study visit or assessment prior to Week 3, thus the differences in treatment could have been observed earlier than week 3 if the first study visit was conducted earlier. Similar results were found for the IGA success rate (subjects rated "clear" or "almost clear"): 84.9% for IVM 1% cream vs. 75.4% for metronidazole 0.75% cream at week 16 (ITT-LOCF) (p<0.001). As illustrated in FIG. 10, the difference in IGA was the highest at week 12 (14.9% superior for ivermectin).

About 13% more subjects were rated as "clear" in terms of IGA for IVM 1% than metronidazole 0.75% (34.9% vs. 21.7%, respectively). Furthermore, in a subgroup analysis of success rate according to IGA severity, about 20% more subjects with severe rosacea at baseline in the IVM 1% group achieved success (82.5% vs. 63.0%).

The incidence of adverse events (AEs) was similar between groups (32.4% vs. 33.1% of subjects in the IVM 1% and metronidazole 0.75% groups, respectively), as well as for related AEs (2.3% vs. 3.7%). Furthermore, a comparably low number of subjects experienced a related dermatologic AE (9 subjects (1.9%) in the IVM 1% group and 12 (2.5%) in the metronidazole 0.75% group). The most common related AE was skin irritation (3 subjects (0.6%) vs. 4 subjects (0.8%) for IVM 1% and metronidazole 0.75%, respectively). Thirteen subjects reported serious but unrelated AEs. A total of 3 subjects (0.6%) in the IVM 1% group experienced related adverse events leading to discontinuation (due to skin irritation and hypersensitivity), compared to 10 (2.1%) subjects in the metronidazole 0.75% group (due to skin irritation, allergic dermatitis, aggravation of rosacea, erythema, pruritis, and general disorders (hot feeling)).

In terms of local tolerance, the incidence of worsening from baseline was higher in the metronidazole 0.75% group for stinging/burning (15.5% vs. 11.1%), dryness (12.8% vs. 10.0%), and itching (11.4% vs. 8.8%). Laboratory tests did not demonstrate clinically significant abnormalities.

At the end of period A of this study, the majority (85.5%) of subjects in the IVM 1% group rated their global improvement as "excellent" or "good" compared to 74.8% in the metronidazole 0.75% group. Furthermore, more subjects receiving IVM 1% reported an "excellent" improvement of their rosacea (52.3% vs. 37.0%, respectively; FIG. 11). Regarding the subject's appreciation questionnaire, more subjects in the IVM 1% group were satisfied with the study drug (76.0% vs. 61.3% in the metronidazole 0.75% group). In addition, more subjects treated by IVM 1% tended to consider the product easy to use and that the time needed for application was satisfactory, whereas more subjects found metronidazole 0.75% to be irritating (data not shown).

At baseline, the mean DLQI scores were similar between groups (6.95 for IVM 1% and 6.05 for metronidazole 0.75%, respectively). Patients treated with IVM 1% showed a higher numerical decrease in their DLQI score than patients treated with metronidazole 0.75% (−5.18 vs. −3.92; p<0.01), indicating a higher improvement in quality of life. At the end of the study, 71% of patients treated with IVM 1% reported no effect at all on their quality of life (vs. 64% for metronidazole 0.75%), which means that a higher proportion of subjects felt that their quality of life was not negatively impacted by rosacea in the group treated with IVM, compared to the group treated with metronidazole. The study drugs diverged in favor of IVM 1% in the symptoms and feelings sub-scale (level of itching, soreness, pain or stinging: "not at all" for 78.7% vs. 63.0% in the metronidazole 0.75% group; level of embarrassment or self-consciousness: "not at all" for 70.3% vs. 60.1%, respectively).

Topical metronidazole 0.75% (w/w) has been one of the most frequently used therapies in the treatment of papulopustular rosacea. In this study, IVM 1% cream was significantly superior to metronidazole 0.75% cream in terms of percent reduction from baseline in inflammatory lesion counts, with an onset of efficacy (first difference vs. metronidazole 0.75%) as early as 3 weeks (or even earlier) that continued through 16 weeks. The findings show that ivermectin is more efficacious than metronidazole, with a tendency even in patients with higher lesion counts.

