IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES L.P., GALDERMA S.A. and NESTLÉ SKIN HEALTH S.A., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 17-1783 (RGA) ) ) ) ) |

### [PROPOSED] ORDER REQUIRING GALDERMA TO PRODUCE AGREEMENT WITH PERRIGO

Having considered Teva Pharmaceuticals USA, Inc.'s ("Teva") request that Plaintiffs Galderma Laboratories, L.P., Galderma S.A., and Nestlé Skin Health S.A. (collectively, "Galderma") produce a copy of the agreement between Galderma and Perrigo U.K. FINCO L.P. and Perrigo Israel Pharmaceuticals Ltd. (collectively, "Perrigo"), the Court finds that the request should be granted on the condition that the agreement be treated as "Highly Confidential Attorneys' Eyes Only Information" under the terms of the Protective Order [D.I. 80].

IT IS HEREBY ORDERED that Galderma produce a copy of the agreement between Galderma and Perrigo to Teva.

SO ORDERED this ___21___ day of October 2019.

The Honorable Richard G. Andrews
United States District Judge