IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-1783-RGA ) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) |
| Defendant. | ) ) |

## TEVA PHARMACEUTICALS USA, INC.'S NOTICE OF APPEAL

Notice is hereby given that Defendant Teva Pharmaceuticals USA, Inc. ("Teva") hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's October 31, 2019 decision (D.I. 296 at 85-89, 102-104) and November 5, 2019 order (D.I. 299) granting Plaintiffs' Emergency Motion for an Injunction Pending Appeal and a Temporary Restraining Order Pending Resolution of the Motion, including any decisions and orders subsidiary thereto. *See* 28 U.S.C. § 1292(a)(1), (c)(1); 28 U.S.C. § 1295(a)(1).

With this notice, Teva has remitted payment of the filing fee ($5.00) and the docketing fee ($500.00) as required by 28 U.S.C. § 1917, Federal Circuit Rule 52(a), Federal Rule of Appellate Procedure 3(e), and the United States District Court for the District of Delaware fee schedule.

|  |  |
|---|---|
| | Respectfully submitted, |
| | */s/ Nathan R. Hoeschen* |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | SHAW KELLER LLP |
| Leora Ben-Ami | I.M. Pei Building |
| Thomas F. Fleming | 1105 North Market Street, 12th Floor |
| Justin Bova | Wilmington, DE 19801 |
| Ashley Ross | (302) 298-0700 |
| Christopher T. Jagoe | jshaw@shawkeller.com |
| KIRKLAND & ELLIS LLP | kkeller@shawkeller.com |
| 601 Lexington Avenue | nhoeschen@shawkeller.com |
| New York, NY 10022 | *Attorneys for Defendant Teva* |
| (212) 446-4800 | *Pharmaceuticals USA, Inc.* |

Kristen Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1683

Noah Frank
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5235

Dated: November 25, 2019