# United States Court of Appeals for the Federal Circuit

_____

**GALDERMA LABORATORIES, L.P., GALDERMA S.A., GALDERMA SKIN HEALTH S.A.,**
*Plaintiffs-Appellants*

v.

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Cross-Appellant*

_____

2019-2396, 2020-1213

_____

Appeals from the United States District Court for the District of Delaware in No. 1:17-cv-01783-RGA, Judge Richard G. Andrews.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered January 29, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 6, 2020    /s/ Peter R. Marksteiner
              Peter R. Marksteiner
              Clerk of Court