# United States Court of Appeals for the Federal Circuit

———————————

**GALDERMA LABORATORIES, L.P., GALDERMA S.A., GALDERMA SKIN HEALTH S.A.,**

*Plaintiffs-Appellants*

v.

**TEVA PHARMACEUTICALS USA, INC.,**

*Defendant-Cross-Appellant*

———————————

2019-2396, 2020-1213

———————————

Appeals from the United States District Court for the District of Delaware in No. 1:17-cv-01783-RGA, Judge Richard G. Andrews.

———————————

## JUDGMENT

———————————

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED AS TO CASE NO. 2019-2396; DISMISSED AS TO CASE NO. 2020-1213**

ENTERED BY ORDER OF THE COURT

January 29, 2020              /s/ Peter R. Marksteiner
                             Peter R. Marksteiner
                             Clerk of Court