IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P., GALDERMA S.A., and NESTLÉ SKIN HEALTH S.A.,<br><br>  Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 1:17-cv-01783-RGA |

**STIPULATION AND PROPOSED ORDER DISCHARGING INJUNCTION BOND**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Injunction Bond dated November 13, 2019 is hereby fully and unconditionally discharged and released and that Liberty Mutual Insurance Company is released from any and all liability under the Injunction Bond.

Dated: March 11, 2020

Respectfully submitted,

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **SHAW KELLER, LLP** |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (#3362) |
| Jeremy A. Tigan (#5239) | Karen E. Keller (#4489) |
| 1201 N. Market Street | Nathan R. Hoeschen (#6232) |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899-1347 | 1105 N. Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@mnat.com | (302) 298-0700 |
| jtigan@mnat.com | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| *Attorneys for Plaintiffs Galderma Laboratories, L.P., Galderma S.A., and Galderma Skin Health S.A.* | nhoeschen@shawkeller.com |
| | *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |
| OF COUNSEL: | |
| Jamil N. Alibhai | OF COUNSEL: |
| Michael C. Wilson | Leora Ben-Ami |
| Daniel E. Venglarik | Thomas F. Fleming |
| Kelly P. Chen | Christopher T. Jagoe |
| Jordan C. Strauss | Ashley L.B. Ross |
| MUNCK WILSON MANDALA, LLP | Justin Bova |
| 12770 Coit Road, Suite 600 | KIRKLAND & ELLIS, LLP |
| Dallas, TX 75251 | 601 Lexington Avenue |
| (972) 628-3600 | New York, New York 10022 |
| | (212) 446-4800 |
| | Noah Frank |
| | KIRKLAND & ELLIS, LLP |
| | 1301 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004 |
| | (202) 389-5000 |

SO ORDERED this ___ day of March, 2020.

_____
United States District Judge