# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P., GALDERMA S.A., and NESTLÉ SKIN HEALTH S.A.,<br><br>    Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 1:17-cv-01783-RGA |

## STIPULATION AND ORDER DISMISSING CASE

Pursuant to Federal Rule of Civil Procedure 41, the parties stipulate to the dismissal of this action with prejudice, with each party bearing its own fees and costs.

Dated: March 11, 2020

Respectfully submitted,

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **SHAW KELLER, LLP** |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (#3362) |
| Jeremy A. Tigan (#5239) | Karen E. Keller (#4489) |
| 1201 N. Market Street | Nathan R. Hoeschen (#6232) |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899-1347 | 1105 N. Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@mnat.com | (302) 298-0700 |
| jtigan@mnat.com | jshaw@shawkeller.com |
|  | kkeller@shawkeller.com |
| *Attorneys for Plaintiffs Galderma Laboratories, L.P., Galderma S.A., and Galderma Skin Health S.A.* | nhoeschen@shawkeller.com |
|  | *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |
| OF COUNSEL: | |
| Jamil N. Alibhai | OF COUNSEL: |
| Michael C. Wilson | Leora Ben-Ami |
| Daniel E. Venglarik | Thomas F. Fleming |
| Kelly P. Chen | Christopher T. Jagoe |
| Jordan C. Strauss | Ashley L.B. Ross |
| MUNCK WILSON MANDALA, LLP | Justin Bova |
| 12770 Coit Road, Suite 600 | KIRKLAND & ELLIS, LLP |
| Dallas, TX 75251 | 601 Lexington Avenue |
| (972) 628-3600 | New York, New York 10022 |
|  | (212) 446-4800 |
|  | Noah Frank |
|  | KIRKLAND & ELLIS, LLP |
|  | 1301 Pennsylvania Avenue, N.W. |
|  | Washington, D.C. 20004 |
|  | (202) 389-5000 |

SO ORDERED this ___ day of March, 2020.

_____
United States District Judge