An overall good safety profile was observed for IVM, and it was well-tolerated in comparison with metronidazole. It is not surprising that for both products, patients experienced a similarly low number of related adverse events, particularly since the tolerability of metronidazole is known to be satisfactory. Metronidazole's higher incidence of worsening from baseline concerning stinging/burning, dryness, and itching may be attributed to the usual signs and symptoms of rosacea. Nevertheless, this affected the level of quality of life as measured by the DLQI, as more patients in the metronidazole group reported itching, soreness, pain or stinging.

US 9,782,425 B2

21                                                                    22

Patient-reported outcomes for IVM 1% cream were consistent with its superior efficacy results. More patients using IVM indicated that the product was easy to use and that the time needed for application was satisfactory, implying that the daily application is more convenient than metronidazole's twice-daily regimen. Related to quality of life measures, fewer patients using IVM considered themselves to be embarrassed or self-conscious. Thus, ivermectin appears to be adapted to the complex etiology of rosacea, and in the study IVM 1% cream demonstrated superiority to metronidazole 0.75% cream in terms of inflammatory lesion reduction.

subjects included in Period B (399 in Ivermectin 1% and 358 in Metronidazole 0.75% groups, respectively), 504 (66.6%) were female, 754 (99.6%) were Caucasian and the mean age was 51.9 years. In terms of disease characteristics, the means inflammatory lesion counts were similar in both groups (median 2.0). But, the proportion of subjects with an IGA of 0 was higher in Ivermectin group than in Metronidazole group (41.6% versus 29.1%) due to the higher efficacy of Ivermectin treatment from Period A.

TABLE 6

End of Period A disease characteristics of subjects entering Period B

|  |  | Ivermectin | Metronidazole | TOTAL |
|---|---|---|---|---|
| Inflammatory | N | 399 | 358 | 757 |
| lesion counts | Mean | 2.58 | 2.96 | 2.76 |
|  | SD | 3.20 | 3.42 | 3.31 |
|  | Median | 2.00 | 2.00 | 2.00 |
|  | Min~Max | 0~19 | 0~24 | 0~24 |
|  | P25~P75 | 0~4 | 0~4 | 0~4 |
| Investigator | N | 399 | 358 | 757 |
| Global Assessment | 0 = Clear | 166 (41.6%) | 104 (29.1%) | 270 (35.7%) |
|  | 1 = Almost Clear | 233 (58.4%) | 254 (70.9%) | 487 (64.3%) |
| Nodules | N | 399 | 358 | 757 |
|  | 0 | 397 (99.5%) | 357 (99.7%) | 754 (99.6%) |
|  | 1 | 2 (0.5%) | 1 (0.3%) | 3 (0.4%) |
| Papules | N | 399 | 358 | 757 |
|  | Mean | 2.27 | 2.56 | 2.40 |
|  | SD | 2.77 | 2.83 | 2.80 |
|  | Median | 2.00 | 2.00 | 2.00 |
|  | Min~Max | 0~16 | 0~17 | 0~17 |
|  | P25~P75 | 0~4 | 0~4 | 0~4 |
| Pustules | N | 399 | 358 | 757 |
|  | Mean | 0.32 | 0.40 | 0.36 |
|  | SD | 0.91 | 1.20 | 1.06 |
|  | Median | 0.00 | 0.00 | 0.00 |
|  | Min~Max | 0~9 | 0~12 | 0~12 |
|  | P25~P75 | 0~0 | 0~0 | 0~0 |

idazole 0.75% cream in terms of inflammatory lesion reduction. As noted in the afore-mentioned Cochrane review, few robust studies have compared topical metronidazole with another rosacea treatment and in three identified studies, topical metronidazole was either non-significantly different or less effective than azelaic acid.[8] While metronidazole has been used in the past as a reasonable treatment for the papulo-pustular lesions of rosacea, its efficacy is surpassed by that of ivermectin along with the advantage of once-daily dosing.

The relapse among subjects successfully treated at the end of the Period A was studied during the treatment free Period B (36 weeks). At the end of Period A, only subjects with an IGA of "0" or "1" (clear or almost clear) were eligible for entering Period B. Then, their study treatment was discontinued and the subjects were followed for up to 8 months (36 weeks). In case of reoccurrence of an IGA of at least "2" (mild) at any time during Period B, the subjects were retreated with the same treatment received during the Period A. The re-treatment was stopped as soon as the IGA was back to "0" or "1" (clear or almost clear). The maximum duration of re-treatment was 16 consecutive weeks to mimic the Period A treatment duration. In order to characterize the relapses, the following parameters were assessed: (1) time of first relapse (time elapsed between Week 16 and first reoccurrence of IGA at "2", "3" or "4" inducing a retreatment course), (2) relapse rate (percentage of subjects with reoccurrence of IGA at "2", "3" or "4" after a period free of study treatment) and (3) number of days free of treatment.

At the start of Period B, treatment groups were comparable with respect to the demographic. Of the total 757

The time to first relapse, defined as time elapsed between Week 16 and first reoccurrence of IGA at "2", "3" or "4" was analyzed following 2 definitions: (1) the first one was based on IGA only; and (2) the second one took also into account any major deviations by imputing relapse the day of first major deviation. For each definition, a sensitivity analysis was performed by imputing relapse 4 weeks after discontinuation for all subjects who discontinued early from Period B without relapse. Relapse rates followed the same convention analyses as the time to relapse.

The median times to first relapse were 115 days for ivermectin 1% QD and 85 days for Metronidazole 0.75% BID (p=0.0365), the relapse rates were 62.7% and 68.4% respectively (Table 7). See also FIG. 12. When conducting the sensitivity analysis by imputing relapse 4 weeks later to subjects who discontinued early without relapse, the medians were 114 days and 85 days (p=0.0594) and the relapse rates were 66.2% and 70.4%, respectively. Similar results were obtained when taking also into account the day of first major deviation.

TABLE 7

|  | IVM 1% | Metronidazole | p-value (1) |
|---|---|---|---|
| N | 399 | 358 | 0.0365 |
| Median and 95% Confidence Interval | 115.0 [113; 165] | 85.0 [85; 113] | — |
| Mean ± Standard Error | 147.0 ± 4.66 | 133.6 ± 5.13 | — |

Relapse is based on IGA only
(1) Logrank test

US 9,782,425 B2

23

Number of days free of treatment was defined for each subject enrolled in period B as the time interval between a visit where IGA is assessed as 0 or 1 and the next visit. The number of treatment-free days is the summation over all visits of period B meeting this criterion. An additional analysis was also performed by subtracting from the days free of treatment any time interval between visits when the subject while being IGA 0 or 1 had a major protocol deviation.

Based on IGA score showed a mean days free of treatment of 183 days for ivermectin 1% QD versus 170 days for metronidazole (p=0.026). When taking into account the protocol deviations the mean days free of treatment remained nearly the same 181 days versus 168 days (p=0.021) in favor of ivermectin 1% QD.

Ivermectin 1% cream QD treatment resulted in a statistically significant extended remission (i.e. delayed time to first relapse, and increase in the number of treatment free days) of rosacea when compared to Metronidazole 0.75% BID in subjects who were successfully treated (IGA 0 (clear) or 1 (almost clear)) for 16 weeks. There was also a numerical trend in favor of Ivermectin 1% cream QD for the relapse rates (62.7% and 68.4% in the Ivermectin 1% group and Metronidazole 0.75% group, respectively). It should be noted that the differences observed in favor of Ivermectin 1% in Period B are presumably the consequence of the higher efficacy of Ivermectin compared to Metronidazole observed at the end of Period A, with a higher proportion of subjects with an IGA=0 in the Ivermectin group (41.6% and 29.1% in Ivermectin and Metronidazole, respectively).

The overall pharmacoeconomic benefit of Ivermectin 1% cream QD versus Metronidazole 0.75% cream BID over the one year duration of the study (Period A & B), is considerable when viewed as the sum of the following elements: benefit of Ivermectin over Metronidazole observed at the end of Period A (84.9% of success in Ivermectin group Vs. 75.4% in Metronidazole group), time to first relapse (115 Vs. 85 days), relapse rate (62.7% Vs. 68.4%) and number of days free of treatment (183.4 Vs. 170.4).

REFERENCES

1. Wilkin J, Dahl M, Detmar M, et al. Standard classification of rosacea: Report of the National Rosacea Society Expert Committee on the classification and staging of rosacea. *J. Am Acad Dermatol* 2002; 46:584-587.

2. Gupta M A, Gupta A K, Chen S J, Johnson A M. Comorbidity of rosacea and depression: an analysis of the National Ambulatory Medical Care Survey and National Hospital Ambulatory Care Survey—Outpatient Department data collected by the U.S. National Center for Health Statistics from 1995 to 2002. *Br J Dermatol* 2005; 153(6):1176-81.

3. Del Rosso J Q, Gallo R L, Tanghetti E, Webster G, Thiboutot D. An evaluation of potential correlations between pathophysiologic mechanisms, clinical manifestations, and management of rosacea. *Cutis* 2013; 91(3 Suppl):1-8.

4. Del Rosso J Q, Gallo R L, Kircik L, et al. Why is rosacea considered to be an inflammatory disorder? The primary role, clinical relevance, and therapeutic correlations of abnormal innate immune response in rosacea-prone skin. *J Drugs Dermatol* 2012; 11:694-700.

5. Steinhoff M, Buddenkotte J, Aubert J, et al. Clinical, cellular, and molecular aspects in the pathophysiology of rosacea. *J Investig Dermatol Symp Proc* 2011; 15:2-11.

6. Forton F, Seys B. Density of *Demodex folliculorum* in rosacea: a case-control study using standardized skin-surface biopsy. *Br J Dermatol* 1993; 128(6):650-9.

7. Karincaoglu Y, Bayram N, Aycan O, Esrefoglu M. The clinical importance of *demodex folliculorum* presenting with nonspecific facial signs and symptoms. *J Dermatol* 2004; 31(8):618-26.

8. van Zuuren E J, Kramer S F, Carter B R, Graber M A, Fedorowicz Z. Effective and evidence-based management strategies for rosacea: summary of a Cochrane systematic review. *Br J Dermatol* 2011; 165(4):760-81.

9. Elewski B E. Results of a national rosacea patient survey: common issues that concern rosacea sufferers. *J Drugs Dermatol* 2009; 8(2):120-3.

10. Ci X, Li H, Yu Q, Zhang X, Yu L, Chen N, et al. Avermectin exerts anti-inflammatory effect by downregulating the nuclear transcription factor kappa-B and mitogen-activated protein kinase activation pathway. *Fundam Clin Pharmacol* 2009; 23(4):449-55.

11. Yanagihara K, Kadoto J, Kohno S. Diffuse panbronchiolitis-pathophysiology and treatment mechanisms. *Int J Antimicrob Agents* 2001; 18 Suppl 1:S83-7.

12. Ianaro A, Ialenti A, Maffia P, Sautebin L, Rombold L, Carnuccio R, et al. Anti-inflammatory activity of macrolide antibiotics. *J Pharmacol Exp Ther* 2000; 292 (1):156-63.

13. Campbell W C. History of avermectin and ivermectin, with notes on the history of other macrocyclic lactone antiparasitic agents. *Curr Pharm Biotechnol* 2012; 13(6): 853-65.

14. Forstinger C, Kittler H, Binder M. Treatment of rosacea-like demodicidosis with oral ivermectin and topical permethrin cream. *J Am Acad Dermatol* 1999; 41: 775-7.

15. Trendelenburg M, Buchner S, Passweg J, Ratz Bravo A R, Gratwohl A. Disseminated scabies evolving in a patient undergoing induction chemotherapy for acute myeloblastic leukaemia. *Ann Hematol* 2001; 80(2):116-8.

16. Pariser D M, Meinking T L, Bell M, Ryan W G. Topical 0.5% ivermectin lotion for treatment of head lice. *N Engl J Med* 2012; 367(18):1687-93.

17. Finlay A Y, Khan G K. Dermatology Life Quality Index (DLQI)—a simple practical measure for routine clinical use. *Clin Exp Dermatol* 1994; 19(3): 210-6.

18. Nicholson K, Abramova L, Chren M M, Yeung J, Chon S Y, Chen S C. A pilot quality-of-life instrument for acne rosacea. *J Am Acad Dermatol* 2007; 57(2):213-21.

19. Zhang X, Song Y, Ci X et al. Ivermectin inhibits LPS-induced production of inflammatory cytokines and improves LPS-induced survival in mice. *Inflamm Res* 2008; 57:524-9.

20. Gerber P A, Buhren B A, Steinhoff M, Homey B. Rosacea: The cytokine and chemokine network. *J Investig Dermatol Symp Proc* 2011; 15(1):40-7.

21. Wolstenholme A J, Rogers A T. Glutamate-gated chloride channels and the mode of action of the avermectin/milbemycin anthelmintics. *Parasitology* 2005; 131 Suppl: S85-95.

22. Damian D. *Demodex* infestation in a child with leukemia: treatment with ivermectin and permethrin. *Int J Dermatol* 2003; 42:724-6.

23. Filho P A, Hazarbassanov R M, Grisolia A B et al. The efficacy of oral ivermectin for the treatment of chronic blepharitis in patients tested positive for *Demodex* spp. *Br J Ophthalmol* 2011; 95: 893-5.

24. Powell F C. Rosacea and the pilosebaceous follicle. *Cutis* 2004; 74 (3 Suppl): 9-12.

US 9,782,425 B2

25

25. Marks R. The enigma of rosacea. *J Dermatol Treat* 2007; 18:326-8.

26. Forton F M N. Papulopustular rosacea, skin immunity and *Demodex*: pityriasis folliculorum as a missing link. *J Eur Acad Dermatol Venereol* 2012; 26:19-28.

27. Reinholz M, Ruzicka T, Schauber J. Cathelicidin LL-37: An antimicrobial peptide with a role in inflammatory skin disease. *Ann Dermatol* 2012; 24(2):126-135.

28. Millikan L. Rosacea as an inflammatory disorder: a unifying theory? *Cutis* 2004; 73(suppl 1): 5-8.

It would be appreciated by those skilled in the art that changes could be made to the embodiments described above without departing from the broad inventive concept thereof. It is understood, therefore, that this invention is not limited to the particular embodiments disclosed, but it is intended to cover modifications within the spirit and scope of the present invention as defined by the appended claims.

We claim:

1. A method of treating papulopustular rosacea in a subject in need thereof, comprising topically administering, once daily, to a skin area affected by the papulopustular rosacea a therapeutically effective amount of a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier without co-administration of another active pharmaceutical ingredient, wherein the pharmaceutical composition comprises 0.5% to 1.5% by weight ivermectin.

2. The method of claim 1, wherein the subject has moderate to severe papulopustular rosacea before the treatment.

3. The method of claim 1, wherein the subject has 15 or more inflammatory lesions of the papulopustular rosacea before the treatment.

4. The method of claim 1, wherein an onset of a significant reduction in inflammatory lesion count in the subject is observed 2 weeks after the initial administration of the pharmaceutical composition.

5. The method of claim 4, wherein at least about 27.3% (p<0.01) reduction of inflammatory lesion counts in the subject is observed by 2 weeks after the initial administration of the pharmaceutical composition.

6. The method of claim 1, wherein the pharmaceutical composition comprises about 1% by weight ivermectin.

7. The method of claim 1, wherein the pharmaceutical composition further comprises one or more ingredients selected from the group consisting of: an oily phase comprising dimethicone, cyclomethicone, isopropyl palmitate and/or isopropyl myristate, the oily phase further comprising fatty substances selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmitostearic acid, stearic acid and self-emulsifiable wax; at least one surfactant-emulsifier selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Steareth-20, Steareth-2, Steareth-21 and Ceteareth-20; a mixture of solvents and/or propenetrating agents selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate; one or more gelling agents selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches; and water.

8. The method of claim 1, wherein once daily topically administering to the subject the pharmaceutical composition results in more reduction in inflammatory lesion count in the subject in comparison to that achieved by topically admin-

26

istering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

9. The method of claim 1, wherein once daily topically administering to the subject the pharmaceutical composition results in longer relapse-free time of the papulopustular rosacea in the subject in comparison to that achieved by topically administering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

10. A method of treating inflammatory lesions of papulopustular rosacea in a subject in need thereof, comprising topically administering, once daily, to a skin area affected by the inflammatory lesions of papulopustular rosacea a pharmaceutical composition comprising ivermectin and a pharmaceutically acceptable carrier, without co-administration of another active pharmaceutical ingredient, wherein the pharmaceutical composition comprises 0.5% to 1.5% by weight ivermectin.

11. The method of claim 10, wherein the subject has moderate to severe papulopustular rosacea before the treatment.

12. The method of claim 10, wherein the subject has 15 or more of the inflammatory lesions before the treatment.

13. The method of claim 10, wherein an onset of a significant reduction in inflammatory lesion count in the subject is observed 2 weeks after the initial administration of the pharmaceutical composition.

14. The method of claim 13, wherein at least about 27.3% (p<0.01) reduction of inflammatory lesion counts in the subject is observed by 2 weeks after the initial administration of the pharmaceutical composition.

15. The method of claim 10, wherein the pharmaceutical composition comprises about 1% by weight ivermectin.

16. The method of claim 10, wherein the pharmaceutical composition further comprises one or more ingredients selected from the group consisting of: an oily phase comprising dimethicone, cyclomethicone, isopropyl palmitate and/or isopropyl myristate, the oily phase further comprising fatty substances selected from the group consisting of cetyl alcohol, cetostearyl alcohol, stearyl alcohol, palmitostearic acid, stearic acid and self-emulsifiable wax; at least one surfactant-emulsifier selected from the group consisting of glyceryl/PEG100 stearate, sorbitan monostearate, sorbitan palmitate, Steareth-20, Steareth-2, Steareth-21 and Ceteareth-20; a mixture of solvents and/or propenetrating agents selected from the group consisting of propylene glycol, oleyl alcohol, phenoxyethanol and glyceryl triacetate; one or more gelling agents selected from the group consisting of carbomers, cellulose gelling agents, xanthan gums, aluminum magnesium silicates but excluding aluminum magnesium silicate/titanium dioxide/silica, guar gums, polyacrylamides and modified starches; and water.

17. The method of claim 16, wherein the subject has moderate to severe papulopustular rosacea before the treatment.

18. The method of claim 16, wherein the subject has 15 or more of the inflammatory lesions before the treatment.

19. The method of claim 16, wherein the pharmaceutical composition comprises about 1% by weight ivermectin.

20. The method of claim 16, wherein about 27.3% (p<0.01) or more reduction in inflammatory lesion counts in the subject is observed by 2 weeks after the initial administration of the pharmaceutical composition.

21. The method of claim 10, wherein once daily topically administering to the subject the pharmaceutical composition results in more reduction in inflammatory lesion count in the subject in comparison to that achieved by topically admin-

US 9,782,425 B2

27

28

istering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

**22**. The method of claim **10**, wherein once daily topically administering to the subject the pharmaceutical composition results in longer relapse-free time of the inflammatory lesions in the subject in comparison to that achieved by topically administering to the subject, twice daily, a second pharmaceutical composition comprising 0.75% by weight metronidazole.

\* \* \* \* \*